IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | Case No. 24-90533 (ARP) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 CASE**

On November 11, 2024 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas. The undersigned proposed counsel believes that these chapter 11 cases qualify as complex chapter 11 cases because:

    __X__    the Debtors have total debt of more than $10 million;

    __X__    there are more than 50 parties in interest in this case;

    _____    claims against the Debtors are publicly traded; and/or

    _____    other (Substantial explanation is required. Attach additional sheets if necessary.)

---

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

WHEREFORE, the Debtors respectfully request that the Court enter the order, substantially in the form annexed hereto, granting the relief requested herein and such other and further relief as the Court deems appropriate under the circumstances.

| | |
|---|---|
| Dated: November 11, 2024<br>Dallas, Texas | */s/ Marcus A. Helt*<br>Marcus A. Helt (Texas Bar #24052187)<br>MCDERMOTT WILL & EMERY LLP<br>2501 N. Harwood Street, Suite 1900<br>Dallas, Texas 75201-1664<br>Telephone:   (214) 295-8000<br>Facsimile:    (972) 232-3098<br>Email:           mhelt@mwe.com<br><br>-and-<br><br>Felicia Gerber Perlman (*pro hac vice* admission pending)<br>Bradley Thomas Giordano (*pro hac vice* admission pending)<br>Jake Jumbeck (*pro hac vice* admission pending)<br>Carole Wurzelbacher (*pro hac vice* admission pending)<br>Carmen Dingman (*pro hac vice* admission pending)<br>MCDERMOTT WILL & EMERY LLP<br>444 West Lake Street<br>Chicago, Illinois 60606-0029<br>Telephone:   (312) 372-2000<br>Facsimile:    (312) 984-7700<br>Email:           fperlman@mwe.com<br>                       bgiordano@mwe.com<br>                       jjumbeck@mwe.com<br>                       cwurzelbacher@mwe.com<br>                       cdingman@mwe.com<br><br>-and-<br><br>Steven Z. Szanzer (*pro hac vice* admission pending)<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Telephone:   (212) 547-5400<br>Facsimile:    (212) 547-5444<br>Email:           sszanzer@mwe.com<br><br>*Proposed Counsel for the Debtors and Debtors in Possession* |

## Certificate of Service

      I certify that on November 11, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Marcus A. Helt*
                                                  Marcus A. Helt