# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Tuesday, November 12, 2024

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Scott | Alberino | Feld LLP | Ad Hoc Lender Group |
| Ryan | Barbur | Levy Ratner, P.C. | 1199SEIU United Healthcare Workers East |
| Marty | Brimmage | Feld LLP | Ad Hoc Lender Group |
| Bob | Bruner | Norton Rose Fulbright US LLP | UBS AG, Stamford Branch |
| Marc | Buchman | Manier & Herod, P.C. | Insurance Company, Pennsylvania Insurance |
| Michael | Collins | Manier & Herod PC | Westchester Fire Insurance Company |
| Carmen | Dingman | McDermott Will & Emery LLP | Wellpath Holdings, Inc. |
| Kate | Doorley | Feld LLP | Ad Hoc Lender Group |
| Bradley | Giordano | McDermott Will & Emery LLP | in Possession |
| Bradley | Giordano | McDermott Will & Emery LLP | Wellpath Holdings, Inc. |
| Cindy | Greenfield | None | Cobb Sheriff's Office |
| Marcus | Helt | McDermott Will & Emery LLP | Wellpath Holdings, Inc |
| Matthew | Herron | herronlaw, apc | Kristin Allred; Victoria Klein and Michael Doyle |
| Susan | Hersh | United States Trustee | United States Trustee |
| Jacob | Jumbeck | McDermott Will & Emery LLP | in Possession |
| Jake | Jumbeck | McDermott Will & Emery LLP | Wellpath Holdings, Inc. |
| Joel | Levitin | Cahill Gordon & Reindel LLP | UBS AG, Stamford Branch |
| Maria | Mokrzycka | Norton Rose Fulbright US LLP | UBS AG, Stamford Branch |
| Ha | Nguyen | U.S. Trustee | U.S. Trustee |
| Felicia | Perlman | McDermott Will & Emery LLP | in Possession |
| Felicia | Perlman | McDermott Will & Emery LLP | Wellpath Holdings, Inc. |
| Steven | Szanzer | McDermott Will & Emery LLP | in Possession |
| Steven | Szanzer | McDermott Will & Emery LLP | Wellpath Holdings, Inc. |
| Benjamin | Taylor | Feld LLP | Ad Hoc Lender Group |
| Jordan A. | Wishnew | Cahill Gordon & Reindel LLP | UBS AG, Stamford Branch |
| Carole | Wurzelbacher | McDermott Will & Emery LLP | in Possession |
| Carole | Wurzelbacher | McDermott Will & Emery | Debtors |
| Carole | Wurzelbacher | McDermott Will & Emery LLP | Wellpath Holdings, Inc. |