IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | Case No. 24-90533 (ARP) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 21** |

**NOTICE OF HEARING ON BIDDING PROCEDURES MOTION**

**PLEASE TAKE NOTICE** that, on November 12, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Emergency Motion for Entry of Orders (I)(A) Approving the Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Entry Into a Stalking Horse Purchase Agreement for the Recovery Solutions Assets, (C) Authorizing the Recovery Solutions Expense Reimbursement, (D) Authorizing Potential Selection Stalking Horse Bidders for the Corrections Assets and Approving Related Corrections Asset(s) Bid Protections, (E) Establishing Related Dates and Deadlines, (F) Approving the Form and Manner of Notice Thereof, and (G) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 21] (the "Bidding Procedures Motion").

---

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") to consider the Bidding Procedures Motion is scheduled for **November 18, 2024 at 1:00 pm (prevailing Central Time)**, before the Honorable Alfredo R. Pérez at the United States Bankruptcy Court for the Southern District of Texas.

**PLEASE TAKE FURTHER NOTICE** that parties may appear in person or by remote participation at the Hearing. For those that wish to participate in person, the Hearing will be conducted in Courtroom 400, 4th floor, 515 Rusk Street, Houston, TX 77002. For those who wish to participate remotely, the audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference code is 282694. Video communication will be by use of the GoTomeeting Platform. Connect via the free GoTomeeting application or click the link on Judge Pérez's home page (https://www.gotomeet.me/JudgePerez) on the Southern District of Texas website. The meeting code is "JudgePerez." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your electronic appearance, click the "Electronic Appearance" link on Judge Pérez's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: November 14, 2024<br>Dallas, Texas | /s/ Marcus A. Helt |

Marcus A. Helt (Texas Bar #24052187)
MCDERMOTT WILL & EMERY LLP
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone:     (214) 295-8000
Facsimile:      (972) 232-3098
Email:             mhelt@mwe.com

-and-

Felicia Gerber Perlman (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
Jake Jumbeck (admitted *pro hac vice*)
Carole Wurzelbacher (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
Telephone:     (312) 372-2000
Facsimile:      (312) 984-7700
Email:             fperlman@mwe.com
                      bgiordano@mwe.com
                      jjumbeck@mwe.com
                      cwurzelbacher@mwe.com
                      cdingman@mwe.com

-and-

Steven Z. Szanzer (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone:     (212) 547-5400
Facsimile:      (212) 547-5444
Email:             sszanzer@mwe.com

*Proposed Counsel to the Debtors and Debtors in Possession*

3

**Certificate of Service**

    I certify that, on November 14, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                        */s/ Marcus A. Helt*
                                        Marcus A Helt