IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | Case No. 24-90533 (ARP) |
| Debtors. | (Jointly Administered) |

**DEBTORS' WITNESS AND EXHIBIT LIST
FOR HEARING ON NOVEMBER 18, 2024 AT 1:00 P.M.
(PREVAILING CENTRAL TIME)**

The Debtors in the above-styled cases (the "Cases") hereby file the following *Witness and Exhibit List* (this "Witness and Exhibit List") for the hearing (the "Hearing") scheduled for November 18, 2024, at 1:00 p.m. (Prevailing Central Time), before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 400, Houston, Texas 77002.

The Debtors designate the following witnesses and exhibits that may be offered at the Hearing.

**WITNESSES**

1. Christian Tempke, Managing Director, Lazard Frères & Co. LLC;

2. Jason Schoenholtz, Partner, MTS Health Partners, L.P.;

3. Any witness listed, offered, or called by any other party;

4. Any witness necessary to authenticate a document; and

5. Any witness required for rebuttal or impeachment.

---

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

1

**EXHIBITS**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | *Declaration of Christian Tempke in Support of Debtors' Emergency Motion for Entry of Orders (I)(A) Approving the Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Entry into a Stalking Horse Purchase Agreement for the Recovery Solutions Assets, (C) Authorizing the Recovery Solutions Expense Reimbursement, (D) Authorizing Potential Selection of Stalking Horse Bidders for the Corrections Assets and Approving Related Corrections Asset(s) Bid Protections, (E) Establishing Related Dates and Deadlines, (F) Approving the Form and Manner of Notice Thereof, and (G) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 21; Exhibit A]. | | | | |
| 2. | *Declaration of Jason Schoenholtz in Support of Debtors' Emergency Motion for Entry of Orders (I)(A) Approving the Bidding Procedures for the Sale of the Debtors' Assets, (B) Approving Entry into a Stalking Horse Purchase Agreement for the Recovery Solutions Assets, (C) Authorizing the Recovery Solutions Expense Reimbursement, (D) Authorizing Potential Selection of Stalking Horse Bidders for the Corrections Assets and Approving Related Corrections Asset(s) Bid Protections, (E) Establishing Related Dates and Deadlines, (F) Approving the Form and Manner of Notice Thereof, and (G) Approving the Assumption and Assignment Procedures, (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief* [Docket No. 21; Exhibit B]. | | | | |
| | Any pleading on file in these Cases | | | | |
| | Any exhibits listed, designated, or offered by any other party | | | | |
| | Any exhibits necessary for rebuttal | | | | |

**RESERVATION OF RIGHTS**

The Debtors reserve the right to modify, amend, or supplement this Witness and Exhibit List at any time prior to the Hearing. The Debtors reserve the right to ask the Court to take judicial notice of pleadings, orders, transcripts, and/or other documents filed in or in connection with these Cases, and to offer rebuttal exhibits. Designation of any exhibit above does not waive any objections the Debtors may have to any exhibit listed on any other party's exhibit list.

*[remainder of page intentionally left blank]*

| | |
|---|---|
| Dated:  November 15, 2024<br>Dallas, Texas | */s/ Marcus A. Helt*<br>Marcus A. Helt (Texas Bar No. 24052187)<br>MCDERMOTT WILL & EMERY LLP<br>2501 N. Harwood Street, Suite 1900<br>Dallas, Texas 75201-1664<br>Telephone:     (214) 295-8000<br>Facsimile:      (972) 232-3098<br>Email:             mhelt@mwe.com<br><br>-and-<br><br>Felicia Gerber Perlman (admitted *pro hac vice*)<br>Bradley Thomas Giordano (admitted *pro hac vice*)<br>Jake Jumbeck (admitted *pro hac vice*)<br>Carole Wurzelbacher (admitted *pro hac vice*)<br>Carmen Dingman (admitted *pro hac vice*)<br>MCDERMOTT WILL & EMERY LLP<br>444 West Lake Street<br>Chicago, Illinois 60606-0029<br>Telephone:     (312) 372-2000<br>Facsimile:      (312) 984-7700<br>Email:             fperlman@mwe.com<br>                        bgiordano@mwe.com<br>                        jjumbeck@mwe.com<br>                        cwurzelbacher@mwe.com<br>                        cdingman@mwe.com<br><br>-and-<br><br>Steven Z. Szanzer (admitted *pro hac vice*)<br>MCDERMOTT WILL & EMERY LLP<br>One Vanderbilt Avenue<br>New York, New York 10017<br>Telephone: (212) 547-5400<br>Facsimile: (212) 547-5444<br>Email: sszanzer@mwe.com<br><br>*Proposed Counsel for the Debtors and Debtors in Possession* |

**CERTIFICATE OF SERVICE**

    I certify that on November 15, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                  */s/ Marcus A. Helt*
                                                  Marcus A. Helt