IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | Case No. 24-90533 (ARP) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 8, 11, 12, 13, 17, 58 |

**NOTICE OF SECOND DAY HEARING TO BE HELD
ON DECEMBER 5, 2024 AT 3:00 PM (PREVAILING CENTRAL TIME)**

**PLEASE TAKE NOTICE** that, on November 11, 2024 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Court") commencing these chapter 11 cases (these "Chapter 11 Cases").

**PLEASE TAKE FURTHER NOTICE** that the following motions will be heard on a final basis at a hearing scheduled for **December 5, 2024 at 3:00 pm (prevailing Central Time) (the "Second Day Hearing")**, before the Honorable Alfredo R. Pérez at the United States Bankruptcy Judge, in Courtroom 400 of the United States Bankruptcy Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas 77002:

**Motions:**

1. ***Customer Programs Motion***. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain and Administer Their Existing Customer Programs and Honor Certain Prepetition Obligations Related Thereto and (II) Granting Related Relief [Docket No. 8];

2. ***Critical Vendors Motion***. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Lien Claimants, (B) 503(B)(9) Claimants, (C) PACA/PASA Claimants, and (D) Critical Vendors, (II) Confirming Administrative Expense Priority for Outstanding Orders, and (III) Granting Related Relief [Docket No. 11];

3. ***Insurance Motion***. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Insurance Coverage Entered

---

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (B) Honor and Renew the Premium Financing Agreements Entered Into Prepetition and Satisfy Obligations Related Thereto, (C) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (D) Continue to Pay Brokerage Fees, and (E) Maintain the Surety Bond Program and Letters of Credit, and (II) Granting Related Relief [Docket No. 12];

4. ***Cash Management Motion***. Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System and Maintain Existing Bank Accounts, and (B) Maintain Existing Business Forms and Books and Records, (II) Waiving Deposit Requirements, (III) Allowing Intercompany Transactions and Affording Administrative Expense Priority to Post-Petition Intercompany Claims, and (IV) Granting Related Relief [Docket No. 13];

5. ***Stay Extension Motion***. Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [Docket No. 17];

6. ***Cash Collateral and DIP Motion***. Debtors' Amended Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral, (II) Grant Liens and Superpriority Administrative Expense Claims, (III) Grant Adequate Protection to the Prepetition Secured Parties, (IV) Modifying the Automatic Stay, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Docket No. 58].

**PLEASE TAKE FURTHER NOTICE** that you may attend the Second Day Hearing either in person or by audio/video communication.  For those who wish to attend in person, the Second Day Hearing will be conducted in Courtroom 400, 4th Floor, 515 Rusk Street, Houston, Texas 77002.  For those who wish to participate remotely, audio communication will be by use of the Court's dial-in facility.  You may access the facility at 832-917-1510.  Once connected, you will be asked to enter the conference room number.  Judge Pérez's conference code is 282694.  Video communication will be by use of the GoToMeeting Platform.  Connect via the free GoToMeeting application or click the link on Judge Pérez's home page (https://www.gotomeet.me/JudgePerez) on the Southern District of Texas website.  The meeting code is "JudgePerez."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of the hearing.  To make your electronic appearance, click the "Electronic Appearance" link on Judge Pérez's home page.  Select the case name, complete the required fields, and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these Chapter 11 Cases, including the motions to be heard at the Second Day Hearing, and other relevant case information are available free of charge on the following website maintained by Debtors' claims, noticing and solicitation agent, Epiq Corporate Restructuring, LLC, in connection with the Chapter

11 Cases: https://dm.epiq11.com/case/wpt/info. Copies of any pleadings or papers filed with the Court may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees forth therein.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the motions to be heard at the Second Day Hearing must comply with the Federal Rules of Bankruptcy Procedure and the Bankruptcy Local Rules for the United States Bankruptcy Court for the Southern District of Texas. All such objections must be filed with the Court and served no later than **December 2, 2024 at 4:00 p.m. (prevailing Central Time) (the "Objection Deadline")**.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested in the motions to be heard at the Second Day Hearing, you must respond in writing. Unless otherwise directed by the Court, you must file and serve your response by the Objection Deadline. Otherwise, the Court may treat the motions as unopposed and grant the relief requested.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: November 15, 2024<br>Dallas, Texas | /s/ Marcus A. Helt |

Marcus A. Helt (Texas Bar #24052187)
MCDERMOTT WILL & EMERY LLP
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone:     (214) 295-8000
Facsimile:     (972) 232-3098
Email:            mhelt@mwe.com

-and-

Felicia Gerber Perlman (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
Jake Jumbeck (admitted *pro hac vice*)
Carole Wurzelbacher (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
Telephone:     (312) 372-2000
Facsimile:     (312) 984-7700
Email:            fperlman@mwe.com
                      bgiordano@mwe.com
                      jjumbeck@mwe.com
                      cwurzelbacher@mwe.com
                      cdingman@mwe.com

-and-

Steven Z. Szanzer (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone:     (212) 547-5400
Facsimile:     (212) 547-5444
Email:            sszanzer@mwe.com

*Proposed Counsel to the Debtors and Debtors in Possession*

4

**Certificate of Service**

    I certify that, on November 15, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Marcus A. Helt*
Marcus A Helt