# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Monday, November 18, 2024

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Scott | Alberino | Feld LLP | Ad Hoc Lender Group |
| Ryan | Barbur | Levy Ratner, P.C. | 1199SEIU United Healthcare Workers East |
| Marty | Brimmage | Feld LLP | Ad Hoc Lender Group |
| Kate | Doorley | Feld LLP | Ad Hoc Lender Group |
| Matthew | Downey | Jefferies | Lender |
| Bradley | Giordano | McDermott Will & Emery LLP | in Possession |
| Susan | Hersh | US Trustee | US Trustee |
| Joel | Levitin | Cahill Gordon & Reindel LLP | UBS |
| Steven | Szanzer | McDermott Will & Emery LLP | in Possession |
| Scott | Williams | Manier & Herod | Company |
| Jeffrey | Wisler | Connolly Gallagher LLP | Life Insurance Company of North America |