IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | |
| WELLPATH HOLDINGS, INC | § | Case No. 24-90533 |
| *et al.*, | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Nathan Q. Rugg and Alexander F. Berk are hereby entering their appearance on behalf CASSIDAY SCHADE LLP, creditor herein, pursuant to Rules 3017, 2002, 9007 and 9010 of the Federal Rules of Bankruptcy procedures and Sections 342(a) and 1109(b) of the Bankruptcy Code. The undersigned further requests that all correspondence, pleadings and notices should be sent to the following address:

Nathan Q. Rugg
Alexander F. Berk
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Telephone:   (312) 984-3100
Facsimile:    (312) 984-3150
Email: nathan.rugg@bfkn.com
           alexander.berk@bfkn.com

**PLEASE TAKE FURTHER NOTICE THAT** pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code sections specified above, but also includes, without limitation, all orders and notices of any applications, motions, petitions, pleadings, requests, memorandums, affidavits, declarations, complaints, or demands, whether

formal or informal, whether written or oral, and whether transmitted or conveyed by the Court's electronic case filing system, mail, courier service, hand delivery, telephone, facsimile transmissions, or otherwise that affects or seeks to affect in any way the rights or interest of any creditor or party in interest in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters entered only after *de novo* review by a District Court judge, (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (iii) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) an election of remedies, or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupment under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated: November 19, 2024                                                      Respectfully Submitted,

/s/ Nathan Q. Rugg
Nathan Q. Rugg (Illinois State Bar No. 6272969)
Barack Ferrazzano Kirschbaum & Nagelberg LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Telephone:   (312) 984-3100
Facsimile:    (312) 984-3150
Email: nathan.rugg@bfkn.com

*Attorneys for Cassiday Schade LLP*

2

## CERTIFICATE OF SERVICE

      I, Nathan Q. Rugg, an attorney, hereby certify that on November 19, 2024, a copy of the foregoing Notice of Appearance and Request for Notice was duly served to all registered parties through the CM/ECF system for the United States Bankruptcy Court for the Southern District of Texas.

      /s/ *Nathan Q. Rugg*
      Nathan Q. Rugg