**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | ) Case No. 24-90533 (ARP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 28** |

<u>**MASTER SERVICE LIST**</u>

**(as of November 22, 2024)**

---

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

AKIN GUMP STRAUSS HAUER & FELD LLP
ATTN: SCOTT L. ALBERINO
ROBERT S. STRAUSS TOWER
2001 K STREET, N.W.
WASHINGTON, DC 20006

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC LENDER GROUP)
ATTN MARTY BRIMMAGE JR
2300 N FIELD ST, STE 2300
DALLAS, TX 75201-2481

AKIN GUMP STRAUSS HAUER & FELD LLP
(COUNSEL TO AD HOC LENDER GROUP)
ATTN SCOTT ALBERINO, KATE DOORLEY, BENJAMIN TAYLOR
2001 K STREET, NW
WASHINGTON, DC 20006-1037

ALPINE CA BEHAVIORAL HOLDCO, LLC
2120 ALPINE BLVD
ALPINE, CA 91901

ANTONINO BILLANTE
2200 POWELL STREET, SUITE 740
ARIAS & SANGUINETTI WANG & TEAM, LLP
EMERYVILLE, CA 94608

AU MEDICAL CENTER INC.
1120 15TH STREET BA-2612
AUGUSTA, GA 30912

BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP
(COUNSEL TO CASSIDAY SCHADE LLP)
NATHAN Q. RUGG & ALEXANDER F. BERK
200 WEST MADISON STREET, SUITE 3900
CHICAGO, IL 60606

BROWARD HEALTH MEDICAL CENTER
1600 S ANDREWS AVE
FORT LAUDERDALE, FL 33316

BROWARD HEALTH NORTH
201 E SAMPLE RD
DEERFILED BEACH, FL 33064

CAHILL GORDON & REINDEL LLP
ATTN: JORDAN WISHNEW
32 OLD SLIP
NEW YORK, NY 10005

CAHILL GORDON & REINDEL LLP
(COUNSEL TO UBS)
ATTN JOEL LEVITIN, JORDAN WISHNEW
32 OLD SLIP
NEW YORK, NY 10005

COMMONWEALTH OF PUERTO RICO ATTY GENERAL
ATTN: DOMINGO EMANUELLI HERNANDEZ
PO BOX 9020192
SAN JUAN, PR 00902-0192

CORRECT RX PHARMACY SERVICES, INC.
1352-C CHARWOOD ROAD
HANOVER, MD 21076

CRISP REGIONAL HOSPITAL
902 7TH ST N
CORDELE, GA 31015

DIAMOND DRUGS, INC.
645 KOLTER DRIVE
INDIANA, PA 15701

DISTRICT OF COLUMBIA ATTORNEY GENERAL
ATTN: BRIAN L. SCHWALB
400 6TH STREET, NW
WASHINGTON, DC 20001

FLORIDA HOSPITAL WATERMAN
1000 WATERMAN WAY
TAVARES, FL 32778-5266

FORSHEY & PROSTOK, LLP
(COUNSEL TO COBB COUNTY, GEORGIA)
JEFF P. PROSTOK & BLAKE BERRYMAN
777 MAIN STREET, SUITE 1550
FORT WORTH, TX 76102

FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER
2823 FRESNO ST
FRESNO, CA 93721-1324

HCA FLORIDA NORTHWEST HOSPITAL
2801 N STATE RD 7
MARGATE, FL 33063-5596

JANELLE BUTTERFIELD
434 NW 19TH AVE
DEVLIN LAW, P.C.
PORTLAND, OR 97209

JOSE P. GARCIA
ADDRESS ON FILE

LABORATORY CORPORATION OF AMERICA
P.O. BOX 12140
BURLINGTON, NC 27216-2140

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO ELLIS COUNTY)
3500 MAPLE AVENUE, STE 800
DALLAS, TX 75219

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO SAN MARCOS ISD)
PO BOX 17428
AUSTIN, TX 78760-7428

