UNITED STATES BANKRUPTCY COURT       SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 24-90533 |
|---|---|---|---|
| | Debtor | In Re: | Wellpath Holdings, Inc., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Daniel S. Desatnik<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299<br>(212) 969-3000<br>NY Bar No. 5421573 |
|---|---|

| Name of party applicant seeks to appear for: | Statutory Unsecured Claimholders' Committee |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/28/2024 | Signed: /s/ Daniel S. Desatnik |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature: |
|---|---|

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                    United States Bankruptcy Judge