# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | ) Case No. 24-90533 (ARP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Ref. Docket No. 28** |

## MASTER SERVICE LIST

**(as of December 2, 2024)**

---

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: SCOTT L. ALBERINO<br>ROBERT S. STRAUSS TOWER<br>2001 K STREET, N.W.<br>WASHINGTON, DC 20006 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL TO AD HOC LENDER GROUP)<br>ATTN MARTY BRIMMAGE JR<br>2300 N FIELD ST, STE 2300<br>DALLAS, TX 75201-2481 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL TO AD HOC LENDER GROUP)<br>ATTN SCOTT ALBERINO, KATE DOORLEY, BENJAMIN TAYLOR<br>2001 K STREET, NW<br>WASHINGTON, DC 20006-1037 | ALPINE CA BEHAVIORAL HOLDCO, LLC<br>2120 ALPINE BLVD<br>ALPINE, CA 91901 |
| ANTONINO BILLANTE<br>2200 POWELL STREET, SUITE 740<br>ARIAS & SANGUINETTI WANG & TEAM, LLP<br>EMERYVILLE, CA 94608 | AU MEDICAL CENTER INC.<br>1120 15TH STREET BA-2612<br>AUGUSTA, GA 30912 |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>(COUNSEL TO CASSIDAY SCHADE LLP)<br>NATHAN Q. RUGG & ALEXANDER F. BERK<br>200 WEST MADISON STREET, SUITE 3900<br>CHICAGO, IL 60606 | BONDS ELLIS EPPICH SCHAFER JONES LLP<br>(COUNSEL TO DIAMOND DRUGS INC)<br>ATTN: AARON GUERRERO, BRYAN PRENTICE<br>402 HEIGHTS BLVD<br>HOUSTON, TX 77007 |
| BROWARD COUNTY ATTORNEY<br>ATTN: ANDREW J. MEYERS<br>GOVERNMENTAL CENTER, SUITE 423<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | BROWARD HEALTH MEDICAL CENTER<br>1600 S ANDREWS AVE<br>FORT LAUDERDALE, FL 33316 |

| | |
|---|---|
| BROWARD HEALTH NORTH<br>201 E SAMPLE RD<br>DEERFILED BEACH, FL 33064 | BUCHALTER, A PROFESSIONAL CORPORATION<br>(COUNSEL TO MCKEESON)<br>JEFFREY K. GARFINKLE, ESQ.<br>18400 VON KARMAN AVENUE, SUITE 800<br>IRVINE, CA 92612 |
| CAHILL GORDON & REINDEL LLP<br>ATTN: JORDAN WISHNEW<br>32 OLD SLIP<br>NEW YORK, NY 10005 | CAHILL GORDON & REINDEL LLP<br>(COUNSEL TO UBS)<br>ATTN JOEL LEVITIN, JORDAN WISHNEW<br>32 OLD SLIP<br>NEW YORK, NY 10005 |
| COKINOS YOUNG<br>(COUNSEL TO BBC)<br>CRAIG E. POWER, REAGAN H. "TRES" GIBBS, III<br>EMMA P. MYLES<br>FOUR HOUSTON CENTER<br>1221 LAMAR STREET, 16TH FLOOR<br>HOUSTON, TX 77010 | COMMONWEALTH OF PUERTO RICO ATTY GENERAL<br>ATTN: DOMINGO EMANUELLI HERNANDEZ<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 |
| CORRECT RX PHARMACY SERVICES, INC.<br>1352-C CHARWOOD ROAD<br>HANOVER, MD 21076 | CRISP REGIONAL HOSPITAL<br>902 7TH ST N<br>CORDELE, GA 31015 |
| DIAMOND DRUGS, INC.<br>645 KOLTER DRIVE<br>INDIANA, PA 15701 | DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>ATTN: BRIAN L. SCHWALB<br>400 6TH STREET, NW<br>WASHINGTON, DC 20001 |

