United States Bankruptcy Court
Southern District of Texas

**ENTERED**
December 02, 2024
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 24-90533 (ARP) |
|---|---|---|---|
| | Debtor | In Re: | Wellpath Holdings, Inc., et al. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Brandy A. Sargent<br>K&L Gates LLP<br>1 SW Columbia St., Suite 1900<br>Portland, OR 97204<br>503-226-5735<br>CA 292586; ID 10899; IL 670551; OR 045713 |
|---|---|

| Name of party applicant seeks to appear for: | Brandy A. Sargent |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes ____   No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 11/25/24 | Signed: /s/ Brandy Sargent |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: | Clerk's signature: |

| Order | This lawyer is admitted *pro hac vice*. |
|---|---|

Signed: December 02, 2024

*/s/ Alfredo R Pérez*
Alfredo R Pérez
United States Bankruptcy Judge