## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| Main Case No: 24-90533(ARP) | **Names of Debtor**: Wellpath Holdings, Inc., *et al.*[1] |
| Adversary No: n/a | **Style of Adversary**: n/a |
| | |
| Witnesses:<br><br>1. Any witness offered or called by any other party.<br>2. Any witnesses necessary to rebut the testimony of any witness called or designated by any other parties. | **Judge**: Hon. Alfredo R. Perez |
| | **Courtroom Deputy**: Akeita House |
| | **Hearing Date**: December 5, 2024 |
| | **Hearing Time**: 3:00 p.m. |
| | **Party's Names**: Jamie Vinson, Administrator of the Estate of Philemon S. Vinson |
| | **Attorney's Name**: Blake Hamm and Holly Hamm |
| | **Attorney's Phone**: 409-951-7783 |

### AMENDED EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | First Amended Complaint in Case No. CL24-5057 pending in Virginia Circuit Court for the City of Norfolk styled *Jamie Vinson, Administrator of the Estate of Philemon S. Vinson v. Wellpath LLC, et al.* | | | | |
| 2 | Any pleadings, report, exhibits, transcripts, proposed orders, Court orders, or other documents filed in the above-captioned bankruptcy case. | | | | |
| 3 | Any exhibits introduced by any other party. | | | | |
| 4 | Rebuttal or impeachment exhibits as necessary | | | | |

Jamie Vinson, Administrator of the Estate of Philemon S. Vinson reserves the right to amend, supplement, or delete any witnesses and exhibits prior to the hearing, and reserves the right to use

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent as https://dm.epiq11.com/Wellpath. The Debtors' services address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211

1

any exhibits presented by any other party and to ask the Court to take judicial notice of any document. Jamie Vinson, Administrator of the Estate of Philemon S. Vinson reserves the right to introduce exhibits previously admitted.

Dated:  December 2, 2024

Respectfully submitted,

MEHAFFY WEBER, P.C.

*/s/Holly C. Hamm*
Holly C. Hamm
State Bar No.24036713
HollyHamm@mehaffyweber.com
Blake Hamm
State Bar No. 24069869
BlakeHamm@mehaffyweber.com
P.O. Box 16
Beaumont, TX  77704
Telephone: (409) 835-5011
Facsimile: (409) 835-5177

**ATTORNEYS FOR JAMIE VINSON, ADMINISTRATOR OF THE ESTATE OF PHILEMON S. VINSON**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 2nd day of December 2024, I caused the foregoing objection to be served as provided under the Court's CM/ECF system.

*/s/Holly C Hamm*
Holly C. Hamm