IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-90533 (ARP) |
| | ) | |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**DEBORAH YOUNG'S AND SMOLEN & ROYTMAN'S WITNESS AND EXHIBIT LIST**

Deborah Young, as the Personal Representative of the Estate of Gwendolyn Young, as a Creditor, and her attorneys Smolen & Roytman (collectively, the "Objecting Parties"), file this Witness and Exhibit List, and designates the following witnesses and exhibits for use in connection with the final hearing to be conducted on December 11, 2024, at 9:30 a.m. (the "Hearing") to consider the following:

- The Debtors' *Emergency Motion For Entry Of Interim And Final Orders To Enforce The Automatic Stay Or In The Alternative Extend The Automatic Stay To Non-Debtor Defendants* [Doc. 17].

**WITNESSES**

The Objecting Parties may call any one or more of the following witnesses at the Hearing:

| No. | Name |
|---|---|
| 1. | All witnesses listed by any other party, whether or not called to testify, and not otherwise objected to by the Objecting Parties. |
| 2. | All witnesses needed to authenticate or identify exhibits. |
| 3. | All witnesses necessary to rebut the testimony of any witness called or designated |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

|  | by any other party. |
|  | The Objecting Parties reserve the right to amend and supplement this witness list. |

## EXHIBITS

The Objecting Parties may use one or more of the following exhibits at the Hearing:

| **Exhibit No.** | **Exhibit Description** | **Offered** | **Objection** | **Admitted/Not Admitted** |
|---|---|---|---|---|
| 1. | Counsel's Notice of Appeal Regarding Findings of Misconduct, filed on March 26, 2024, in the United States District Court for the Northern District of Oklahoma, Case No. 13-CV-315-IDJ-JFJ. | | | |
| 2. | Memorandum Opinion and Order, entered on February 29, 2024, in the United States District Court for the Northern District of Oklahoma, Case No. 13-CV-315-IDJ-JFJ. | | | |
|  | Any exhibit listed by any other party. | | | |
|  | Rebuttal exhibits. | | | |
|  | The Objecting Parties reserve the right to amend and supplement this exhibit list. | | | |

## RESERVATION OF RIGHTS

The foregoing witness and exhibit list is being submitted based on information reasonably available to the Objecting Parties at this time and without waving any objection as to relevance, materiality, or admissibility of evidence. The Objecting Parties reserve the right at any time to revise, correct, supplement, or clarify this exhibit list.

Respectfully submitted,

s/*Christopher M. Staine*
Christopher M. Staine
State Bar No. 24104576
S.D. Tex. Bar No. 3233944
CROWE & DUNLEVY, P.C.
2525 McKinnon Street, Suite 425
Dallas, TX 75201
Telephone: 214.420.2163
Facsimile: 214.736.1762
Email: christopher.staine@crowedunlevy.com
**COUNSEL FOR CREDITOR DEBORAH YOUNG, AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF GWENDOLYN YOUNG, AS A CREDITOR, AND HER ATTORNEYS SMOLEN & ROYTMAN**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 3, 2024, I electronically transmitted the above and foregoing instrument for filing and for transmittal of a Notice of Electronic Filing through the CM/ECF system to all ECF registrants in this case.

/*s/Christopher M. Staine*