## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>WELLPATH HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-90533 (ARP)<br><br>(Joint Administration Requested) |

**OBJECTORS' WITNESS AND EXHIBIT LIST**

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF TEXAS<br>HOUSTON DIVISION | |
|---|---|
| Main Case No: 24-90533 (ARP) | Name of Objectors: Kristin Allred, Victoria Klein and Mike Doyle |
| Adversary No: N/A | Style of Adversary: N/A |
| | |
| WITNESSES: | |
| Kristin Allred.<br>Any witness called by any other party. | Judge: Alfredo R. Perez |
| **Witness regarding Debtor's Emergency Motion to a Critical Vendor** | Courtroom Deputy: Akeita House |
| | Hearing Date: 12/5/2024 |
| | Hearing Time: 3:00 p.m. |
| | Party's Name: Kristin Allred, Victoria Klein and Mike Doyle |
| | Attorney's Name: Bennett G. Fisher |
| | Attorney's Phone: 346-241-4095 |

|  | Nature of Proceeding: Debtor's Motion to Pay Critical Vendors (Doc. 71). |
|---|---|

EXHIBITS

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Settlement Agreement |  |  |  |  |
| 2 |  |  |  |  |  |
| 3 |  |  |  |  |  |
| 4 |  |  |  |  |  |
| 5 |  |  |  |  |  |
| 6 |  |  |  |  |  |

Dated: December 4, 2024

    Respectfully submitted,

    LEWIS BRISBOIS BISGAARD & SMITH

    By:  /s/ *Bennett G. Fisher*_____
        Bennett G. Fisher, Esq.
        Texas Bar No. 07049125
        24 Greenway Plaza, Suite 1400
        Houston, Texas 77046
        Telephone:  (713) 659-6767
        Direct: (346) 241-4095
        Fax:  (713) 759-6830
        Bennett.Fisher@lewisbrisbois.com

        -and-

By:   /s/ *Minyao Wang*_____
     Minyao Wang, Esq. (*pro hac vice* to be filed)
     77 Water Street, Suite 2100
     New York, New York 10005
     Telephone: (212) 232-1300
     Email: Minyao.Wang@lewisbrisbois.com
     *Counsel to Kristin Allred, Victoria Klein and Mike Doyle*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing has been served in accordance with LBR 9013(f) and Fed. R. Bankr. P. 7004(b) on December 4, 2024, to all parties who have filed a notice of appearance or request for notice in the case.

                                               */s/ Bennett G. Fisher*_____
                                               Bennett G. Fisher