Dec 1, 2024

Steven Pinder
#123397
P.O. Box 970
Marianna, AR 72360-0970

United States Courts
Southern District of Texas
FILED
DEC 06 2024
Nathan Ochsner, Clerk of Court

Nathan Ochsner, Clerk
U.S. Bankruptcy Court
P.O. Box 61010
Houston, TX 77208

RE: IN RE WELLPATH HOLDINGS, LLC
   # 24-90533

Clerk,

I recently sent to your office my:
1. Objection to Wellpath Holdings LLC's Bankruptcy filing; and,
2. My Submission of Lien

For filing in the above referenced bankruptcy case. I requested copies of my documents be returned to me with the file markings of the Court once filed. As of 15 November 2024 the date I filed, I have yet to receive my requested file marked copies.

(1)

I want to ensure my objection is filed so that if these bankruptcy proceedings allow Wellpath Holdings LLC to hide under bankruptcy law, when in fact their very own policies and procedures have lead to the injury and death of many many inmates across these United States including myself, I want the right to appeal to a higher court any grant of bankruptcy. I plan to take this to the United States Supreme Court if necessary.

Companies like Wellpath Holdings LLC cannot be allowed to waltz to Texas, do the Texas-two-step, then hide behind bankruptcy when their own company created policies have lead to their indebtness.

I again request file marked copies of my filings. Thank you in advance for your time and attention.

Respectfully,
Sturm Pin

cc. file