IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: WELLPATH HOLDINGS, INC., et al., Debtor(s)

v.

Arthur Lamont Henderson
Creditor.

Chapter 11

CASE No. 24-90533 (ARP)

JUDGE ALFRED R. PÉREZ

United States Courts
Southern District of Texas
FILED
DEC 10 2024
Nathan Ochsner, Clerk of Court

## MOTION TO LIFT STAY ON CIVIL RIGHTS ACTION AND PERMISSION TO FREEZE DEBTOR(S) ASSETS

TO THE HONORABLE JUDGE, ALFRED R. PÉREZ:

Now Comes, Arthur Lamont Henderson (creditor), a plaintiff in civil litigation against above debtor in civil action (2:23-cv-1224)(W.D. Pa.) and respectfully represents as follows:

1. On November 11, 2024, the debtor filed a Voluntary Petition for Non-Individuals filing Bankruptcy Code for Relief under Chapter 11 of title 11 in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, commencing CASE No. 24-90533.

2. Pursuant to section 362(a) of the Bankruptcy Code, the filing of the Voluntary Petition operates as a stay in lawsuits.

3. On November 15, 2024, WellPath Holdings, Inc (debtor) filed a Suggestion of Bankruptcy and Notice of Stay in civil rights action. (ECF 67).

1.

4. On November 18, 2024, Magistrate Patricia Dodge in W.D. of Pa., ordered that civil action is Temporarily Stayed and Administratively Closed, pending further order of Court. (ECF 68).

5. On November 22, 2024, creditor received order suggesting case Temporarily Stayed and case Closed. See: (order attached)

6. On November 25, 2024, creditor received Notice of Stay and Suggestion of Bankruptcy from Counsel for debtor(s), and copy of order entered by Bankruptcy Judge, Alfred R. Pérez.

7. The debtor failed to serve a copy of Interim Order on creditor within the (5) business days required from date of entry.

8. In the interest of a timely objection, and preservation of any rights or challenges the creditor may have, the creditor has filed this motion via express mail (overnight)

9. The creditor objects to the stay in civil litigation against debtor, and proclaim that his constitutional right to due process, and equal protection under the United States law, is being impeded.

10. The creditor intend to obtain a judgment that proves the debtor(s) intentionally, willfully, and maliciously injured creditor and attempted to conceal their actions through fraudulent documents and statements.

2.

11. In the alternative, if the stay isn't lifted, the creditor intend to preserve his right to challenge any potential dischargeable debt under willful and malicious acts to injure in Bankruptcy proceedings.

12. Creditor suggests that he may be prejudiced by the Chapter 11 Restructuring plan between debtor(s) and trustee.

13. Creditor suggests that Chapter 11 Bankruptcy filing by debtors may be in bad faith to discharge debt or possible debt.

14. Creditor contends that to liquidate property and/or assets without factoring in a successful challenge to dischargeable debt by creditor, creditor would be prejudiced from obtaining the amount of damages the creditor requested in civil rights action.

Wherefore, the creditor respectfully request that this Honorable Court Lift Automatic Stay to allow creditor to proceed in his civil rights action; or schedule a hearing to allow creditor to challenge any proposed dischargeable debt, and freeze assets of debtor(s) in the amount of damages sought in Civil Rights action ($25,000,000.00) until dispute between debtor and creditor is concluded.

Date: 11/27/2024

Respectfully Submitted

Arthur L. Henderson
Arthur Lamont Henderson (creditor)
#LD-3209
SCI-Fayette, 50 Overlook Drive
LaBelle, PA 15450

3.

## CERTIFICATE OF SERVICE

I, Arthur L. Henderson, hereby certify that on this date, a true and correct copy of the foregoing MOTION TO LIFT STAY AND PERMISSION TO FREEZE DEBTOR(S) ASSETS was sent by express mail to Clerk of United States Bankruptcy Court, and sent via first class mail to the following:

Samuel H. Foreman, Esq.
Weber Gallagher Simpson
Stapleton Fires & Newby, LLP
Four PPG Place
5th Floor
Pittsburgh, PA. 15222

Jason M. Logue, Esq.
Daviss McFarland & Carroll, P.C.
One Gateway Center, 10th Floor
Pittsburgh, PA. 15222

Judge: Alfred R. Perez
515 Rusk St.
Houston TX. 77002
United States Bankruptcy Court
Southern District of Texas

Date: 11/27/2024

Arthur L. Henderson
[Pro se Creditor]

**Other Orders/Judgments**

2:23-cv-01224-AJS-PLD HENDERSON v. CORRECT CARE SOLUTIONS, INC. et al

**U.S. District Court**

**Western District of Pennsylvania**

**Notice of Electronic Filing**

The following transaction was entered on 11/18/2024 at 3:32 PM EST and filed on 11/18/2024
**Case Name:**    HENDERSON v. CORRECT CARE SOLUTIONS, INC. et al
**Case Number:**    2:23-cv-01224-AJS-PLD
**Filer:**
**WARNING: CASE CLOSED on 11/18/2024**
**Document Number:** 68(No document attached)

**Docket Text:**
ORDER. On November 15, 2024, Wellpath Holdings, Inc. filed a Suggestion of Bankruptcy and Notice of Stay (ECF 67). Its filing states that on November 11, 2024, Wellpath Holdings, Inc., on behalf of other identified debtors, including Wellpath, LLC (formerly known as Correct Care Solutions, LLC), filed a petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas. (In re Wellpath Holdings, Inc., No. 24-90533 (Bankr. S.D. Tex.)) (ECF 67-1). Pursuant to Section 362(a) of the Bankruptcy Code, the petition operates as a stay of all proceedings against the debtors. 11 U.S.C. 362(a). On November 12, 2024, the Bankruptcy Court issued an Amended Interim Order Enforcing the Automatic Stay that stayed in their entirety all lawsuits filed as of the Petition Date in which the debtor is named as one of the defendants, including the plaintiffs claims against the non-debtor defendants, on an interim basis, pending a hearing scheduled before the Bankruptcy Court on December 5, 2024. (ECF 67-2) Therefore, it is hereby ORDERED that this action is temporarily STAYED and ADMINISTRATIVELY CLOSED pending further order of this Court. Signed by Magistrate Judge Patricia L. Dodge on 11/18/2024. Text-only entry; no PDF document will issue. This text-only entry constitutes the Order of the Court or Notice on the matter. (mqe)

**2:23-cv-01224-AJS-PLD Notice has been electronically mailed to:**

Benjamin M. Lombard    blombard@wglaw.com, jdamon@wglaw.com

Samuel H. Foreman    sforeman@wglaw.com, jdamon@wglaw.com

Jason M. Logue    jlogue@dmcpc.com, sartman@dmcpc.com

**2:23-cv-01224-AJS-PLD Filer must deliver notice by other means to:**

ARTHUR L. HENDERSON
LD-3209
SCI FAYETTE
50 Overlook Drive
LaBelle, PA 15450

