# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Thursday, December 12, 2024

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| brian | behar | behar, gutt & glazer | gracienne & daniel myers |
| Frederick | Buggs | None | Wellpath holdings inc |
| Daniel | Desatnik | Proskauer Rose LLP | Statutory Committee of Unsecured Claimholders |
| Kate | Doorley | Feld LLP | Ad Hoc Lender Group |
| Marc | Ginsberg | Mandina & Ginsberg, PLLC | State Court Litigation Counsel as an Observer |
| Bradley | Giordano | McDermott Will & Emery LLP | in Possession |
| Justin | Hiatt | None | Justin Hiatt |
| James | Kapp | McDermott Will & Emery LLP | in Possession |
| Felicia | Perlman | McDermott Will & Emery LLP | in Possession |
| Lucas | Schneider | Stinson LLP | Statutory Unsecured Claimholders' Committee |