IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WELLPATH HOLDINGS, INC., et al.,[1] | ) | Bankruptcy Case No. 24-90533 (ARP) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| | ) | Chapter: 11 |

### NOTICE OF APPEARANCE AND REQUEST FOR ALL DOCUMENTS

PLEASE TAKE NOTICE that the undersigned hereby files this Notice of Appearance as counsel for party-in-interest, Marzan Williams, Federal Inmate No. 52250-424, and requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be served upon the undersigned at the following address:

Brian R. Zeeck
Jack A. Shadid
HINSHAW & CULBERTSON, LLP
151 N. Franklin St. Ste 2500
Chicago, IL 60606
bzeeck@hinshawlaw.com
jshadid@hinshawlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, telephone, or otherwise.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

06866\323224640.v1

Dated: December 13, 2024

                Respectfully submitted,

                /s/ *Jack Shadid*
                Jack Shadid

Brian R. Zeeck, ARDC 6298798
Jack Shadid, 6339658
HINSHAW & CULBERTSON LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
bzeeck@hinshawlaw.com
jshadid@hinshawlaw.com

## CERTIFICATE OF SERVICE

I certify that on December 13, 2024, a true and correct copy of the foregoing document was served on the parties on the attached service list, via the Court's CM/ECF.

                /s/ *Jack Shadid*
                Jack Shadid