**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | Case No. 24-90533 (ARP) |
| Debtors. | (Jointly Administered) |

**STIPULATION AND AGREED ORDER
REGARDING THE UNITED STATES OF AMERICA'S RESPONSE IN OPPOSITION
TO DEBTORS' EMERGENCY MOTION FOR ENTRY OF INTERIM AND FINAL
ORDERS TO ENFORCE THE AUTOMATIC STAY OR IN THE ALTERNATIVE
EXTEND THE AUTOMATIC STAY TO NON-DEBTOR DEFENDANTS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and The United States of America (the "Movant" or the "United States," as applicable, and together with the Debtors, the "Parties") hereby enter into this stipulation and agreed order (this "Stipulation and Agreed Order") as follows:

WHEREAS, on March 7, 2023, Martin Vargas brought suit against certain of the Debtors and other defendants (together with the Debtors, collectively, the "Defendants") in *Martin Vargas v. United States et al.*, No. 5:23-cv-00380-JWH-SP in the U.S. District Court for the Central District of California (the "Lawsuit");

WHEREAS, in the Lawsuit, Martin Vargas asserts certain claims and causes of action against the Defendants related to the alleged failure to protect Martin Vargas from COVID-19 and alleged tort claims pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C §§ 1346(b), 2671-80;

---

[1]     A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath.  The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

WHEREAS, the Debtors dispute any and all liability with regard to any of the damages alleged to have been suffered by Martin Vargas;

WHEREAS, on November 11, 2024 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court");

WHEREAS, on November 12, 2024, the Debtors filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants* [Docket No. 17] (the "Stay Extension Motion") seeking extension of the automatic stay imposed by section 362(a) of the Bankruptcy Code to Non-Debtor Defendants (as defined in the Stay Extension Motion), and the Court entered the *Amended Interim Order Enforcing the Automatic Stay* [Docket No. 69] (the "Stay Extension Order") staying all Lawsuits (as defined in the Stay Extension Motion) in their entirety, including claims against the Non-Debtor Defendants, on an interim basis;

WHEREAS, on December 2, 2024, Movant filed the *Response in Opposition to Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants* [Docket No. 242] (the "Stay Objection") opposing the relief sought by the Stay Extension Motion;

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**:

1.     The Parties agree that the automatic stay imposed by section 362(a) of the Bankruptcy Code and extended to Non-Debtor Defendants does not extend to claims or causes of action against the United States in the Lawsuit.

2.      Nothing in this Stipulation and Agreed Order by this Court shall be interpreted to modify the automatic stay as to the Debtors or Defendant GEO Group, Inc., or with respect to any other issue or claims related to the Lawsuit.

3.      Entry of this Stipulation and Agreed Order shall resolve the Stay Objection, and any other relief sought in the Stay Objection shall be deemed denied and any other objections shall be deemed overruled.

4.      This Court retains exclusive jurisdiction over any matter arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Agreed Order.

Dated: _____, 2024
Houston, Texas

_____
Alfredo R. Pérez
UNITED STATES BANKRUPTCY JUDGE

**STIPULATED AND AGREED TO THIS 17TH DAY OF DECEMBER, 2024:**

By: */s/ Marcus A. Helt*
Marcus A. Helt (Texas Bar #24052187)
MCDERMOTT WILL & EMERY LLP
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone:     (214) 295-8000
Facsimile:      (972) 232-3098
Email:           mhelt@mwe.com

-and-

Felicia Gerber Perlman (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
Jake Jumbeck (admitted *pro hac vice*)
Carole Wurzelbacher (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
Telephone:     (312) 372-2000
Facsimile:      (312) 984-7700
Email:           fperlman@mwe.com
                     bgiordano@mwe.com
                     jjumbeck@mwe.com
                     cwurzelbacher@mwe.com
                     cdingman@mwe.com

-and-

Steven Z. Szanzer (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone:     (212) 547-5400
Facsimile:      (212) 547-5444
Email:           sszanzer@mwe.com


*Counsel to the Debtors and Debtors in Possession*

By: */s/ Daniel D. Hu*

DANIEL D. HU
Assistant United States Attorney
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, TX 77002
713-567-9000 (PHONE)
713-718-3300 (FAX)
E-mail: Daniel.Hu@usdoj.gov


ELAN S. LEVEY
California State Bar no. 174843
SHAINA C. ST JOHN
California State Bar No. 292643
ERIN CHOI
California State Bar No. 342323
Assistant United States Attorneys
Central District of California
300 North Los Angeles Street, Suite 7516
Los Angeles, CA 90012
(213) 894-2933/-7354 (PHONE)
(213) 894-7819 (FAX)
E-mail: Shaina.StJohn@usdoj.gov
E-mail: Erin.Choi@usdoj.gov

*Counsel to Movant*