# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>WELLPATH HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-90533 (ARP)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 491** |

## NOTICE OF DEADLINES FOR FILING PROOFS OF CLAIM AGAINST ANY OF THE DEBTORS

**TO: ALL PERSONS AND OTHER ENTITIES WHO MAY HAVE CLAIMS AGAINST ANY OF THE FOLLOWING DEBTORS:**

| DEBTOR | CASE NUMBER |
|---|---|
| Physicians Network Association, Inc. | 24-90532 (ARP) |
| Alpine CA Behavioral Health HoldCo, LLC | 24-90537 (ARP) |
| Behavioral Health Management Systems, LLC | 24-90538 (ARP) |
| Boynton Beach Florida Behavioral Health Hospital Company, LLC | 24-90539 (ARP) |
| CCS-CMGC Intermediate Holdings 2, Inc. | 24-90541 (ARP) |
| CCS-CMGC Intermediate Holdings, Inc. | 24-90540 (ARP) |
| CCS-CMGC Parent GP, LLC | 24-90534 (ARP) |
| CCS-CMGC Parent Holdings, LP | 24-90535 (ARP) |
| CHC Companies, LLC | 24-90542 (ARP) |
| Conmed Healthcare Management, LLC | 24-90543 (ARP) |
| Correct Care Holdings, LLC | 24-90544 (ARP) |
| Correct Care of South Carolina, LLC | 24-90545 (ARP) |
| Correctional Healthcare Companies, LLC | 24-90546 (ARP) |
| Correctional Healthcare Holding Company, LLC | 24-90547 (ARP) |
| Harborview Center, LLC | 24-90548 (ARP) |
| HCS Correctional Management, LLC | 24-90549 (ARP) |
| Healthcare Professionals, LLC | 24-90550 (ARP) |
| Jessamine Healthcare, LLC | 24-90551 (ARP) |
| Justice Served Health Holdings, LLC | 24-90552 (ARP) |
| Missouri JSH Holdco, LLC | 24-90553 (ARP) |
| Missouri JSH Manager, Inc. | 24-90554 (ARP) |

1 A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

| | |
|---|---|
| Perimeter Hill RPA, LLC | 24-90555 (ARP) |
| 901 45th Street West Palm Beach Florida Behavioral Health Hospital Company, LLC | 24-90536 (ARP) |
| Wellpath CFMG, Inc. | 24-90556 (ARP) |
| Wellpath Community Care Holdings, LLC | 24-90558 (ARP) |
| Wellpath Community Care Management, LLC | 24-90559 (ARP) |
| Wellpath Community Care Centers of Virginia, LLC | 24-90557 (ARP) |
| Wellpath Education, LLC | 24-90560 (ARP) |
| Wellpath Group Holdings, LLC | 24-90561 (ARP) |
| Wellpath Holdings, Inc. | 24-90533 (ARP) |
| Wellpath Hospital Holding Company, LLC | 24-90562 (ARP) |
| Wellpath LLC | 24-90563 (ARP) |
| Wellpath Management, Inc. | 24-90564 (ARP) |
| Wellpath Recovery Solutions, LLC | 24-90565 (ARP) |
| Wellpath SF Holdco, LLC | 24-90566 (ARP) |
| WHC, LLC | 24-90567 (ARP) |
| WPMed, LLC | 24-90568 (ARP) |
| Zenova Management, LLC | 24-90569 (ARP) |
| Zenova Telehealth, LLC | 24-90570 (ARP) |

**OVERVIEW – KEY POINTS**

- This document is a legal notice concerning the chapter 11 cases of the Debtors (listed above). The Debtors provide medical and/or mental health services to the correctional facilities listed in **Exhibit 1** to this notice. The Debtors also provide various management and administrative services to professional entities in accordance with management services agreements.

- This document is being sent to all parties that may be owed money by the Debtors or may have a claim against the Debtors (known as "creditors").

- **This overview summarizes the key points of this document. Please read the entire document carefully for more information.**

- **In a chapter 11 bankruptcy case, creditors may be required to file claim forms (a "proof of claim") stating the amount of money owed to them as of the day the bankruptcy cases were filed. IF YOU BELIEVE THAT YOU ARE OWED MONEY OR HAVE A CLAIM FOR DAMAGES OR WRONGDOING AGAINST ONE OF THE DEBTORS, YOU ARE REQUIRED TO FILE A PROOF OF CLAIM (unless you are listed in paragraph 3 below as a party that is not required to file a proof of claim). This document explains how to file a proof of claim.**

- **Some creditors in the bankruptcy case are not required to file a proof of claim**. This document explains who is required to file a proof of claim and who is not required to file

a proof of claim. **Please see paragraph 3 below for a complete list of parties not required to file a proof of claim.**

- **If you are not required to file a proof of claim, you do not need to complete and return a proof of claim form**, and you will still keep your rights to vote on a chapter 11 plan and receive payments under the plan. A chapter 11 plan is a document that explains how a debtor proposes to pay the amounts it owes to its creditors. Once filed, this plan will be available for creditors to review. Who gets to vote on the plan will be determined at a later date. The amount that you may receive under the plan also will be determined at a later date.

- **If you are required to file a proof of claim against any of the Debtors**, you must do so by **April 7, 2025 at 4:00 p.m. (prevailing Central Time)**. A proof of claim form is provided with this document.

- **If you are required to file a proof of claim, and you fail to complete and return a proof of claim by the deadline above, you may lose your claim against the Debtors.** Please see paragraph 10 below for an explanation of the consequences of missing the deadline to file a proof of claim.

- **If you are required to file a proof of claim, you do not need to include copies of your medical records as attachments to your proof of claim.** If the Debtors determine that they need to review your medical records to determine whether to respond to your claim, the Debtors will contact you.

- Proofs of claims may be filed by (a) electronically filing through the Claims Portal (under the link entitled "File a Claim") on the Case Information Website (https://dm.epiq11.com/Wellpath), (b) electronically filing on the Court's Public Access to Court Electronic Records platform, located at http://ecf.txsb.uscourts.gov, or (c) mail or hand delivery to the addresses provided in paragraph 8 below.

After reading this document, if you require additional information regarding this notice, you may contact the Claims Agent at +1-(888) 884-6182 (toll-free in the U.S. and Canada), +1-(503) 479-4073 (international), by email at wellpathinfo@epiqglobal.com, or by first class mail at Wellpath Holdings, Inc., Claims Processing Center, c/o Epiq Corporate Restructuring, LLC, P.O. Box 4420, Beaverton, OR 97076-4420. Please note that the people answering the phone are not able to provide legal advice. If you have questions about your legal rights, including whether you need to file a claim, you should talk to an attorney.

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On November 11, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The Debtors' chapter 11 cases are being jointly administered for procedural purposes only under case number 24-90533 (ARP).

