**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | ) | Case No. 24-90533-ARP |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned hereby enter this Notice of Appearance pursuant to sections 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel for Effingham County, Georgia, a creditor and party-in-interest in the above-captioned case, and requests that, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and sections 342 and 1109(b) of the Bankruptcy Code, all notices and pleadings be given and served upon:

> Jacob D. Massee
> Madeleine Hoss
> OLIVER MANER LLP
> 218 West State Street
> Savannah, GA 31401
> 912-236-3311 Telephone
> 912-236-8725 Facsimile
> jmassee@olivermaner.com
> mhoss@olivermaner.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to sections 342 and 1109(b) of the Bankruptcy Code, the foregoing request includes the notices and papers referred to in the Rules and sections cited above, and also includes, without limitation, orders and notices of any

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

1

application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, facsimile, electronically or otherwise filed or served with regard to the referenced case and proceedings therein.

Neither this Notice of Appearance and Request for Notices nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed to be a waiver of any rights, including, without limitation, (1) the right to have final orders in noncore matters entered only after *de novo* review by an Article III Judge, (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) any consent to the exercise of the Court's jurisdiction, (4) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (5) any other rights, claims, actions, defenses, setoffs, or recoupment to which Effingham County, Georgia is or may be entitled under agreements, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupment are hereby expressly reserved.

Respectfully submitted, this 3rd day of January, 2025.

|  |  |
|---|---|
|  | OLIVER MANER LLP |
|  | ***/s/ Jacob D. Massee*** |
| 218 West State Street | JACOB D. MASSEE |
| Savannah, GA 31401 | Georgia Bar No. 551890 |
| 912-236-3311 Telephone |  |
| 912-236-8725 Facsimile |  |
| jmassee@olivermaner.com | ***/s/ Madeleine Hoss*** |
| mhoss@olivermaner.com | MADELEINE HOSS |
|  | Georgia Bar No. 652053 |
|  |  |
|  | *Attorneys for Effingham County, Georgia* |

**CERTIFICATE OF SERVICE**

This is to certify that on the 3rd day of January 2025, I caused to be electronically filed the foregoing *Notice of Appearance and Request for Notices* using the Court's CM/ECF filing system. The CM/ECF system generated an email notice of the filing, linked to this document, to those parties registered to receive electronic notices in this case.

This 3rd day of January, 2025.

                                           OLIVER MANER LLP

                                           */s/ Jacob D. Massee*

218 West State Street                    JACOB D. MASSEE
Savannah, GA 31401                     Georgia Bar No. 551890
912-236-3311 Telephone
912-236-8725 Facsimile
jmassee@olivermaner.com              */s/ Madeleine Hoss*
mhoss@olivermaner.com                MADELEINE HOSS
                                           Georgia Bar No. 652053

                                           *Attorneys for Effingham County, Georgia*