Ms. Darlene Hansen, (Deputy-In-charge) Monday 12-23-24

Hello, I am a prose plaintiff in a lawsuit for monetary damages against debtor Wellpath LLC (W.D. PA. 2:23-cv-1224). On November 25, 2024, I Arthur L. Henderson (creditor) received notice of bankruptcy filing by debtors Wellpath Holdings Inc. (24-90533). On November 27, 2024, I filed a motion to object to stay/permission to freeze assets to this Court. On December 16, 2024, I received an unacceptable correspondence form (attached) indicating that this office attempted to communicate with me. According to D.O.C. policy, privileged mail must have correct coding for jail to accept. Because your correspondence was returned by facility, I am uninformed as to what your office attempted to communicate to me. Also, on December 16, 2024, my wife (Eboni Lesesne) spoke to a clerk at this office concerning bankruptcy proceedings, and my participation or lack thereof, due to my incarceration. Ms. Lesesne (wife) inquired about permission to access information and/or communicate on my behalf with this office concerning bankruptcy proceedings.

The clerk stated to Ms. Lesesne that I had to send a letter of consent ~~to~~ this office, granting permission of such communications on my behalf. Attached to this correspondence, is a letter of consent; a copy of D.O.C. coding procedure; and a copy of unacceptable correspondence form.

United States Courts
Southern District of Texas
FILED

DEC 31 2024

Nathan Ochsner, Clerk of Court

In the interest of justice, I intend to preserve all rights that are afforded to me as a creditor in these bankruptcy proceedings, and respectfully request that this office inform myself and wife of any scheduling dates as to hearings and/or filings in relation to bankruptcy proceedings.

Wife's contact info. Below:

Ms. Eboni Lesesne
3719 Baytree Street
Pittsburgh, PA. 15214
(412) 654-8040
E-mail: elesesne@rocketmail.com

To: Ms. Darlene Hansen (Deputy-In-Charge)
U.S. District Court/Clerk
Southern District of TX./P.O. Box 61010
Houston, Texas 77208

From: Arthur Lamont Henderson #LD-3209
SCI-Fayette, 50 Overlook Drive
LaBelle, PA. 15450

RE: Bankruptcy Proceedings/Consent Letter
(Case No. 24-90533)

Date: December 23, 2024

I, Arthur Lamont Henderson, give full authorization/consent to Ms. Eboni Lessene to receive and/or communicate information on my behalf.

I, Arthur Lamont Henderson, declare under penalty that the within is true and correct. Executed on December 23, 2024.

[signature]

Ms. Eboni Lessene Contact info:

3719 Baytree St.
Pittsburgh, PA. 15214
(412) 654-8040

E-mail: elessene@rocketmail.com

The Pennsylvania Department of Corrections (PADOC) policy has mandated that in order for attorney mail to be sent privilege it needs to have a Attorney Control Number (ACN). To register for an ACN with the PADOC: "An attorney, a court or an elected or appointed federal, state, or local official, or other approved entity may request an ACN/CCN/MCN through the PA DOC public website  HYPERLINK "https://privigedmails.cor.pa.gov/" https://privigedmails.cor.pa.gov/ or by contacting Central Office by email at "mailto:RA-CRatrnycntrinum@pa.gov" RACRatrnycntrinum@pa.gov" and complete a DC-4409, Control Number Request Form for validation purposes.

If you do not have an ACN or you do not feel up to creating one at this time, then respond back to me at my non-privileged mail address:

NON-PRIVELEAGE MAIL ADDRESS

Smart Communications/PADOC
SCI Fayette
Arthur Henderson
Inmate No. LD-3209
PO BOX 33028
St. Petersburg FL 33733

PRIVELAGED MAIL ADDRESS

Arthur Henderson
Inmate No. LD-3209
SCI Fayette
50 Overlook Drive
LaBelle, PA 15450

Warning: The non-privilege mail address will not be considered privileged and will be photocopied and preserved for continuous review.

## Unacceptable Correspondence Form

| **Inmate Name:** | HENDERSON, A. | **Inmate Number:** | LD3209 |
|---|---|---|---|
| **Date:** | 12/16/2024 | **SCI/Housing Unit:** | CA-2034 |

**Sender's Name and Address:** U.S. DISTRICT COURT / CLERK
SOUTHERN DISTRICT OF TX / PO BOX 61010
HOUSTON, TEXAS 77208

### Return to Sender

☑ Your correspondence has been Returned to Sender for the following reason:

| | |
|---|---|
| ☐ Non-privileged – incorrectly sent to Institution | ☐ No return address |
| ☐ Has postage due | ☐ Other: |
| ☑ Privileged mail that has incorrect coding | |

**Returned to Sender By:** T. BINNS

### Confiscation

☐ Your correspondence has been confiscated. Indicate your preference of disposition and return form. Confiscated Items will be destroyed if a response is not received within 15 days.

**Destroy:** ☐ Yes ☐ No **Inmate's Signature:**

**Return at your expense:** Attach an addressed envelope/cash slip and return this form.

Reason for Confiscation:

| | | | |
|---|---|---|---|
| ☐ | No return address | ☐ | Contains copyright material |
| ☐ | Contains personal checks, cash, or money orders | ☐ | Contains unauthorized correspondence between inmates in other institutions or third-party correspondence |
| ☐ | Contains a driver's license, birth certificate, or other identity-related documentation that should have been sent to the Business Office | ☐ | Contains photographs that violate the Department's permitted content policy. |
| ☐ | Contains unapproved tapes, CDs or videos | ☐ | Contains more than 25 photographs |
| ☐ | Contains UCC/Sovereign Citizen material | ☐ | Other: |

**Confiscated By:** **Date item shipped:**

**Reason for Confiscation continued:**

<u>If you DO wish to appeal:</u>

The inmate has 15 working days from the date on the Unacceptable Correspondence Form to notify the Facility Manager in writing, in accordance with the **DC-ADM 804**, and the sender has 15 working days to appeal, in writing, to the Facility Manager, which for the sender constitutes the only level of appeal. (See www.cor.pa.gov) The mailroom officer will hold the confiscated items until the appeal process is completed.

<u>If you DO NOT wish to appeal:</u>

The inmate has the option to forward a cash slip with an addressed envelope to the mailroom within 15 working days from the date of this decision to have the confiscated items mailed out of the facility or it will be destroyed. Material that cannot be legally mailed will be destroyed.

cc: Facility Manager
Security Office

Arthur L. Henderson #LD-3209
SCI-Fayette
50 Overlook Drive
LaBelle, Pa. 15450
Inmate Mail
PA Department of Correction
United States Courts
Southern District of Texas
FILED
DEC 31 2024
Nathan Ochsner, Clerk of Court
Attn: Ms. Darlene Hans
U.S. District Cou
Southern Distri
Houston, Tx 772

