**EXHIBIT A**

## GENERAL LIABILITY AND MEDICAL PROFESSIONAL LIABILITY COVERAGE TOWERS 3/15/2018 TO PRESENT

| 2018-2020 | 2020-2021 | 2021-2022 | 2022-2023 | 2023-2024 | 2024-2025 |
|---|---|---|---|---|---|
| $22,000,000 | $23,000,000 | $23,000,000 | $23,000,000 | $25,000,000 | $25,000,000 |
| $10,000,000 Scottsdale | $10,000,000 Scottsdale | $7,000,000 Scottsdale | $7,000,000 Scottsdale | $3,000,000 Hamilton London | $1,000,000 Hamilton London |
| | | | | $2,000,000 Allied World | $2,000,000 Allied World |
| | | $3,000,000 National Fire Marine | $3,000,000 National Fire Marine | $5,000,000 AXA London | $7,000,000 AXA London |
| | $5,000,000 Coverys | $2,000,000 Allied World | $2,000,000 Allied World | | |
| $10,000,000 ProAssurance | $5,000,000 ProAssurance | $3,000,000 Scottsdale | $3,000,000 Scottsdale | $7,000,000 CAPTIVE Fully Self-insured by Wellpath | $7,000,000 CAPTIVE Fully Self-insured by Wellpath |
| $2,000,000 SELF-INSURED ProAssurance Fronting $2M | $3,000,000 SELF-INSURANCE ProAssurance Fronting $3M | $8,000,000 SELF-INSURANCE $5M Self-Insured + Texas Insurance $3M Fronting | $8,000,000 SELF-INSURANCE $5M Self-Insured + Texas Insurance $3M Fronting | $8,000,000 SELF-INSURANCE $5M Self-Insured + Texas Insurance $3M Fronting | $8,000,000 SELF-INSURED $5M Self-Insured + Texas Insurance $3M Fronting |