# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Wednesday, January 8, 2025

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Joel H. | Levitin | Cahill Gordon & Reindel LLP | UBS AG, Stamford Branch |
| Bob | Bruner | Norton Rose Fulbright US LLP | UBS AG, Stamford Branch |
| Samuel Marc | Buchman | Manier & Herod, P.C. | Insurance Company |
| Patricia | Burgess | Frost Brown Todd LLP | JDY, Inc. d/b/a Regency Office Products |
| Aaron | Guerrero | Jones LLP | Diamond Drugs, Inc. |
| Matthew | Herron | herronlaw | Kristin Allred, Victoria Klein, Mike Doyle |
| Susan | Hersh | U.S. Trustee | U.S. Trustee |
| Audrey | Hornisher | Clark Hill PLC | Health Services of Ohio, Inc.; MedMark Treatment |
| David | Lampl | Leech Tishman | Diamond Drugs, Inc. |
| Maria | Mokrzycka | Norton Rose Fulbright US LLP | UBS AG, Stamford Branch |
| Jami | Nimeroff | Brown Nimeroff LLC | Sodexo America, LLC |
| Casey | Roy | Ross, Smith & Binford, PC | Susan N. Goodman, Patient Care Ombudsman |
| John | Steiner | Leech Tishman | Diamond Drugs, Inc. |
| Jordan | Wishnew | Cahill Gordon & Reindel LLP | UBS AG, Stamford Branch |
| Jeffrey | Wisler | Connolly Gallagher LLP | Cigna Health and Life Insurance Company |
| Nicholas | Zluticky | Stinson LLP | Statutory Unsecured Claimholders' Committee |