**EXHIBIT A**

**Claimants' Lawsuits**

| Case Name & No. | Defendants (In Order of Reference) | Causes of Action/Counts (In Order of Reference) |
|---|---|---|
| A.G. v. Tulare County, et al., 1:23-cv-00500-JLT-SKO (E.D. Cal.). | 1. County of Tulare<br>2. Jose Sanchez Perez (Correctional Deputy Trainee)<br>3. James Dillon (Correctional Deputy)<br>4. Rodrigo Deochoa (Correctional Deputy)<br>5. Andrew P. Ho, MD<br>6. Alla Liberstein, MD<br>7. Does 7-50 | 1. 42 U.S.C. § 1983 –Civil Rights Violations<br>2. 42 U.S.C. § 1983 – *Monell* and Supervisory Liability<br>3. California Civil Code § 52.1 (b) – State Civil Rights Violations<br>4. Negligence |
| Alameda County Male Prisoners, et al. v. Alameda County Sheriff's Office, et al., Case No. 3:19-cv-07423-JSC (N.D. Cal.). | 1. Alameda County Sheriff's Office<br>2. Alameda County<br>3. Deputy Joe<br>4. Deputy Ignont (Sp)<br>5. John And Jane Roes, Nos. 1 – 25<br>6. Well-Path Management, Inc.<br>7. Aramark Correctional Services, LLC | 1. Deprivation of Federal Civil Rights under 42 U.S.C. § 1983—Fourteenth Amendment—Sufficient Unspoilt, Food Necessary to Sustain Health<br>2. Deprivation of Federal Civil Rights under 42 U.S.C. § 1983—Eighth Amendment—Sufficient, Non-Contaminated, Food Necessary to Sustain Health<br>3. Deprivation of Federal Civil Rights under 42 U.S.C. § 1983—Fourteenth Amendment—Medical Services<br>4. Deprivation of Federal Civil Rights under 42 U.S.C. § 1983—Eighth Amendment—Medical Services<br>5. Deprivation of Federal Civil Rights under 42 U.S.C. § 1983—Fourteenth Amendment—Adequate Sanitation<br>6. Deprivation of Federal Civil Rights under 42 U.S.C. § 1983—Eighth Amendment—Adequate Sanitation<br>7. Deprivation of Federal Civil Rights under 42 U.S.C. § 1983—First Amendment |
| Balliet v. Luzerne County et al., Case No. 3:22-cv-02032 (M.D. Penn.). | 1. Luzerne County<br>2. Wellpath, LLC<br>3. Chris Gale<br>4. Holly Green | 1. 42 U.S.C. § 1983—Denial of Medical Care (Individual Medical Defendants)<br>2. 42 U.S.C. § 1983—Denial of Medical Care (County & Wellpath) |

| | | |
|---|---|---|
| Case 24-90533   Document 245-1   Filed in TXSB on 12/02/24   Page 2 of 16 | 5. Nelson Iannuzzi<br>6. Jade Talarico<br>7. T.J. Brown<br>8. William Wilk<br>9. LPN Biane Emmett<br>10. C.O. Robert Calvey<br>11. LT. Kate Romiski<br>12. C.O. William Wilk<br>13. Cheri Steever<br>14. Carleen Kendig<br>15. Donald Fuller<br>16. Nancy Soers<br>17. Shana Feichter | 3. 42 U.S.C. § 1983—Denial of Medical Care (Lieutenant & Correctional Officers)<br>4. State Law Negligence—Individual Wellpath Defendants<br>5. State Law Negligence—State Law Negligence (Vicarious) |
| Beckner v. County of Santa Cruz, et al., Case No. 5:23-cv-05032-BLF (N.D. Cal.). | 1. County of Santa Cruz<br>2. California Forensic Medical Group<br>3. Wellpath, Inc.<br>4. Wellpath, LLC<br>5. Wellpath, Management<br>6. James Hart<br>7. Sarah Hewitt<br>8. Santa Cruz Sheriff's Correction Officer Joshua Johnson<br>9. Santa Cruz Sheriff's Correction Officer Buchanon<br>10. Does 5-20 | 1. Violation of Due Process/Deliberate Indifference to Serious Medical Needs (42 U.S.C. § 1983)<br>2. Failure to Properly Train (42 U.S.C. §1983)<br>3. Failure to Properly Supervise and Discipline (42 U.S.C. §1983)<br>4. *Monell* Policy, Pattern and Practice (42 U.S.C. §1983)<br>5. Wrongful Death (CCP §377.60, et seq.)<br>6. Bane Act (CCP §52.1) |
| Brazelton v. Wellpath et al., Case No. 1:22-cv-01324 (C.D. Illi.). | 1. Wellpath, LLC<br>2. Chris Watkins (Sheriff of Peoria Cnty)<br>3. Susan Brobston<br>4. Sally Foley)<br>5. Shamaila Gorsi<br>6. Carrie Joanne Roe<br>7. Jana Huston | 1. 42 U.S.C. § 1983 – Failure to Provide Medical Care (All Individual Defendants)<br>2. 42 U.S.C. § 1983 – Failure to Intervene (All Individual Defendants)<br>3. 42 U.S.C. § 1983 – *Monell* Claims (Wellpath and Chris Watkins)<br>4. State Law Negligence (All Defendants)<br>5. Respondeat Superior (Wellpath) |

