# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | Case No. 24-90533 (ARP) |
| Debtors. | (Jointly Administered) |

## DEBTORS AND DEBTORS IN POSSESSION
## AMENDED WITNESS AND EXHIBIT LIST FOR JANUARY 14, 2025 HEARING

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this amended witness and exhibit list (the "Witness and Exhibit List") with respect to the hearing scheduled for January 14, 2025, at 9:30 a.m. (prevailing Central Time) (the "Hearing") before the Honorable Alfredo R. Pérez, United States Bankruptcy Judge, 515 Rusk Street, Courtroom 400, Houston, Texas 77002.

## WITNESSES

The Debtors may call any of the following witnesses at the Hearing:

1. James Seitz, President, Director of Insurance of Wellpath Holdings, Inc.;

2. Any witness listed, offered, or called by any other party;

3. Any witness necessary to authenticate a document; and

4. Any witness required for rebuttal or impeachment.

The Debtors reserve the right to cross-examine witnesses called by any other party.

---

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

**EXHIBITS**

The Debtors may offer any one or more of the following exhibits at the Hearing:

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| 1. | Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay and Stay Extension Reply [Docket No. 828] | | | | |
| 2. | Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Stay Extension Reply [Docket No. 898] | | | | |
| 3. | Second Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Stay and Stay Extension Reply [Docket No. 912] | | | | |
| 4. | Any pleading (or exhibit thereto) on file in these cases | | | | |
| 5. | Any exhibits listed, designated, or offered by any other party | | | | |
| 6. | Any exhibits necessary for rebuttal | | | | |

The Debtors reserve the right to modify, amend, or supplement this Witness and Exhibit List at any time prior to the Hearing. The Debtors reserve the right to ask the Court to take judicial notice of pleadings, orders, transcripts, and/or other documents filed in or in connection with these chapter 11 cases, and to offer rebuttal exhibits. Designation of any exhibit above does not waive any objection the Debtors may have to any exhibit listed on any other party's exhibit list.

*[Remainder of page intentionally left blank]*

Dated: January 12, 2025      Respectfully submitted,

/s/ Marcus A. Helt
Marcus A. Helt (Texas Bar #24052187)
David M. Genender (Texas Bar No. 00790757)
Marina Stefanova Kelly (Texas Bar No. 24093200)
MCDERMOTT WILL & EMERY LLP
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone:     (214) 295-8000
Facsimile:      (972) 232-3098
Email:            mhelt@mwe.com
                      dgenender@mwe.com
                      mkelly@mwe.com

-and-

Felicia Gerber Perlman (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
James Kapp (admitted *pro hac vice*)
Jake Jumbeck (admitted *pro hac vice*)
Carole Wurzelbacher (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
Telephone:     (312) 372-2000
Facsimile:      (312) 984-7700
Email:            fperlman@mwe.com
                      bgiordano@mwe.com
                      jkapp@mwe.com
                      jjumbeck@mwe.com
                      cwurzelbacher@mwe.com
                      cdingman@mwe.com

-and-

Steven Z. Szanzer (admitted *pro hac vice*)
Timothy C. Cramton (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone:     (212) 547-5400
Facsimile:      (212) 547-5444
Email:            sszanzer@mwe.com
                      tcranton@mwe.com

*Proposed Counsel to the Debtors and Debtors in Possession*

4

**CERTIFICATE OF SERVICE**

I certify that on January 12, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Marcus A. Helt*
                                                Marcus Helt