IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | Case No. 24-90533 (ARP) |
| Debtors. | (Jointly Administered) |

**AMENDED AGENDA OF MATTERS
SET FOR HEARING ON JANUARY 14, 2025**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this amended agenda of matters set for **January 14, 2025, at 9:30 a.m. (Prevailing Central Time)**, before the Honorable Judge Alfredo R. Peréz to consider the following:

**Matters Going Forward**

1. **Motions for Relief from the Automatic Stay.**

    Status: Going forward
    Related Documents:

    a. Claimants' Gracienne Myers' and Daniel Myers' Motion for Relief from Automatic Stay to Allow Insurance Covered Liability Action to Proceed [Docket No. 181];

    b. Response to Debtors Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants, (d.e. # 17), or in the alternative, Motion For Relief from the Automatic Stay [Docket No. 258] filed by Sheriff's Deputy Andelson Maximin and Sheriff's Deputy Dodou Jones;

        i. Status: Resolved [Docket No. 769];

---

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

1

c. Plaintiff Kyse Monk, a Minor, Through a Guardian Kandi Stewart's Motion for Relief from the Automatic Stay to Allow the Pending Personal Injury and Wrongful Death Claims Against the Debtor to Proceed [Docket No. 265];

d. Motion to Lift Automatic Stay to Proceed with § 1983 Case in State Court [Docket No. 281] filed by Tangela Harris, as special administrator of the estate of Kevin Shelton;

e. Motion for Relief from Automatic Stay to Proceed with Litigation and Request for Adequate Protection Regarding Insurance Proceeds [Docket No. 294] filed by Kenneth Evans and Kenya Evans, as Independent Administrators of the Estate of Khayla J. Evans;

f. Motion for Relief from Automatic Stay [Docket No. 302] filed by Corey A. Slater;

g. Motion to Lift Stay of Civil Rights Action and Permission to Freeze Debtor(s) Assets [Docket No. 372] filed by Arthur Lamont Henderson;

h. Plaintiff Dawn Crawford, in her Capacity as Administratrix for the Estate of Marc Crawford's Motion for Relief from the Automatic Stay to Allow the Pending Claims Brought Against the Debtor Pursuant to 42 U.S.C. § 1983 to Proceed [Docket No. 382];

i. Movant, Brandon Lamboy's Motion for Relief from Automatic Stay to Allow United States District Court for the District of Massachusetts Case No. 1:24-cv-12575-IT to Proceed [Docket No. 412];

j. Motion to Lift Automatic Stay [Docket No. 433] filed by the Estate of Gabriel Strickland, N.S., and Shawna Alexander;

k. Motion to Lift Automatic Stay [Docket No. 435] filed by John David Peterson;

l. Motion for Intervention, to be Heard, For Relief from Automatic Stay, and to Receive Papers Filed by Creditor Charles Talbert [Docket No. 477];

    i. <u>Status</u>: Resolved [Docket No. 624];

    m. Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [Docket No 827];

    n. Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay and Stay Extension Reply [Docket No. 828];

    o. Debtors and Debtors in Possession Witness and Exhibit List for January 14, 2025 Hearing [Docket No. 884];

    p. Witness and Exhibit List Filed by Plaintiffs Indicated in Exhibit A [Docket No. 885];

    q. Reply to Debtors' Omnibus Objection to Motions For Relief From the Automatic Stay Filed by John David Peterson [Docket No. 890];

    r. Reply to Debtors' Omnibus Objection to Motions for Relief From Automatic Stay Filed by Estate of Gabriel Strickland [Docket No. 891];

    s. Debtors and Debtors in Possession Amended Witness and Exhibit List for January 14, 2025 Hearing [Docket No. 899];

    t. Second Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Stay and Stay Extension Reply [Docket No. 912]; and

    u. Debtors and Debtors in Possession Amended Witness and Exhibit List for January 14, 2025 Hearing [Docket No. 913].

