# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., et al., | Case No. 24-90533 (ARP) |
| Debtor. | |

## SUPPLEMENTAL[1] EXHIBIT LIST

| | |
|---|---|
| Judge: | Hon. Alfredo R. Pérez |
| Courtroom Deputy: | Akeita House |
| Hearing Date: | January 14, 2025 |
| Hearing Time: | 9:30 a.m. prevailing Central Time |
| Party's Name: | Plaintiffs reflected in ECF 245-1 (the "Claimants") |
| Attorney's Name: | R. J. Shannon |
| Attorney's Phone: | (713) 714-5770 |
| Nature of Proceeding: | Hearing on:<br>1. Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations and (B) Obtain New Professional Corporation Contracts, (II) Extending Statutory Protections to Professional Corporations, and (III) Granting Related Relief [ECF No. 15]<br><br>2. Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [ECF No. 17] |
| Witnesses: | 1. Any witness called or designated by any other party; and<br><br>2. Any witness necessary to rebut the testimony of any witness called or designated by any other party. |

---

[1] The Claimants intend to seek admission of these exhibits to the extent necessary to rebut the false statements presented in the Debtors' Omnibus Reply in Support of Debtor's Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [ECF No. 897], which was filed after the deadline for filing witness and exhibit lists pursuant to the Local Bankruptcy Rules. The listed exhibits are in addition to those reflected in the Claimants' Witness and Exhibit List [ECF No. 885].

**EXHIBITS**

| Ex. | Description | Offered | Objection | Admitted /Not Admitted | Disposition |
|---|---|---|---|---|---|
| 42 | Notice of Stay in Desir v Sheriff Gregory Tony, et al., Case No. 23-cv-60499-AHS (S.D. Fla.) | | | | |
| 43 | Order re: Amended Motion for Preliminary Approval of Settlement in Alemeda County Male Prisoners v. Alameda County Sheriff's Office, et al., Case No. 3:19-cv-07423 JSC (N.D. Cal.) | | | | |
| 44 | Defendant County of Fresno and Fresno County Sheriff's Department's Response to Order to Show Cause Why Case Should Not be Stayed in C.R.A. v. Fresno County et al., Case No. 1:23-cv-00672-KES-BAM (E.D. Cal.) | | | | |
| 45 | Suggestion of Bankruptcy and Notice of Stay in O'Neil v. Las Vegas Police Department, et al., Case No. 2:22-cv-00474 (D. Nev.) | | | | |
| 46 | Defendant County of Madera's Response to Order Regarding Whether to Stay Case as to Other Defendants in Reynolds et al. v. County of Madera, et al., Case No. 1:23-cv-00548 (E.D. Cal.) | | | | |
| 47 | Defendant County of Yuba and Sergant Jeffery T. Palmer's Answer to Plaintiff's Second Amended Complaint in Yang et al. v. County of Yuba, et al., Case No. 2:23-cv-00066 (E.D. Cal.) | | | | |

The Claimants reserve the right to supplement, amend, or delete any witness and exhibits prior to the hearing. The Claimants also reserve the right to (a) ask the Court to take judicial notice of any document, (b) introduce exhibits previously admitted or attached as exhibits to the relevant pleadings, (c) introduce any exhibit necessary or appropriate to necessary to rebut the testimony of any witnesses called or designated by any other party or an exhibit introduced or designated by any other party, and (e) seek to introduce any exhibit designated by any other party.

Dated: January 13, 2025

Respectfully submitted,

SHANNON & LEE LLP

*/s/R. J. Shannon*
R. J. Shannon (TBA No. 24108062)
2100 Travis Street, STE 1525
Houston, TX 77002
Telephone: (713) 714-5770
Email: rshannon@shannonleellp.com

*Bankruptcy Co-Counsel to the Claimants for the Limited Purpose of Responding to the Stay Motion*