UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL GONZALEZ, et al., | Case No.  3:19-cv-07423-JSC |
| Plaintiffs, | |
| v. | **ORDER RE: AMENDED MOTION FOR PRELIMINARY APPROVAL** |
| COUNTY OF ALAMEDA, et al., | Re: Dkt. No. 499 |
| Defendants. | |

Plaintiffs' amended motion for preliminary approval of the class action settlement with the County came before the Court for hearing on December 12, 2024.  (Dkt. No. 499.)  For the reasons stated on the record, the motion is DENIED WITHOUT PREJUDICE to renewal.  The parties shall address the issues regarding the monetary relief, scope of release, and notice as discussed.

The Court sets a further case management conference for January 28, 2025 at 11:00am via videoconference.  The parties shall file a status report by noon January 27, 2025 that attaches the revised settlement agreement, the revised class notice, a proposed deadline to file an amended motion for preliminary approval, and the status of Wellpath's bankruptcy proceedings.

**IT IS SO ORDERED.**

Dated: December 12, 2024

_____
JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California