Corey Slater
PO Box 19995
Denver, CO 80219
720-584-6368
613golem@gmail.com

**Date:** 1/14/2025

**Honorable Judge Alfredo R. Perez**
United States Bankruptcy Court
Southern District of Texas

**Re: Motion for Relief from Stay – Wellpath Holdings, Inc. Bankruptcy Case No. 24-90533**

Dear Judge Perez,

I am writing to respectfully request clarification regarding the status of my Motion for Relief from Stay (ECF No. 302) filed in the above-referenced case.

As shown in the attached screenshot, the notice of hearing indicated that the matter was set for January 9, 2025, at 11:00 AM (Central Time). I attended the hearing via telephone as instructed. However, when I joined the virtual courtroom, I was informed that the hearing had been continued.

I did not receive any notification or update regarding the change in the hearing schedule, which has caused significant confusion and impacted my ability to move forward with related legal proceedings. Specifically, this situation directly affects my federal lawsuit against Arapahoe County and Wellpath Holdings, as they are co-defendants in that case.

Furthermore, I believe that Wellpath's insurance coverage is sufficient for me to continue pursuing my claims against them. I kindly request clarification as to:

1. The reason for the continuance of the hearing.
2. The current status and schedule for my Motion for Relief from Stay.
3. How to properly present to the court evidence for being relieved from the stay after the meeting was changed.

Thank you for your attention to this matter. I look forward to your response and guidance on how to proceed.

Sincerely,
Corey Slater

---

**Certificate of Service**

I, Corey Slater, hereby certify that on 1/14/2025, I sent a true and correct copy of the foregoing letter to be served via ECF upon the following parties:

1. South Texas United States bankruptcy Court

I declare under penalty of perjury that the foregoing is true and correct.

Corey Slater

1/14/2024

