# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Tuesday, January 14, 2025

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Samuel Marc | Buchman | Manier & Herod, P.C. | Ascot Insurance Company |
| Joseph | Caulfield | Mizner Law Firm | Lonnie Wright, Eugene Miller, Cedric Stewart |
| Mark | Criage | Crowe Dunlevy | the Estate of Gwendolyn Young, as a |
| Catherine | Curtis | Wick Phillips | Deppe and Adena Claimants |
| Scott | Damich | Attorney General | Department of Technology, Management and |
| David | Genender | McDermott Will & Emery LLP | in-Possession |
| Marc | Ginsberg | Mandina & Ginsberg, PLLC | Gracienne Myers & Daniel Myers |
| Aaron | Guerrero | Jones LLP | Diamond Drugs Inc. |
| Holly | Hamm | Mehaffy Weber PC | Jamie Vinson |
| Zachary | Hemenway | Stinson LLP | Statutory Unsecured Claimholders' Committee |
| Susan | Hersh | U.S. Trustee | U.S. Trustee |
| Madeleine | Hoss | Oliver Maner LLP | Effingham County |
| Josh | Judd | Andrews Myers, P.C. | Estate of Joseph Kirk |
| James | Kapp | McDermott Will & Emery LLP | in-Possession |
| John | Lucy | Thomas, Thomas, and Hafer | Dr. Marty Cole |
| Felicia | Perlman | McDermott Will & Emery LLP | in-Possession |
| Jeff | Prostok | Haynes LLP | Cobb County |
| Clyde | Rastetter | LLP | Co-counsel for plaintiff/claimant Mary Smith |
| Cortney | Robinson | Department of Justice | United States |
| Katherine | Rosenfeld | Abady Ward & Maazel LLP | Daruis Pizarro |
| Casey | Roy | Ross, Smith & Binford, PC | Susan N. Goodman, Patient Care Ombudsman |
| Brandy | Sargent | K&L Gates LLP | Edward Major |
| R. J. | Shannon | Shannon & Lee LLP | Claimants in 33 Lawsuits reflected in ECF 245-1 |
| Adrian | Spearman | Spearman Legal Firm, P.C. | Administrators of the Estate of Khayla J. Evans |
| Jessica | Winters | The Winters Law Group, LLC | Dawn Crawford - creditor |