United States Courts
Southern District of Texas
FILED

JAN 23 2025



## FLORIDA CIVIL COMMITMENT CENTER
## RESIDENT COMMUNICATION FORM

Name: David Sussman   Date: 1/13/25   Complete FCCC #: 6640783   Unit: Lakes

EMERGENCY Legal Deadline

Resident Request: Mr. Jarad Anderson: As you should be aware, I just received this Wellpath bankruptcy stuff last Wed, 1/8/25, and must want to attend the hearing scheduled for 1/14/25 at 9:30 am by phone and/or Zoom. Please call me to Atty-Client today, 1/13/25, to set it up. See In re Wellpath, 24-90533, Doc No. 561 attached hereon.

Thank You

Resident Signature: David Sussman   Date: 1/13/2025

Date Communication Received: _____

Staff Response to Request:




Staff Signature: _____   Staff Name Printed: _____

Staff Title: _____   Date: _____

Revised: 04/2019

IN U.S. BANKRUPTCY COURT, S.D. TEXAS, HOUSTON

IN re WELLPATH HOLDINGS, INC., et al.,  Case No.: 24-90533

DAVID SUSSMAN'S OBJECTIONS TO BANKRUPTCY SALE

I, David Charles Sussman, state I am being held prisoner against my will by Wellpath, and was just notified of all this stuff on 1/8/25.

I object to the sale in question as a bad faith attempt to avoid ~~liability~~ liability for the torts & const'l violations for which Wellpath owes me.

UNDER PENALTY OF PERJURY, I declare the facts above are true on Jan. 13, 2024.

David Charles Sussman, pro se

I CERTIFY I gave true copies of this document to the prison mailroom for 1st class mailing to all of the debtors listed on Doc. No. 563, pp 2-3, on this 13th day of Jan, 2025.

David Charles Sussman, pro se
Prisoner # 664078 3
Fla. Civil Commitment Ctr.
13619 SE SR-70, Arcadia, FL 34266



David Sussman #66407283
Fla Civil Commitment Ctr.
13619 SE SR-70
Arcadia, FL 34266

RECEIVED
JAN 15 2025
FL. Civil Commitment Ctr.
MAILROOM

TAMPA FL 335
SAINT PETERSBURG FL
16 JAN 2025 PM 4 L

United States Courts
Southern District of Texas
FILED
JAN 23 2025

Legal / Indigent Mail

U.S. Bankruptcy Courthouse
515 Rusk St.
Houston, TX 77002

77002-262399