**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | Case No. 24-90533 (ARP) |
| Debtors. | (Jointly Administered) |

**STIPULATION AND AGREED ORDER**
**REGARDING THE SHANNON PLAINTIFFS' OBJECTION**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and various plaintiffs represented by Shannon & Lee LLP identified on **Exhibit A** attached hereto (the "Movants," and together with the Debtors, the "Parties") hereby enter into this stipulation and agreed order (this "Stipulation and Agreed Order") as follows:

WHEREAS, the Movants brought suit against certain of the Debtors, Non-Debtor Defendants (as defined by the *Amended Interim Order Enforcing the Automatic Stay* [Docket No. 69] (the "Stay Extension Order")), and other defendants (together with the Debtors and Non-Debtor Defendants, collectively, the "Defendants") in the cases listed in **Exhibit A** attached hereto (each, a "Lawsuit," and collectively, the "Lawsuits");

WHEREAS, in the Lawsuits, the Movants assert certain claims and causes of action against the Defendants related to, among other things, alleged violations of constitutional rights and personal injury claims;

---

[1]     A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath.  The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

WHEREAS, the Debtors dispute any and all liability with regard to all of the claims or causes of action asserted by the Movants;

WHEREAS, on November 11, 2024 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court");

WHEREAS, on November 12, 2024, the Debtors filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants* [Docket No. 17] (the "Stay Extension Motion") seeking extension of the automatic stay imposed by section 362(a) of the Bankruptcy Code to Non-Debtor Defendants (as defined in the Stay Extension Motion), and the Court entered the Stay Extension Order staying all Lawsuits (as defined in the Stay Extension Motion) in their entirety, including claims against the Non-Debtor Defendants, on an interim basis;

WHEREAS, on December 2, 2024, the Movants filed the *Response of Certain Claimants to Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants* [Docket No. 245] (the "Stay Extension Objection") objecting to the relief sought in the Stay Extension Motion;

WHEREAS, on January 14, 2025, the Court entered the *Stipulated and Agreed Amended Order (I) Enforcing the Automatic Stay on a Final Basis with Respect to Certain Actions, (II) Enforcing the Automatic Stay on an Interim Basis with Respect to Certain Actions, (III) Extending the Automatic Stay on an Interim Basis to Certain Actions Against Non-Debtors, (IV) Setting a Final Hearing for the Interim Relief Granted Herein, and (V) Granting Related Relief* [Docket No. 962] (the "Second Stay Extension Order").

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**:

1.      The Parties agree that the automatic stay imposed by section 362(a) of the Bankruptcy Code and extended to Non-Debtor Defendants in the Lawsuit pursuant to the Second Stay Extension Order does not extend to claims or causes of action against certain non-debtors in the Lawsuit as listed in **Exhibit A** attached hereto.

2.      Except as set forth herein, the Second Stay Extension Order otherwise remains a fully enforceable order and the automatic stay's application to the Debtor and all other Non-Debtor Defendants (as defined in the Stay Extension Order) in the Lawsuits, including all Non-Debtor Defendants listed in **Exhibit A** attached hereto, shall remain in full force and effect.

3.      Entry of this Stipulation and Agreed Order shall resolve the Stay Extension Objection as to the Movants, and any other relief sought in the Stay Extension Objection by the Movants shall be deemed denied and any other objections by the Movants shall be deemed overruled.

4.      For the avoidance of doubt, the Movants do not include the plaintiffs in *Brazelton v. Wellpath, LLC et al.*, Case No. 1:22-cv-01324-SEM-KLM (C.D. Ill.); *Capaci v. Dasraj et al.*, Case No. 7:24-cv-04626-PMH (S.D.N.Y.); *Magana v. County of Alameda et al.*, Case No. 3:24-cv-04716-JD (N.D. Cal.), *McCullough v. Clinton County et al.*, Case No. 4:23-cv-00171-CCC (M.D. Penn.) (collectively, the "Remaining Plaintiffs").   The objections of the Remaining Plaintiffs have been continued to the hearing currently set for February 18, 2025, at 2:00 p.m. (prevailing Central Time).  The Remaining Plaintiffs' Lawsuits remain subject to the Second Stay Extension Order until otherwise ordered by this Court.

5.      This Court retains exclusive jurisdiction over any matter arising from or related to

the implementation, interpretation, and enforcement of this Stipulation and Agreed Order.

