IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>WELLPATH HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-90533 (ARP)<br><br>(Jointly Administered) |

**AGENDA OF MATTERS
SET FOR HEARING ON FEBRUARY 10, 2025**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this agenda of matters set for hearing on **February 10, 2025 at 11:30 a.m. (prevailing Central Time)**, before the Honorable Judge Alfredo R. Pérez to consider the following:

**Matters Going Forward**

1.  **KEIP/KERP Motion.** Debtors' Motion for Entry of Orders (I) Authorizing and Approving the Debtors' (A) Key Employee Incentive Plan and (B) Non-Insider Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1010].

    Status: This matter is going forward.

    Related Documents:

    a. Declaration of Gilbert Jones in Support of Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' (A) Key Employee Incentive Plan and (B) Non-Insider Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1010];
    b. Certificate of Mailing of Claims Agent re Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' (A) Key Employee Incentive Plan and (B) Non-Insider Key Employee Retention Plan and (II) Granting Related Relief [Docket No. 1081];
    c. The Statutory Unsecured Claimholders' Committee's Witness and Exhibit List for February 10, 2025 Hearing [Docket No. 1252];
    d. Debtors and Debtors in Possession Witness and Exhibit List for February 10, 2025 Hearing [Docket No. 1254];

---

[1]   A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

e. United States Trustee's Witness and Exhibit List for February 10, 2025 Hearing [Docket No. 1264];

f. Objection of the United States Trustee to Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' (A) Key Employee Incentive Plan and (B) Key Employee Retention Plan, and (II) Granting Related Relief [Docket No. 1286]; and

g. Declaration of Timothy J. Dragelin as Chief Restructuring Officer and Chief Financial Officer of Wellpath Holdings, Inc. and Certain of its Affiliates in Support of Order Debtors' Motion for Entry of an Order (I) Authorizing and Approving the Debtors' (A) Key Employee Incentive Plan and (B) Non-Insider Key Employee Retention Plan and (II) Granting Related Relief [to be filed].

**PLEASE TAKE FURTHER NOTICE that you may participate in the hearing either in person or by an audio or video connection.** Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1 (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Perez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application of click the link on Judge Pérez's home page https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez. The meeting code is "JudgePerez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your electronic appearance, click the "Electronic Appearance" link on Judge Pérez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases are available free of charge by visiting https://dm.epiq11.com/Wellpath. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fee set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated:  February 7, 2025<br>Dallas, Texas | /s/ Marcus A. Helt |

Marcus A Helt (Texas Bar No. 24052187)
MCDERMOTT WILL & EMERY LLP
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone:	(214) 295-8000
Facsimile:	(972) 232-3098
Email:		mhelt@mwe.com

-and-

Felicia Gerber Perlman (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
Jake Jumbeck (admitted *pro hac vice*)
Carole Wurzelbacher (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)

MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, Illinois 60606-0029
Telephone:	(312) 372-2000
Facsimile:	(312) 984-7700
Email:		fperlman@mwe.com
		bgiordano@mwe.com
		jjumbeck@mwe.com
		cwurzelbacher@mwe.com
		cdingman@mwe.com

-and-

Steven Z. Szanzer (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: sszanzer@mwe.com

*Counsel for the Debtors and Debtors in Possession*

3

## **CERTIFICATE OF SERVICE**

      I certify that, on February 7, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Marcus A. Helt*
                                              Marcus A Helt