IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>WELLPATH HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-90533 (ARP)<br><br>(Jointly Administered) |

WITNESS AND EXHIBIT LIST
FOR HEARING ON FEBRUARY 18, 2025

| | |
|---|---|
| Main Case No. 24-90533 (ARP) | Name of Debtor: Wellpath Holdings, Inc. |
| Adversary No: N/A | Style of Adversary: N/A |
| | |
| **Witnesses:** | Judge: Alfredo R. Perez |
| Timothy J. Gardner | Courtroom Deputy: Akeita House |
| Any witness listed, offered or called by another party | Hearing Date: February 18, 2025 |
| | Hearing Time: 2:00pm CST |
| Parties' Name: Scott Allen, as Administrator of the Estate of Brady Allen and individually as father of Brady Allen, and Karen Allen, individually as mother of Brady Allen | |
| Attorney's Name: Louis G. McBryan | Attorney's Phone: 678-733-9322 |
| | Nature of Proceeding:<br>Motion for Relief from Stay [Doc No. 990] |

**EXHIBITS**

| Ex. # | Description | Offered | Objection | Admitted/ Not Admitted | Disposition |
|---|---|---|---|---|---|
| 1 | Complaint in the Northern District of Georgia, Atlanta Division, Civil Action File No. 1:23-cv-02240-AT styled *Scott Allen, as Administrator* | | | | |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   | *of the Estate of Brady Allen and individually as father of Brady Allen, and Karen Allen, individually as mother of Brady Allen v. Cobb County Sheriff Craig Owens, in his individual capacity, et al.* |   |   |   |   |
| 2 | Motion for Relief from Automatic Stay to Proceed with Litigation [Docket No. 990] |   |   |   |   |
| 4 | Any exhibits introduced by any other party |   |   |   |   |

Scott Allen, as Administrator of the Estate of Brady Allen and individually as father of Brady Allen, and Karen Allen, individually as mother of Brady Allen (collectively "Movant" or "Allen") reserves the right to amend or supplement the Witness and Exhibit List at any time prior to the Hearing.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
lmcbryan@mcbryanlaw.com
**Attorneys for Movant**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **Witness and Exhibit List for Hearing on February 18, 2025** with the Clerk of the Court via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas upon all parties who have entered an appearance in this case and are registered to receive electronic service.

This 14th day of February 2025.

Respectfully submitted,

**McBRYAN, LLC**

/s/Louis G. McBryan
Louis G. McBryan, Georgia Bar No. 480993
6849 Peachtree Dunwoody Road
Building B-3, Suite 100
Atlanta, GA 30328
Telephone (678) 733-9322
lmcbryan@mcbryanlaw.com
**Attorneys for Movant**