IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:                                         CHAPTER 11
                                               CASE NO: 24-90533 (ARP)

WELLPATH HOLDINGS, INC.
        Debtors

_____/

## CLAIMANTS GRACIENNE MYERS and DANIEL MYERS' JOINDER & ADOPTION OF SUPPLEMENTAL OBJECTION TO WELLPATH'S SECOND REVISED DISCLOSURE STATEMENT FILED BY THE UNSECURED CLAIMS COMMITTEE (ECF 1418)

Claimants, GRACIENNE MYERS and DANIEL MYERS, through counsel, give notice of their joinder in and adoption of the Supplemental Objection to Wellpath's Second Revised Disclosure Statement filed by the Unsecured Claims Committee (ECF 1418).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record or pro se parties authorized manner for those counsel or parties who are authorized to receive electronically Notices of Electronic Filing.

                          **MANDINA & GINSBERG, PLLC**
                          Laurel Court - Suite 107
                          15500 New Barn Road
                          Miami Lakes, Florida 33014
                          Tel:   (305) 358-ll8l
                          Fax:  (305) 231-7900

Email: marcginsberg@mg-trialattorneys.com

By: <u>/ s/**Marc R Ginsberg**</u>
MARC R. GINSBERG, ESQ.
FBN: 0333336