IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | Case No. 24-90533 (ARP) |
| Debtors. | (Jointly Administered) |

**AMENDED[2] AGENDA OF MATTERS
SET FOR HEARING ON FEBRUARY 18, 2025
AT 2:00 P.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this amended agenda of matters set for **February 18, 2025, at 2:00 p.m. (Prevailing Central Time)**, before the Honorable Judge Alfredo R. Peréz to consider the following:

**Matters Going Forward**

1. **Motions for Relief from the Automatic Stay Scheduled for February 18, 2025 Hearing.**

    Status: Going forward
    Related Documents:

    a. Plaintiff Samuel Randolph's Motion for Relief from the Automatic Stay to Allow the Pending Personal Injury and Civil Rights Claims Against the Debtor to Proceed [Docket No. 504];

    b. Letter Requesting Case not be Stayed [Docket No. 584] filed by Paul MacPherson;

    c. Motion to Lift Automatic Stay [Docket No. 589] filed by Deborah K. Wagner;

---

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

[2] Amended agenda items appear in **bold**.

1

    d. Motion for Relief from Automatic Stay under 11 U.S.C. § 362(d)(1) [Docket No. 598] filed by filed by Diane Harris Willie;

    e. Plaintiff Jospeh Mrozek's Motion for Relief from the Automatic Stay to Allow the Pending Personal Injury Claims Against the Debtor to Proceed [Docket No. 613] filed by Joseph Mrozek;

    f. Notice of Request to Proceed in State Civil Action [Docket No. 767] filed by Omar Rivera;

    g. Plaintiffs Maria Vendrell and Hurtado Vendrell, as Co-Plenary Guardians of J.V., Motion for Relief from Automatic Stay to Allow Insurance Covered Liability Action to Proceed and to Initiate Action Against Third Party the Florida Department of Children and Families ("DCF") [Docket No. 782] filed by Maria & Hurtado Vendrell;

        i. <u>Status</u>: Withdrawn [Docket No. 1185]

    h. Motion for Relief from the Automatic Stay [Docket No. 785] filed by Vern McGinnis Jr.;

    i. Motion for Relief from the Automatic Stay to Allow the Pending Personal Injury Claim Against Debtor to Proceed [Docket No. 795] filed by Hasna Alaoui;

        i. <u>Status</u>: Stipulation [Docket No. 1285] set for hearing 2/18/25. **Amended stipulation filed [Docket No. 1440].**

    j. Motion for Relief from Automatic Stay to Proceed with Litigation [Docket No. 809] filed by Jennifer O'Neal;

        i. <u>Status</u>: Stipulation **[Docket No. 1314]** set for hearing 2/18/25.

    k. Motion for Relief from Automatic Stay to Proceed with Litigation [Docket No. 812] filed by Ariel Hill;

        i. **<u>Status</u>: Continued to 3/18/25**

l. Claimant Marzan Williams' Motion for Relief from Automatic Stay as to Non-Debtor Defendants and to Allow Insurance Covered Liability Action to Proceed [Docket No. 814] filed by Marzan Williams;

   i. <u>Status</u>: Partially resolved [Docket No. 1085]

m. Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay [Docket No 827];

n. Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay and Stay Extension Reply [Docket No. 828];

o. Nora Perkinson's Motion for Relief from the Automatic Stay to Allow the Pending Claims Brought Against the Debtor Pursuant to the Kentucky Civil Rights Act to Proceed [Docket No. 846] filed by Nora Perkinson;

p. Motion for Relief from Automatic Stay [Docket No. 869] filed by Faith A. Salinas;

q. Second Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Stay and Stay Extension Reply [Docket No. 912];

r. Debtors and Debtors in Possession Amended Witness and Exhibit List for January 14, 2025 Hearing [Docket No. 913];

s. Sonya Cypress, as Personal Representative of the State of Aaron Cypress, Ahlena Cypress, Ahlania Cypress, and Aaron Cypress, Natural Children of Aaron Cypress' Motion for Relief from the Automatic Stay [Docket No. 920] filed by Sonya Cypress;

t. Motion for Relief from Automatic Stay [Docket No. 946] filed by Toni P. Walker;

u.  Motion to Be Included in the Final Hearing on the Stayed Extension Motion and PC Order [Docket No. 955] filed by John Elwin Herndon;

