# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PEREZ
## Tuesday, February 18, 2025

| First Name | Last Name | Firm Name | Client Name |
|---|---|---|---|
| Scott | Alberino | Feld LLP | Ad Hoc Lender Group |
| Blake | Berryman | LLP | Cobb County, Georgia |
| Marty | Brimmage | Feld LLP | Ad Hoc Lender Group |
| Scott | Damich | MI Dept of Attorney General | Department of Technology, Management, and |
| Kate | Doorley | Feld LLP | Ad Hoc Lender Group |
| Evelina | Gentry | Akerman LLP | H.I.G. Capital, LLC |
| Marc | Ginsberg | Mandina & Ginsberg, PLLC | Gracienne Myers and Daniel Myers |
| Blake | Glatstein | LLP | Cobb County, Georgia |
| Susan | Goodman | Pivot Health Law, LLC | Healthcare Ombudsman |
| Aaron | Guerrero | Jones LLP | Diamond Drugs Inc |
| Zachary | Hemenway | Stinson LLP | Statutory Unsecured Claimholders' Committee |
| Matthew | Herron | herronlawapc | Allred, Klein, and Doyle |
| Audrey | Hornisher | Clark Hill PLC | BayMark and MedMark |
| John | Lucy | Thomas Thomas and Hafer | Dr. Marty Cole |
| Paul | MAcPherson | None | Creditor |
| Rujuta | Nandgaonkar | Mitchell Leeds, LLP | Kevin Morgan |
| Jason | Oletsky | Akerman LLP | H.I.G. Capital, LLC |
| Jeff | Prostok | LLP | Cobb County, Georgia |
| Mark | Ralston | Fishman Jackson PLLC | El Paso County, Colorado |
| Cortney | Robinson | Department of Justice | United States |
| Casey | Roy | Ross, Smith & Binford, PC | Susan N. Goodman, Patient Care Ombudsman |
| Michael | Seng | Michael Seng | Deandre Bradley |
| Jack | Shadid | Hinshaw & Culbertson, LLP | Marzan Williams (Creditor) |
| R. J. | Shannon | Shannon & Lee LLP | Claimants in ECF. 245-1 |
| Adrian | Spearman | Spearman Legal Firm, P.C. | Estate of Khalya J Evans |
| John | Steiner | Leech Tishman | Diamond Drugs Inc |
| John | Steiner | Lampl, LLC | Diamond Drugs, Inc. |
| Benjamin | Taylor | Feld LLP | Ad Hoc Lender Group |
| Julian | Vasek | P.C. | Colorado Tort Plaintiffs (Estate of Carl Martin et al.) |
| J. Thomas | Vetne | Chester Law Office | Faith Salinas |
| Alex | Warso | Epiq | Claims Agent |
| Andrew | Willey | Willey Law Firm, PLLC | Teesha Graham |
| Jessica | Winters | The Winters Law Group, LLC | Dawn Crawford (creditor) |
| Nicholas | Zluticky | Stinson LLP | Statutory Unsecured Claimholders' Committee |