IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | Case No. 24-90533 (ARP) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL STIPULATION AND AGREED ORDER REGARDING THE SHANNON PLAINTIFFS' OBJECTION

The above-captioned debtors and debtors in possession (collectively, the "Debtors") and William Balliet, Administrator of the Estate of Mary Ellen Balliet ("Balliet," and together with the Debtors, the "Parties") hereby enter into this stipulation and agreed order (this "Stipulation and Agreed Order") as follows:

WHEREAS, on June 11, 2024, Balliet brought suit against certain of the Debtors and other defendants (together with the Debtors, collectively, the "Defendants") in *Balliet v. Luzerne County et al.*, Case No. 3:22-cv-02032 in the U.S. District Court for the Middle District of Pennsylvania (the "Balliet Lawsuit");

WHEREAS, in the Balliet Lawsuit, Balliet asserts certain claims and causes of action against the Defendants related to the alleged inadequate medical care Mary Ellen Balliet received while in custody at Luzerne County Correctional Facility;

WHEREAS, the Debtors dispute any and all liability with regard to all of the claims or causes of action asserted by Balliet;

---

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath.  The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

""

WHEREAS, on November 11, 2024 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas (the "Court");

WHEREAS, on November 12, 2024, the Debtors filed the *Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants* [Docket No. 17] (the "Stay Extension Motion") seeking extension of the automatic stay imposed by section 362(a) of the Bankruptcy Code to Non-Debtor Defendants (as defined in the Stay Extension Motion), and the Court entered the *Amended Interim Order Enforcing the Automatic Stay* [Docket No. 69] (the "Stay Extension Order") staying all Lawsuits (as defined in the Stay Extension Motion) in their entirety, including claims against the Non-Debtor Defendants, on an interim basis;

WHEREAS, on December 2, 2024, various plaintiffs, including Balliet, represented by Shannon & Lee LLP filed the *Response of Certain Claimants to Debtors' Emergency Motion for Entry of Interim and Final Orders to Enforce the Automatic Stay or in the Alternative Extend the Automatic Stay to Non-Debtor Defendants* [Docket No. 245] (the "Stay Extension Objection") objecting to the relief sought in the Stay Extension Motion;

WHEREAS, on January 14, 2025, the Court entered the *Stipulated and Agreed Amended Order (I) Enforcing the Automatic Stay on a Final Basis with Respect to Certain Actions, (II) Enforcing the Automatic Stay on an Interim Basis with Respect to Certain Actions, (III) Extending the Automatic Stay on an Interim Basis to Certain Actions Against Non-Debtors, (IV) Setting a Final Hearing for the Interim Relief Granted Herein, and (V) Granting Related Relief* [Docket No. 962] (the "Second Stay Extension Order");

WHEREAS, on February 3, 2025, the Court entered the *Stipulation and Agreed Order Regarding the Shannon Plaintiffs' Objection* [Docket No. 1227] (the "Shannon Stipulation") partially modifying the automatic stay imposed by section 362(a) of the Bankruptcy Code and extended to Non-Debtor Defendants in the Balliet Lawsuit pursuant to the Second Stay Extension Order as to Luzerne County, Chris Gale, T.J. Brown, William Wilk, LPN Biane Emmett, C.O. Robert Calvey, and LT. Kate Romiski in the Balliet Lawsuit;

WHEREAS, this Stipulation and Agreed Order is a supplement to and correction of the Shannon Stipulation.

**NOW, THEREFORE, IT IS STIPULATED AND AGREED**:

1. The Parties agree that the automatic stay imposed by section 362(a) of the Bankruptcy Code and extended to Non-Debtor Defendants in the Balliet Lawsuit pursuant to the Second Stay Extension Order does not extend to claims or causes of action against Luzerne County, T.J. Brown, William Wilk, LPN Diane Emmett, C.O. Robert Calvey, LT. Kate Romiski, Shana Feichter, Chris Gale, Cheri Steever, Carleen Kendig, and Donald Fuller in the Balliet Lawsuit.

2. Except as set forth herein, the Second Stay Extension Order otherwise remains a fully enforceable order and the automatic stay's application to the Debtor and all other Non-Debtor Defendants (as defined in the Stay Extension Order) in the Balliet Lawsuit shall remain in full force and effect, including with respect to Wellpath, LLC, Holly Green, Nelzon Iannuzzi, Jade Talarico, and Nancy Somers.

3. This Court retains exclusive jurisdiction over any matter arising from or related to the implementation, interpretation, and enforcement of this Stipulation and Agreed Order.

Signed: February 19, 2025

*Alfredo R Pérez*
Alfredo R Pérez
United States Bankruptcy Judge

**STIPULATED AND AGREED TO THIS 14TH DAY OF FEBRUARY, 2025:**

By: */s/ Marcus A. Helt*
Marcus A. Helt (Texas Bar #24052187)
MCDERMOTT WILL & EMERY LLP
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone:      (214) 295-8000
Facsimile:       (972) 232-3098
Email:             mhelt@mwe.com

-and-

Felicia Gerber Perlman (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
James W. Kapp (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
Telephone:      (312) 372-2000
Facsimile:       (312) 984-7700
Email:             fperlman@mwe.com
                      bgiordano@mwe.com
                      jkapp@mwe.com

*Counsel to the Debtors and Debtors in Possession*

""

By: /s/ *Chad J. Sweigart*

Barry H. Dyller, Esq.
No. 65084
Theron J. Solomon, Esq.
No. 319810
Chad J. Sweigart, Esq.
No. 308989
Attorneys for Plaintiff
Gettysburg House
88 North Franklin Street
Wilkes-Barre, PA 18701
(570) 829-4860
barry.dyller@dyllerlawfirm.com
theron.solomon@dyllerlawfirm.com
chad.sweigart@dyllerlawfirm.com

*Counsel to Balliet*