IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WELLPATH HOLDINGS, INC. et al.,[1] | ) | Case No. 24-90533 (ARP) |
| | ) | |
| Debtors. | ) | |

**ORDER MODIFYING THE AUTOMATIC STAY
WITH RESPECT TO THE SMITH LAWSUIT**

Came for consideration on a final basis the *Stipulation and Agreed Order Regarding the Shannon Plaintiffs' Objection* [ECF No. 1213] (the "Stipulation and Agreed Order") with respect to *Smith et al. v. Bains et al.*, Case No. 24-cv-02102-TWT (N.D. Ga.) (the "Smith Lawsuit") and the *Objection of Cobb County, Georgia, and Cobb County Sheriff to Proposed Stipulation and Agreed Order Regarding the Shannon Plaintiffs' Objection with Respect to Henrietta Smith* [ECF No. 1215] (the "Cobb County Objection"). For the reasons stated on the record at the hearing on February 18, 2025 (the "Hearing"), it is hereby ORDERED, ADJUDGED, and DECREED:

1. Except as otherwise set out herein, the automatic stay pursuant to 11 U.S.C. § 362 (the "Automatic Stay"), shall continue to apply to the actions against Wellpath, LLC or any other debtor in the above-captioned case (the "Debtors") until the earlier of (a) further order of the Court, (b) the effective date of a confirmed chapter 11 plan, or (c) dismissal of the above-captioned chapter 11 cases.

2. The Automatic Stay, as extended pursuant to the *Amended Final Order (I) Enforcing the Automatic Stay to Non-Debtor Defendants on a Final Basis, and (II) Granting*

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath.

*Final Relief* [ECF No. 1480] (the "Final Stay Extension Order"), shall continue as to Jeronia Bowden, Tiarra Carter, and Caryn Forbes (the "Wellpath Employees") until the earlier of (a) the effective date of a confirmed chapter 11 plan, (b) dismissal of the above-captioned chapter 11 cases, or (c) April 30, 2025.

3. Notwithstanding the Final Stay Extension Order, the Automatic Stay shall not prohibit continuing the Smith Lawsuit as to Stacey Bains, Kara Padgett, Amanda Brown, Stacey Kelly, Octavia Keitt, or Daniele Cathey (the "Cobb County Defendants").

4. The Automatic Stay shall not prohibit the Cobb County Defendants from seeking or obtaining discovery from Wellpath, LLC or the Wellpath Employees related to claims asserted against the Cobb County Defendants or defenses to such claims in the Smith Lawsuit.

5. This order shall not affect the July 18, 2024, Order of the U.S. District Court for the Northern District of Georgia staying discovery pending resolution of the motion to dismiss by Stacey Bains, Kara Padgett, and Amanda Brown.

Signed:

_____
Alfredo R. Pérez
United States Bankruptcy Judge