IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **In re:**<br><br>**WELLPATH HOLDINGS, INC.,** *et al.*<br><br>Debtors. | Chapter 11 Case No.: 24-90533 (ARP)<br><br>**ORDER GRANTING MOTION TO LIFT AUTOMATIC STAY**<br><br><br>The Honorable Alfredo R. Perez |

### ORDER GRANTING DEBORAH WAGNER'S MOTION TO LIFT AUTOMATIC STAY

After coming before the Court on February 18, 2025, Deboarh Wagner's Motion to Lift Automatic Stay (Docket No.: 589), is hereby ruled upon as follows:

1. The automatic stay be immediately lifted in the matter of *Deborah Wagner v. Wellpath Management, Inc., et al,* Case no.: CU0001661 with the Nevada County Superior Court in and for the State of California (the "Lawsuit") so that Plaintiff Wagner may proceed solely against Wellpath Management, Inc.'s employment practices liability insurance.

2. The automatic stay imposed by section 362(a) of the Bankruptcy Code and extended to Non-Debtor Defendants in the Lawsuit pursuant to the *Amended Final Order (I) Enforcing the Automatic Stay to Non-Debtor Defendants, and (II) Granting Related Relief* [Docket No. 1480] does not extend to claims or causes of action against Defendants California Forensic Medical Group, Inc., George D. McKnight, County of Nevada, and Captain Mike Walsh in the Lawsuit.

3. This Court retains exclusive jurisdiction over any matter arising from or related to the implementation, interpretation, and enforcement of this Order.

IT IS SO ORDERED.

Dated: _____, 2025

Houston, Texas

_____
Hon. Alfredo R. Perez
United States Bankruptcy Judge