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
(COUNSEL TO MONTGOMERY COUNTY)
PO BOX 3064
HOUSTON, TX 77253-3064

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
(COUNSEL TO THE COUNTY OF HAYS, TEXAS)
JULIE ANNE PARSONS
P.O. BOX 1269
ROUND ROCK, TX 78680

MCKESSON MEDICAL - SURGICAL INC.
P.O. BOX 936279
ATLANTA, GA 31193-6279

MCLAREN GREATER LANSING
401 W GREENLAWN
LANSING, MI 48910

MEDICAL CENTER OF CENTRAL GEORGIA, INC.
777 HEMLOCK ST
MACON, GA 31201

MEMORIAL UNIVERSITY MEDICAL CENTER - SAVANNAH
4700 WATERS AVE
SAVANNAH, GA 31404-6220

NORTHERN MARIANA ISLANDS ATTORNEY GENERAL
ATTN: EDWARD MANIBUSAN
CALLER BOX 10007
SAIPAN, MP 96950-8907

NORTON ROSE FULBRIGHT US LLP
ATTN: BOB BRUNER
1550 LAMAR STREET
SUITE 2000
HOUSTON, TX 77010

NORTON ROSE FULBRIGHT US LLP
(COUNSEL TO UBS)
ATTN ROBERT BRUNER, MARIA MOKRZYCKA
1550 LAMAR ST, STE 2000
HOUSTON, TX 77010

OFFICE OF THE ATTORNEY GENERAL OF GUAM
ATTN:DOUGLAS B. MOYLAN
ADMINISTRATION DIVISION
590 S MARINE CORPS DR, STE 901
TAMUNING, GU 96913

OFFICE OF THE UNITED STATES ATTORNEY FOR THE
SOUTHERN DISTRICT OF TEXAS, WELLS FARGO
PLAZA, 1000 LOUISIANA ST #2300
HOUSTON, TX 77002

OFFICE OF THE UNITED STATES TRUSTEE
HA MINH NGUYEN
515 RUSK ST.
STE. 3516
HOUSTON, TX 77002

PARMET PC
(COUNSEL TO ANGELA HOYLE)
ATTN: MATTHEW S PARMET
2 GREENWAY PLAZA, STE 250
, TX 77046

PHARMACORR, LLC
7400 PLAZA MAYOR BLVD, STE 100
OKLAHOMA CITY, OK 73149

PHOEBE PUTNEY MEMORIAL HOSPITAL
417 W 3RD AVE
ALBANY, GA 31701-1943

PIEDMONT AUGUSTA HOSPITAL
1350 WALTON WAY
AUGUSTA, GA 30901-2612

PIVOT HEALTH LAW, LLC
(COUNSEL TO PATIENT CARE OMBUDSMAN)
ATTN: SUSAN N GOODMAN
PO BOX 69734
ORO VALLEY, AZ 85737

PRIME HEALTHCARE FOUNDATION, INC.
11 UPPER RIVERDALE RD SW
RIVERDALE, GA 30274-2615

SELECT SPECIALTY HOSPITAL - AUGUSTA INC.
1537 WALTON WAY
AUGUSTA, GA 30904-3764

SHAWN KITCHEN
116 BOULEVARD OF THE ALLIES
O'BRIEN COLEMAN & WRIGHT LLC
PITTSBURGH, PA 15222

SHELBY CO HEALTHCARE CORP
DBA REGIONAL ONE HEALTH
P.O. BOX 1000 DEPT 865
MEMPHIS, TN 38148-0865

SONATA SOFTWARE NORTH AMERICA, INC.
39300 CIVIC CENTER DRIVE STE-270
FREMONT, CA 94538

SPALDING REGIONAL HOSPITAL, INC.
601 S 8TH ST
GRIFFIN, GA 30224-4213

ST. JOSEPH MERCY HOSPITAL
5301 E HURON RIVER DR
ANN ARBOR, MI 48106-0993

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY, AL 36104

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: STEVE MARSHALL
PO BOX 300152
MONTGOMERY, AL 36130-0152