| | |
|---|---|
| FLORIDA HOSPITAL WATERMAN<br>1000 WATERMAN WAY<br>TAVARES, FL 32778-5266 | FORSHEY & PROSTOK, LLP<br>(COUNSEL TO COBB COUNTY, GEORGIA)<br>JEFF P. PROSTOK & BLAKE BERRYMAN<br>777 MAIN STREET, SUITE 1550<br>FORT WORTH, TX 76102 |
| FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER<br>2823 FRESNO ST<br>FRESNO, CA 93721-1324 | GORDON REES SCULLY MANSUKHANI, LLP<br>ATTN: MEGAN ADEYEMO<br>2200 ROSS AVENUE, SUITE 3700<br>DALLAS, TX 75201 |
| HCA FLORIDA NORTHWEST HOSPITAL<br>2801 N STATE RD 7<br>MARGATE, FL 33063-5596 | JANELLE BUTTERFIELD<br>434 NW 19TH AVE<br>DEVLIN LAW, P.C.<br>PORTLAND, OR 97209 |
| JOSE P. GARCIA<br>ADDRESS ON FILE | KATTEN MUCHIN ROSENMAN LLP<br>(COUNSEL TO WELLSTAR)<br>YELENA E. ARCHIYAN<br>2121 N. PEARL ST., SUITE 1100<br>DALLAS, TX 75201 |
| LABORATORY CORPORATION OF AMERICA<br>P.O. BOX 12140<br>BURLINGTON, NC 27216-2140 | LAW OFFICES OF GREG W. GARROTTO<br>(COUNSEL TO CREDITOR JOHNSON)<br>GREG W. GARROTTO<br>1875 CENTURY PARK EAST SUITE 2230<br>LOS ANGELES, CA 90067 |

| | |
|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>(COUNSEL TO ELLIS COUNTY)<br>3500 MAPLE AVENUE, STE 800<br>DALLAS, TX 75219 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>(COUNSEL TO SAN MARCOS ISD)<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>(COUNSEL TO MONTGOMERY COUNTY)<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>(COUNSEL TO THE COUNTY OF HAYS, TEXAS)<br>JULIE ANNE PARSONS<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 |
| MCKESSON MEDICAL - SURGICAL INC.<br>P.O. BOX 936279<br>ATLANTA, GA 31193-6279 | MCLAREN GREATER LANSING<br>401 W GREENLAWN<br>LANSING, MI 48910 |
| MEDICAL CENTER OF CENTRAL GEORGIA, INC.<br>777 HEMLOCK ST<br>MACON, GA 31201 | MEMORIAL UNIVERSITY MEDICAL CENTER - SAVANNAH<br>4700 WATERS AVE<br>SAVANNAH, GA 31404-6220 |
| MUNSCH HARDT KOPF & HARR, P.C.<br>(COUNSEL TO RBGG)<br>JOHN D. CORNWELL, BRENDA L. FUNK &<br>ALEXANDER R. PEREZ<br>700 MILAM ST., SUITE 800<br>HOUSTON, TX 77002 | NORTHERN MARIANA ISLANDS ATTORNEY GENERAL<br>ATTN: EDWARD MANIBUSAN<br>CALLER BOX 10007<br>SAIPAN, MP 96950-8907 |

| | |
|---|---|
| NORTON ROSE FULBRIGHT US LLP<br>ATTN: BOB BRUNER<br>1550 LAMAR STREET<br>SUITE 2000<br>HOUSTON, TX 77010 | NORTON ROSE FULBRIGHT US LLP<br>(COUNSEL TO UBS)<br>ATTN ROBERT BRUNER, MARIA MOKRZYCKA<br>1550 LAMAR ST, STE 2000<br>HOUSTON, TX 77010 |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM<br>ATTN:DOUGLAS B. MOYLAN<br>ADMINISTRATION DIVISION<br>590 S MARINE CORPS DR, STE 901<br>TAMUNING, GU 96913 | OFFICE OF THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS, WELLS FARGO PLAZA, 1000 LOUISIANA ST #2300<br>HOUSTON, TX 77002 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>HA MINH NGUYEN<br>515 RUSK ST.<br>STE. 3516<br>HOUSTON, TX 77002 | PARMET PC<br>(COUNSEL TO ANGELA HOYLE)<br>ATTN: MATTHEW S PARMET<br>2 GREENWAY PLAZA, STE 250<br>, TX 77046 |
| PHARMACORR, LLC<br>7400 PLAZA MAYOR BLVD, STE 100<br>OKLAHOMA CITY, OK 73149 | PHOEBE PUTNEY MEMORIAL HOSPITAL<br>417 W 3RD AVE<br>ALBANY, GA 31701-1943 |
| PIEDMONT AUGUSTA HOSPITAL<br>1350 WALTON WAY<br>AUGUSTA, GA 30901-2612 | PIVOT HEALTH LAW, LLC<br>(COUNSEL TO PATIENT CARE OMBUDSMAN)<br>ATTN: SUSAN N GOODMAN<br>PO BOX 69734<br>ORO VALLEY, AZ 85737 |