**DEADLINE FOR FILING PROOFS OF CLAIM AGAINST ANY OF THE DEBTORS**

1. Pursuant to an order of the Court entered on December 18, 2024 [Docket No. 491] (the "Order"),[2] the deadline for creditors to file proofs of claim (a "Proof of Claim") against any of the Debtors is **April 7, 2025 at 4:00 p.m. (prevailing Central Time)** (the "General Bar Date"); *provided*, that solely with respect to a governmental unit not otherwise subject to an Exception or other Bar Date, the deadline to file a Proof of Claim against any of the Debtors is **May 12, 2025 at 4:00 p.m. (prevailing Central Time)** (the "Governmental Bar Date"). The General Bar Date applies to all persons and other entities holding claims against any of the Debtors that arose or are deemed to have arisen prior to the Petition Date and are not subject to an Exception (see paragraph 3 below) or other Bar Date, including claims for rights to payment arising on account of any federal or state statutory trusts, secured claims, unsecured priority claims (*e.g.*, claims entitled to priority under sections 503(b)(9) and 507(a)(4), (5), and (8) of the Bankruptcy Code), and unsecured non-priority claims. The Order also established procedures to be used for filing Proofs of Claim, which are summarized in this notice for your convenience.[3]

2. **UNLESS YOU FALL INTO ONE OF THE CATEGORIES LISTED IN PARAGRAPH 3 BELOW, YOU MUST FILE A PROOF OF CLAIM IF YOU HAVE A CLAIM AGAINST ANY OF THE DEBTORS THAT AROSE PRIOR TO NOVEMBER 11, 2024.** Acts or omissions that occurred prior to November 11, 2024 may give rise to claims subject to the General Bar Date even if the claims may not have become known, fixed, or liquidated until on or after November 11, 2024. Under section 101(5) of the Bankruptcy Code and as used herein, the word "claim" means (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order or the Motion, as applicable. A copy of the Order and Motion can be accessed free of charge on the Case Information Website located at https://dm.epiq11.com/Wellpath, which also contains the Claims Portal, blank Proof of Claim Forms, and additional information about these chapter 11 cases. If you have any questions, please contact, the Claims Agent, Epiq Corporate Restructuring, LLC, at +1-(888) 884-6182 (toll-free in the U.S. and Canada), +1-(503) 479-4073 (international), or email wellpathinfo@epiqglobal.com. The Claims Agent cannot provide legal advice.

[3] In the event of any conflict or inconsistency with this Bar Date Notice and the Order, the Order shall govern.

to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

3. The Order provides that the persons and other entities listed below in this paragraph 3 (each such instance, an "Exception") do **NOT** need to file Proofs of Claim by any Bar Date. **You need not file a Proof of Claim at this time if you are subject to an Exception.** The Court may enter one or more separate orders at a later time requiring creditors to file Proofs of Claim for some kinds of Exceptions and setting related deadlines. If the Court does enter such an order, you will receive notice of it. The following persons and other entities are **not required** to file Proofs of Claim:

a. the U.S. Trustee, on account of claims for fees payable pursuant to 28 U.S.C. § 1930;

b. any person or other entity that has already properly filed a Proof of Claim against the applicable Debtor(s) and does not wish to change any information thereon, but only with respect to the claim asserted therein that was properly filed against the applicable Debtor(s);

c. any person or other entity (i) whose claim is listed in the Schedules or any amendments thereto, (ii) whose claim is not described therein as "disputed," "contingent," and/or "unliquidated," *and* (iii) who does not dispute the amount or characterization of its claim as set forth in the Schedules (including that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules);

d. any entity that holds a claim allowable under sections 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (other than any claim allowable under section 503(b)(9) of the Bankruptcy Code), including the Claims Agent and any professionals retained by the Debtors or the Committee pursuant to orders of the Court who assert administrative claims for fees and expenses subject to the Court's approval pursuant to sections 330 and 331 of the Bankruptcy Code;

e. any party that is exempt from filing a Proof of Claim pursuant to a final order of the Court in these chapter 11 cases;

f. any person or other entity whose claim has been paid in full by the Debtors pursuant to the Bankruptcy Code or in accordance with an order of the Court;

g. current officers and directors of the Debtors who assert claims for indemnification or contribution arising as a result of such officers' or directors' services to the Debtors;

h. any Debtor asserting a claim against another Debtor;

i. any entity that is wholly owned by a Debtor;

j. any person or other entity whose claim against any of the Debtors has been allowed by an order of the Court prior to the Bar Date otherwise applicable;

k. a current employee of the Debtors, if an order of this Court authorized the Debtors to honor such claim in the ordinary course of business as a wage, commission, or benefit, including the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses, and (B) Continue Employee Benefits Programs, (II) Authorizing Current and Former Employees to Proceed with Outstanding Workers' Compensation Claims, and (III) Granting Related Relief* [Docket No. 68]; *provided*, that a current employee must file a Proof of Claim by the General Bar Date for all other claims arising prior to the Petition Date, including claims for benefits not provided for pursuant to an order of this Court, wrongful termination, discrimination, harassment, hostile work environment, or retaliation;

l. any entity holding a claim for which a separate deadline has been fixed by this Court, including claims pursuant to the Rejection Procedures Order;

m. any holder of an equity interest in the Debtors need not file a proof of interest with respect to the ownership of such equity interest at this time; *provided,* that any holder of an equity interest who wishes to assert a claim against any of the Debtors other than with respect to ownership of such equity interest, including a claim relating to the purchase or sale of such interest or rescission under section 510 of the Bankruptcy Code, must file a Proof of Claim asserting such claim prior to the General Bar Date pursuant to the procedures set forth herein;

n. the DIP Secured Parties and Prepetition Secured Parties for any claims arising from or related to any of the Prepetition Credit Documents or the DIP Term Loan Documents, as applicable, including, without limitation, as specified in the Debtors' Stipulations, or the payment of administrative expenses with respect to any of the DIP Obligations (all as defined in the Interim DIP Order); and

o. any party identified in the Interim DIP Order as holding a claim on account of any fees, expenses, or other obligations arising thereunder.

4. **THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM AGAINST ANY OF THE DEBTORS OR THAT THE DEBTORS BELIEVE YOU HAVE A CLAIM.**

5. If a Debtor amends its Schedules after you receive this notice, such Debtor will give notice of that amendment to the holders of the claims that are affected by it, and those holders will be given an opportunity to file Proofs of Claim before a new deadline that would be specified in that future notice.

6. The Bankruptcy Code provides that the Debtors may, at any time before a plan of reorganization or liquidation is confirmed by the Court, choose to reject certain executory

contracts or unexpired leases. If your contract or lease is rejected, you may have a claim resulting from that rejection. Except as set forth in any Court order authorizing the rejection of an executory contract or unexpired lease, including the Rejection Procedures Order [Docket No. 280], the deadline to file a Proof of Claim on account of a Debtor's rejection of an executory contract or unexpired lease shall be **the later of (a) the General Bar Date or the Governmental Bar Date, as applicable, and (b) 4:00 p.m. (prevailing Central Time) on the date that is 30 days from the date that the Debtors provide notice of the Court's entry of an order authorizing such rejection to the affected contract or lease counterparty** (together, the "Rejection Damages Bar Date").

## INSTRUCTIONS FOR FILING PROOFS OF CLAIM

7. A Proof of Claim Form for use in these chapter 11 cases accompanies this Bar Date Notice. Each filed Proof of Claim must (a) be written in English or Spanish, (b) include a claim amount denominated in United States dollars, (c) be signed by the claimant (or an authorized agent or legal representative thereof), whether such signature is an electronic signature or is in ink, (d) conform substantially with the Proof of Claim Form accompanying this Bar Date Notice or Official Bankruptcy Form No. 410, (e) unless otherwise allowed under the Order, state a claim against no more than one Debtor and clearly indicate which Debtor the claim is being asserted against, and (f) attach any supporting documentation in accordance with Bankruptcy Rules 3001(c) and 3001(d). If your claim is included on the Schedules, the Proof of Claim Form may already be populated with certain information on the Schedules, including the amount of your claim as scheduled by the Debtors, the specific Debtor against which the claim is scheduled, and whether the claim is scheduled as contingent, unliquidated, or disputed. You may make corrections to the pre-populated information, if any, in your Proof of Claim Form. If you are or were an incarcerated individual, you may file a Proof of Claim against the lead Debtor in these chapter 11 cases (Wellpath Holdings, Inc., Case No. 24-90533 (ARP)); *however,* **you must identify on the Proof of Claim the correctional facility in which you are or were incarcerated** and received medical or mental health services from a Debtor.