| | | |
|---|---|---|
| | | 6. State Law Indemnification (Peoria County) |
| | 8. Patricia Rice<br>9. Erin O'Malley<br>10. Susan Gilles<br>11. Emily Dawson<br>12. Lisa Stout<br>13. Michelle Newman<br>14. Morgan Renee Abraham<br>15. Patrica Eddlemon<br>16. Brittany Vanfleet<br>17. Deandra Snoddy<br>18. Peoria County | |
| Bush et al. v. Luzerne County et al., Case No. 23-cv-01152 (M.D. Penn.). | 1. Luzerne County<br>2. Mark Rockovich<br>3. Wellpath, LLC<br>4. Christopher Gale<br>5. Elizabeth Anselm<br>6. Joseph Delany<br>7. Melissa Yankovich<br>8. Harry Reese<br>9. Heather Wilson | 1. 42 U.S.C. § 1983—Eighth/Fourteenth Amendments (Deliberate Indifference, Vulnerability to Suicide)<br>2. 42 U.S.C. § 1983—Eighth/Fourteenth Amendments (Deliberate Indifference, Inadequate Medical Care)<br>3. Americans with Disabilities Act<br>4. Rehabilitation Act<br>5. 42 U.S.C. § 1983—Eighth/Fourteenth Amendments (Deliberate Indifference, Vulnerability to Suicide)<br>6. 42 U.S.C. § 1983—Eighth/Fourteenth Amendments (Deliberate Indifference, Inadequate Medical Care |
| Capaci v. CO Dasraj, et al., Case No. 7:24-cv-4626 (PMH) (S.D.N.Y.). | 1. Cyrel Dasraj (C.O.)<br>2. County of Orange<br>3. Teneshia Washington, RN<br>4. Wellpath, LLC<br>5. Wellpath NY, LLC<br>6. John and Jane Doe #1-10 | 1. 42 U.S.C. § 1983— Deliberate Indifference to Serious Medical Need (CO Dasraj and Nurse Washington)<br>2. 42 U.S.C. § 1983—Municipal Liability (County of Orange)<br>3. 42 U.S.C. § 1983—Municipal Liability (Wellpath LLC and Wellpath NY LLC)<br>4. Medical Malpractice (County of Orange, Wellpath, and Nurse Washington)<br>5. Negligence (County of Orange and CO Dasraj)<br>6. Negligence Hiring, Training, and Supervision (County of Orange and Wellpath)<br>7. Wrongful Death (All Defendants) |

| Case 24-90533 Document 245-1 Filed in TXSB on 12/02/24 Page 4 of 16 | | |
|---|---|---|
| C.R.A et al. v. Fresno County et al., Case No. 2:23-00672 (E.D. Cal.). | 1. Fresno County<br>2. Fresno County Sheriff's Department<br>3. Wellpath LLC<br>4. Does 1-25 | 1. Failure to Provide Medical Care, Fourteenth Amendment Violation (42 U.S.C. § 1983)<br>2. Failure to Protect from Harm, Fourteenth Amendment Violation (42 U.S.C. § 1983)<br>3. Deprivation of Substantive Due Process, First and Fourteenth Amendment Violation (42 U.S.C. § 1983)<br>4. Negligent Supervision, Training, Hiring, Retention (County of Fresno)<br>5. Negligent Supervision, Training, Hiring, Retention (Wellpath)<br>6. Wrongful Death<br>7. State Civil Rights Violation (Cal. Civ. Code § 52.1)<br>8. Survivorship Action and Request for Punitive Damages |
| Curtis v. Lackawana County et al., Case No. 3:23-cv-02092-JFS (M.D. Penn.). | 1. Lackawanna County<br>2. Wellpath, LLC<br>3. Haseebuddin Ahmed, M.D.<br>4. Nelson Iannuzzi<br>5. Rae Olivia<br>6. June Mahoney<br>7. Stephanie Wayman<br>8. India Smith<br>9. Kimberly Peterson<br>10. Alexandria Geisler<br>11. Angela Furman<br>12. C.O. Burda<br>13. C.O. Houman<br>14. C.O. Wharton<br>15. C.O. Jonas<br>16. C.O. Kelly<br>17. C.O. Kopa<br>18. C.O. Bloom<br>19. C.O. Loven<br>20. Sgt. Dranchak<br>21. Sgt. Mills. | 1. 42 U.S.C. § 1983—Denial of Medical Care (Individual Medical Defendants)<br>2. 42 U.S.C. § 1983—Denial of Medical Care (Individual Officer Defendants)<br>3. 42 U.S.C. § 1983—Denial of Medical Care (Lackawanna County and Wellpath)<br>4. Negligence—Wellpath and Nurse Iannuzzi<br>5. Negligence—Wellpath and Dr. Ahmed<br>6. Negligence—Wellpath<br>7. Negligence—Nurse Iannuzzi<br>8. Negligence—Dr. Ahmed |