2. **Miscellaneous Matters.**

    <u>Status</u>: Going forward
    <u>Related Matters</u>:

        a. Letter from James R Huffman re Request for Forms [Docket No.478]; and

        b. Notice Creditor is Presenting Major Objection. Filed by Jamie Hayes [Docket No. 479].

3. **Stay Extension Motion.** Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [Docket No. 17]

    <u>Status</u>: Going forward
    <u>Related Documents</u>:

    a. Amended Interim Order Enforcing the Automatic Stay [Docket No. 69];

    b. Claimants' Gracienne Myers' and Daniel Myers' Objection to Entry of a Final Order on Debtors Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [Docket No. 220];

        i. <u>Status</u>: Resolved [Docket No. 457];

    a. Objection to the Amended Interim Order Enforcing the Automatic Stay [Docket No. 231] file by filed by Ariel Hill, individually and as the next of kin of Clarence Manning, Shirley Nelson, as administrator of the estate of Clarence Manning, Jennifer O'Neal, individually as the surviving spouse of Joshua Cain Capes and Adel Tillman Capes, as administrator of the estate of Joshua Cain Capes;

    b. Claimants Lonnie Wright's, Cedric Stewart's and Eugene Miller's Objection to Entry of a Final Order on Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants and Debtor Defendants [Docket No. 236];

    c. Response of Martin Vargas to Debtors' Emergency Motion to Extend the Automatic Stay to Non-Debtor Defendants [Docket No. 237];

    d. Edward Major's Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Stay to Non-Debtor Defendants [Docket No. 238];

    e. Limited Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor

;

    Defendants [Docket No. 239] filed by Jamie Vinson, Administrator of the Estate of Philemon S. Vinson;

f. United States of America's Response in Opposition to Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [Docket No. 242];

g. United States of America's Proposed Order (I) Partially Denying Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants as o the United States of America with Respect to Particular Pending Litigation in the Central District of California and (II) Granting Related Relief [Docket No. 260];

    ii. Status: Resolved [Docket No. 458];

h. Response of Certain Claimants to Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [Docket No. 245];

i. Objection of Richard Reichart to Entry of a Final Order to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants Under Section 11 U.S.C. § 362(d)(1) [Docket No. 249];

j. Deborah Young's Objection to Final Order/Automatic Stay [Docket No. 250];

k. As Administrator of the Estate of Darius Pizarro, Plaintiff Liza Pizarro's Objection to Entry of a Final Order on Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [Docket No. 254];

l. Response to Debtors Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants, (d.e. # 17), or in the alternative, Motion For Relief from the Automatic Stay [Docket No. 259] filed by Sheriff's Deputy Andelson Maximin and Sheriff's Deputy Dodou Jones;

    i. Status: Resolved [Docket No. 769];

m. Claimants' Michigan Department of Corrections and Michigan Department of Technology, Management and Budget's Objection to Entry of Interim and Final Orders and Request to Partially Set Aside Automatic Stay [Docket No. 300];

n. Response in Opposition to Debtor's Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [Docket No. 314] filed by Jordan Deppe, deceased, by and through his successor in interest, Michael Deppe, Michael Deppe, individually, John Adena, deceased, by and through his co-successors in interest, Circe Adena and Richard Adena, Circe Adena, individually, and Richard Adena, individually;

o. Proposed Order Denying Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [Docket No. 315] filed by Jordan Deppe, deceased, by and through his successor in interest, Michael Deppe, Michael Deppe, individually, John Adena, deceased, by and through his co-successors in interest, Circe Adena and Richard Adena, Circe Adena, individually, and Richard Adena, individually;

p. Petitioner's Response to the Court's Amended Interim Order Enforcing Automatic Stay [Docket Nos. 358 & 472] filed by Deandre Bradley;

q. Objection to the Entry of a Final Order on Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor and Debtor Defendants [Docket No. 385] filed by Dawn Crawford as administrator of the estate of Marc Crawford;