Dated: _____, 2025
Houston, Texas

_____
UNITED STATES BANKRUPTCY JUDGE

**STIPULATED AND AGREED TO THIS 31ST DAY OF JANUARY, 2025:**

By: */s/ Marcus A. Helt*
Marcus A. Helt (Texas Bar #24052187)
MCDERMOTT WILL & EMERY LLP
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone:      (214) 295-8000
Facsimile:      (972) 232-3098
Email:            mhelt@mwe.com

-and-

Felicia Gerber Perlman (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
Jake Jumbeck (admitted *pro hac vice*)
Carole Wurzelbacher (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
Telephone:      (312) 372-2000
Facsimile:      (312) 984-7700
Email:            fperlman@mwe.com
                     bgiordano@mwe.com
                     jjumbeck@mwe.com
                     cwurzelbacher@mwe.com
                     cdingman@mwe.com

-and-

Steven Z. Szanzer (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone:      (212) 547-5400
Facsimile:      (212) 547-5444
Email:            sszanzer@mwe.com

*Counsel to the Debtors and Debtors in Possession*

""

By: /s/ *R. J. Shannon*
_____

**SHANNON & LEE LLP**
R. J. Shannon
State Bar No. 24108062
2100 Travis Street, STE 1525
Houston, Texas 77002
Tel. (713) 714-5770
rshannon@shannonleellp.com

*Counsel to Movants*

**<u>EXHIBIT A</u>**

""

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| A.G. v. Tulare County, et al., 1:23-cv-00500-JLT-SKO (E.D. Cal.). | 1. County of Tulare<br>2. Jose Sanchez Perez (Correctional Deputy Trainee)<br>3. James Dillon (Correctional Deputy)<br>4. Rodrigo Deochoa (Correctional Deputy)<br>5. Andrew P. Ho, MD<br>6. Alla Liberstein, MD<br>7. Does 7-50 | 1. Wellpath, LLC | 1. Andrew P. Ho, MD<br>2. Alla Liberstein, MD | 1. County of Tulare<br>2. Jose Sanchez Perez (Correctional Deputy Trainee)<br>3. James Dillon (Correctional Deputy)<br>4. Rodrigo Deochoa (Correctional Deputy) |
| Alameda County Male Prisoners, et al. v. Alameda County Sheriff's Office, et al., Case No. 3:19-cv-07423-JSC (N.D. Cal.). | 1. Alameda County Sheriff's Office<br>2. Alameda County<br>3. Deputy Joe<br>4. Deputy Ignont (Sp)<br>5. John And Jane Roes, Nos. 1 – 25<br>6. Well-Path Management, Inc.<br>7. Aramark Correctional Services, LLC | 1. Wellpath Management, Inc. | | 1. Alameda County Sheriff's Office<br>2. Aramark Correctional Services, LLC<br>3. Alameda County<br>4. Deputy Joe<br>5. Deputy Ignont (Sp) |

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| Balliet v. Luzerne County et al., Case No. 3:22-cv-02032 (M.D. Penn.). | 1. Luzerne County<br>2. Wellpath, LLC<br>3. Chris Gale<br>4. Holly Green<br>5. Nelson Iannuzzi<br>6. Jade Talarico<br>7. T.J. Brown<br>8. William Wilk<br>9. LPN Biane Emmett<br>10. C.O. Robert Calvey<br>11. LT. Kate Romiski<br>12. C.O. William Wilk<br>13. Cheri Steever<br>14. Carleen Kendig<br>15. Donald Fuller<br>16. Nancy Soers<br>17. Shana Feichter | 1. Wellpath, LLC | 1. Holly Green<br>2. Nelson Iannuzzi<br>3. Jade Talarico | 1. Luzerne County<br>2. Chris Gale<br>3. T.J. Brown<br>4. William Wilk<br>5. LPN Biane Emmett<br>6. C.O. Robert Calvey<br>7. LT. Kate Romiski |
| Beckner v. County of Santa Cruz, et al., Case No. 5:23-cv-05032-BLF (N.D. Cal.). | 1. County of Santa Cruz<br>2. California Forensic Medical Group<br>3. Wellpath, Inc.<br>4. Wellpath, LLC<br>5. Wellpath, Management<br>6. James Hart<br>7. Sarah Hewitt<br>8. Santa Cruz Sheriff's Correction Officer Joshua Johnson<br>9. Santa Cruz Sheriff's Correction Officer Buchanon<br>10. Does 5-20 | 1. Wellpath, LLC | 1. California Forensic Medical Group<br>2. Sarah Hewitt | 1. County of Santa Cruz<br>2. Santa Cruz Sheriff's Correction Officer Joshua Johnson<br>3. Santa Cruz Sheriff's Correction Officer Buchanon<br>4. James Hart |