   i. Status: Medical Care Stipulation Entered [Docket No. 1317]

v.  Motion for Relief from Automatic Stay to Proceed with Litigation [Docket No. 986] filed by Terri Lamb;

   i. Status: Continued to 3/18/25

w.  Motion for Relief from Automatic Stay to Proceed With Litigation [Docket No. 988] filed by Marchelle Sharpe Nesbitt;

   i. Status: Continued to 3/18/25

x.  Motion for Relief from Automatic Stay to Proceed With Litigation [Docket No. 990] filed by Scott Allen;

   i. **Status: Stipulation filed [Docket No. 1423]**

y.  Motion for Relief from Stay [Docket No. 1000] filed by Oliver King;

z.  Motion for Relief From the Automatic Stay [Docket No. 1003] filed by Vicki Ann Assevero;

aa. Letter [Docket No. 1005] filed by Christopher Buchanan;

bb. Motion for Relief from Automatic Stay to Proceed With Litigation Pending Before Non Bankruptcy Forum [Docket No 1014] filed by Maria Elena Garcia;

cc. Motion for Relief from the Automatic Stay to Allow Pending Civil Action Brought Against Debtor Pursuant to 42 U.S.C. § 1983 in United States District Court, Eastern District of Arkansas, Delta Division, by Steven Pinder to Proceed [Docket No. 1144] filed by Steven Pinder;

   i. Status: Medical Care Stay Modification Entered [Docket No. 1248].

dd. Motion to Lift Stay on Civil Rights Action and Permission to Freeze Debtors' Assets [Docket No. 1145], filed by Alton D. Brown;

   i. <u>Status</u>: Medical Care Stay Modification Entered [Docket No. 1249].

ee. Objection of Cobb County, Georgia, and Cobb County Sheriff to Motion of Scott Allen and Karen Allen for Relief from Automatic Stay [Docket No. 1326];

ff. Debtors' Second Omnibus Objection to Motions for Relief from the Automatic Stay [Docket No. 1336];

gg. Third Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Stay and Stay Extension Reply [Docket No. 1337];

hh. Debtors and Debtors in Possession Witness and Exhibit List for February 18, 2025 Hearing [Docket No. 1358];

ii. Witness and Exhibit List [Docket No. 1363] filed by Sonya Cypress, as Personal Representative;

jj. The Ad Hoc Lender Group's Witness and Exhibit List for the Hearings Scheduled February 18, 2025 [Docket No. 1365];

kk. Witness and Exhibit List for Hearing on February 18, 2025 [Docket No. 1375] filed by Scott Allen, as Administrator of the Estate of Brady Allen and individually as father of Brady Allen, and Karen Allen, individually as mother of Brady Allen;

ll. Witness and Exhibit List [Docket No. 1376] filed by Henrietta Smith and Nickeil Bethea-Smith;

mm. Witness and Exhibit List for Hearing on February 18, 2025 [Docket No. 1377] filed by Ariel Hill, Individually and as the Next Kin of Clarence Manning, and Shirley Nelson as the Administrator of The Estate of Clarence Manning; and

      nn. Witness and Exhibit List of Cobb County, Georgia, and Cobb County Sheriff for February 18, 2025, Hearing on (I) Objection of Cobb County, Georgia, and Cobb County Sheriff to Proposed Stipulation and Agreed Order Regarding the Shannon Plaintiffs' Objection with Respect to Henrietta Smith and (II) Objection of Cobb County, Georgia, and Cobb County Sheriff to Motion of Scott Allen and Karen Allen for Relief from Automatic Stay [Docket No. 1378].

2. **Motions for Relief from the Automatic Stay Continued from January 14, 2025 Hearing.**