STATE OF ALASKA ATTORNEY GENERAL
ATTN: TREG TAYLOR
1031 W 4TH AVE, STE 200
ANCHORAGE, AK 99501-1994

STATE OF AMERICAN SAMOA ATTORNEY GENERAL
DEPT. OF LEGAL AFFAIRS
EXECUTIVE OFFICE BLDG., 3RD FLR
P.O. BOX 7
UTULEI, AS 96799

STATE OF AMERICAN SAMOA ATTORNEY GENERAL
ATTN: FAINU'ULELEI FALEFATU ALA'ILIMA-UTU
AMERICAN SAMOA GOV'T, EXEC OFC BLDG
UTULEI, TERRITORY OF AMERICAN SAMOA
PAGO PAGO, AS 96799

STATE OF ARIZONA ATTORNEY GENERAL
ATTN: KRIS MAYES
2005 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2926

STATE OF ARKANSAS ATTORNEY GENERAL
ATTN: TIM GRIFFIN
323 CENTER ST, STE 200
LITTLE ROCK, AR 72201-2610

STATE OF CALIFORNIA ATTORNEY GENERAL
CONSUMER PROTECTION SECTION
ATTN: BANKRUPTCY NOTICES
455 GOLDEN GATE AVE., STE. 11000
SAN FRANCISCO, CA 94102-7004

STATE OF CALIFORNIA ATTORNEY GENERAL
ATTN: ROB BONTA
1300 'I' ST
SACRAMENTO, CA 95814-2919

STATE OF COLORADO ATTORNEY GENERAL
ATTN: PHIL WEISER
RALPH L CARR COLORADO JUDICIAL BLDG
1300 BROADWAY, 10TH FL
DENVER, CO 80203

STATE OF CONNECTICUT ATTORNEY GENERAL
ATTN: WILLIAM TONG
165 CAPITOL AVENUE
HARTFORD, CT 06106

STATE OF DELAWARE ATTORNEY GENERAL
ATTN: KATHY JENNINGS
CARVEL STATE BUILDING
820 N FRENCH ST
WILMINGTON, DE 19801

STATE OF FLORIDA ATTORNEY GENERAL
ATTN: ASHLEY MOODY
PL 01 THE CAPITOL
TALLAHASSEE, FL 32399-1050

STATE OF GEORGIA ATTORNEY GENERAL
ATTN: CHRIS CARR
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334

STATE OF HAWAII ATTORNEY GENERAL
ATTN: ANN E LOPEZ
425 QUEEN ST
HONOLULU, HI 96813

STATE OF IDAHO ATTORNEY GENERAL
ATTN: RAUL R. LABRADOR
700 W JEFFERSON ST, STE 210
PO BOX 83720
BOISE, ID 83720-0010

STATE OF ILLINOIS ATTORNEY GENERAL
ATTN: KWAME RAOUL
100 W RANDOLPH ST
CHICAGO, IL 60601

STATE OF INDIANA ATTORNEY GENERAL
ATTN: TODD ROKITA
INDIANA GOVERNMENT CENTER SOUTH
302 W WASHINGTON ST, 5TH FL
INDIANAPOLIS, IN 46204

STATE OF IOWA ATTORNEY GENERAL
ATTN: BRENNA BIRD
HOOVER STATE OFFICE BUILDING
1305 E WALNUT ST
DES MOINES, IA 50319

STATE OF KANSAS ATTORNEY GENERAL
ATTN: KRIS W. KOBACH
120 SW 10TH AVE, 2ND FL
TOPEKA, KS 66612

STATE OF KENTUCKY ATTORNEY GENERAL
ATTN: DANIEL CAMERON
700 CAPITOL AVE, STE 118
FRANKFORT, KY 40601-3449

STATE OF LOUISIANA ATTORNEY GENERAL
ATTN: JEFF LANDRY
PO BOX 94005
BATON ROUGE, LA 70804

STATE OF LOUISIANA ATTORNEY GENERAL
ATTN: JEFF LANDRY
1885 N THIRD ST
BATON ROUGE, LA 70802

STATE OF MAINE ATTORNEY GENERAL
ATTN: AARON FREY
6 STATE HOUSE STATION
AUGUSTA, ME 04333

STATE OF MARYLAND ATTORNEY GENERAL
ATTN: ATHONY G. BROWN
200 ST PAUL PLACE
BALTIMORE, MD 21202

STATE OF MASSACHUSETTS ATTORNEY GENERAL
ATTN: ANDREA JOY CAMPBELL
1 ASHBURTON PLACE, 20TH FL
BOSTON, MA 02108-1518

STATE OF MICHIGAN ATTORNEY GENERAL
ATTN: DANA NESSEL
G. MENNEN WILLIAMS BLDG
525 W OTTAWA ST - PO BOX 30212
LANSING, MI 48909