| | |
|---|---|
| PRIME HEALTHCARE FOUNDATION, INC.<br>11 UPPER RIVERDALE RD SW<br>RIVERDALE, GA 30274-2615 | ROSS, SMITH & BINFORD, PC<br>(COUNSEL TO THE PCO)<br>JOHN CASEY ROY<br>2901 VIA FORTUNA<br>BLDG. 6, SUITE 450<br>AUSTIN, TX 78746 |
| SELECT SPECIALTY HOSPITAL - AUGUSTA INC.<br>1537 WALTON WAY<br>AUGUSTA, GA 30904-3764 | SHAWN KITCHEN<br>116 BOULEVARD OF THE ALLIES<br>O'BRIEN COLEMAN & WRIGHT LLC<br>PITTSBURGH, PA 15222 |
| SHELBY CO HEALTHCARE CORP<br>DBA REGIONAL ONE HEALTH<br>P.O. BOX 1000 DEPT 865<br>MEMPHIS, TN 38148-0865 | SONATA SOFTWARE NORTH AMERICA, INC.<br>39300 CIVIC CENTER DRIVE STE-270<br>FREMONT, CA 94538 |
| SPALDING REGIONAL HOSPITAL, INC.<br>601 S 8TH ST<br>GRIFFIN, GA 30224-4213 | ST. JOSEPH MERCY HOSPITAL<br>5301 E HURON RIVER DR<br>ANN ARBOR, MI 48106-0993 |
| STATE OF ALABAMA ATTORNEY GENERAL<br>ATTN: STEVE MARSHALL<br>501 WASHINGTON AVE<br>MONTGOMERY, AL 36104 | STATE OF ALABAMA ATTORNEY GENERAL<br>ATTN: STEVE MARSHALL<br>PO BOX 300152<br>MONTGOMERY, AL 36130-0152 |

| | |
|---|---|
| STATE OF ALASKA ATTORNEY GENERAL<br>ATTN: TREG TAYLOR<br>1031 W 4TH AVE, STE 200<br>ANCHORAGE, AK 99501-1994 | STATE OF AMERICAN SAMOA ATTORNEY GENERAL<br>DEPT. OF LEGAL AFFAIRS<br>EXECUTIVE OFFICE BLDG., 3RD FLR<br>P.O. BOX 7<br>UTULEI, AS 96799 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL<br>ATTN: FAINU'ULELEI FALEFATU ALA'ILIMA-UTU<br>AMERICAN SAMOA GOV'T, EXEC OFC BLDG<br>UTULEI, TERRITORY OF AMERICAN SAMOA<br>PAGO PAGO, AS 96799 | STATE OF ARIZONA ATTORNEY GENERAL<br>ATTN: KRIS MAYES<br>2005 NORTH CENTRAL AVENUE<br>PHOENIX, AZ 85004-2926 |
| STATE OF ARKANSAS ATTORNEY GENERAL<br>ATTN: TIM GRIFFIN<br>323 CENTER ST, STE 200<br>LITTLE ROCK, AR 72201-2610 | STATE OF CALIFORNIA ATTORNEY GENERAL<br>CONSUMER PROTECTION SECTION<br>ATTN: BANKRUPTCY NOTICES<br>455 GOLDEN GATE AVE., STE. 11000<br>SAN FRANCISCO, CA 94102-7004 |
| STATE OF CALIFORNIA ATTORNEY GENERAL<br>ATTN: ROB BONTA<br>1300 'I' ST<br>SACRAMENTO, CA 95814-2919 | STATE OF COLORADO ATTORNEY GENERAL<br>ATTN: PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL BLDG<br>1300 BROADWAY, 10TH FL<br>DENVER, CO 80203 |
| STATE OF CONNECTICUT ATTORNEY GENERAL<br>ATTN: WILLIAM TONG<br>165 CAPITOL AVENUE<br>HARTFORD, CT 06106 | STATE OF DELAWARE ATTORNEY GENERAL<br>ATTN: KATHY JENNINGS<br>CARVEL STATE BUILDING<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| STATE OF FLORIDA ATTORNEY GENERAL<br>ATTN: ASHLEY MOODY<br>PL 01 THE CAPITOL<br>TALLAHASSEE, FL 32399-1050 | STATE OF GEORGIA ATTORNEY GENERAL<br>ATTN: CHRIS CARR<br>40 CAPITOL SQUARE, SW<br>ATLANTA, GA 30334 |
| STATE OF HAWAII ATTORNEY GENERAL<br>ATTN: ANN E LOPEZ<br>425 QUEEN ST<br>HONOLULU, HI 96813 | STATE OF IDAHO ATTORNEY GENERAL<br>ATTN: RAUL R. LABRADOR<br>700 W JEFFERSON ST, STE 210<br>PO BOX 83720<br>BOISE, ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL<br>ATTN: KWAME RAOUL<br>100 W RANDOLPH ST<br>CHICAGO, IL 60601 | STATE OF INDIANA ATTORNEY GENERAL<br>ATTN: TODD ROKITA<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W WASHINGTON ST, 5TH FL<br>INDIANAPOLIS, IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL<br>ATTN: BRENNA BIRD<br>HOOVER STATE OFFICE BUILDING<br>1305 E WALNUT ST<br>DES MOINES, IA 50319 | STATE OF KANSAS ATTORNEY GENERAL<br>ATTN: KRIS W. KOBACH<br>120 SW 10TH AVE, 2ND FL<br>TOPEKA, KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL<br>ATTN: DANIEL CAMERON<br>700 CAPITOL AVE, STE 118<br>FRANKFORT, KY 40601-3449 | STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>PO BOX 94005<br>BATON ROUGE, LA 70804 |