8. Unless otherwise agreed by the Debtors in writing (email being sufficient), Proofs of Claim can ***only*** be filed prior to the applicable Bar Date in one of the following methods (the "Approved Methods"): (a) by completing an Electronic Proof of Claim through the Claims Portal (under the link entitled "File a Claim") on the Case Information Website (https://dm.epiq11.com/Wellpath) maintained by the Claims Agent; (b) by electronic submission on the Court's Public Access to Court Electronic Records ("PACER") platform, located at http://ecf.txsb.uscourts.gov; or (c) by delivering an original, signed Proof of Claim Form so as to be **actually received** by the Claims Agent on or before the applicable Bar Date as follows:[4]

[4] If you wish to receive acknowledgement of the Claims Agent's receipt of a Proof of Claim Form filed in this manner, you also must submit to the Claims Agent by the applicable Bar Date, and concurrently with submitting its original Proof of Claim Form, a copy of the original Proof of Claim Form and a self-addressed, stamped return envelope.

| If by First-Class Mail: | If by Hand Delivery or Overnight Mail: |
|---|---|
| Wellpath Holdings, Inc.<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>P.O. Box 4420<br>Beaverton, OR 97076-4420 | Wellpath Holdings, Inc.<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>10300 SW Allen Blvd.<br>Beaverton, OR 97005 |

Absent written consent of the Debtors or their counsel (email being sufficient), **Proofs of Claim submitted by facsimile or e-mail or submitted directly to the Debtors, their counsel, or the Claims Agent (in a manner inconsistent with the foregoing) will NOT be accepted or deemed filed until filed in one of the Approved Methods set forth above. Notwithstanding the foregoing the Committee may seek relief from the Court to recognize Proofs of Claim filed by an incarcerated individual utilizing a method other than an Approved Method.**

9. Except as otherwise provided in the Order, any person or other entity asserting a Proof of Claim against more than one of the Debtors shall file a separate Proof of Claim with respect to each such Debtor and identify on each Proof of Claim the particular Debtor against which its claims are asserted. Any claim filed under the lead case of these chapter 11 cases (Wellpath Holdings, Inc., *et al.*, Case No. 24-90533 (ARP)), or otherwise without identifying a Debtor or identifying multiple Debtors, shall be deemed as filed only against Wellpath LLC, the Debtors' operating company.

**CONSEQUENCES OF MISSING THE DEADLINE FOR FILING CLAIMS**

10. **EXCEPT WITH RESPECT TO CLAIMS SUBJECT TO AN EXCEPTION (AS DESCRIBED IN PARAGRAPH 3 ABOVE), IF YOU FAIL TO FILE A PROOF OF CLAIM PRIOR TO 4:00 P.M. (PREVAILING CENTRAL TIME) ON THE APPLICABLE BAR DATE ON ACCOUNT OF ANY PREPETITION CLAIM YOU WISH TO ASSERT AGAINST ANY OF THE DEBTORS, OR IF YOU DO NOT FILE YOUR CLAIM IN ACCORDANCE WITH THE INSTRUCTIONS DESCRIBED HEREIN, THEN:**

- **YOU SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS OR THEREAFTER FILING A PROOF OF CLAIM WITH RESPECT THERETO IN THESE CHAPTER 11 CASES;**

- **YOU SHALL NOT, WITH RESPECT TO SUCH CLAIM, BE TREATED AS A CREDITOR OF ANY OF THE DEBTORS FOR THE PURPOSE OF VOTING ON ANY PLAN (IF OTHERWISE ELIGIBLE) IN THESE CHAPTER 11 CASES;**

- **YOU SHALL NOT RECEIVE OR BE ENTITLED TO RECEIVE ANY PAYMENT OR DISTRIBUTION OF PROPERTY FROM ANY OF THE DEBTORS OR THEIR SUCCESSORS OR ASSIGNS WITH RESPECT TO SUCH CLAIM IN THESE CHAPTER 11 CASES; AND**

- **SUCH CLAIM WILL REMAIN SUBJECT TO DISCHARGE UNDER ANY CHAPTER 11 PLAN FILED IN THESE CHAPTER 11 CASES, AND YOU SHALL BE SUBJECT TO ALL APPLICABLE RELEASES, INJUNCTIONS, AND OTHER TERMS OF SUCH CHAPTER 11 PLAN.**

## EXAMINATION OF ORDER AND SCHEDULES

11. Copies of the Order, the Schedules, and other information regarding these chapter 11 cases are or will be available for inspection free of charge on the Case Information Website (https://dm.epiq11.com/Wellpath).

12. The Schedules and other filings in these chapter 11 cases also are available for a fee at the Court's website at https://ecf.txsb.uscourts.gov/. A login identification and password to PACER are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov. Copies of the Schedules and other documents filed in these chapter 11 cases also may be examined between the hours of 8:00 a.m. and 5:00 p.m. (prevailing Central Time), Monday through Friday, at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the Southern District of Texas, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002.

## PROOF OF CLAIM FORMS

13. Electronic Proof of Claim Forms can be filed through the Claims Portal (under the link entitled "File a Claim") on the Case Information Website (https://dm.epiq11.com/Wellpath). Additional Proof of Claim Forms can be obtained free of charge from any bankruptcy court clerk's office, your lawyer, certain business supply stores, on the Case Information Website (https://dm.epiq11.com/Wellpath), or by contacting the Claims Agent, Epiq Corporate Restructuring, LLC, at +1-(888) 884-6182 (toll-free in the U.S. and Canada), +1-(503) 479-4073 (international), wellpathinfo@epiqglobal.com (email), or at one of the addresses listed above. Questions concerning the contents of this Bar Date Notice and requests for copies of filed proofs of claim should be directed to the Claims Agent in the same manner.

14. Please note that neither the Claims Agent's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice. The Claims Agent cannot advise you how to file, or whether you should file, a Proof of Claim.

15. **A HOLDER OF A POTENTIAL CLAIM AGAINST ANY OF THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.**

*[Remainder of page intentionally left blank]*

Dated: January 2, 2024
Dallas, Texas

*/s/ Marcus A. Helt*

Marcus A. Helt (Texas Bar #24052187)
MCDERMOTT WILL & EMERY LLP
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone: (214) 295-8000
Facsimile: (972) 232-3098
Email: mhelt@mwe.com

-and-

Felicia Gerber Perlman (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
Jake Jumbeck (admitted *pro hac vice*)
Carole Wurzelbacher (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: fperlman@mwe.com
bgiordano@mwe.com
jjumbeck@mwe.com
cwurzelbacher@mwe.com
cdingman@mwe.com

-and-

Steven Z. Szanzer (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: sszanzer@mwe.com