| Case 24-90533   Document 245-1   Filed in TXSB on 12/02/24   Page 5 of 16 | | |
|---|---|---|
| | 22. C.O. Burrier<br>23. Sgt. Trichilo<br>24. C.O. Tavares<br>25. C.O. Wesley<br>26. C.O. Posluszny<br>27. C.O. Dixon<br>28. C.O. Moskwa<br>29. C.O. Jackson | |
| Desir v. Sheriff Gregory Tony et al., Case No. 0:23-cv-60499 (S.D. Fla.). | 1. Sheriff Gregory Tony<br>2. Ryan Daniel<br>3. Angela McNeal<br>4. Kimberly Green<br>5. Christopher Williams<br>6. Devon Parker<br>7. Jeremiah Howard<br>8. Wellpath LLC<br>9. Wellpath Management, Inc.<br>10. Etude Petit-Homme Datus<br>11. Leon Tennant<br>12. Veronica Edwards<br>13. Rio Flemming | 1. 42 U.S.C. § 1983 – Fourteenth Amendment – Use of Excessive Force<br>2. 42 U.S.C. § 1983 – Fourteenth Amendment – Use of Excessive Force<br>3. 42 U.S.C. § 1983 – Fourteenth Amendment – Failure to Intervene<br>4. 42 U.S.C. § 1983 – Fourteenth Amendment – Use of Excessive Force<br>5. 42 U.S.C. § 1983 – Fourteenth Amendment – Deliberate Indifference to Serious Medical Needs<br>6. 42 U.S.C. § 1983 – Fourteenth Amendment – Deliberate Indifference to Serious Medical Needs<br>7. 42 U.S.C. § 1983 – Fourteenth Amendment – Deliberate Indifference to Serious Medical Needs<br>8. 42 U.S.C. § 1983 – Fourteenth Amendment – Deliberate Indifference to Serious Medical Needs<br>9. 42 U.S.C. § 1983 – Fourteenth Amendment – Failure to Train<br>10. 42 U.S.C. § 1983 – Fourteenth Amendment – Failure to Supervise and Discipline<br>11. 42 U.S.C. § 1983 – Fourteenth Amendment – Supervisor Liability<br>12. 42 U.S.C. § 12101 – The Americans with Disabilities Act<br>13. Section 504 of the Rehabilitation Act<br>14. Fla. Stat. §§ 768.16-.26 and 768.28 – Wrongful Death |

| Case 24-90533   Document 245-1   Filed in TXSB on 12/02/24   Page 6 of 16 | | |
|---|---|---|
| Esparza v. Wellpath, LLC et al.,23-cv-02161-JCM-VCF (D. Nev.). | 1. Wellpath, LLC<br>2. Las Vegas Metropolitan Police Department<br>3. Kevin Mcmahill<br>4. Fred Haas<br>5. Brian Fucile<br>6. Scott Zavsza<br>7. Leah Anderson<br>8. Alyssa Williams<br>9. Julian Abram<br>10. Douglas Thrasher<br>11. Larry Williamson<br>12. Catherine Ryan<br>13. Jessica Arabski<br>14. Richard Medrano<br>15. Vivek Shah<br>16. Cole Casey<br>17. Kesha Poland<br>18. Maria Hopkins<br>19. Rachel Clark<br>20. Kyle Martineau<br>21. Earl Salviejo<br>22. Ulyana Biloskurska<br>23. Amy Kathryn Anapolsky<br>24. Does 1-10<br>25. Fernando Martinez Santos (Nominal) | 1. Deliberate Indifference to Serious Medical Needs (42 U.S.C. § 1983; Nevada Constitution, Article 1, § 8)<br>2. Deprivation of Familial Association (42 U.S.C. § 1983; Nevada Constitution, Article 1, § 8)<br>3. Overdetention (42 U.S.C. § 1983; Nevada Constitution, Article 1, § 8)<br>4. Municipal Liability, Failure to Train/Policy and Custom (42 U.S.C. § 1983)<br>5. Disability Discrimination (42 U.S.C. § 12131 et seq.·; 29 U.S.C. § 794 (A))<br>6. Wrongful Death (Nevada State Law)<br>7. Negligence of a Vulnerable Person (Nevada State Law) |
| Fahrni et al. v. Tulare County, et al., 1:23-cv-01265-KES-SAB (E.D. Cal.). | 1. County of Tulare<br>2. Adolfo Gallardo, Jr.<br>3. Salvador Santillan<br>4. Anyval Suarez<br>5. Wellpath, LLC<br>6. Alla Liberstein, MD | 1. 42 U.S.C. § 1983 – Civil Rights Violations<br>2. 42 U.S.C. § 1983 – *Monell* and Supervisory Liability<br>3. California Civil Code § 52.1 (b) – State Civil Rights Violations<br>4. Negligence |