r. Notice of Revised Hearing time for the Hearing on the (I) Professional Corporation Section 362/525 Objections and (II) Stay Extension Motion to be Held on January 14, 2025 at 9:30 AM (Prevailing Central Time) [Docket No. 561];

s. Statutory Unsecured Claimholders' Committee's Objection to Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [Docket No. 810];

t. Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in

  Support of the Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay and Stay Extension Reply [Docket No. 828];

u. Creditor Edward Major's Witness and Exhibit List [Docket No. 874];

v. Witness and Exhibit List Filed by John Adena, Jordan Deppe, Deceased, by and through his Successor in Interest, Michael Deppe; and Michael Deppe [Docket No. 883];

w. Debtors and Debtors in Possession Witness and Exhibit List for January 14, 2025 Hearing [Docket No. 884];

x. Witness and Exhibit List Filed by Plaintiffs Indicated in Exhibit A [Docket No. 885];

y. Statutory Unsecured Claimholders' Committee's Witness and Exhibit List for January 14, 2025 Hearing [Docket No. 886];

z. Debtors' Omnibus Reply in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [Docket No. 897];

aa. Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Stay Extension Reply [Docket No. 898];

bb. Debtors and Debtors in Possession Amended Witness and Exhibit List for January 14, 2025 Hearing [Docket No. 899];

cc. Joinder and Supplemental Memorandum in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay to Non-Debtor Defendants Motion to Stay During Bankruptcy [Docket No. 900] filed by H.I.G. Capital LLC;

dd. Debtors' Proposed Amended Final Order Enforcing the Automatic Stay [Docket No. 902];

ee. Supplemental Witness and Exhibit List [Docket No. 904] filed by John Adena, Jordan Deppe, Deceased, by and through his Successor in Interest, Michael Deppe; and Michael Deppe;

   ff. Second Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Stay and Stay Extension Reply [Docket No. 912]; and

   gg. Debtors and Debtors in Possession Amended Witness and Exhibit List for January 14, 2025 Hearing [Docket No. 913].

4. **Professional Corporation.** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations and (B) Obtain New Professional Corporations Contracts, (II) Extending Statutory Protections to Professional Corporations, and (III) Granting Related Relief [Docket No. 15].

   a. Amended Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations and (B) Obtain New Professional Corporation Contracts, (II) Extending Statutory Protections to Professional Corporations, and (III) Granting Related Relief [Docket No. 91];

   b. Notice of Revised Hearing time for the Hearing on the (I) Professional Corporation Section 362/525 Objections and (II) Stay Extension Motion to be Held on January 14, 2025 at 9:30 AM (Prevailing Central Time) [Docket No. 561];

   c. Objection to Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations and (B) Obtain New Professional Corporation Contracts, (II) Extending Statutory Protections to Professional Corporations and (III) Granting Related Relief and Order Granting Same [Docket No. 606] filed by Jordan Deppe, deceased, by and through his successor in interest, Michael Deppe, Michael Deppe, individually, John Adena, deceased, by and through his co-successors in interest, Circe Adena and Richard Adena, Circe Adena, individually, and Richard Adena, individually;

   d. Proposed Order Denying Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations and (B) Obtain New Professional Corporation Contracts, (II) Extending Statutory Protections to Professional Corporations and (III) Granting Related Relief and Order Granting Same [Docket No. 621] filed by Jordan Deppe, deceased, by and through his successor in interest, Michael Deppe, Michael Deppe, individually, John Adena, deceased, by and through his co-successors in interest,