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| Bush et al. v. Luzerne County et al., Case No. 23-cv-01152 (M.D. Penn.). | 1. Luzerne County<br>2. Mark Rockovich<br>3. Wellpath, LLC<br>4. Christopher Gale<br>5. Elizabeth Anselm<br>6. Joseph Delany<br>7. Melissa Yankovich<br>8. Harry Reese<br>9. Heather Wilson | 1. Wellpath, LLC | 1. Elizabeth Anselm | 1. Luzerne County<br>2. Mark Rockovich<br>3. Christopher Gale<br>4. Joseph Delany<br>5. Melissa Yankovich<br>6. Harry Reese<br>7. Heather Wilson |
| C.R.A. et al. v. Fresno County et al., Case No. 2:23-00672 (E.D. Cal.). | 1. Fresno County<br>2. Fresno County Sheriff's Department<br>3. Wellpath LLC<br>4. Does 1-25 | 1. Wellpath, LLC | | 1 Fresno County<br>2 Fresno County Sheriff's Department<br>3 Does 1-25 |

3

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| Curtis v. Lackawana County et al., Case No. 3:23-cv-02092-JFS (M.D. Penn.). | 1. Lackawanna County<br>2. Wellpath, LLC<br>3. Haseebuddin Ahmed, M.D.<br>4. Nelson Iannuzzi<br>5. Rae Olivia<br>6. June Mahoney<br>7. Stephanie Wayman<br>8. India Smith<br>9. Kimberly Peterson<br>10. Alexandria Geisler<br>11. Angela Furman<br>12. C.O. Burda<br>13. C.O. Houman<br>14. C.O. Wharton<br>15. C.O. Jonas<br>16. C.O. Kelly<br>17. C.O. Kopa<br>18. C.O. Bloom<br>19. C.O. Loven<br>20. Sgt. Dranchak<br>21. Sgt. Mills.<br>22. C.O. Burrier<br>23. Sgt. Trichilo<br>24. C.O. Tavares<br>25. C.O. Wesley<br>26. C.O. Posluszny<br>27. C.O. Dixon<br>28. C.O. Moskwa<br>29. C.O. Jackson | 1. Wellpath, LLC | 1. Hassebuddin Ahmed, MD<br>2. Nelson Iannuzzi<br>3. June Mahoney<br>4. Stephanie Wayman<br>5. India Smith<br>6. Kimberly Peterson<br>7. Alexandria Geisler<br>8. Angela Furman | 1. Lackawanna County<br>2. Rae Olivia<br>3. C.O. Burda<br>4. C.O. Houman<br>5. C.O. Wharton<br>6. C.O. Jonas<br>7. C.O. Kelly<br>8. C.O. Kopa<br>9. C.O. Bloom<br>10. C.O. Loven<br>11. Sgt. Dranchak<br>12. Sgt. Mills.<br>13. C.O. Burrier<br>14. Sgt. Trichilo<br>15. C.O. Tavares<br>16. C.O. Wesley<br>17. C.O. Posluszny<br>18. C.O. Dixon<br>19. C.O. Moskwa<br>20. C.O. Jackson |

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| Desir v. Sheriff Gregory Tony et al., Case No. 0:23-cv-60499 (S.D. Fla.). | 1. Sheriff Gregory Tony<br>2. Ryan Daniel<br>3. Angela McNeal<br>4. Kimberly Green<br>5. Christopher Williams<br>6. Devon Parker<br>7. Jeremiah Howard<br>8. Wellpath LLC<br>9. Wellpath Management, Inc.<br>10. Etude Petit-Homme Datus<br>11. Leon Tennant<br>12. Veronica Edwards<br>13. Rio Flemming | 1. Wellpath, LLC<br>2. Wellpath Management, Inc. | 1. Etude Petit-Homme Datus<br>2. Leon Tennant<br>3. Veronica Edwards | 1. Sheriff Gregory Tony<br>2. Ryan Daniel<br>3. Angela McNeal<br>4. Kimberly Green<br>5. Christopher Williams<br>6. Devon Parker<br>7. Jeremiah Howard<br>8. Rio Flemming |