    <u>Status</u>: Going forward
    <u>Related Matters</u>:

      a. Claimants' Gracienne Myers' and Daniel Myers' Motion for Relief from Automatic Stay to Allow Insurance Covered Liability Action to Proceed [Docket No. 181];

      b. Plaintiff Kyse Monk, a Minor, Through a Guardian Kandi Stewart's Motion for Relief from the Automatic Stay to Allow the Pending Personal Injury and Wrongful Death Claims Against the Debtor to Proceed [Docket No. 265];

      c. Motion to Lift Automatic Stay to Proceed with § 1983 Case in State Court [Docket No. 281] filed by Tangela Harris, as special administrator of the estate of Kevin Shelton;

      d. Motion for Relief from Automatic Stay to Proceed with Litigation and Request for Adequate Protection Regarding Insurance Proceeds [Docket No. 294] filed by Kenneth Evans and Kenya Evans, as Independent Administrators of the Estate of Khayla J. Evans;

      e. Motion for Relief from Automatic Stay [Docket No. 302] filed by Corey A. Slater;

      f. Petitioner's Response to the Courts Amended Interim Order Enforcing the Automatic Stay [Docket Nos. 358, 472] filed by Deandre Bradley;

      g. Motion to Lift Stay of Civil Rights Action and Permission to Freeze Debtor(s) Assets [Docket No. 372] filed by Arthur Lamont Henderson;

    h. Plaintiff Dawn Crawford, in her Capacity as Administratrix for the Estate of Marc Crawford's Motion for Relief from the Automatic Stay to Allow the Pending Claims Brought Against the Debtor Pursuant to 42 U.S.C. § 1983 to Proceed [Docket No. 382];

        **i. <u>Status</u>: Continued to 3/18/25**

    i. Movant, Brandon Lamboy's Motion for Relief from Automatic Stay to Allow United States District Court for the District of Massachusetts Case No. 1:24-cv-12575-IT to Proceed [Docket No. 412]; and

    j. Motion to Lift Automatic Stay [Docket No. 433] filed by the Estate of Gabriel Strickland, N.S., and Shawna Alexander.

3. **Miscellaneous Matters.**

   <u>Status</u>: Going forward
   <u>Related Matters</u>:

    b. Emergency Motion to Continue of the Final Hearings Dates on the Lift Stay Motions of Debtors and Scheduling Status Conference Set on Jan. 7, 14, 21/2025 [Docket No. 952] filed by Robert Leonard;

    c. Motion for Temporary and Permanent Injunction & Enlargement [Docket No. 954] filed by Christina E De Rossitte;

    d. Immediate Motion for Injunctive Relief [Docket No. 959] filed by Christina E. De Rossitte;

    e. Plaintiff's Motion for Default Judgement [Docket No. 999] filed by Sylvester Barbee;

    f. Affidavitt Re: Lawsuits Against CCS now Wellpath Medical [Docket No. 1002] filed by Billy Culbertson;

    g. Letter [Docket No. 1006] filed by Robert Leonard;

    h. Motion of Objection to Debtors' Motion Doc 17, 91 Request Relief from Debtors to Pay/Compensate Creditor [Docket No. 1146] filed by Robert Leonard;

    i. Letter [Docket No. 1149] filed by Byron Wallace;

j. Objection of Cobb County, Georgia, and Cobb County Sheriff to Proposed Stipulation and Agreed Order Regarding the Shannon Plaintiffs' Objection with Respect to Henrietta Smith [Docket No. 1215];

k. Notice of Unserved Records [Docket No. 1266] filed by Charles Talbert;

l. Motion for Appointment of Counsel [Docket No. 1279] filed by John W. Magness;

m. Stipulation and Agreed Order Regarding the Hasna Lift Stay Motion [Docket No. 1285];

n. Stipulation and Agreed Order Regarding the O'Neal and Capes Lift Stay Motion [Docket No. 1314]; and

o. Reply of Henrietta Smith and Nickeil Bethea-Smith to Objection of Cobb County, Georgia, and Cobb County Sheriff to Proposed Stipulation and Agreed Order [Docket No. 1371].

4. **Stay Extension Motion.** Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [Docket No. 17]

Status: Going forward
Related Documents:

a. Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay and Stay Extension Reply [Docket No. 828];

b. Debtors' Omnibus Reply in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [Docket No. 897];

c. Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Stay Extension Reply [Docket No. 898];

d. Joinder and Supplemental Memorandum in Support of Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay to Non-Debtor Defendants Motion to Stay During Bankruptcy [Docket No. 900] filed by H.I.G. Capital LLC;

e. Second Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Stay and Stay Extension Reply [Docket No. 912];

f. **Dr. Marty Cole's Reply Brief In Opposition to Claimants Lonnie Wright's, Cedric Stewart's And Eugene Miller's Objection to Entry of A Final Order on Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants [Docket No. 1231];**