STATE OF MINNESOTA ATTORNEY GENERAL
ATTN: KEITH ELLISON
445 MINNESOTA ST STE 1400
ST. PAUL, MN 55101-2131

STATE OF MISSISSIPPI ATTORNEY GENERAL
ATTN: LYNN FITCH
PO BOX 220
JACKSON, MS 39205

STATE OF MISSOURI ATTORNEY GENERAL
ATTN: ANDREW BAILEY
SUPREME CT BLDG, 207 W HIGH ST
PO BOX 899
JEFFERSON CITY, MO 65102

STATE OF MONTANA ATTORNEY GENERAL
ATTN: AUSTIN KNUDSEN
JUSTICE BLDG
215 N SANDERS ST
HELENA, MT 59601

STATE OF NEBRASKA ATTORNEY GENERAL
ATTN: MIKE HILGERS
2115 STATE CAPITOL
PO BOX 98920
LINCOLN, NE 68509

STATE OF NEVADA ATTORNEY GENERAL
ATTN: AARON D. FORD
100 N CARSON ST
CARSON CITY, NV 89701

STATE OF NEW HAMPSHIRE ATTORNEY GENERAL
ATTN: JOHN M. FORMELLA
NH DEPT OF JUSTICE
33 CAPITOL ST
CONCORD, NH 03301

STATE OF NEW JERSEY ATTORNEY GENERAL
ATTN: MATTHEW J. PLATKIN
RJ HUGHES JUSTICE COMPLEX
25 MARKET ST - PO BOX 080
TRENTON, NJ 08625-0080

STATE OF NEW MEXICO ATTORNEY GENERAL
ATTN: RAUL TORREZ
408 GALISTEO ST
VILLAGRA BLDG
SANTA FE, NM 87501

STATE OF NEW YORK ATTORNEY GENERAL
ATTN: LETITIA A. JAMES
DEPT. OF LAW
THE CAPITOL, 2ND FL
ALBANY, NY 12224-0341

STATE OF NORTH CAROLINA ATTORNEY GENERAL
ATTN: JOSH STEIN
9001 MAIL SERVICE CTR
RALEIGH, NC 27699-9001

STATE OF NORTH CAROLINA ATTORNEY GENERAL
ATTN: JOSH STEIN
PO BOX 629
RALEIGH, NC 27602-0629

STATE OF NORTH DAKOTA ATTORNEY GENERAL
ATTN: DREW WRIGLEY
600 E BOULEVARD AVE
DEPT 125
BISMARCK, ND 58505

STATE OF OHIO ATTORNEY GENERAL
ATTN: DAVE YOST
30 E BROAD ST, 14TH FL
COLUMBUS, OH 43215

STATE OF OKLAHOMA ATTORNEY GENERAL
ATTN: DONNA HOPE
313 NE 21ST ST
OKLAHOMA CITY, OK 73105

STATE OF OREGON ATTORNEY GENERAL
ATTN: ELLEN F. ROSENBLUM
1162 COURT ST, NE
SALEM, OR 97301-4096

STATE OF PENNSYLVANIA ATTORNEY GENERAL
ATTN: MICHELLE HENRY
STRAWBERRY SQ
16TH FLR
HARRISBURG, PA 17120

STATE OF RHODE ISLAND ATTORNEY GENERAL
ATTN: PETER F. NERONHA
150 S MAIN ST
PROVIDENCE, RI 02903

STATE OF SOUTH CAROLINA ATTORNEY GENERAL
ATTN: ALAN WILSON
PO BOX 11549
COLUMBIA, SC 29211-1549

STATE OF SOUTH CAROLINA ATTORNEY GENERAL
ATTN: ALAN WILSON
REMBERT C. DENNIS OFFICE BLDG
1000 ASSEMBLY ST, ROOM 519
COLUMBIA, SC 29201