| | |
|---|---|
| STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>1885 N THIRD ST<br>BATON ROUGE, LA 70802 | STATE OF MAINE ATTORNEY GENERAL<br>ATTN: AARON FREY<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333 |
| STATE OF MARYLAND ATTORNEY GENERAL<br>ATTN: ATHONY G. BROWN<br>200 ST PAUL PLACE<br>BALTIMORE, MD 21202 | STATE OF MASSACHUSETTS ATTORNEY GENERAL<br>ATTN: ANDREA JOY CAMPBELL<br>1 ASHBURTON PLACE, 20TH FL<br>BOSTON, MA 02108-1518 |
| STATE OF MICHIGAN ATTORNEY GENERAL<br>ATTN: DANA NESSEL<br>G. MENNEN WILLIAMS BLDG<br>525 W OTTAWA ST - PO BOX 30212<br>LANSING, MI 48909 | STATE OF MINNESOTA ATTORNEY GENERAL<br>ATTN: KEITH ELLISON<br>445 MINNESOTA ST STE 1400<br>ST. PAUL, MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL<br>ATTN: LYNN FITCH<br>PO BOX 220<br>JACKSON, MS 39205 | STATE OF MISSOURI ATTORNEY GENERAL<br>ATTN: ANDREW BAILEY<br>SUPREME CT BLDG, 207 W HIGH ST<br>PO BOX 899<br>JEFFERSON CITY, MO 65102 |
| STATE OF MONTANA ATTORNEY GENERAL<br>ATTN: AUSTIN KNUDSEN<br>JUSTICE BLDG<br>215 N SANDERS ST<br>HELENA, MT 59601 | STATE OF NEBRASKA ATTORNEY GENERAL<br>ATTN: MIKE HILGERS<br>2115 STATE CAPITOL<br>PO BOX 98920<br>LINCOLN, NE 68509 |

| | |
|---|---|
| STATE OF NEVADA ATTORNEY GENERAL<br>ATTN: AARON D. FORD<br>100 N CARSON ST<br>CARSON CITY, NV 89701 | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL<br>ATTN: JOHN M. FORMELLA<br>NH DEPT OF JUSTICE<br>33 CAPITOL ST<br>CONCORD, NH 03301 |
| STATE OF NEW JERSEY ATTORNEY GENERAL<br>ATTN: MATTHEW J. PLATKIN<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET ST - PO BOX 080<br>TRENTON, NJ 08625-0080 | STATE OF NEW MEXICO ATTORNEY GENERAL<br>ATTN: RAUL TORREZ<br>408 GALISTEO ST<br>VILLAGRA BLDG<br>SANTA FE, NM 87501 |
| STATE OF NEW YORK ATTORNEY GENERAL<br>ATTN: LETITIA A. JAMES<br>DEPT. OF LAW<br>THE CAPITOL, 2ND FL<br>ALBANY, NY 12224-0341 | STATE OF NORTH CAROLINA ATTORNEY GENERAL<br>ATTN: JOSH STEIN<br>9001 MAIL SERVICE CTR<br>RALEIGH, NC 27699-9001 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL<br>ATTN: JOSH STEIN<br>PO BOX 629<br>RALEIGH, NC 27602-0629 | STATE OF NORTH DAKOTA ATTORNEY GENERAL<br>ATTN: DREW WRIGLEY<br>600 E BOULEVARD AVE<br>DEPT 125<br>BISMARCK, ND 58505 |
| STATE OF OHIO ATTORNEY GENERAL<br>ATTN: DAVE YOST<br>30 E BROAD ST, 14TH FL<br>COLUMBUS, OH 43215 | STATE OF OKLAHOMA ATTORNEY GENERAL<br>ATTN: DONNA HOPE<br>313 NE 21ST ST<br>OKLAHOMA CITY, OK 73105 |