*Counsel to the Debtors and Debtors in Possession*

# Exhibit 1

## Correctional Facilities

**Facilities Exhibit**

| Site Name | Site Street Address | Site City | Site State | Site Zip | Debtor Entity |
|---|---|---|---|---|---|
| Adams County Detention Facility | 150 N 19th Avenue | Brighton | CO | 80601 | Wellpath LLC |
| Alexandria Adult Detention Center | 2001 Mill Road | Alexandria | VA | 22314 | WPMed, LLC |
| Allegany County Detention Center | 14300 McMullen Highway SW | Cumberland | MD | 21502 | Wellpath LLC |
| AR DOC Phillips County Jail | 1804 Martin Luther King Drive | Helena | AR | 72342 | Wellpath LLC |
| AR DOC White River CC | 105 County Yard Road | Batesville | AR | 72501 | Wellpath LLC |
| Arapahoe County Detention Center | 7375 So. Potomac Street | Centennial | CO | 80112 | Wellpath LLC |
| AZ Coconino County Page Jail Facility | 713 Tunnel Rd | Page | AZ | 86040 | Wellpath LLC |
| AZ Coconino Flagstaff Jail Facility | 951 E. Sawmill Rd | Flagstaff | AZ | 86001 | Wellpath LLC |
| AZ Restoration to Competency Program Forensic Psychiatry Services Yuma County | 145 South Second Avenue | Yuma | AZ | 85364 | Wellpath LLC |
| AZ RISE Program Yuma County | 200 W. Court Street | Yuma | AZ | 85364 | Wellpath Recovery Solutions |
| Bay County Law Enforcement Center | 503 Third Street | Bay City | MI | 48708 | Wellpath LLC |
| Bell County Forestry Camp | 560 Correctional Drive | Pineville | KY | 40977 | Wellpath LLC |
| Benton Unit AR DOC | 6701 Highway 67, Building 58 | Benton | AR | 72015 | Wellpath LLC |
| Berrien County Juvenile Center | 6414 Deans Hill Road | Berrien Center | MI | 49102 | Correctional Healthcare Co LLC |
| Blackburn Correctional Complex | 3111 Spurr Road | Lexington | KY | 40511 | Wellpath LLC |
| Bolduc Correctional Center | 516 Cushing Road | Warren | ME | 04864 | Wellpath LLC |
| Boynton Beach | 4905 Park Ridge Boulevard | Boynton Beach | FL | 33426 | Boynton Beach FL Hosp CO LLC |
| Bridgewater State Hospital | 20 Administration Road | Bridgewater | MA | 02324 | Wellpath Recovery Solutions |
| Brunswick County, NC | 70 Stamp Act Dr | Bolivia | NC | 28422 | Wellpath LLC |
| CA Alpine Special Treatment Center | 2120 Alpine Blvd | Alpine | CA | 91901 | Behavioral Health Mgmt Systems |
| CA FPAS Victorville FCC | 13777 Air Expressway Blvd | Victorville | CA | 92394 | Wellpath LLC |
| CA Harborview Center | 490 West 14th Street | Long Beach | CA | 90813 | Harborview Center LLC |
| CA HCS Lompoc Valley | 1593 Chestnut Ave | Lompoc | CA | 93436 | Wellpath LLC |
| Calvert County Detention Center | 325 Stafford Road | Barstow | MD | 20610 | Wellpath LLC |
| Center for Forensic Psychiatry | 8303 Platt Rd | Saline | MI | 48176 | Wellpath LLC |
| Central Arkansas Center AR DOC | 4823 W 7th Street | Little Rock | AR | 72205 | Wellpath LLC |
| Clark County Juvenile Detention Center | 651 North Pecos Road | Las Vegas | NV | 89101 | Wellpath LLC |
| Clark County Spring Mountain Residential Center | 520 North 30th Street | Las Vegas | NV | 89101 | Wellpath LLC |
| Clark County Spring Mountain Youth Camp | 2400 Angel Peak Place | Las Vegas | NV | 89124 | Wellpath LLC |
| CO Douglas Det Division | 4000 Justice Way | Castle Rock | CO | 80109 | Wellpath LLC |
| CO Weld County Booking SubSt | 4209 Weld County Road 24 1/2 | Longmont | CO | 80504 | Wellpath LLC |
| CO Weld County North Jail Complex | 2110 O Street | Greeley | CO | 80631 | Wellpath LLC |
| Columbia Regional Care Center | 7901 Farrow Road | Columbia | SC | 29203 | Correct Care of South Carolina |
| Crawford County Jail | 3613 Stetzer Road | Bucyrus | OH | 44820 | Correctional Healthcare Co LLC |
| Cummins Unit AR DOC | 2450 Hwy 388 | Gould | AR | 71643 | Wellpath LLC |
| Dane County Jail | 115 W. Doty Street | Madison | WI | 53703 | Wellpath LLC |
| Davidson County Maximum Correctional Center | 5113 Harding Place | Nashville | TN | 37211 | Wellpath LLC |
| Davidson County Correctional Development Center - Male | 5113 Harding Place | Nashville | TN | 37211 | Wellpath LLC |
| Davidson County Criminal Justice Center | 448 2nd Avenue North | Nashville | TN | 37201 | Wellpath LLC |
| Davidson County Hill Detention Center | 506 Second Avenue North | Nashville | TN | 37201 | Wellpath LLC |
| Davidson County Management | 5113 Harding Place | Nashville | TN | 37211 | Wellpath LLC |
| Delta Regional Unit AR DOC | 880 East Gaines | Dermott | AR | 71638 | Wellpath LLC |
| Dorchester County Detention Center | 829 Fieldcrest Road | Cambridge | MD | 21613 | WPMed, LLC |
| Douglas County Jail | 1036 South East Douglas | Roseburg | OR | 97470 | Wellpath LLC |
| Downeast Correctional Facility | 64 Base Road | Machiasport | ME | 04655 | Wellpath LLC |
| Durham County Detention Facility | 219 S Mangum Street | Durham | NC | 27701 | Wellpath LLC |
| Eagle County Detention Center | 885 Chambers Avenue | Eagle | CO | 81631 | Correctional Healthcare Co LLC |
| East Arkansas Regional Unit AR DOC | 326 Lee 601 | Brickeys | AR | 72320 | Wellpath LLC |
| East Central Community Correction Center AR DOC | 200 West Tyler Avenue | West Memphis | AR | 72301 | Wellpath LLC |
| Eastern Kentucky Correctional Complex | 200 Road to Justice | West Liberty | KY | 41472 | Wellpath LLC |
| Eau Claire County Jail | 710 Second Avenue | Eau Claire | WI | 54703 | Correctional Healthcare Co LLC |
| Elbert County Jail | 751 Ute Avenue, PO Box 486 | Kiowa | CO | 80117 | Wellpath LLC |
| Elkhart County Correctional Center | 26861 C.R. 26 | Elkhart | IN | 46517 | Wellpath LLC |
| Elkhart County Juvenile Detention Center | 114 N 2nd Street | Goshen | IN | 46526 | Wellpath LLC |
| Ellis County Wayne McCollum Detention Center | 300 S Jackson Street | Waxahachie | TX | 75165 | Wellpath LLC |
| Essex County Correctional Facility | 20 Manning Ave | Middleton | MA | 01949 | Wellpath LLC |
| Essex County Pre-Release Center | 165 Marston St. | Lawrence | MA | 01841 | Wellpath LLC |
| Essex County Women-in-Transition | 197 Elm St. | Salisbury | MA | 01952 | Wellpath LLC |
| Ester Unit AR DOC | 7500 Corrections Circle | Pine Bluff | AR | 71603 | Wellpath LLC |
| FBOP Big Spring | 1900 Simler Avenue | Big Spring | TX | 79720 | Wellpath LLC |
| FBOP Coleman | 846 NE 54th Terrace | Coleman | FL | 33521 | Wellpath LLC |