| | | |
|---|---|---|
| | 7. Precision Psychiatric Services, Inc.<br>8. Anthony Ceja, AMFT<br>9. Sureshbabu Kurra, MD<br>10. Does 6-50 | |
| Hirsch v. Will County, et al., Case No. 19-CV-7398 (N.D. Ill.). | 1. Will County<br>2. Sheriff Mike Kelley<br>3. Officer Frederick Abdullah<br>4. Officer Derek Coppes<br>5. Officer Edward Hayes, Jr.<br>6. Officer Villegas<br>7. Officer Desadier<br>8. Officer Nathan Little<br>9. Officer Charles Kavanaugh<br>10. Erica Wuensen-Diez<br>11. Correct Care Solutions, Inc.<br>12. Wellpath LLC,<br>13. Penelope Johnson<br>14. Cindy Smith<br>15. Guadalupe Zuniga<br>16. Olivia Simpri-Mensah<br>17. Young Sun Kim<br>18. Kia Green<br>19. Amanda North-Shea<br>20. Carmina Feliciano<br>21. Carmina Shaw<br>22. Corina Shaw<br>23. Deatrice Black<br>24. Molly Weigel<br>25. Dona Petrauskis<br>26. Tiffany Utke<br>27. Mohammed Ibrahim<br>28. Patricia Loparco | 1. 42 U.S.C. §1983—Due Process claim<br>2. 42 U.S.C. §1983, *Monell* claim—Defendant Sheriff<br>3. 42 U.S.C. §1983, *Monell* policy claim—Defendant Wellpath<br>4. 42 U.S.C. §12101, et seq., Americans with Disabilities Act—Will County<br>5. 42 U.S.C. §12101, et seq., Americans with Disabilities Act—CCS/Wellpath<br>6. 740 ILCS 180/1 et seq., Illinois Wrongful Death<br>7. Illinois Survival Claim – Willful and Wanton Claim<br>8. Illinois Survival Claim, Intentional Infliction of Emotional Distress<br>9. State Law Claim for Medical Malpractice—Defendants Kim and Simpri-Mensah |

7

| | | |
|---|---|---|
| Johnston et al. v. County of Ventura, et al., 2:23-cv-05902 (C.D. Cal.). | 29. Sheila Corrigan<br>30. Jeffrey Saffold<br>1. County of Ventura<br>2. Ventura County Sheriff's Office<br>3. Sheriff Bill Ayub<br>4. Wellpath Management Inc.,<br>5. Wellpath LLC,<br>6. Commander Mike Hartmann,<br>7. Deputy Spencer Iwansky,<br>8. Deputy John Ennis<br>9. Health Services Administrator Leah James, R.N.<br>10. John Riggs, M.D.<br>11. Sylvia Meza, R.N.<br>12. Griselda Beauvais, R.N.,<br>13. Jennifer Alvarez, R.N.<br>14. Jessica Melger, LVN<br>15. Does 1 through 10 | 1. Failure to Protect from Harm, Fourteenth Amendment Violation (42 U.S.C. § 1983)<br>2. Failure to Provide Medical Care, Fourteenth Amendment Violation (42 U.S.C. § 1983);<br>3. Deprivation of the Right to Familial Relationship with Decedent (42 U.S.C. § 1983);<br>4. Policies, Customs, Practices Causing Constitutional Violations (*Monell*, 42 U.S.C. § 1983);<br>5. Supervisory Liability Causing Constitutional Violations (Failure to Properly Train, Supervise and Discipline, 42 U.S.C. § 1983);<br>6. Negligence – Wrongful Death;<br>7. Negligence – Medical Malpractice;<br>8. Violation of California Government Code §845.6;<br>9. Violation of California Civil Code §52.1 (Tom Bane Act) |
| J.S. et al. v. County of Fresno et al., Case No. :23-cv-01070-NODJ-EPG (N.D. Cal.). | 1. County of Fresno<br>2. Fresno County Sheriff's Office Employees Does 1-30<br>3. Wellpath LLC<br>4. Jessica Martinez, LMFT<br>5. Does 33-50<br>6. Does 51-70 | 1. 42 U.S.C. § 1983—Civil Rights Violations<br>2. 42 U.S.C. § 1983 – *Monell* and Supervisory Liability<br>3. California Civil Code § 52.1 (b) –State Civil Rights Violations<br>4. Negligence |
| K.C. et al. v. Alameda County, et al., 4:22-cv-01817-DMR (N.D. Cal.). | 1. County of Alameda<br>2. Gregory J. Ahern<br>3. Karyn L. Tribble<br>4. Rinata Wagle, M.D.<br>5. Zazi Morsell, R.N.<br>6. Jennifer L. Sells<br>7. Marc R. Solopow | 1. 42 U.S.C. § 1983 Fourteenth Amendment—Deliberate Indifference to Serious Medical Needs/Failure to Protect<br>2. 42 U.S.C. § 1983 First and Fourteenth Amendments—Interference with Familial Association<br>3. 42 U.S.C. § 1983—*Monell* Liability<br>4. 42 U.S.C. § 1983—Supervisory Liability<br>5. Violation of Civil Code § 52.1—Bane Act |