8

       Circe Adena and Richard Adena, Circe Adena, individually, and Richard Adena, individually;

e. Objection to the Amended Interim Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations and (B) Obtain New Professional Corporations Contracts, (II) Extending Statutory Protections to Professional Corporations, and (III) Granting Related Relief [Docket No. 622] filed by Ariel Hill, individually and as the next of kin of Clarence Manning, and Shirley Nelson as the Administrator of the Estate of Clarence Manning, Jennifer O'Neal, individually as the Surviving Spouse of Joshua Cain Capes, and Adel Tillman Capes, as Administrator of the Estate of Joshua Cain Capes, deceased;

f. Response of Certain Claimants to Debtors Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations and (B) Obtain New Professional Corporation Contracts, (II) Extending Statutory Protections to Professional Corporations, and (III) Granting Related Relief [Docket No. 626];

g. Statutory Unsecured Claimholders' Committee's Objection to Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations and (B) Obtain New Professional Corporation Contracts, (II) Extending Statutory Protections to Professional Corporations, and (III) Granting Related Relief [Docket No. 811];

h. Witness and Exhibit List Filed by John Adena, Jordan Deppe, Deceased, by and through his Successor in Interest, Michael Deppe; and Michael Deppe [Docket No. 883];

i. Debtors and Debtors in Possession Witness and Exhibit List for January 14, 2025 Hearing [Docket No. 884];

j. Witness and Exhibit List Filed by Plaintiffs Indicated in Exhibit A [Docket No. 885];

k. Statutory Unsecured Claimholders' Committee's Witness and Exhibit List for January 14, 2025 Hearing [Docket No. 886];

l. Debtors and Debtors in Possession Amended Witness and Exhibit List for January 14, 2025 Hearing [Docket No. 899];

    m. Debtors' Omnibus Reply in Support of Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations and (B) Obtain New Professional Corporation Contracts, (II) Extending Statutory Protections to Professional Corporations, and (III) Granting Related Relief [Docket No. 901];

    n. Amended Final Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations and (B) Obtain New Professional Corporation Contracts, (II) Extending Statutory Protections to Professional Corporations, and (III) Granting Related Relief [Docket No. 903]; and

    o. Supplemental Witness and Exhibit List [Docket No. 904] filed by John Adena, Jordan Deppe, Deceased, by and through his Successor in Interest, Michael Deppe; and Michael Deppe.

    **PLEASE TAKE FURTHER NOTICE that you may participate in the hearing either in person or by an audio or video connection.** Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1 (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Perez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application of click the link on Judge Peréz's home page https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez. The meeting code is "JudgePerez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

    **PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your electronic appearance, click the "Electronic Appearance" link on Judge Peréz's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

    **PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases are available free of charge by visiting https://dm.epiq11.com/Wellpath. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf/txsb.uscourts.gov in accordance with the procedures and fee set forth therein.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated: January 13, 2025<br>Dallas, Texas | */s/ Marcus A. Helt* |
| | Marcus A Helt (Texas Bar No. 24052187)<br>David M. Genender (Texas Bar No. 00790757)<br>Marina Stefanova Kelly (Texas Bar No. 24093200)<br>MCDERMOTT WILL & EMERY LLP<br>2501 N. Harwood Street, Suite 1900<br>Dallas, Texas 75201-1664<br>Telephone:   (214) 295-8000<br>Facsimile:    (972) 232-3098<br>Email:          mhelt@mwe.com<br>                     dgenender@mwe.com<br>                     mkelly@mwe.com |

-and-

Felicia Gerber Perlman (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
James Kapp (admitted *pro hac vice*)
Jake Jumbeck (admitted *pro hac vice*)
Carole Wurzelbacher (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, Illinois 60606-0029
Telephone:   (312) 372-2000
Facsimile:    (312) 984-7700
Email:          fperlman@mwe.com
                     bgiordano@mwe.com
                     jkapp@mwe.com
                     jjumbeck@mwe.com
                     cwurzelbacher@mwe.com
                     cdingman@mwe.com

-and-

Steven Z. Szanzer (admitted *pro hac vice*)
Timothy C. Cramton (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email:          sszanzer@mwe.com
                     tcranton@mwe.com

**CERTIFICATE OF SERVICE**

      I certify that on January 13, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                   */s/ Marcus A. Helt*
                                                   Marcus A Helt