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| Esparza v. Wellpath, LLC et al.,23-cv-02161-JCM-VCF (D. Nev.). | 1. Wellpath, LLC<br>2. Las Vegas Metropolitan Police Department<br>3. Kevin Mcmahill<br>4. Fred Haas<br>5. Brian Fucile<br>6. Scott Zavsza<br>7. Leah Anderson<br>8. Alyssa Williams<br>9. Julian Abram<br>10. Douglas Thrasher<br>11. Larry Williamson<br>12. Catherine Ryan<br>13. Jessica Arabski<br>14. Richard Medrano<br>15. Vivek Shah<br>16. Cole Casey<br>17. Kesha Poland<br>18. Maria Hopkins<br>19. Rachel Clark<br>20. Kyle Martineau<br>21. Earl Salviejo<br>22. Ulyana Biloskurska<br>23. Amy Kathryn Anapolsky<br>24. Does 1-10<br>25. Fernando Martinez Santos (Nominal) | 1. Wellpath, LLC | 1. Larry Williamson<br>2. Catherine Ryan<br>3. Jessica Arabski<br>4. Richard Medrano<br>5. Vivek Shah<br>6. Cole Casey<br>7. Kesha Poland<br>8. Maria Hopkins<br>9. Rachel Clark<br>10. Kyle Martineau<br>11. Earl Salviejo<br>12. Ulyana Biloskurska<br>13. Amy Kathryn Anapolsky | 1. Las Vegas Metropolitan Police Department<br>2. Kevin Mcmahill<br>3. Fred Haas<br>4. Brian Fucile<br>5. Scott Zavsza<br>6. Leah Anderson<br>7. Alyssa Williams<br>8. Julian Abram<br>9. Douglas Thrasher<br>10. Fernando Martinez Santos (Nominal) |

6

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| Fahrni et al. v. Tulare County, et al., 1:23-cv-01265-KES-SAB (E.D. Cal.). | 1. County of Tulare<br>2. Adolfo Gallardo, Jr.<br>3. Salvador Santillan<br>4. Anyval Suarez<br>5. Wellpath, LLC<br>6. Alla Liberstein, MD<br>7. Precision Psychiatric Services, Inc.<br>8. Anthony Ceja, AMFT<br>9. Sureshbabu Kurra, MD<br>10. Does 6–50 | 1. Wellpath, LLC | 1. Alla Liberstein, MD<br>2. Anthony Ceja, AMFT<br>3. Sureshubaba Kurra, MD | 1. County of Tulare<br>2. Adolfo Gallardo, Jr.<br>3. Salvador Santillan<br>4. Anyval Suarez<br>5. Precision Psychiatric Services, Inc. |

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| Hirsch v. Will County, et al., Case No. 19-CV-7398 (N.D. Ill.). | 1. Will County<br>2. Sheriff Mike Kelley<br>3. Officer Frederick Abdullah<br>4. Officer Derek Coppes<br>5. Officer Edward Hayes, Jr.<br>6. Officer Villegas<br>7. Officer Desadier<br>8. Officer Nathan Little<br>9. Officer Charles Kavanaugh<br>10. Erica Wuensen-Diez<br>11. Correct Care Solutions, Inc.<br>12. Wellpath LLC,<br>13. Penelope Johnson<br>14. Cindy Smith<br>15. Guadalupe Zuniga<br>16. Olivia Simpri-Mensah<br>17. Young Sun Kim<br>18. Kia Green<br>19. Amanda North-Shea<br>20. Carmina Feliciano<br>21. Carmina Shaw<br>22. Corina Shaw<br>23. Deatrice Black<br>24. Molly Weigel<br>25. Dona Petrauskis<br>26. Tiffany Utke<br>27. Mohammed Ibrahim<br>28. Patricia Loparco<br>29. Sheila Corrigan<br>30. Jeffrey Saffold | 1. Wellpath, LLC | 1. Penelope Johnson<br>2. Cindy Smith<br>3. Guadalupe Zuniga<br>4. Olivia Simpri-Mensah<br>5. Young Sun Kim<br>6. Kia Green<br>7. Amanda North-Shea<br>8. Carmina Feliciano<br>9. Corina Shaw<br>10. Deatrice Black<br>11. Molly Weigel<br>12. Dona Petrauskis<br>13. Tifany Utke<br>14. Mohammed Ibrahim<br>15. Patricia Loparco<br>16. Sheila Corrigan | 1. Will County<br>2. Sheriff Mike Kelley<br>3. Officer Frederick Abdullah<br>4. Officer Derek Coppes<br>5. Officer Edward Hayes, Jr.<br>6. Officer Villegas<br>7. Officer Desadier<br>8. Officer Nathan Little<br>9. Officer Charles Kavanaugh<br>10. Erica Wuensen-Diez<br>11. Correct Care Solutions, Inc.<br>12. Carmina Shaw<br>13. Jeffrey Saffold |