g. Certain Colorado Tort Plaintiffs' Joinder in Objection to Further Extension of the Automatic Stay to Non-Debtor Defendants [Docket No. 1283];

h. Third Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Stay and Stay Extension Reply [Docket No. 1337];

i. Debtors and Debtors in Possession Witness and Exhibit List for February 18, 2025 Hearing [Docket No. 1358];

j. Witness and Exhibit List [Docket No. 1379] filed by Estate of Jesus Eric Magana; and

k. The Statutory Unsecured Claimholders' Committee's Amended Witness and Exhibit List for February 18, 2025 Hearing on Stay Extension Motion and Motion to Extend Stay to Professional Corporations [Docket No. 1385];

l. **Proposed Amended Final Order (I) Enforcing the Automatic Stay to Non-Debtor Defendants on a Final Basis, and (II) Granting Related Relief [Docket No. 1436]; and**

m. **Nora Perkinson's Objection to Proposed Order [Docket No. 1437].**

9

5. **Professional Corporation.** Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations and (B) Obtain New Professional Corporations Contracts, (II) Extending Statutory Protections to Professional Corporations, and (III) Granting Related Relief [Docket No. 15].

 a. Debtors' Omnibus Reply in Support of Debtors' Emergency Motion for Entry of an Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations and (B) Obtain New Professional Corporation Contracts, (II) Extending Statutory Protections to Professional Corporations, and (III) Granting Related Relief [Docket No. 901];

 b. Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay and Stay Extension Reply [Docket No. 828];

 c. Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Stay Extension Reply [Docket No. 898];

 d. Second Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Stay and Stay Extension Reply [Docket No. 912];

 e. Third Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Stay and Stay Extension Reply [Docket No. 1337];

 f. Debtors and Debtors in Possession Witness and Exhibit List for February 18, 2025 Hearing [Docket No. 1358];

 g. The Statutory Unsecured Claimholders' Committee's Amended Witness and Exhibit List for February 18, 2025 Hearing on Stay Extension Motion and Motion to Extend Stay to Professional Corporations [Docket No. 1385]; and

      h. **Proposed Amended Order (I) Authorizing the Debtors to (A) Honor and Incur Obligations to Professional Corporations and (B) Obtain New Professional Corporation Contracts, (II) Extending Statutory Protections to Professional Corporations, and (III) Granding Related Relief [Docket No. 1439].**

  **PLEASE TAKE FURTHER NOTICE that you may participate in the hearing either in person or by an audio or video connection.** Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1 (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application of click the link on Judge Pérez's home page https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez. The meeting code is "JudgePerez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

  **PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your electronic appearance, click the "Electronic Appearance" link on Judge Pérez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

  **PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases are available free of charge by visiting https://dm.epiq11.com/Wellpath. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fee set forth therein.

*[Remainder of page intentionally left blank]*

| | |
|---|---|
| Dated:  February 18, 2025<br>Dallas, Texas | */s/ Marcus A. Helt* |
| | Marcus A Helt (Texas Bar No. 24052187)<br>David M. Genender (Texas Bar No. 00790757)<br>Marina Stefanova Kelly (Texas Bar No. 24093200)<br>MCDERMOTT WILL & EMERY LLP<br>2501 N. Harwood Street, Suite 1900<br>Dallas, Texas 75201-1664<br>Telephone:     (214) 295-8000<br>Facsimile:      (972) 232-3098<br>Email:             mhelt@mwe.com<br>                       dgenender@mwe.com<br>                       mkelly@mwe.com |

-and-

Felicia Gerber Perlman (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
James Kapp (admitted *pro hac vice*)
Jake Jumbeck (admitted *pro hac vice*)
Carole Wurzelbacher (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, Illinois 60606-0029
Telephone:     (312) 372-2000
Facsimile:      (312) 984-7700
Email:             fperlman@mwe.com
                       bgiordano@mwe.com
                       jkapp@mwe.com
                       jjumbeck@mwe.com
                       cwurzelbacher@mwe.com
                       cdingman@mwe.com

-and-

Steven Z. Szanzer (admitted *pro hac vice*)
Timothy C. Cramton (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email:             sszanzer@mwe.com
                       tcranton@mwe.com

## **CERTIFICATE OF SERVICE**

      I certify that on February 18, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                */s/ Marcus A. Helt*
                                                Marcus A Helt