STATE OF SOUTH DAKOTA ATTORNEY GENERAL
ATTN: MARK JACKLEY
1302 EAST HIGHWAY 14, STE 1
PIERRE, SD 57501-8501

STATE OF TENNESSEE ATTORNEY GENERAL
ATTN: JONATHAN SKRMETTI
PO BOX 20207
NASHVILLE, TN 37202-0207

STATE OF TEXAS ATTORNEY GENERAL
ATTN: KEN PAXTON
PO BOX 12548
AUSTIN, TX 78711-2548

STATE OF TEXAS ATTORNEY GENERAL
ATTN: KEN PAXTON
300 W 15TH ST
AUSTIN, TX 78701

STATE OF UTAH ATTORNEY GENERAL
ATTN: SEAN D. REYES
350 N STATE ST, STE 230
SALT LAKE CITY, UT 84114-2320

STATE OF UTAH ATTORNEY GENERAL
ATTN: SEAN D. REYES
PO BOX 142320
SALT LAKE CITY, UT 84114-2320

STATE OF VERMONT ATTORNEY GENERAL
ATTN: CHARITY R. CLARK
109 STATE ST
MONTPELIER, VT 05609-1001

STATE OF VIRGINIA ATTORNEY GENERAL
ATTN: JASON MIYARES
202 N NINTH ST
RICHMOND, VA 23219

STATE OF WASHINGTON ATTORNEY GENERAL
ATTN: BOB FERGUSON
1125 WASHINGTON ST SE
OLYMPIA, WA 98504-0100

STATE OF WASHINGTON ATTORNEY GENERAL
ATTN: BOB FERGUSON
PO BOX 40100
OLYMPIA, WA 98504-0100

STATE OF WEST VIRGINIA ATTORNEY GENERAL
ATTN: PATRICK MORRISEY
STATE CAPITOL COMPLEX, BLDG 1, ROOM E-26
1900 KANAWHA BLVD. E
CHARLESTON, WV 25305

STATE OF WISCONSIN ATTORNEY GENERAL
ATTN: JOSH KAUL
WISCONSIN DEPARTMENT OF JUSTICE
17 PO BOX 7857
MADISON, WI 53703-7857

STATE OF WYOMING ATTORNEY GENERAL
ATTN: BRIDGET HILL
109 STATE CAPITAL
200 W. 24TH ST
CHEYENNE, WY 82002

THE MEDICAL CENTER
710 CENTER ST
COLUMBUS, GA 31901-1527

TROUTMAN PEPPER HAMILTON SANDERS LLP
(COUNSEL TO RONALD L. BLOWE)
EVELYN J. MELTZER
HERCULES PLAZA, SUITE 1000
1313 N. MARKET STREET
WILMINGTON, DE 19801

TROUTMAN PEPPER HAMILTON SANDERS LLP
(COUNSEL TO RONALD L. BLOWE)
DABNEY J. CARR, IV, SARAH BENNETT BURES &
CHELSEY B. NOBLE
TROUTMAN PEPPER BUILDING, 1001 HAXALL POINT
RICHMOND, VA 23219

U.S VIRGIN ISLANDS ATTORNEY GENERAL
ATTN: ARIEL SMITH
3438 KRONDPRINDSENS GADE
GERS BUILDING,2ND FLOOR
VIRGIN ISLANDS
ST. THOMAS, VI 00802

U.S VIRGIN ISLANDS ATTORNEY GENERAL
ATTN: ARIEL SMITH
#213 ESTATE LA REINE
6151 RR1, VIRGIN ISLANDS
ST. CROIX, VI 00850

UP HEALTH SYSTEM - MARQUETTE
850 W BARAGA AVE
MARQUETTE, MI 49855-4550