| | |
|---|---|
| STATE OF OREGON ATTORNEY GENERAL<br>ATTN: ELLEN F. ROSENBLUM<br>1162 COURT ST, NE<br>SALEM, OR 97301-4096 | STATE OF PENNSYLVANIA ATTORNEY GENERAL<br>ATTN: MICHELLE HENRY<br>STRAWBERRY SQ<br>16TH FLR<br>HARRISBURG, PA 17120 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL<br>ATTN: PETER F. NERONHA<br>150 S MAIN ST<br>PROVIDENCE, RI 02903 | STATE OF SOUTH CAROLINA ATTORNEY GENERAL<br>ATTN: ALAN WILSON<br>PO BOX 11549<br>COLUMBIA, SC 29211-1549 |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL<br>ATTN: ALAN WILSON<br>REMBERT C. DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST, ROOM 519<br>COLUMBIA, SC 29201 | STATE OF SOUTH DAKOTA ATTORNEY GENERAL<br>ATTN: MARK JACKLEY<br>1302 EAST HIGHWAY 14, STE 1<br>PIERRE, SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL<br>ATTN: JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 |
| STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>300 W 15TH ST<br>AUSTIN, TX 78701 | STATE OF UTAH ATTORNEY GENERAL<br>ATTN: SEAN D. REYES<br>350 N STATE ST, STE 230<br>SALT LAKE CITY, UT 84114-2320 |

| | |
|---|---|
| STATE OF UTAH ATTORNEY GENERAL<br>ATTN: SEAN D. REYES<br>PO BOX 142320<br>SALT LAKE CITY, UT 84114-2320 | STATE OF VERMONT ATTORNEY GENERAL<br>ATTN: CHARITY R. CLARK<br>109 STATE ST<br>MONTPELIER, VT 05609-1001 |
| STATE OF VIRGINIA ATTORNEY GENERAL<br>ATTN: JASON MIYARES<br>202 N NINTH ST<br>RICHMOND, VA 23219 | STATE OF WASHINGTON ATTORNEY GENERAL<br>ATTN: BOB FERGUSON<br>1125 WASHINGTON ST SE<br>OLYMPIA, WA 98504-0100 |
| STATE OF WASHINGTON ATTORNEY GENERAL<br>ATTN: BOB FERGUSON<br>PO BOX 40100<br>OLYMPIA, WA 98504-0100 | STATE OF WEST VIRGINIA ATTORNEY GENERAL<br>ATTN: PATRICK MORRISEY<br>STATE CAPITOL COMPLEX, BLDG 1, ROOM E-26<br>1900 KANAWHA BLVD. E<br>CHARLESTON, WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL<br>ATTN: JOSH KAUL<br>WISCONSIN DEPARTMENT OF JUSTICE<br>17 PO BOX 7857<br>MADISON, WI 53703-7857 | STATE OF WYOMING ATTORNEY GENERAL<br>ATTN: BRIDGET HILL<br>109 STATE CAPITAL<br>200 W. 24TH ST<br>CHEYENNE, WY 82002 |
| THE MEDICAL CENTER<br>710 CENTER ST<br>COLUMBUS, GA 31901-1527 | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>(COUNSEL TO RONALD L. BLOWE)<br>EVELYN J. MELTZER<br>HERCULES PLAZA, SUITE 1000<br>1313 N. MARKET STREET<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>(COUNSEL TO RONALD L. BLOWE)<br>DABNEY J. CARR, IV, SARAH BENNETT BURES &<br>CHELSEY B. NOBLE<br>TROUTMAN PEPPER BUILDING, 1001 HAXALL POINT<br>RICHMOND, VA 23219 | U.S VIRGIN ISLANDS ATTORNEY GENERAL<br>ATTN: ARIEL SMITH<br>3438 KRONDPRINDSENS GADE<br>GERS BUILDING,2ND FLOOR<br>VIRGIN ISLANDS<br>ST. THOMAS, VI 00802 |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL<br>ATTN: ARIEL SMITH<br>#213 ESTATE LA REINE<br>6151 RR1, VIRGIN ISLANDS<br>ST. CROIX, VI 00850 | UP HEALTH SYSTEM - MARQUETTE<br>850 W BARAGA AVE<br>MARQUETTE, MI 49855-4550 |