| Site Name | Site Street Address | Site City | Site State | Site Zip | Debtor Entity |
|---|---|---|---|---|---|
| FBOP El Reno | 4205 Highway 66 West | El Reno | OK | 73036 | Wellpath LLC |
| FBOP FTC Oklahoma City | 7410 S. Macarthur Boulevard | Oklahoma City | OK | 73169 | Wellpath LLC |
| FBOP MCC Chicago | 71 West Van Buren Street | Chicago | IL | 60605 | Wellpath LLC |
| FBOP Milan | 4004 East Arkona Road | Milan | MI | 48160 | Wellpath LLC |
| FBOP Pollock | 1000 Airbase Road | Pollock | LA | 71467 | Wellpath LLC |
| FCC Beauimont-Medium | PO BOX 26045 | Beaumont | TX | 77720 | Wellpath LLC |
| FCC Beaumont-Low | PO Box 26025 | Beaumont | TX | 77720 | Wellpath LLC |
| FCC-Beaumont-United States Penitentiary | PO Box 26035 | Beaumont | TX | 77720 | Wellpath LLC |
| FCI Ray Brook | 128 Ray Brook Road | Ray Brook | NY | 12977 | Wellpath LLC |
| FL Alachua County Jail | 3333 NE 39th Avenue | Gainesville | FL | 32609 | Wellpath LLC |
| FL Lake County | 551 W. Main St | Tavares | FL | 32778 | Wellpath LLC |
| FL Martin County Jail | 800 SE Monterey Rd | Stuart | FL | 34994 | Wellpath LLC |
| FL NBH North Palm Beaches | 901 45th Street | West Palm Beach | FL | 33407 | 901 45th S West Palm Beach Fl |
| FL Palm Beach Est Detention Center | 38811 James Wheeler Way | Belle Glad | FL | 33430 | Wellpath LLC |
| FL Palm Beach Main Detention Center | 3228 Gun Club Rd | West Palm Beach | FL | 33406 | Wellpath LLC |
| FL Santa Rosa County | 5755 E Milton Rd | Milton | FL | 32583 | Wellpath LLC |
| FL Santa Rosa County Annex | 8390 Transition Rd | Milton | FL | 32583 | Wellpath LLC |
| Florida Civil Commitment Center | 13619 South East Highway 70 | Arcadia | FL | 34266 | Wellpath Recovery Solutions |
| GA - Barrow County Detention Center | 652 Barrow Park Drive | Winder | GA | 30680 | Wellpath LLC |
| GA Cobb County | 1825 County Services Parkway | Marietta | GA | 30080 | Wellpath LLC |
| GA DOC McRae Women ERMA | 112 Jim Hammock Drive | McRae Helena | GA | 31055 | Wellpath LLC |
| GA Muscogee County Jail | 700 E 10th Street | Columbus | GA | 31901 | Wellpath LLC |
| GA RISE at Cobb County | 1825 County Services Parkway | Marietta | GA | 30008 | Wellpath Recovery Solutions |
| Green River Correctional Complex | 1200 River Road | Central City | KY | 42330 | Wellpath LLC |
| Greensboro Detention Center | 201 S. Edgeworth Street | Greensboro | NC | 27401 | Wellpath LLC |
| Grimes Unit AR DOC | 300 Corrections Drive | Newport | AR | 72112 | Wellpath LLC |
| Guilford County Detention Center | 15 Lockhead Court | Greensboro | NC | 27409 | Wellpath LLC |
| Hancock County Jail | 200 W. Crawford St. | Findlay | OH | 45840 | Wellpath LLC |
| Hays County Jail | 1307 Uhland Road | San Marcos | TX | 78666 | Wellpath LLC |
| High Point Detention | 507 East Green Drive | High Point | NC | 27260 | Wellpath LLC |
| Howard County Detention Center | 7301 Waterloo Road | Jessup | MD | 20794 | Wellpath LLC |
| ID Kootenai County Jail | 5500 N Government Way | Coeur D Alene | ID | 83815 | Wellpath LLC |
| IL - Lake County Robert W Depke Juvenile Complex | 24647 N Milwaukee Ave | Vernon Hills | IL | 60061 | Wellpath LLC |
| IL - Lake County Sheriff's Office Adult Correctional Facility | 20 S. County Street | Waukegan | IL | 60085 | Wellpath LLC |
| IL Kane County Adult JC | 38W555 Illinois Route 38 Suite A | St. Charles | IL | 60175 | Wellpath LLC |
| IL Peoria County Jail | 301 N Maxwell Rd | Peoria | IL | 61604 | Wellpath LLC |
| IN Marion County CJC | 695 Justice Way | Indianapolis | IN | 46203 | Wellpath LLC |
| IN St. Joseph County Jail | 401 W. Sample Street | South Bend | IN | 46601 | Wellpath LLC |
| Isabella County Jail | 207 N. Court Street | Mount Pleasant | MI | 48858 | Wellpath LLC |
| Isabella County Non-Secure Detention Home | 300 N. Main Street | Mount Pleasant | MI | 48858 | Correctional Healthcare Co LLC |
| IYC Chicago | 136 N. Western Ave., 3rd Floor | Chicago | IL | 60612 | Jessamine Healthcare, LLC. |
| IYC Harrisburg | 1201 W. Poplar, PO Box 300 | Harrisburg | IL | 62946 | Jessamine Healthcare, LLC. |
| IYC Pere Marquette | 17808 State Hightway 100 W | Grafton | IL | 62037 | Jessamine Healthcare, LLC. |
| IYC St Charles | 3825 Campton Hills Road | St Charles | IL | 60175 | Jessamine Healthcare, LLC. |
| IYC Warrenville | 3825 Campton Hills Road | Warrenville | IL | 60555 | Jessamine Healthcare, LLC. |
| Jackson County Detention Center | 787 West 8th Street | Medford | OR | 97501 | Wellpath LLC |
| Joseph V. Conte Facility, FL | 1351 NW 27th Ave. | Pompano Beach | FL | 33069 | Wellpath LLC |
| Kentucky Correctional Institute for Women | 3000 Ash Avenue | Pewee Valley | KY | 40056 | Wellpath LLC |
| Kentucky State Penitentiary | 266 Water Street | Eddyville | KY | 42038 | Wellpath LLC |
| Kentucky State Reformatory | 3001 W. Highway 146 | La Grange | KY | 40031 | Wellpath LLC |
| Kerr County Detention Center | 400 Clearwater Paseo | Kerrville | TX | 78028 | Wellpath LLC |
| KY DJJ Juvenile Xray | 2600 Eastpoint Parkway, Suite 305 | Louisville | KY | 40223 | Wellpath LLC |
| KY DOC CoreCivic Psychology | 168 Lee Adjustment Center Dr. | Beattyville | KY | 41311 | Wellpath LLC |
| LA ACY St. Martinville | 1815 Terrace Highway | St. Martinville | LA | 70582 | Wellpath LLC |
| LA Angola Center for Youth | 17544 Tunica Trace | Angola | LA | 70712 | Wellpath LLC |
| LA Jetson Center for Youth | 13200 Scenic Hwy. | Baker | CA | 70714 | Wellpath LLC |
| LA Swanson Youth Jackson | 4704 Jackson Street | Monroe | LA | 71202 | Wellpath LLC |
| Lancaster County Correctional Facility | 3801 West O Street | Lincoln | NE | 68528 | Wellpath LLC |
| Lancaster County Youth Services | 1200 Radcliffe Street | Lincoln | NE | 68512 | Wellpath LLC |
| LA-Office Juvenile Just Acadiana | U.S. Hwy. 71 at Bordelon Road | Bunkie | LA | 71322 | Wellpath LLC |
| LaSalle County Jail | 707 East Etna Rd. | Ottawa | IL | 61350 | Wellpath LLC |
| LaSalle Juvenile Detention Center | 707 East Etna Rd. | Ottawa | IL | 61350 | Wellpath LLC |
| Lee Adjustment Center, KY | 168 Lee Adjustment Center Dr. | Beattyville | KY | 41311 | Wellpath LLC |
| Lexington County Detention Center | 521 Gibson Road | Lexington | SC | 29072 | Wellpath LLC |
| Lincoln County Jail | 1104 E. First Street | Merrill | WI | 54452 | Correctional Healthcare Co LLC |