| | | |
|---|---|---|
| | 8. Leslie A. Gerbacio,<br>9. Prentice J. Howard<br>10. Reginal D. Aaron<br>11. Ruben Pola<br>12. Napoleon M. Terrell<br>13. Wellpath, Llc<br>14. Kerry-Ann Kelly, M.D.,<br>15. Janet Rubinson<br>16. Maria Magat, M.D.<br>17. Szilvia Molitorisz, M.D.<br>18. Gabriele Quagtia, R.N.,<br>19. Evelyn Hirsch, R.N.;<br>20. Stella Lewis, R.N.<br>21. Rajbinder Mand, L.V.N.<br>22. Felicidad C. Ramilo, L.V.N.<br>23. Cela Barron, R.N.<br>24. Harvin Ferrer, R.N.<br>25. Rosalyn Williams, L.V.N.<br>26. Chisa Earl, L.V.N.<br>27. Hector Luz, R.N.<br>28. Harpreet K. Sidhu, L.V.N.<br>29. Jharana Shreesh, R.N.<br>30. H. Singh, R.N.<br>31. Michell Tadeo, L.V.N.<br>32. Does 1-30 | 6. Negligence—Wrongful Death and Survival Claim |
| Laurel v. County of Alameda, et al., Case No. 3:24-cv-04427 (N.D. Cal.). | 1. County of Alameda<br>2. Yesenia Sanchez<br>3. Wellpath, LLC<br>4. Asaad Traina, M.D.<br>5. Adiam Haile, R.N.<br>6. Shelby Moore, R.N.<br>7. Homayun Saleh, P.A. | 1. 42 U.S.C. § 1983 14th Am.—Deliberate Indifference to Serious Medical Needs (Traina, Haile, Moore, Saleh, Karim, Brown, and Does 1-30)<br>2. 42 U.S.C. § 1983 14th Am.—Interference with Familial Association (Traina, Haile, Moore, Saleh, Karim, Brown, and Does 1-30)<br>3. 42 U.S.C. § 1983 14th Am.—*Monell* Liability (County and Wellpath) |

| | | |
|---|---|---|
| Case 24-90533   Document 245-1   Filed in TXSB on 12/02/24   Page 10 of 16 | 8. Laila Karim, R.N.<br>9. K. Brown, R.N.<br>10. Does 1-30 | 4. Violation of Civil Code § 52.1 – Bane Act (County, Wellpath, Traina, Haile, Moore, Saleh, Karim, Brown, and Does 1-30)<br>5. Negligence—Wrongful Death and Survival Claim (County and Does 1-30) |
| Magana v. County of Alameda et al., 24-cv-04716-JD (N.D. Cal.). | 1. County of Alameda<br>2. Alameda County Sheriff's Office<br>3. Yesenia Sanchez<br>4. Erik Baker<br>5. Zachary Tsanglee<br>6. Peter Candelario<br>7. California Forensic Medical Group<br>8. Rajendra Mahajan<br>9. Sumeet Chagger<br>10. Harpreet Hundal<br>11. Doe 1 to 20, | 1. U.S. Const. Amend. XIV; 42 U.S.C. § 1983—Deliberate Indifference/Special Relationship<br>2. Title II of the Americans with Disabilities Act; 42 U.S.C. § 12101, et seq.<br>3. Section 504 of the Rehabilitation Act; 29 U.S.C. § 701, et seq.<br>4. Failure to Summon Medical Care; Cal. Gov. Code § 845.6<br>5. California Public Records Act; Cal. Gov. Code § 7920.000 et seq.<br>6. Failure to Produce Patient Records; Cal. Evid. Code § 1158<br>7. Tom Bane Civil Rights Act; Cal. Civ. Code § 52.1<br>8. Intentional Infliction of Emotional Distress<br>9. Negligence |
| McCullough v. Clinton County et al., Case No. 4:23-cv-00171 (M.D. Penn.). | 1. Clinton County<br>2. Wellpath, LLC<br>3. Jeremy Shank<br>4. Lieutenant Muthler<br>5. Officer Etters<br>6. Iantha King<br>7. Officer Young<br>8. William Dettertine<br>9. Christina Mazzulla<br>10. Supplemental Health Care Services, Inc. | 1. 42 U.S.C. § 1983—Fourteenth Amendment Deliberate Indifference<br>2. 42 U.S.C. § 1983—Fourteenth Amendment Deliberate Indifference<br>3. Americans with Disabilities Act (Title II)<br>4. Rehabilitation Act<br>5. 42 U.S.C. § 1983—Fourteenth Amendment State-Created Danger |
| Mohrbacher, et al. v. Alameda County Sheriff's Office, et al., 3:18-cv-00050-JD (N.D. Cal.). | 1. Alameda County Sheriff's Office<br>2. Gregory J. Ahern<br>3. Brett M. Keteles<br>4. Tom Madigan,<br>5. T. Pope<br>6. T. Russell | 1. 42 U.S.C. § 1983—Deprivation of Federal Civil Rights (Alameda County Sheriff's Office)<br>2. 42 U.S.C. § 1983—Deprivation of Federal Civil Rights (Against CFMG/Wellpath)<br>3. 42 U.S.C. § 1983—Deprivation of Federal Civil Rights (Against Alameda County Sheriff's Office and Aramark) |