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| Johnston et al. v. County of Ventura, et al., 2:23-cv-05902 (C.D. Cal.). | 1. County of Ventura<br>2. Ventura County Sheriff's Office<br>3. Sheriff Bill Ayub<br>4. Wellpath Management Inc.,<br>5. Wellpath LLC,<br>6. Commander Mike Hartmann,<br>7. Deputy Spencer Iwansky,<br>8. Deputy John Ennis<br>9. Health Services Administrator Leah James, R.N.<br>10. John Riggs, M.D.<br>11. Sylvia Meza, R.N.<br>12. Griselda Beauvais, R.N.,<br>13. Jennifer Alvarez, R.N.<br>14. Jessica Melger, LVN<br>15. Does 1 through 10 | 1. Wellpath Management Inc.,<br>2. Wellpath LLC | 1. Leah James<br>2. John Riggs, MD<br>3. Sylvia Meza<br>4. Griselda Beauvais<br>5. Jennifer Alvarez<br>6. Jessica Megler | 1. County of Ventura<br>2. Ventura County Sheriff's Office<br>3. Sheriff Bill Ayub<br>4. Commander Mike Hartmann,<br>5. Deputy Spencer Iwansky,<br>6. Deputy John Ennis |
| J.S. et al. v. County of Fresno et al., Case No. :23-cv-01070-NODJ-EPG (N.D. Cal.). | 1. County of Fresno<br>2. Fresno County Sheriff's Office Employees Does 1-30<br>3. Wellpath LLC<br>4. Jessica Martinez, LMFT<br>5. Does 33-50<br>6. Does 51-70 | 1. Wellpath, LLC | 1. Jessica Martinez | 1. County of Fresno<br>2. Fresno County Sheriff's Office Employees Does 1-30 |

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| K.C. et al. v. Alameda County, et al., 4:22-cv-01817-DMR (N.D. Cal.). | 1. County of Alameda<br>2. Gregory J. Ahern<br>3. Karyn L. Tribble<br>4. Rinata Wagle, M.D.<br>5. Zazi Morsell, R.N.<br>6. Jennifer L. Sells<br>7. Marc R. Solopow<br>8. Leslie A. Gerbacio,<br>9. Prentice J. Howard<br>10. Reginal D. Aaron<br>11. Ruben Pola<br>12. Napoleon M. Terrell<br>13. Wellpath, Llc<br>14. Kerry-Ann Kelly, M.D.,<br>15. Janet Rubinson<br>16. Maria Magat, M.D.<br>17. Szilvia Molitorisz, M.D.<br>18. Gabriele Quaglia, R.N.,<br>19. Evelyn Hirsch, R.N.;<br>20. Stella Lewis, R.N.<br>21. Rajbinder Mand, L.V.N.<br>22. Felicidad C. Ramilo, L.V.N.<br>23. Cela Barron, R.N.<br>24. Harvin Ferrer, R.N.<br>25. Rosalyn Williams, L.V.N.<br>26. Chisa Earl, L.V.N.<br>27. Hector Luz, R.N.<br>28. Harpreet K. Sidhu, L.V.N.<br>29. Jharana Shreesh, R.N.<br>30. H. Singh, R.N.<br>31. Michell Tadeo, L.V.N.<br>32. Does 1-30 | 1. Wellpath, LLC | 1. Kerry-Ann Kelly, M.D.<br>2. Janet Rubinson<br>3. Maria Magat, MD<br>4. Szilvia Molitorisz, MD<br>5. Gabriele Quaglia<br>6. Evelyn Hirsch<br>7. Stella Lewis<br>8. Rajbinder Mand<br>9. Felicidad C. Ramilo<br>10. Cela Barron<br>11. Harvin Ferrer<br>12. Rosalyn Williams<br>13. Chisa Earl<br>14. Hector Luz<br>15. Harpeet K. Sidhu<br>16. Jharana Shreesh<br>17. H. Singh<br>18. Michell Tadeo | 1. County of Alameda<br>2. Gregory J. Ahern<br>3. Karyn L. Tribble<br>4. Rinata Wagle, M.D.<br>5. Zazi Morsell, R.N.<br>6. Jennifer L. Sells<br>7. Marc R. Solopow<br>8. Leslie A. Gerbacio,<br>9. Prentice J. Howard<br>10. Reginal D. Aaron<br>11. Ruben Pola<br>12. Napoleon M. Terrell |