| Site Name | Site Street Address | Site City | Site State | Site Zip | Debtor Entity |
|---|---|---|---|---|---|
| Little Sandy Correctional Complex | 505 Prison Connector Drive | Sandy Hook | KY | 41171 | Wellpath LLC |
| Long Creek Youth Development Center | 675 Westbrook Street | South Portland | ME | 04106 | Wellpath LLC |
| Loudoun County Detention Center | 42035 Loudoun Center Place | Leesburg | VA | 20175 | Wellpath LLC |
| Louisiana Bridge City Center for Youth | 3225 River Road | Bridge City | LA | 70094 | Wellpath LLC |
| Louisiana Swanson City Center for Youth at Columbia | 132 Highway 850 | Columbia | LA | 71418 | Wellpath LLC |
| Louisiana Swanson City Center for Youth at Monroe | 4701 South Grand Street | Monroe | LA | 71202 | Wellpath LLC |
| Lubbock County Detention Center | 3502 N Holly Ave | Lubbock | TX | 79403 | Wellpath LLC |
| Luther Luckett Correctional Complex | 1612 Dawkins Road | La Grange | KY | 40031 | Wellpath LLC |
| MA - Essex County MAT | 20 Manning Ave | Middleton | MA | 01949 | Wellpath LLC |
| MA MASAC | 1 Bump Pond Road | Plymouth | MA | 02360 | Wellpath Recovery Solutions |
| MA Suffolk County ERMA | 20 Bradston St | Boston | MA | 02118 | Wellpath LLC |
| Macomb County Jail | 43565 Elizabeth Road | Mt. Clemens | MI | 48043 | Wellpath LLC |
| Macomb County Juvenile Justice Center | 400 N Rose Street | Mt Clemens | MI | 48043 | Wellpath LLC |
| Mahoning County Justice Center | 110 Fifth Ave. | Youngstown | OH | 44503 | Wellpath LLC |
| Main Jail Bureau, FL | 555 SE 1st Ave. | Ft Lauderdale | FL | 33310 | Wellpath LLC |
| Maine Correctional Center | 17 Mallison Falls Road | Windham | ME | 04062 | Wellpath LLC |
| Maine State Prison | 807 Cushing Road | Warren | ME | 04864 | Wellpath LLC |
| Maine State Prison - Intensive Mental Health Unit | 807 Cushing Road | Warren | ME | 04864 | Wellpath LLC |
| Marion County Juvenile Detention Center | 2451 North Keystone Avenue | Indianapolis | IN | 46218 | Wellpath LLC |
| Maximum Security Unit AR DOC | 2501 State Farm Road | Tucker | AR | 72168 | Wellpath LLC |
| McHenry County Jail | 2200 N Seminary Avenue | Woodstock | IL | 60098 | Wellpath LLC |
| McPherson Unit AR DOC | 302 Corrections Drive | Newport | AR | 72112 | Wellpath LLC |
| MD Frederick County Detention Center | 7300 Marcies Choice Lane | Frederick | MD | 21704 | Wellpath LLC |
| MD Frederick WRC | 7281 Marcies Choice Lane | Frederick | MD | 21704 | Wellpath LLC |
| MD Harford County Detention Center | 1030 Rock Spring Road | Bel Air | MD | 21014 | Wellpath LLC |
| MD-Caroline County | 101 Gay Street | Denton | MD | 21629 | Wellpath LLC |
| Mississippi County Work Release AR DOC | 727 North County Road 599 | Luxora, | AR | 72358 | Wellpath LLC |
| MN Beltrami County Jail | 626 Minnesota Ave NW | Bemidji | MN | 56601 | Wellpath LLC |
| MN Otter Tail County Jail | 416 S Mill St | Fergus | MN | 56537 | Wellpath LLC |
| MN Sherburne County Jail | 13880 Business Center Dr NW | Elk River | MN | 55330 | Wellpath LLC |
| Monroe County Jail | 5501 College Road Way | Key West | FL | 33040 | Wellpath LLC |
| Monroe County Marathon Jail | 3981 Ocean Terrace | Marathon | FL | 33050 | Wellpath LLC |
| Monroe County Plantation Key Jail | 53 High Point Road | Marathon | FL | 33050 | Wellpath LLC |
| Montgomery County Correctional Center | 22880 Whelan Lane | Boyds | MD | 20841 | Wellpath LLC |
| Montgomery County Mental Health Treatment Facility | 700 Hilbig Road | Conroe | TX | 77301 | Wellpath Recovery Solutions |
| Mountain View Correctional Facility | 1182 Dover Road | Charleston | ME | 04422 | Wellpath LLC |
| MT Missoula Co Detention Facility | 2340 Mullan Road | Missoula | MT | 59808 | Wellpath LLC |
| Nassau County Jail and Detention Center | 76212 Nicholas Cutinha Road | Yulee | FL | 32097 | Correctional Healthcare Co LLC |
| National FBOP CTS TelMAT | 320 1st St NW Room 5005 | Washington | DC | 20534 | Wellpath LLC |
| NC Cumberland County Detention Center | 204 Gillespie Street | Fayetteville | NC | 28301 | Wellpath LLC |
| NC Durham County Youth Center | 2432 Broad Street | Durham | NC | 27704 | Wellpath LLC |
| NC Pitt County Detention Center | 124 New Hope Road | Greenville | NC | 27834 | Wellpath LLC |
| NC RISE Mecklenburg | 801 E. 4th Street | Charlotte | NC | 28202 | Wellpath Recovery Solutions |
| New Hanover County Detention Center | 3950 Juvenile Center Road | Castle Hayne | NC | 28429 | Wellpath LLC |
| New Mexico Military Institute | Marshall Infirmary, 101 W. College Rd. | Roswell | NM | 88201 | Wellpath LLC |
| Nisqually Corrections, WA | 11702 Yelm Hwy SE | Olympia | WA | 98513 | Wellpath LLC |
| NJ Cape May County Correctional Facility | 125 Crest Haven Road | Cape May Court House | NJ | 08210 | Wellpath LLC |
| NJ Hudson County Correctional | 30 South Hackensack Ave | Kearny | NJ | 07032 | Wellpath LLC |
| NJ Monmouth County Correctional Institution | 1 Waterworks Road | Freehold | NJ | 07728 | Wellpath LLC |
| NJ Morris County Correctional Facility | 43 John Street | Morris Township | NJ | 07960 | Wellpath LLC |
| North Broward Bureau, FL | 1550 NW 30th Ave. | Pompano Beach | FL | 33069 | Wellpath LLC |
| North Central Unit AR DOC | 10 Prison Circle | Calico Rock | AR | 72519 | Wellpath LLC |
| Northeast Arkansas Community Correction Center AR DOC | 1351 E County Road 732 | Osceola | AR | 72370 | Wellpath LLC |
| Northpoint Training Center | 710 Walter Reed Road | Burgin | KY | 40310 | Wellpath LLC |
| Northwest Arkansas Community Correct Center AR DOC | 114 North College Avenue | Fayetteville | AR | 72701 | Wellpath LLC |
| Northwest Arkansas Work Release Center AR DOC | 600 West Sunset Avenue | Springdale | AR | 72764 | Wellpath LLC |
| Northwest Regional Juvenile Detention Center | 728 2nd Ave | Eau Claire | WI | 54703 | Correctional Healthcare Co LLC |
| NV Clark County Detention Center | 330 South Casino Center Boulevard | Las Vegas | NV | 89101 | Wellpath LLC |
| NV Clark County JBMH Program | 330 S Casino Center Blvd | Las Vegas | NV | 89101 | Wellpath Recovery Solutions |
| NV North Valley Complex | 4900 N Sloan Lane | Las Vegas | NV | 89115 | Wellpath LLC |
| Oakland County Jail | 1201 North Telegraph Road | Pontiac | MI | 48341 | Wellpath LLC |
| OH - Cuyahoga County Juvenile Detention Center | 9300 Quincy Avenue | Cleveland | OH | 44106 | Wellpath LLC |
| Old Colony Corrections Center | 1 Admin Road | Bridgewater | MA | 02324 | Wellpath Recovery Solutions |
| Omega Parole Violator Unit AR DOC | 104 Walco Lane | Malvern | AR | 72104 | Wellpath LLC |
| OR Jackson County Juvenile Center | 609 10th Street | Medford | OR | 97501 | Wellpath LLC |