| | | |
|---|---|---|
| | 7. D. Skoldqvist<br>8. Lt. Hattaway<br>9. Sgt. Calagari<br>10. Deputy Divine (#512)<br>11. Deputy Debra Farmanian<br>12. Deputy Weatherbee (#238)<br>13. Deputy Tania Pope<br>14. Deputy Winstead<br>15. Deputy Caine<br>16. Alameda County<br>17. John & Jane Does, Nos. 1 – 50<br>18. California Forensic Medical Group, its employees and subcontractors, and Rick & Ruth Roes Nos. 1-50<br>19. Aramark Correctional Services, LLC, its employees and sub-contractors, and Rick and Ruth Roes Nos. 1-50 | 4. Article I, Section 17 of the California Constitution—Deprivation of Rights (All Defendants)<br>5. Article I, Section 17 of the California Constitution—Deprivation of Rights (Alameda County and Alameda County Sheriff's Office) |
| Moone v. Board of County Commissioners of the County of San Juan et al., Case No. 1:21-cv-01130 (D. N.M.). | 1. Board of County Commissioners ff The County of San Juan<br>2. Daniel Webb<br>3. Thomas Wilson<br>4. Jorge Rodriguez<br>5. Bryan Banyacya<br>6. Wellpath, LLC<br>7. Susan Long | Generally: 42 USC § 1983, the New Mexico Tort Claims Act, the Americans with Disabilities Act, and the Constitution of the United States<br><br>1. Violation of Procedural Due Process (Webb)<br>2. Inhumane Conditions of Confinement/ Inadequate Medical Care in Violation of the Fourteenth Amendment (All Defendants)<br>3. Negligent Provision of Medical Care (Wellpath and Long)<br>4. Violation of Fourteenth Amendment – Excessive Force (Banyacya, Rodriguez, and Wilson)<br>5. Battery (Banyacya, Rodriguez, and Wilson)<br>6. Violation of the Americans with Disabilities Act (Board of County Commissioners, and Webb)<br>7. Custom and Policy of Violating Constitutional Rights (Official Capacity Defendants) |

| Case | Parties | Claims |
|---|---|---|
| O'Neil v. Las Vegas Metropolitan Police Department et al., Case No. 2:22-cv-00474-ART-NJK (D. Nev.) | 1. Las Vegas Metropolitan Police Department<br>2. County of Clark<br>3. Clark County Detention Center<br>4. Sheriff Joe Lombardo,<br>5. Wellpath, LLC<br>6. Doe Nurse Coco<br>7. Doe Officers 1 through 10,<br>8. Doe Nurses 1 through 10,<br>9. Does 1 through 10<br>10. Roe Corporations 11 through 20;<br>11. ABC Limited Liability Companies 21 through 30 | 1. 42 U.S.C. § 1983<br>2. 42 U.S.C. § 1983—Violation of Eighth Amendment to the United States Constitution (Cruel and Unusual Punishment)<br>3. Negligence<br>4. Violation of Plaintiffs Civil Rights—*Monell* Liability for Failure to Train<br>5. Violation of Plaintiffs Civil Rights—*Monell* Liability for Failure to Train<br>6. Violations of the Constitution of the State of Nevada<br>7. Negligent Hiring, Training, Supervision and Retention<br>8. Concert of Action against all Defendants<br>9. Negligent Infliction of Emotional Distress |
| Ontiveros v. Bd. of Cnty. Comm'rs of San Juan, et al., Case No. D-1116-CV-2023-01315 (11th Judicial District Court for N.M.). | 1. Board of County Commissioners of the County of San Juan<br>2. John Does 1-5<br>3. Wellpath, LLC<br>4. Mya Donaldson | Generally: New Mexico Tort Claims Act and New Mexico Civil Rights Act<br>1. Negligent Provision of Medical Care (Wellpath and Mya Donaldson)<br>2. Negligent Maintenance of a Medical Facility (Board of Commissioners)<br>3. Negligent Operation and Maintenance of a Building (Board of Commissioners)<br>4. Violation of the New Mexico Constitution—Cruel and Unusual Punishment (John Does 1-5)<br>5. Violations of the New Mexico Constitution (Board of Commissioners) |
| Polachek v Luzerne County et al., Case No. 23-cv-01545 (M.D. Penn.). | 1. Luzerne County<br>2. Mark Rockovich<br>3. Wellpath, LLC<br>4. Tamra J. Roper<br>5. Joell Petrovich<br>6. Mike Chudoba<br>7. Kelsey Chambers<br>8. Jodi Hall | 1. 42 U.S.C. § 1983—Eighth/Fourteenth Amendments, Deliberate Indifference, Vulnerability to Suicide (County, Rockovich, Wellpath)<br>2. 42 U.S.C. § 1983—Eighth/Fourteenth Amendments, Inadequate Medical Care (County, Rockovich, Wellpath)<br>3. Americans with Disabilities Act (Title II) (County)<br>4. Rehabilitation Act (County)<br>5. 42 U.S.C. § 1983—Eighth/Fourteenth Amendments, Deliberate Indifference, Vulnerability to Suicide (Officers |