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| Laurel v. County of Alameda, et al., Case No. 3:24-cv-04427 (N.D. Cal.). | 1. County of Alameda<br>2. Yesenia Sanchez<br>3. Wellpath, LLC<br>4. Asaad Traina, M.D.<br>5. Adiam Haile, R.N.<br>6. Shelby Moore, R.N.<br>7. Homayun Saleh, P.A.<br>8. Laila Karim, R.N.<br>9. K. Brown, R.N.<br>10. Does 1-30 | 1. Wellpath, LLC | 1. Asaad Traina, MD<br>2. Adiam Haile, RN<br>3. Shelby Moore, RN<br>4. Homayun Saleh, PA<br>5. Laila Karim, RN<br>6. K. Brown, RN | 1. County of Alameda<br>2. Yesenia Sanchez |

11

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| Mohrbacher, et al. v. Alameda County Sheriff's Office, et al., 3:18-cv-00050-JD (N.D. Cal.). | 1. Alameda County Sheriff's Office<br>2. Gregory J. Ahern<br>3. Brett M. Keteles<br>4. Tom Madigan,<br>5. T. Pope<br>6. T. Russell<br>7. D. Skoldqvist<br>8. Lt. Hattaway<br>9. Sgt. Calagari<br>10. Deputy Divine (#512)<br>11. Deputy Debra Farmanian<br>12. Deputy Weatherbee (#238)<br>13. Deputy Tania Pope<br>14. Deputy Winstead<br>15. Deputy Caine<br>16. Alameda County<br>17. John & Jane Does, Nos. 1 – 50<br>18. California Forensic Medical Group, its employees and subcontractors, and Rick & Ruth Roes Nos. 1-50<br>19. Aramark Correctional Services, LLC, its employees and sub-contractors, and Rick and Ruth Roes Nos. Nos. 1-50 | | 1. California Forensic Medical Group, its employees and subcontractors, and Rick & Ruth Roes Nos. 1-50 | 1. Alameda County Sheriff's Office<br>2. Gregory J. Ahern<br>3. Brett M. Keteles<br>4. Tom Madigan,<br>5. T. Pope<br>6. T. Russell<br>7. D. Skoldqvist<br>8. Lt. Hattaway<br>9. Sgt. Calagari<br>10. Deputy Divine (#512)<br>11. Deputy Debra Farmanian<br>12. Deputy Weatherbee (#238)<br>13. Deputy Tania Pope<br>14. Deputy Winstead<br>15. Deputy Caine<br>16. Alameda County<br>17. John & Jane Does, Nos. 1 – 50<br>18. Aramark Correctional Services, LLC, its employees and sub-contractors, and Rick and Ruth Roes Nos. 1-50 |
| Moone v. Board of County Commissioners of the County of San Juan et al., Case No. 1:21-cv-01130 (D. N.M.). | 1. Board of County Comm'rs of the County of San Juan<br>2. Daniel Webb<br>3. Thomas Wilson<br>4. Jorge Rodriguez<br>5. Bryan Banyacya<br>6. Wellpath, LLC<br>7. Susan Long | 1. Wellpath, LLC | 1. Susan Long | 1. Board of County Commissioners of The County of San Juan<br>2. Daniel Webb<br>3. Thomas Wilson<br>4. Jorge Rodriguez<br>5. Bryan Banyacya |