| Site Name | Site Street Address | Site City | Site State | Site Zip | Debtor Entity |
|---|---|---|---|---|---|
| OR Jackson County Transition | 5505 S Pacific Highway | Phoenix | OR | 97535 | Wellpath LLC |
| OR Lane County Juvenile Detention | 2727 Martin Luther King Jr Blvd | Eugene | OR | 97402 | Wellpath LLC |
| OR Springfield Municipal Jail | 230 4th Street | Springfield | OR | 97477 | Wellpath LLC |
| OR Lane County Jail | 101 W 5th Ave | Eugene | OR | 97401 | Wellpath LLC |
| Ouachita River Correctional Unit - Special Needs Unit AR DOC | 100 Walco Lane | Malvern | AR | 72104 | Wellpath LLC |
| Ouachita River Correctional Unit AR DOC | 100 Walco Lane | Malvern | AR | 72104 | Wellpath LLC |
| PA – Lackawanna County Prison | 1371 N. Washington Street | Scranton | PA | 18509 | Wellpath LLC |
| PA FPAS Canaan USP | 3057 Eric J Williams Memorial Drive | Waymart | PA | 18472 | Wellpath LLC |
| PA George W Hill Correctional Facility (Delaware County) | 500 Cheyney Road | Thornton | PA | 19373 | Wellpath LLC |
| PA-Luzerne County Correctional Center | 99 Water Street | Wilkes-Barre | PA | 18702 | Wellpath LLC |
| Park County Detention Center | 1402 River View Drive | Cody | WY | 82414 | Correctional Healthcare Co LLC |
| Paul Rein Detention Facility | 2421 NW 16 Street | Pompano Beach | FL | 33069 | Wellpath LLC |
| Pine Bluff Re-Entry Center AR DOC | 6841 W 13th Street | Pine Bluff | AR | 71603 | Wellpath LLC |
| Pine Bluff Unit AR DOC | 890 Freeline Drive | Pine Bluff | AR | 71603 | Wellpath LLC |
| Queen Anne's County Center | 500 Little Hut Drive | Centreville | MD | 21617 | WPMed, LLC |
| Randall L Williams Unit AR DOC | 7206 W 7th Avenue | Pine Bluff | AR | 71603 | Wellpath LLC |
| RISE II Program at Arapahoe County Detention Center | 7375 South Potomac Street | Centennial | CO | 80112 | Wellpath Recovery Solutions |
| Roederer Correctional Complex | 4000 Morgan Road | La Grange | KY | 40031 | Wellpath LLC |
| Saginaw County Juvenile Detention Center | 3360 Hospital Road | Saginaw | MI | 48602 | Correctional Healthcare Co LLC |
| San Juan Adult Detention Center | 871 Andrea Drive | Farmington | NM | 87401 | Wellpath LLC |
| San Juan County Adult Alternative Sentencing | 1006 Municipal Drive | Farmington | NM | 87401 | Wellpath LLC |
| San Juan County Juvenile Services Center | 851 Andrea Drive #1 | Farmington | NM | 87401 | Wellpath LLC |
| SCI Albion | 10745 Route 18 | Albion | PA | 16475 | Wellpath LLC |
| SCI Benner Township | 301 Institution Drive | Bellefonte | PA | 16823 | Wellpath LLC |
| SCI Cambridge Springs | 451 Fullerton Avenue | Cambridge Springs | PA | 16403 | Wellpath LLC |
| SCI Camp Hill | 2500 Lisburn Rd | Camp Hill | PA | 17001 | Wellpath LLC |
| SCI Chester | 500 East Fourth Street | Chester | PA | 19013 | Wellpath LLC |
| SCI Coal Township | 1 Kelley Drive | Coal Township | PA | 17866 | Wellpath LLC |
| SCI Dallas | 1000 Follies Road | Dallas | PA | 18612 | Wellpath LLC |
| SCI Fayette | 50 Overlook Drive | LaBelle | PA | 15450 | Wellpath LLC |
| SCI Forest | 286 Woodland Drive, P.O. Box 307 | Marienville | PA | 16239 | Wellpath LLC |
| SCI Frackville | 1111 Altamont Boulevard | Frackville | PA | 17931 | Wellpath LLC |
| SCI Graterford | P.O. Box 246 | Graterford | PA | 19426 | Wellpath LLC |
| SCI Greene | 169 Progress Drive | Waynesburg | PA | 15370 | Wellpath LLC |
| SCI Houtzdale | 209 Institution Drive | Houtzdale | PA | 16698 | Wellpath LLC |
| SCI Huntingdon | 1100 Pike Street | Huntingdon | PA | 16654 | Wellpath LLC |
| SCI Laurel Highlands | 5706 Glades Pike | Somerset | PA | 15501 | Wellpath LLC |
| SCI Mahanoy | 301 Morea Road | Frackville | PA | 17932 | Wellpath LLC |
| SCI Mercer | 801 Butler Pike | Mercer | PA | 16137 | Wellpath LLC |
| SCI Muncy | 6454 Rte 405 Hwy. | Muncy | PA | 17756 | Wellpath LLC |
| SCI Phoenix Prison PA | 1200 Mokychic Drive | Collegeville | PA | 19426 | Wellpath LLC |
| SCI Pine Grove | 189 Fyock Road | Indiana | PA | 15701 | Wellpath LLC |
| SCI Pittsburgh | 3001 Beaver Avenue | Pittsburgh | PA | 15233 | Wellpath LLC |
| SCI Progress Community Corrections Center | 179 Progress Drive | Waynesburg | PA | 15370 | Wellpath LLC |
| SCI Quehanna Motivational Boot Camp | 4395 Quehanna Highway | Karthaus | PA | 16845-9714 | Wellpath LLC |
| SCI Retreat | 660 State Route 11 | Hunlock Creek | PA | 18621 | Wellpath LLC |
| SCI Rockview | Box A, 1 Rockview Place | Bellefonte | PA | 16823 | Wellpath LLC |
| SCI Smithfield | 1120 Pike Street | Huntingdon | PA | 16652 | Wellpath LLC |
| SCI Somerset | 1590 Walters Mill Road | Somerset | PA | 15510 | Wellpath LLC |
| SCI Waymart | 11 Farview Drive | Waymart | PA | 18472 | Wellpath LLC |
| SCI Wernersville Community Corrections Center | 165 Main Street | Wernersville | PA | 19565 | Wellpath LLC |
| SCSVPTP, SC | 1700 St. Andrews Terrace | Columbia | SC | 29210 | Correct Care of South Carolina |
| Shawano County Jail | 405 N Main St. | Shawano | WI | 54166 | Wellpath LLC |
| Shelby County Correctional Center | 1045 Mullins Station Road | Memphis | TN | 38134 | Wellpath LLC |
| Shelby County Jail | 201 Poplar Avenue | Memphis | TN | 38103 | Wellpath LLC |
| Shelby County Jail East | 6201 Haley Road | Memphis | TN | 38134 | Wellpath LLC |
| Shelby County Juvenile Justice Center | 616 Adams Avenue | Memphis | TN | 38105 | Wellpath LLC |
| Somerset County Detention Center | 30474 Revells Neck Road | Westover | MD | 21871 | WPMed, LLC |
| South Florida Evaluation and Treatment Center | 18680 South West 376th Street | Florida City | FL | 33034 | Wellpath Recovery Solutions |
| South Florida State Hospital | 800 East Cypress Drive | Pembroke Pines | FL | 33025 | Wellpath Recovery Solutions |
| Southeast KYCC | 327 Correctional Road | Wheelwright | KY | 41669 | Wellpath LLC |
| Southern Maine Women's Re-entry Center | 230 River Road | Windham | ME | 04062 | Wellpath LLC |
| Southwest Arkansas Center AR DOC | 506 Walnut Street | Texarkana | AR | 71854 | Wellpath LLC |
| Stephenson County Jail | 1680 Singer Drive | Freeport | IL | 61032 | Correctional Healthcare Co LLC |
| Talbot County Detention Center | 115 West Dover Street | Easton | MD | 21601 | Wellpath LLC |