| | | |
|---|---|---|
| | 9. Katie Hermanoski<br>10. Heather Wilson<br>11. Elizabeth Anselm | Roper, Petrovich, Chudoba, Hall & Wilson; Ms. Chambers & Ms. Hermanoski)<br>6. 42 U.S.C. § 1983—Eighth/Fourteenth Amendments, Inadequate Medical Care (Ms. Anselm) |
| Pugh v. Wellpath, et al., 3:23-cv-03677-CRB (N.D. Cal.). | 1. Wellpath, LLC<br>2. Dinesh Nagar, MD<br>3. Don Purcell, MD<br>4. John Maike, MFT<br>5. Jordan Alarcon, RN<br>6. County of Solano<br>7. Sheriff Thomas A. Ferrara<br>8. Sgt. Joshua Esquibel<br>9. Officer Raymond Johnson,<br>10. Officer Ricky Perez<br>11. Officer Roberto Valdez<br>12. Does 5–50 | 1. 42 U.S.C. § 1983 (Nagar, Purcell, Maike, Alarcon, Esquibel, Johnson, Perez, Valdez, and Does 5–30)<br>2. 42 U.S.C. § 1983 – *Monell* and Supervisory Liability (Wellpath, Nagar, Purcell, Esquibel, County, Ferrara, And Does 31–50)<br>3. Violation of California Civil Code § 52.1 (B) – Bane Act (Nagar, Purcell, Maike, Alarcon, Esquibel, Johnson, Perez, Valdez and Does 5–50)<br>4. Negligence (Esquibel, Johnson, Perez, Valdez, and Does 5–50) |
| Reynolds et al. v. County of Madera et al., Case No. 1:23-cv-00538 (E.D. Cal.). | 1. County of Madera<br>2. Does 1-25<br>3. Wellpath, LLC<br>4. Jennifer Lorin Johnson (Nominal Defendant)<br>5. Does 26-50 | 1. 42 U.S.C. § 1983 –Civil Rights Violations<br>2. 42 U.S.C. § 1983 – *Monell* and Supervisory Liability<br>3. California Civil Code § 52.1 (b) – State Civil Rights Violations<br>Negligence |
| Roberts et al. v. Wellpath et al., Case No. 3:23-cv-03662 (N.D. Cal.). | 1. Wellpath, LLC<br>2. Dinesh Nagar, M.D.<br>3. Donald Purcell, M.D.<br>4. Erin Estes, L.P.N.<br>5. John Maike, M.F.T.<br>6. County of Solano<br>7. Jonathan Benton<br>8. Karina Wilson<br>9. Does 1-70 | 1. 42 U.S.C. § 1983 – Federal Civil Rights Violations<br>2. 42 U.S.C. § 1983 – Monell and Supervisory Liability<br>3. California Civil Code § 52.1 (b) – State Civil Rights Violations<br>4. California Government Code § 845.6 – Failure to Summon Medical Care<br>5. Negligence |

| Case | Defendants | Claims |
|---|---|---|
| Rodriguez-Gonzalez et al. v. County of Santa Barbara et al., 2:24-cv-04685-ODW-E (C.D. Cal.). | 1. County of Santa Barbara<br>2. Shawn Lammer<br>3. Deputy John Hartly Freedman<br>4. Cottage Health System<br>5. Santa Barbara Cottage Hospital<br>6. Goleta Valley Cottage Hospital<br>7. Brett Wilson, M.D.<br>8. Wellpath Inc.<br>9. Wellpath Management, Inc.<br>10. Wellpath, LLC<br>11. California Forensic Medical Group, Inc.<br>12. Jayna Liford<br>13. Kathleen McElroy<br>14. Hanna Fordahl<br>15. Caleb Tammar | 1. 42 U.S.C. § 1983 – Deliberate Indifference<br>2. 42 U.S.C. § 1983 – Failure to Train/Supervise<br>3. 42 U.S.C. § 1983 – *Monell*<br>4. California Govt Code §845.6 – Failure to Summon Medical Care<br>5. Negligence<br>6. Medical Negligence<br>7. Substantive Due Process<br>8. Medical Negligence |
| Smith et al. v. County of Santa Cruz, et al., Case No. 5:21-cv-00421 (N.D. Cal.). | 1. County of Santa Cruz<br>2. Sheriff James Hart<br>3. California Forensic Medical Group<br>4. Wellpath, LLC<br>5. Gerald Lazar, M.D.<br>6. Does 4-50 | 1. Deliberate Indifference to Serious Medical Need (42 U.S.C. §1983)<br>2. Right of Association (42 U.S.C. §1983)<br>3. Violation of 42 U.S.C. §1983<br>4. *Monell* (42 U.S.C. §1983)<br>5. Wrongful Death (CCP §377.60)<br>6. Negligence<br>7. ADA—42 U.S.C. §12132<br>8. 29 U.S.C. §794(a) |
| Smith et al. v. Bains et al., Case No. 24-cv-02102-TWT (N.D. Ga.). | 1. Stacey Bains<br>2. Kara Padgett<br>3. Amanda Brown<br>4. Stacey Kelly<br>5. Octavia Keitt<br>6. Daniele Cathey<br>7. Jeronia Bowden | 1. Deliberate indifference to serious risk of harm (Kelly and Keitt)<br>2. Violation of Ga. Const., art. I, § II, ¶ IX (d) (Kelly and Keitt)<br>3. Ga. Const., art. I, § II, ¶ IX (d) (Cathey)<br>4. Ga. Const., art. I, § II, ¶ IX (d) (Brown)<br>5. Deliberate indifference/Fourteenth Amendment (Padgett)<br>6. Deliberate indifference/Fourteenth Amendment (Bains) |