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| O'Neil v. Las Vegas Metropolitan Police Department et al., Case No. 2:22-cv-00474-ART-NJK (D. Nev.) | 1. Las Vegas Metropolitan Police Department<br>2. County of Clark<br>3. Clark County Detention Center<br>4. Sheriff Joe Lombardo,<br>5. Wellpath, LLC<br>6. Doe Nurse Coco<br>7. Doe Officers 1 through 10,<br>8. Doe Nurses 1 through 10,<br>9. Does 1 through 10<br>10. Roe Corporations 11 through 20;<br>11. ABC Limited Liability Companies 21 through 30 | 1. Wellpath, LLC | | 1. Las Vegas Metropolitan Police Department<br>2. County of Clark<br>3. Clark County Detention Center<br>4. Sheriff Joe Lombardo,<br>5. Doe Officers 1 through 10 |
| Ontiveros v. Bd. of Cnty. Comm'rs of San Juan, et al., Case No. D-1116-CV-2023-01315 (11th Judicial District Court for N.M.). | 1. Board of County Commissioners of the County of San Juan<br>2. John Does 1-5<br>3. Wellpath, LLC<br>4. Mya Donaldson | 1. Wellpath, LLC | 1. Mya Donaldson | 1. Board of County Commissioners of the County of San Juan |
| Polachek v Luzerne County et al., Case No. 23-cv-01545 (M.D. Penn.). | 1. Luzerne County<br>2. Mark Rockovich<br>3. Wellpath, LLC<br>4. Tamra J. Roper<br>5. Joell Petrovich<br>6. Mike Chudoba<br>7. Kelsey Chambers<br>8. Jodi Hall<br>9. Katie Hermanoski<br>10. Heather Wilson<br>11. Elizabeth Anselm | 1. Wellpath, LLC | 1. Elizabeth Anselm | 1. Luzerne County<br>2. Mark Rockovich<br>3. Tamra J. Roper<br>4. Joell Petrovich<br>5. Mike Chudoba<br>6. Kelsey Chambers<br>7. Jodi Hall<br>8. Katie Hermanoski<br>9. Heather Wilson |

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| Pugh v. Wellpath, et al., 3:23-cv-03677-CRB (N.D. Cal.). | 1. Wellpath, LLC<br>2. Dinesh Nagar, MD<br>3. Don Purcell, MD<br>4. John Maike, MFT<br>5. Jordan Alarcon, RN<br>6. County of Solano<br>7. Sheriff Thomas A. Ferrara<br>8. Sgt. Joshua Esquibel<br>9. Officer Raymond Johnson,<br>10. Officer Ricky Perez<br>11. Officer Roberto Valdez<br>12. Does 5–50 | 1. Wellpath, LLC | 1. Dinesh Nagar, MD<br>2. John Maike, MFT<br>3. Jordan Alarcon, RN | 1. County of Solano<br>2. Sheriff Thomas A. Ferrara<br>3. Sgt. Joshua Esquibel<br>4. Officer Raymond Johnson,<br>5. Officer Ricky Perez<br>6. Officer Roberto Valdez |
| Reynolds et al. v. County of Madera et al., Case No. 1:23-cv-00538 (E.D. Cal.). | 1. County of Madera<br>2. Does 1-25<br>3. Wellpath, LLC<br>4. Jennifer Lorin Johnson (Nominal Defendant)<br>5. Does 26-50 | 1. Wellpath, LLC | | 1. County of Madera<br>2. Does 1-25<br>3. Jennifer Lorin Johnson (Nominal Defendant) |
| Roberts et al. v. Wellpath et al., Case No. 3:23-cv-03662 (N.D. Cal.). | 1. Wellpath, LLC<br>2. Dinesh Nagar, M.D.<br>3. Donald Purcell, M.D.<br>4. Erin Estes, L.P.N.<br>5. John Maike, M.F.T.<br>6. County of Solano<br>7. Jonathan Benton<br>8. Karina Wilson<br>9. Does 1-70 | 1. Wellpath, LLC | 1. Dinesh Nagar, MD<br>2. Erin Estes, LPN<br>3. John Maike, MFT | 1. Donald Purcell, M.D.<br>2. County of Solano<br>3. Jonathan Benton<br>4. Karina Wilson |