| Site Name | Site Street Address | Site City | Site State | Site Zip | Debtor Entity |
|---|---|---|---|---|---|
| Tazewell County Jail | 101 South Capitol | Pekin | IL | 61554 | Correctional Healthcare Co LLC |
| Tazewell County Mental Health | 101 South Capitol | Pekin | IL | 61554 | Correctional Healthcare Co LLC |
| Texarkana Regional Correctional Center AR DOC | 305 E 5th Street, 2nd Floor | Texarkana | AR | 71854 | Wellpath LLC |
| TN Davidson Co Behavioral Care Center | 433 Gay St | Nashville | TN | 37201 | Wellpath LLC |
| TN Davidson Co Downtown Detention Center | 200 James Robertson Pkwy | Nashville | TN | 37201 | Wellpath LLC |
| TN Heath Cost Solutions | 100 Bluegrass Commons Ste. 200 | Hendersonville | TN | 37077 | HCS Correctional Management LLC |
| TN Metro-Davidson County Detention Facility | 5115 Harding Place | Nashville | TN | 37211 | Wellpath LLC |
| TN Shelby County IRC | 961 Sycamore View | Memphis | TN | 38134 | Wellpath LLC |
| Treasure Coast Forensic Treatment Center | 96 South West Allapattah Road | Indiantown | FL | 34956 | Wellpath Recovery Solutions |
| Tucker Unit AR DOC | 2400 State Farm Road | Tucker | AR | 72168 | Wellpath LLC |
| TX – Beaumont Federal Correctional Institution Low/Camp | 5560 Knauth Road | Beaumont | TX | 77705 | Wellpath LLC |
| TX – Beaumont Federal Correctional Institution Medium | 5560 Knauth Road | Beaumont | TX | 77705 | Wellpath LLC |
| TX – Beaumont US Penitentiary | 5560 Knauth Road | Beaumont | TX | 77705 | Wellpath LLC |
| TX Fort Bend County Jail | 1410 Williams Way Blvd. | Richmond | TX | 77469 | Wellpath LLC |
| TX FPAS Houston FDC | 1200 Texas Avenue | Houston | TX | 77002 | Wellpath LLC |
| TX FPC Bryan | 1100 Ursuline Avenue | Bryan | TX | 77803 | Wellpath LLC |
| TX Hays County Juvenile | 2250 Clovis R Barker Rd | San Marcos | TX | 78666 | Wellpath LLC |
| UT Davis County Jail | 800 West State Street | Farmington | UT | 84025 | Wellpath LLC |
| VA Henry County Adult Detention Center | 800 DuPont Road | Martinsville | VA | 24112 | Wellpath LLC |
| Varner Unit AR DOC | 320 Highway 388 E | Gould | AR | 71643 | Wellpath LLC |
| VT DOC Chittenden CRCF | 7 Farrell Street | South Burlington | VT | 05403 | Wellpath LLC |
| VT DOC Marble Valley MVRCF | 167 State Street | Rutland | VT | 05701 | Wellpath LLC |
| VT DOC Northeast NECC | 1270 US Route 5 | St. Johnsbury | VT | 05819 | Wellpath LLC |
| VT DOC Northern State NSCF | 2559 Glen Road | Newport | VT | 05855 | Wellpath LLC |
| VT DOC Northwest NWSCF | 3649 Lower Newton Road | St. Albans | VT | 05488 | Wellpath LLC |
| VT DOC Southern SSCF | 700 Charlestown Road | Springfield | VT | 05156 | Wellpath LLC |
| WA Clark County Jail | 707 West 13th Street | Vancouver | WA | 98660 | Wellpath LLC |
| WA Clark County Juvenile Detention Facility | 500 West 11th Street | Vancouver | WA | 98666 | Wellpath LLC |
| WA Lynnwood PD | 19321 44th Ave W | Lynnwood | WA | 98036 | Wellpath LLC |
| WA SCORE (South Correctional Entity) | 20817 17th Avenue South | Des Moines | WA | 98198 | Wellpath LLC |
| Washtenaw County Jail | 2201 Hogback Road | Ann Arbor | MI | 48107 | Wellpath LLC |
| Washtenaw County Juvenile Detention Facility | 4125 Washtenaw Ave. | Ann Arbor | MI | 48107 | Wellpath LLC |
| Waukesha County Jail | 515 W Moreland Blvd | Waukesha | WI | 53188 | Wellpath LLC |
| Waupaca County Jail | 1402 E. Royalton St. | Waupaca | WI | 54981 | Wellpath LLC |
| Western Kentucky Correctional Complex | 374 New Bethel Church Road | Fredonia | KY | 42411 | Wellpath LLC |
| WI Milwaukee County House of Correction | 8885 S. 68th Street | Franklin | WI | 53132 | Wellpath LLC |
| WI Milwaukee County Jail | 949 N 9th Street | Milwaukee | WI | 53233 | Wellpath LLC |
| WI Milwaukee Police Department | 749 West State Street | Milwaukee | WI | 53233 | Wellpath LLC |
| Wicomico County Detention Center | 411 Naylor Mill Road | Salisbury | MD | 21801 | WPMed, LLC |
| Will County Adult Detention Facility | 95 S Chicago Street | Joliet | IL | 60436 | Wellpath LLC |
| Will County River Valley Justice Center | 3200 West McDonough Street | Joliet | IL | 60431 | Wellpath LLC |
| Williamson County Jail | 200 W. Jefferson St. | Marion | IL | 62959 | Correctional Healthcare Co LLC |
| Worcester County Jail | 5022 Joyner Road | Snow Hill | MD | 21863 | WPMed, LLC |
| Worcester County Jail and House of Corrections | 5 Paul X Tivnan Drive | West Boylston | MA | 01583 | Wellpath LLC |
| Wrightsville/Hawkins Unit AR DOC | 8400 Hwy 386 E | Wrightsville | AR | 72206 | Wellpath LLC |
| Wrightsville/Hawkins Unit Satellite AR DOC | 3403 West 33rd Street | Little Rock | AR | 72204 | Wellpath LLC |
| Wyandotte County Detention Center | 710 N 7th Street | Kansas City | KS | 66101 | Wellpath LLC |
| Yakima County Detention Center | 111 North Front Street | Yakima | WA | 98902 | Wellpath LLC |
| Yakima Juvenile Detention Center | 1728 Jerome Avenue | Yakima | WA | 98902 | Wellpath LLC |
| Yuma County Juvenile Justice Center | 2440 W. 28th Street | Yuma | AZ | 85364 | Wellpath LLC |