Case 24-90533   Document 245-1   Filed in TXSB on 12/02/24   Page 14 of 16

| | | |
|---|---|---|
| | 8. Tiarra Carter<br>9. Caryn Forbes<br>10. Wellpath, LLC | 7. Respondeat Superior (Wellpath)<br>8. Respondeat Superior (Wellpath)<br>9. Attorney's fees under O.C.G.A. § 13-6-11 (All defendants) |
| Smith v. Las Vegas Metropolitan Police Department et al., Case No. 23-cv-00092 (D. Nev.). | 1. Las Vegas Metropolitan Police Department<br>2. Wellpath, LLC<br>3. RN Rachel Clark<br>4. RN Tanja Wasielewski<br>5. RN Geneva Bessie<br>6. LCSW Sandra Celis<br>7. MA/LNA Meleka St. John<br>8. RN Stephanie Estala;<br>9. NP Hugh Andrew Rosset<br>10. NP Shelley Ameduri<br>11. PA Andrea Balogh<br>12. RN Aynur Kabota<br>13. Corrections Officer Vanessa Mitchell<br>14. Corrections Officer Don'te Mitchell<br>15. Corrections Officer Joshua Waldman<br>16. Does 1-30 | 1. Failure To Protect in Violation of the Fourteenth Amendment (42 U.S.C. § 1983)<br>2. Inadequate Medical and Mental Health Care in Violation of the Fourteenth Amendment (42 U.S.C. § 1983)<br>3. Deprivation of Familial Association in Violation of the Fourteenth Amendment (42 U.S.C. § 1983)<br>4. Municipal Liability—Failure to Train (42 U.S.C. § 1983)<br>5. Municipal Liability—Policy & Custom (42 U.S.C. § 1983)<br>6. Disability Discrimination in Violation of Title II of the Americans with Disabilities Act; Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. § 12131 et seq.; 29 U.S.C. § 794(A))<br>7. Wrongful Death<br>8. Neglect of a Vulnerable Person<br>9. Negligent Infliction of Emotional Distress<br>10. Intentional Infliction of Emotional Distress |
| Vargas v. United States of America et al., Case No. 5:23-cv-00380 (C.D. Cal.). | 1. United States of America<br>2. GEO Group<br>3. Wellpath, LLC | 1. Federal Tort Claims Act—Negligence (United States)<br>2. Federal Tort Claims Act—Negligent Infliction of Emotional Distress (United States)<br>3. Federal Tort Claims Act—Intentional Infliction of Emotional Distress (United States)<br>4. Federal Tort Claims Act—False Arrest/Imprisonment (United States)<br>5. Violation of Detention Standards (Wellpath and GEO)<br>6. Negligence (Wellpath and GEO)<br>7. Negligent Infliction of Emotional Distress (Wellpath and GEO)<br>8. Wrongful Death (All Defendants) |

15

| Case 24-90533   Document 245-1   Filed in TXSB on 12/02/24   Page 16 of 16 | | |
|---|---|---|
| Yang et al. v. County of Yuba et al., 2:23-cv-00066-TLN-JDP (E.D. Cal.). | 1. County of Yuba<br>2. Sgt. Jeffrey T. Palmer<br>3. Correctional Officer Ismael Ramos<br>4. Wellpath, LLC | 1. 42 U.S.C. § 1983 – Deliberate Indifference to Serious Medical Needs<br>2. 42 U.S.C. § 1983 – Deprivation of Familial Relation<br>3. 42 U.S.C. § 1983 – *Monell* Entity Liability<br>4. 42 U.S.C. § 1983 – Supervisory Liability<br>5. California Civil Code § 52.1 (b) – State Civil Rights Violations<br>6. Negligence |

16