14

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| Rodriguez-Gonzalez et al. v. County of Santa Barbara et al., 2:24-cv-04685-ODW-E  (C.D. Cal.). | 1. County of Santa Barbara<br>2. Shawn Lammer<br>3. Deputy John Hartly Freedman<br>4. Cottage Health System<br>5. Santa Barbara Cottage Hospital<br>6. Goleta Valley Cottage Hospital<br>7. Brett Wilson, M.D.<br>8. Wellpath Inc.<br>9. Wellpath Management, Inc.<br>10. Wellpath, LLC<br>11. California Forensic Medical Group, Inc.<br>12. Jayna Liford<br>13. Kathleen McElroy<br>14. Hanna Fordahl<br>15. Caleb Tammar | 1. Wellpath, LLC<br>2. Wellpath Management, Inc. | 1. California Forensic Medical Group, Inc.<br>2. Jayna Liford<br>3. Kathleen McElroy<br>4. Hanna Fordahl<br>5. Caleb Tammar<br>6. Wellpath Inc. | 1. County of Santa Barbara<br>2. Shawn Lammer<br>3. Deputy John Hartly Freedman<br>4. Cottage Health System<br>5. Santa Barbara Cottage Hospital<br>6. Goleta Valley Cottage Hospital<br>7. Brett Wilson, M.D. |
| Smith et al. v. County of Santa Cruz, et al., Case No. 5:21-cv-00421 (N.D. Cal.) (Tamario Smith). | 1. County of Santa Cruz<br>2. Sheriff James Hart<br>3. California Forensic Medical Group<br>4. Wellpath, LLC<br>5. Gerald Lazar, M.D.<br>6. Does 4-50 | 1. Wellpath, LLC | 1. California Forensic Medical Group | 1. County of Santa Cruz<br>2. Sheriff James Hart<br>3. Gerald Lazar, MD<br>4. Does 4-50 |
| Smith et al. v. Bains et al., Case No. 24-cv-02102-TWT (N.D. Ga.) (Henrietta Smith). | 1. Stacey Bains<br>2. Kara Padgett<br>3. Amanda Brown<br>4. Stacey Kelly<br>5. Octavia Keitt<br>6. Daniele Cathey<br>7. Jeronia Bowden<br>8. Tiarra Carter<br>9. Caryn Forbes<br>10. Wellpath, LLC | 1. Wellpath, LLC | 2. Jeronia Bowden<br>3. Tiarra Carter<br>4. Caryn Forbes | 1. Stacey Bains<br>2. Kara Padgett<br>3. Amanda Brown<br>4. Stacey Kelly<br>5. Octavia Keitt<br>6. Daniele Cathey |

| Case Name & No. | Defendants (Including Previously Dismissed) | Automatic Stay Applies | Non-Debtor Defendants Second Stay Extension Order Applies To | Other Defendants Stay is Modified For |
|---|---|---|---|---|
| Smith v. Las Vegas Metropolitan Police Department et al., Case No. 23-cv-00092 (D. Nev.) (Mary Smith). | 1. Las Vegas Metropolitan Police Department<br>2. Wellpath, LLC<br>3. RN Rachel Clark<br>4. RN Tanja Wasielewski<br>5. RN Geneva Bessie<br>6. LCSW Sandra Celis<br>7. MA/LNA Meleka St. John<br>8. RN Stephanie Estala;<br>9. NP Hugh Andrew Rosset<br>10. NP Shelley Amederi<br>11. PA Andrea Balogh<br>12. RN Aynur Kabota<br>13. Corrections Officer Vanessa Mitchell<br>14. Corrections Officer Don'te Mitchell<br>15. Corrections Officer Joshua Waldman<br>16. Does 1-30 | 1. Wellpath, LLC | 1. Rachel Clark, RN<br>2. Tanja Wasielewski, RN<br>3. Geneva Bessie, RN<br>4. Sandra Celis, LCSW<br>5. Meleka St. John, MA/LNA<br>6. Stephanie Estala, RN<br>7. Hugh Andrew Rosset, NP<br>8. Shelley Ameduri, NP<br>9. Andrea Balogh, PA<br>10. Aynur Kabota, RN | 1. Las Vegas Metropolitan Police Department<br>2. Corrections Officer Vanessa Mitchell<br>3. Corrections Officer Don'te Mitchell<br>2 Corrections Officer Joshua Waldman |
| Yang et al. v. County of Yuba et al., 2:23-cv-00066-TLN-JDP (E.D. Cal.). | 1. County of Yuba<br>2. Sgt. Jeffrey T. Palmer<br>3. Correctional Officer Ismael Ramos<br>4. Wellpath, LLC | 1. Wellpath, LLC | | 1. County of Yuba<br>2. Sgt. Jeffrey T. Palmer<br>3. CO Ismael Ramos |