**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | ) Case No. 24-90533 (ARP) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) <br> ) **Ref. Docket No. 28** |

**<u>MASTER SERVICE LIST</u>**

**(as of February 21, 2025)**

---

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

| | |
|---|---|
| AKERMAN LLP<br>(COUNSEL TO GEO INTERNATIONAL HOLDINGS LLC)<br>ATTN MICHAEL D NAPOLI<br>2001 ROSS AVE, STE 3600<br>DALLAS, TX 75201 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>ATTN: SCOTT L. ALBERINO<br>ROBERT S. STRAUSS TOWER<br>2001 K STREET, N.W.<br>WASHINGTON, DC 20006 |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL TO AD HOC LENDER GROUP)<br>ATTN MARTY BRIMMAGE JR<br>2300 N FIELD ST, STE 2300<br>DALLAS, TX 75201-2481 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>(COUNSEL TO AD HOC LENDER GROUP)<br>ATTN SCOTT ALBERINO, KATE DOORLEY, BENJAMIN TAYLOR<br>2001 K STREET, NW<br>WASHINGTON, DC 20006-1037 |
| ALPINE CA BEHAVIORAL HOLDCO, LLC<br>2120 ALPINE BLVD<br>ALPINE, CA 91901 | ANDREWS MYERS, P.C.<br>ATTN: T. JOSH JUDD<br>1885 SAINT JAMES PLACE, 15TH FLOOR<br>HOUSTON, TX 77056 |
| ANTONINO BILLANTE<br>2200 POWELL STREET, SUITE 740<br>ARIAS & SANGUINETTI WANG & TEAM, LLP<br>EMERYVILLE, CA 94608 | ATTORNEY GENERAL FOR THE STATE OF MICHIGAN<br>SCOTT L. DAMICH<br>P.O. BOX 30754<br>LANSING, MI 48909 |
| AU MEDICAL CENTER INC.<br>1120 15TH STREET BA-2612<br>AUGUSTA, GA 30912 | BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP<br>(COUNSEL TO CASSIDAY SCHADE LLP)<br>NATHAN Q. RUGG & ALEXANDER F. BERK<br>200 WEST MADISON STREET, SUITE 3900<br>CHICAGO, IL 60606 |

| | |
|---|---|
| BASS, BERRY & SIMS PLC<br>(COUNSEL TO REGIONAL ONE HEALTH)<br>PAUL G. JENNINGS, ELAINA AL-NIMRI &<br>SARA K. MORGAN<br>21 PLATFORM WAY, SUITE 3500<br>NASHVILLE, TN 37203 | BASS, BERRY & SIMS PLC<br>COUNSEL TO HCA AFFLIATES)<br>ATTN: PAUL G. JENNINGS<br>21 PLATFORM WAY SOUTH, SUITE 3500<br>NASHVILLE, TN 37203 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>(COUNSEL TO MAXOR)<br>ATTN: JOHN GENTILE<br>1313 N MARKET ST, STE 1201<br>WILMINGTON, DE 19801 | BONDS ELLIS EPPICH SCHAFER JONES LLP<br>(COUNSEL TO DIAMOND DRUGS INC)<br>ATTN: AARON GUERRERO, BRYAN PRENTICE<br>402 HEIGHTS BLVD<br>HOUSTON, TX 77007 |
| BROWARD COUNTY ATTORNEY<br>ATTN: ANDREW J. MEYERS<br>GOVERNMENTAL CENTER, SUITE 423<br>115 SOUTH ANDREWS AVENUE<br>FORT LAUDERDALE, FL 33301 | BROWARD HEALTH<br>MANAGED CARE DEPARTMENT<br>1608 S.E. 3RD AVENUE, SUITE 508<br>FORT LAUDERDALE, FL 33316 |
| BROWARD HEALTH MEDICAL CENTER<br>ATTN: PRESIDENT/CEO/GENERAL COUNSEL<br>1800 NW 49TH STREET, SUITE 100<br>FORT LAUDERDALE, FL 33309 | BROWARD HEALTH NORTH<br>201 E SAMPLE RD<br>DEERFILED BEACH, FL 33064 |
| BROWN NIMEROFF LLC<br>(COUNSEL TO SODEXO)<br>JAMI NIMEROFF<br>1515 MARKET STREET<br>PHILADELPHIA, PA 19102 | BRYAN CAVE LEIGHTON PAISNER LLP<br>(COUNSEL TO ADAPTIVE WORKFORCE, AB STAFFING)<br>ATTN: JARRET HITCHINGS, ONE WELLS FARGO CTR<br>301 S COLLEGE ST, STE 2150<br>CHARLOTTE, NC 28202 |

| | |
|---|---|
| BRYAN CAVE LEIGHTON PASINER LLP<br>(COUNSEL TO ADAPTIVE WORKFORCE, AB STAFFING)<br>ATTN KYLE HIRSCH<br>DALLAS ARTS TWR, 2200 ROSS AVE, STE 4200W<br>DALLAS, TX 75201 | BUCHALTER, A PROFESSIONAL CORPORATION<br>(COUNSEL TO MCKEESON)<br>JEFFREY K. GARFINKLE, ESQ.<br>18400 VON KARMAN AVENUE, SUITE 800<br>IRVINE, CA 92612 |
| CAHILL GORDON & REINDEL LLP<br>ATTN: JORDAN WISHNEW<br>32 OLD SLIP<br>NEW YORK, NY 10005 | CAHILL GORDON & REINDEL LLP<br>(COUNSEL TO UBS)<br>ATTN JOEL LEVITIN, JORDAN WISHNEW<br>32 OLD SLIP<br>NEW YORK, NY 10005 |
| CARDINALE FAYARD, APLC<br>ATTN: PAUL CARDINALE, GREGORY FAYARD<br>3800 WATT AVE, STE 245<br>SACRAMENTO, CA 95821 | CARLTON FIELDS, P.A.<br>ATTN: AARON S. WEISS<br>700 NW 1ST AVE, STE. 1200<br>MIAMI, FL 33136 |
| CAVAZOS HENDRICKS POIROT, P.C.<br>ATTN: ANNE ELIZABETH BURNS<br>900 JACKSON STREET, SUITE 570<br>DALLAS, TX 75202 | CLARK HILL PLC<br>(COUNSEL TO BERKLEY INSURANCE COMPANY)<br>ATTN DUANE BRESCIA<br>3711 S MOPAC EXPRESSWAY<br>BLDG 1, STE 500<br>AUSTIN, TX 78746 |
| CLARK HILL PLC<br>(COUNSEL TO SODEXO)<br>ROBERT P. FRANKE & AUDREY L. HORNISHER<br>901 MAIN STREET, SUITE 6000<br>DALLAS, TX 75202 | COKINOS YOUNG<br>(COUNSEL TO BBC)<br>CRAIG E. POWER, REAGAN H. "TRES" GIBBS, III<br>EMMA P. MYLES<br>FOUR HOUSTON CENTER<br>1221 LAMAR STREET, 16TH FLOOR<br>HOUSTON, TX 77010 |

| | |
|---|---|
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL<br>ATTN: DOMINGO EMANUELLI HERNANDEZ<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | CORRECT RX PHARMACY SERVICES, INC.<br>1352-C CHARWOOD ROAD<br>HANOVER, MD 21076 |
| COUNTY OF EL DORADO<br>C/O DOWNEY BRAND LLP<br>621 CAPITOL MALL, 18TH FLOOR<br>SACRAMENTO, CA 95814 | CRISP REGIONAL HOSPITAL<br>902 7TH ST N<br>CORDELE, GA 31015 |
| CROWE & DUNLEVY<br>(COUNSEL TO CREDITOR)<br>MARK A. CRAIGE<br>222 N. DETROIT AVENUE, SUITE 600<br>TULSA, OK 74120 | DIAMOND DRUGS, INC.<br>645 KOLTER DRIVE<br>INDIANA, PA 15701 |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL<br>ATTN: BRIAN L. SCHWALB<br>400 6TH STREET, NW<br>WASHINGTON, DC 20001 | DREW WILLEY<br>P.O. BOX 30317<br>HOUSTON, TX 77249 |
| FAEGRE DRINKER BIDDLE & REATH LLP<br>(COUNSEL TO SELECT MEDICAL CORP)<br>ATTN KRISTEN PERRY<br>2323 ROSS AVE, STE 1700<br>DALLAS, TX 75201 | FAEGRE DRINKER BIDDLE & REATH LLP<br>(COUNSEL TO SELECT MEDICAL CORPORATION)<br>ATTN JOSEPH ARGENTINA, JR<br>222 DELAWARE AVE, STE 1410<br>WILMINGTON, DE 19801-1621 |

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH, LLP<br>COUNSEL TO CREDITOR<br>ATTN: ANDREW J. KOEHLER<br>1500 JACKSON STREET, SUITE 201<br>FORT MYERS, FL 33901 | FISHMAN JACKSON PLLC<br>ATTN: MARK RALSTON<br>4835 LBJ FREEWAY, SUITE 475<br>DALLAS, TX 75244 |
| FLORIDA HOSPITAL WATERMAN<br>1000 WATERMAN WAY<br>TAVARES, FL 32778-5266 | FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER<br>2823 FRESNO ST<br>FRESNO, CA 93721-1324 |
| FROST BROWN TODD LLP<br>(COUNSEL TO JDY INC.)<br>REBECCA L. MATTHEWS<br>2101 CEDAR SPRINGS RD.<br>DALLAS, TX 75201 | FROST BROWN TODD LLP<br>(COUNSEL TO JDY INC.)<br>PATRICIA K. BURGESS<br>150 3RD AVENUE SOUTH, SUITE 1900<br>NASHVILLE, TN 37201 |
| GOLAN CHRISTIE TAGLIA LLP<br>(COUNSEL TO DR. ANDREW HO)<br>ATTN: DERRICK LOVING, STEVEN ROSENBERG, SARAH DUNKLEY<br>70 W MADISON ST, STE 1500<br>CHICAGO, IL 60602 | GORDON REES SCULLY MANSUKHANI, LLP<br>ATTN: MEGAN ADEYEMO<br>2200 ROSS AVENUE, SUITE 3700<br>DALLAS, TX 75201 |
| HCA FLORIDA NORTHWEST HOSPITAL<br>2801 N STATE RD 7<br>MARGATE, FL 33063-5596 | HINSHAW & CULBERTSON, LLP<br>(COUNSEL TO MARZAN WILLIAMS)<br>ATTN BRIAN ZEECK, JACK SHADID<br>151 N FRANKLIN ST, STE 2500<br>CHICAGO, IL 60606 |

| | |
|---|---|
| JANELLE BUTTERFIELD<br>434 NW 19TH AVE<br>DEVLIN LAW, P.C.<br>PORTLAND, OR 97209 | JOHN PAUL DEVERNA ESQ PC<br>111 JOHN STREET, STE 1850<br>NEW YORK, NY 10038 |
| JOSE P. GARCIA<br>ADDRESS ON FILE | KATERS & GRANITZ, LLC<br>KEVIN G. RAASCH<br>ATTORNEY & COUNSELOR AT LAW<br>8112 W. BLUEMOUND SUITE 101<br>MILWAUKEE, WI 53213 |
| KATTEN MUCHIN ROSENMAN LLP<br>(COUNSEL TO WELLSTAR)<br>YELENA E. ARCHIYAN<br>2121 N. PEARL ST., SUITE 1100<br>DALLAS, TX 75201 | KENNETH R. BEAMS<br>32400 TELEGRAPH ROAD, SUITE 103<br>BINGHAM FARMS, MI 48025 |
| KESSLER COLLINS, PC<br>(COUNSEL TO BEHAVIORAL HEALTH GROUP)<br>ATTN HOWARD C RUBIN<br>500 N AKARD ST, STE 3700<br>DALLAS, TX 75201 | LABORATORY CORPORATION OF AMERICA<br>P.O. BOX 12140<br>BURLINGTON, NC 27216-2140 |
| LABORATORY CORPORATION OF AMERICA<br>C/O KIMBERLY A. BARTLEY<br>WALDRON & SCHNEIDER, PLLC<br>15150 MIDDLEBROOK DR.<br>HOUSTON, TX 77058 | LANDWEHR LAW FIRM, LLC<br>DARRYL T. LANDWEHR<br>650 POYDRAS STREET, SUITE 2519<br>NEW ORLEANS, LA 70130 |

| | |
|---|---|
| LAW OFFICES OF GREG W. GARROTTO<br>(COUNSEL TO CREDITOR JOHNSON)<br>GREG W. GARROTTO<br>1875 CENTURY PARK EAST SUITE 2230<br>LOS ANGELES, CA 90067 | LIECHTY, MCGINNIS, BERRYMAN & BOWEN, LLP<br>(COUNSEL TO SHC SERVICES, INC.)<br>DANIEL B. DENNY<br>11910 GREENVILLE AVENUE, SUITE 400<br>DALLAS, TX 75243 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>(COUNSEL TO ELLIS COUNTY)<br>3500 MAPLE AVENUE, STE 800<br>DALLAS, TX 75219 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>(COUNSEL TO SAN MARCOS ISD)<br>PO BOX 17428<br>AUSTIN, TX 78760-7428 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>(COUNSEL TO MONTGOMERY COUNTY)<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>(COUNSEL TO HARRIS CO ESD # 60)<br>PO BOX 3064<br>HOUSTON, TX 77253-3064 |
| MADDIN HAUSER ROTH & HELLER, P.C.<br>(COUNSEL FOR MCLAREN HEALTH CARE CORPORATION)<br>JULIE BETH TEICHER<br>ONE TOWNE SQUARE, FIFTH FLOOR<br>SOUTHFIELD, MI 48076 | MANIER & HEROD PC<br>(COUNSEL TO CHUBB AND ASCOT INSURANCE CO)<br>ATTN: MICHAEL COLLINS, S MARC BUCHMAN<br>1201 DEMONBREUN ST, STE 900<br>NASHVILLE, TN 37203 |
| MCBRYAN, LLC<br>ATTN: LOUIS G. MCBRYAN<br>6849 PEACHTREE DUNWOODY ROAD<br>BUILDING B-3, SUITE 100<br>ATLANTA, GA 30328 | MCCREARY, VESELKA, BRAGG & ALLEN, P.C.<br>(COUNSEL TO THE COUNTY OF HAYS, TEXAS)<br>JULIE ANNE PARSONS<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680 |

MCDERMOTT WILL & EMERY LLP
DAVID M. GENEDER & MARINA STEFANOVA KELLY
2501 NORTH HARWOOD STREET, SUITE 1900
DALLAS, TX 75201-1664

MCKESSON MEDICAL - SURGICAL INC.
P.O. BOX 936279
ATLANTA, GA 31193-6279

MCLAREN GREATER LANSING
401 W GREENLAWN
LANSING, MI 48910

MEDICAL CENTER OF CENTRAL GEORGIA, INC.
777 HEMLOCK ST
MACON, GA 31201

MEHAFFYWEBER
(COUNSEL TO VINSON)
HOLLY HAMM & BLAKE HAMM
P.O. BOX 16
BEAUMONT, TX 77704

MEMORIAL UNIVERSITY MEDICAL CENTER - SAVANNAH
4700 WATERS AVE
SAVANNAH, GA 31404-6220

MEYERS, RODBELL & ROSENBAUM, P.A.
(COUNSEL TO CALVERT COUNTY, MARYLAND)
NICOLE C. KENWORTHY
6801 KENILWORTH AVENUE, SUITE 400
RIVERDALE, MD 20737-1385

MUNSCH HARDT KOPF & HARR, P.C.
(COUNSEL TO RBGG)
JOHN D. CORNWELL, BRENDA L. FUNK &
ALEXANDER R. PEREZ
700 MILAM ST., SUITE 800
HOUSTON, TX 77002

NORTHERN MARIANA ISLANDS ATTORNEY GENERAL
ATTN: EDWARD MANIBUSAN
CALLER BOX 10007
SAIPAN, MP 96950-8907

NORTON ROSE FULBRIGHT US LLP
ATTN: BOB BRUNER
1550 LAMAR STREET
SUITE 2000
HOUSTON, TX 77010

| | |
|---|---|
| NORTON ROSE FULBRIGHT US LLP<br>(COUNSEL TO UBS)<br>ATTN ROBERT BRUNER, MARIA MOKRZYCKA<br>1550 LAMAR ST, STE 2000<br>HOUSTON, TX 77010 | OFFICE OF THE ATTORNEY GENERAL OF GUAM<br>ATTN:DOUGLAS B. MOYLAN<br>ADMINISTRATION DIVISION<br>590 S MARINE CORPS DR, STE 901<br>TAMUNING, GU 96913 |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ROMA N. DESAI & STEPHANIE EBERHARDT<br>ASSISTANT ATTORNEYS GENERAL<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | OFFICE OF THE UNITED STATES ATTORNEY FOR THE<br>SOUTHERN DISTRICT OF TEXAS, WELLS FARGO<br>PLAZA, 1000 LOUISIANA ST #2300<br>HOUSTON, TX 77002 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>HA MINH NGUYEN<br>515 RUSK ST.<br>STE. 3516<br>HOUSTON, TX 77002 | OLIVER MANER LLP<br>(COUNSEL TO EFFINGHAM COUNTY, GEORGIA)<br>JACOB D. MASSEE & MADELEINE HOSS<br>218 WEST STATE STREET<br>SAVANNAH, GA 31401 |
| PADFIELD & STOUT LLP<br>(COUNSEL TO CURANT HEALTH GEORGIA LLC)<br>ATTN CHRISTOPHER ARISCO<br>100 THROCKMORTON ST, STE 700<br>FORT WORTH, TX 76102 | PARMET PC<br>(COUNSEL TO ANGELA HOYLE)<br>ATTN: MATTHEW S PARMET<br>2 GREENWAY PLAZA, STE 250<br>HOUSTON, TX 77046 |
| PHARMACORR, LLC<br>7400 PLAZA MAYOR BLVD, STE 100<br>OKLAHOMA CITY, OK 73149 | PHOEBE PUTNEY MEMORIAL HOSPITAL<br>417 W 3RD AVE<br>ALBANY, GA 31701-1943 |

| | |
|---|---|
| PIEDMONT AUGUSTA HOSPITAL<br>1350 WALTON WAY<br>AUGUSTA, GA 30901-2612 | PIVOT HEALTH LAW, LLC<br>(COUNSEL TO PATIENT CARE OMBUDSMAN)<br>ATTN: SUSAN N GOODMAN<br>PO BOX 69734<br>ORO VALLEY, AZ 85737 |
| PRIME HEALTHCARE FOUNDATION, INC.<br>11 UPPER RIVERDALE RD SW<br>RIVERDALE, GA 30274-2615 | PROSKAUER ROSE LLP<br>(COUNSEL TO THE COMMITTEE)<br>BRIAN S. ROSEN, EHUD BARAK & DANIEL DESATNIK<br>ELEVEN TIMES SQUARE<br>NEW YORK, NY 10036-8299 |
| PROSKAUER ROSE LLP<br>(COUNSEL TO THE COMMITTEE)<br>PAUL V. POSSINGER<br>THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON, SUITE 3800<br>CHICAGO, IL 60602-4342 | PUBLIC JUSTICE<br>(COUNSEL FOR AMICI CURIAE)<br>JACQUELINE ARANDA OSORNO<br>1620 L ST. NW, SUITE 630<br>WASHINGTON, DC 20036 |
| ROSS, SMITH & BINFORD, PC<br>(COUNSEL TO THE PCO)<br>JOHN CASEY ROY<br>2901 VIA FORTUNA<br>BLDG. 6, SUITE 450<br>AUSTIN, TX 78746 | SELECT SPECIALTY HOSPITAL - AUGUSTA INC.<br>1537 WALTON WAY<br>AUGUSTA, GA 30904-3764 |
| SHAWN KITCHEN<br>116 BOULEVARD OF THE ALLIES<br>O'BRIEN COLEMAN & WRIGHT LLC<br>PITTSBURGH, PA 15222 | SHELBY CO HEALTHCARE CORP<br>DBA REGIONAL ONE HEALTH<br>P.O. BOX 1000 DEPT 865<br>MEMPHIS, TN 38148-0865 |

SHER GARNER CAHILL RICHTER KLEIN & HILBERT LLC
(COUNSEL TO ADMIN OF TULANE EDUCATION FUND)
ATTN THOMAS J MADIGAN, II
909 POYDRAS ST, STE 2800
NEW ORLEANS, LA 70112

SONATA SOFTWARE NORTH AMERICA, INC.
39300 CIVIC CENTER DRIVE STE-270
FREMONT, CA 94538

SPALDING REGIONAL HOSPITAL, INC.
601 S 8TH ST
GRIFFIN, GA 30224-4213

ST. JOSEPH MERCY HOSPITAL
5301 E HURON RIVER DR
ANN ARBOR, MI 48106-0993

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY, AL 36104

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: STEVE MARSHALL
PO BOX 300152
MONTGOMERY, AL 36130-0152

STATE OF ALASKA ATTORNEY GENERAL
ATTN: TREG TAYLOR
1031 W 4TH AVE, STE 200
ANCHORAGE, AK 99501-1994

STATE OF AMERICAN SAMOA ATTORNEY GENERAL
DEPT. OF LEGAL AFFAIRS
EXECUTIVE OFFICE BLDG., 3RD FLR
P.O. BOX 7
UTULEI, AS 96799

STATE OF AMERICAN SAMOA ATTORNEY GENERAL
ATTN: FAINU'ULELEI FALEFATU ALA'ILIMA-UTU
AMERICAN SAMOA GOV'T, EXEC OFC BLDG
UTULEI, TERRITORY OF AMERICAN SAMOA
PAGO PAGO, AS 96799

STATE OF ARIZONA ATTORNEY GENERAL
ATTN: KRIS MAYES
2005 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2926

| | |
|---|---|
| STATE OF ARKANSAS ATTORNEY GENERAL<br>ATTN: TIM GRIFFIN<br>323 CENTER ST, STE 200<br>LITTLE ROCK, AR 72201-2610 | STATE OF CALIFORNIA ATTORNEY GENERAL<br>CONSUMER PROTECTION SECTION<br>ATTN: BANKRUPTCY NOTICES<br>455 GOLDEN GATE AVE., STE. 11000<br>SAN FRANCISCO, CA 94102-7004 |
| STATE OF CALIFORNIA ATTORNEY GENERAL<br>ATTN: ROB BONTA<br>1300 'I' ST<br>SACRAMENTO, CA 95814-2919 | STATE OF COLORADO ATTORNEY GENERAL<br>ATTN: PHIL WEISER<br>RALPH L CARR COLORADO JUDICIAL BLDG<br>1300 BROADWAY, 10TH FL<br>DENVER, CO 80203 |
| STATE OF CONNECTICUT ATTORNEY GENERAL<br>ATTN: WILLIAM TONG<br>165 CAPITOL AVENUE<br>HARTFORD, CT 06106 | STATE OF DELAWARE ATTORNEY GENERAL<br>ATTN: KATHY JENNINGS<br>CARVEL STATE BUILDING<br>820 N FRENCH ST<br>WILMINGTON, DE 19801 |
| STATE OF FLORIDA ATTORNEY GENERAL<br>ATTN: ASHLEY MOODY<br>PL 01 THE CAPITOL<br>TALLAHASSEE, FL 32399-1050 | STATE OF GEORGIA ATTORNEY GENERAL<br>ATTN: CHRIS CARR<br>40 CAPITOL SQUARE, SW<br>ATLANTA, GA 30334 |
| STATE OF HAWAII ATTORNEY GENERAL<br>ATTN: ANN E LOPEZ<br>425 QUEEN ST<br>HONOLULU, HI 96813 | STATE OF IDAHO ATTORNEY GENERAL<br>ATTN: RAUL R. LABRADOR<br>700 W JEFFERSON ST, STE 210<br>PO BOX 83720<br>BOISE, ID 83720-0010 |

| | |
|---|---|
| STATE OF ILLINOIS ATTORNEY GENERAL<br>ATTN: KWAME RAOUL<br>100 W RANDOLPH ST<br>CHICAGO, IL 60601 | STATE OF INDIANA ATTORNEY GENERAL<br>ATTN: TODD ROKITA<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W WASHINGTON ST, 5TH FL<br>INDIANAPOLIS, IN 46204 |
| STATE OF IOWA ATTORNEY GENERAL<br>ATTN: BRENNA BIRD<br>HOOVER STATE OFFICE BUILDING<br>1305 E WALNUT ST<br>DES MOINES, IA 50319 | STATE OF KANSAS ATTORNEY GENERAL<br>ATTN: KRIS W. KOBACH<br>120 SW 10TH AVE, 2ND FL<br>TOPEKA, KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL<br>ATTN: DANIEL CAMERON<br>700 CAPITOL AVE, STE 118<br>FRANKFORT, KY 40601-3449 | STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>PO BOX 94005<br>BATON ROUGE, LA 70804 |
| STATE OF LOUISIANA ATTORNEY GENERAL<br>ATTN: JEFF LANDRY<br>1885 N THIRD ST<br>BATON ROUGE, LA 70802 | STATE OF MAINE ATTORNEY GENERAL<br>ATTN: AARON FREY<br>6 STATE HOUSE STATION<br>AUGUSTA, ME 04333 |
| STATE OF MARYLAND ATTORNEY GENERAL<br>ATTN: ATHONY G. BROWN<br>200 ST PAUL PLACE<br>BALTIMORE, MD 21202 | STATE OF MASSACHUSETTS ATTORNEY GENERAL<br>ATTN: ANDREA JOY CAMPBELL<br>1 ASHBURTON PLACE, 20TH FL<br>BOSTON, MA 02108-1518 |

STATE OF MICHIGAN ATTORNEY GENERAL
ATTN: DANA NESSEL
G. MENNEN WILLIAMS BLDG
525 W OTTAWA ST - PO BOX 30212
LANSING, MI 48909

STATE OF MINNESOTA ATTORNEY GENERAL
ATTN: KEITH ELLISON
445 MINNESOTA ST STE 1400
ST. PAUL, MN 55101-2131

STATE OF MISSISSIPPI ATTORNEY GENERAL
ATTN: LYNN FITCH
PO BOX 220
JACKSON, MS 39205

STATE OF MISSOURI ATTORNEY GENERAL
ATTN: ANDREW BAILEY
SUPREME CT BLDG, 207 W HIGH ST
PO BOX 899
JEFFERSON CITY, MO 65102

STATE OF MONTANA ATTORNEY GENERAL
ATTN: AUSTIN KNUDSEN
JUSTICE BLDG
215 N SANDERS ST
HELENA, MT 59601

STATE OF NEBRASKA ATTORNEY GENERAL
ATTN: MIKE HILGERS
2115 STATE CAPITOL
PO BOX 98920
LINCOLN, NE 68509

STATE OF NEVADA ATTORNEY GENERAL
ATTN: AARON D. FORD
100 N CARSON ST
CARSON CITY, NV 89701

STATE OF NEW HAMPSHIRE ATTORNEY GENERAL
ATTN: JOHN M. FORMELLA
NH DEPT OF JUSTICE
33 CAPITOL ST
CONCORD, NH 03301

STATE OF NEW JERSEY ATTORNEY GENERAL
ATTN: MATTHEW J. PLATKIN
RJ HUGHES JUSTICE COMPLEX
25 MARKET ST - PO BOX 080
TRENTON, NJ 08625-0080

STATE OF NEW MEXICO ATTORNEY GENERAL
ATTN: RAUL TORREZ
408 GALISTEO ST
VILLAGRA BLDG
SANTA FE, NM 87501

| | |
|---|---|
| STATE OF NEW YORK ATTORNEY GENERAL<br>ATTN: LETITIA A. JAMES<br>DEPT. OF LAW<br>THE CAPITOL, 2ND FL<br>ALBANY, NY 12224-0341 | STATE OF NORTH CAROLINA ATTORNEY GENERAL<br>ATTN: JOSH STEIN<br>9001 MAIL SERVICE CTR<br>RALEIGH, NC 27699-9001 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL<br>ATTN: JOSH STEIN<br>PO BOX 629<br>RALEIGH, NC 27602-0629 | STATE OF NORTH DAKOTA ATTORNEY GENERAL<br>ATTN: DREW WRIGLEY<br>600 E BOULEVARD AVE<br>DEPT 125<br>BISMARCK, ND 58505 |
| STATE OF OHIO ATTORNEY GENERAL<br>ATTN: DAVE YOST<br>30 E BROAD ST, 14TH FL<br>COLUMBUS, OH 43215 | STATE OF OKLAHOMA ATTORNEY GENERAL<br>ATTN: DONNA HOPE<br>313 NE 21ST ST<br>OKLAHOMA CITY, OK 73105 |
| STATE OF OREGON ATTORNEY GENERAL<br>ATTN: ELLEN F. ROSENBLUM<br>1162 COURT ST, NE<br>SALEM, OR 97301-4096 | STATE OF PENNSYLVANIA ATTORNEY GENERAL<br>ATTN: MICHELLE HENRY<br>STRAWBERRY SQ<br>16TH FLR<br>HARRISBURG, PA 17120 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL<br>ATTN: PETER F. NERONHA<br>150 S MAIN ST<br>PROVIDENCE, RI 02903 | STATE OF SOUTH CAROLINA ATTORNEY GENERAL<br>ATTN: ALAN WILSON<br>PO BOX 11549<br>COLUMBIA, SC 29211-1549 |

| | |
|---|---|
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL<br>ATTN: ALAN WILSON<br>REMBERT C. DENNIS OFFICE BLDG<br>1000 ASSEMBLY ST, ROOM 519<br>COLUMBIA, SC 29201 | STATE OF SOUTH DAKOTA ATTORNEY GENERAL<br>ATTN: MARK JACKLEY<br>1302 EAST HIGHWAY 14, STE 1<br>PIERRE, SD 57501-8501 |
| STATE OF TENNESSEE ATTORNEY GENERAL<br>ATTN: JONATHAN SKRMETTI<br>PO BOX 20207<br>NASHVILLE, TN 37202-0207 | STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>PO BOX 12548<br>AUSTIN, TX 78711-2548 |
| STATE OF TEXAS ATTORNEY GENERAL<br>ATTN: KEN PAXTON<br>300 W 15TH ST<br>AUSTIN, TX 78701 | STATE OF UTAH ATTORNEY GENERAL<br>ATTN: SEAN D. REYES<br>350 N STATE ST, STE 230<br>SALT LAKE CITY, UT 84114-2320 |
| STATE OF UTAH ATTORNEY GENERAL<br>ATTN: SEAN D. REYES<br>PO BOX 142320<br>SALT LAKE CITY, UT 84114-2320 | STATE OF VERMONT ATTORNEY GENERAL<br>ATTN: CHARITY R. CLARK<br>109 STATE ST<br>MONTPELIER, VT 05609-1001 |
| STATE OF VIRGINIA ATTORNEY GENERAL<br>ATTN: JASON MIYARES<br>202 N NINTH ST<br>RICHMOND, VA 23219 | STATE OF WASHINGTON ATTORNEY GENERAL<br>ATTN: BOB FERGUSON<br>1125 WASHINGTON ST SE<br>OLYMPIA, WA 98504-0100 |

| | |
|---|---|
| STATE OF WASHINGTON ATTORNEY GENERAL<br>ATTN: BOB FERGUSON<br>PO BOX 40100<br>OLYMPIA, WA 98504-0100 | STATE OF WEST VIRGINIA ATTORNEY GENERAL<br>ATTN: PATRICK MORRISEY<br>STATE CAPITOL COMPLEX, BLDG 1, ROOM E-26<br>1900 KANAWHA BLVD. E<br>CHARLESTON, WV 25305 |
| STATE OF WISCONSIN ATTORNEY GENERAL<br>ATTN: JOSH KAUL<br>WISCONSIN DEPARTMENT OF JUSTICE<br>17 PO BOX 7857<br>MADISON, WI 53703-7857 | STATE OF WYOMING ATTORNEY GENERAL<br>ATTN: BRIDGET HILL<br>109 STATE CAPITAL<br>200 W. 24TH ST<br>CHEYENNE, WY 82002 |
| STEVENSON & BULLOCK, P.L.C.<br>COUNSEL TO OAKLAND COUNTY<br>CHARLES D. BULLOCK, ELLIOT G. CROWDER &<br>KIMBERLY BEDIGIAN<br>26100 AMERICAN DRIVE, SUITE 500<br>SOUTHFIELD, MI 48034 | STINSON LLP<br>(COUNSEL TO THE COMMITTEE)<br>NICHOLAS ZLUTICKY & ZACHARY HEMENWAY<br>1201 WALNUT, SUITE 2900<br>KANSAS CITY, MO 64106 |
| STINSON LLP<br>(COUNSEL TO THE COMMITTEE)<br>LUCAS SCHNEIDER<br>1144 FIFTEENTH ST., SUITE 2400<br>DENVER, CO 80202 | TEXAS ATTORNEY GENERAL'S OFFICE<br>THE TEXAS WORKFORCE COMMISSION<br>KIMBERLY A. WALSH<br>ASSISTANT ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 |
| THE MEDICAL CENTER<br>710 CENTER ST<br>COLUMBUS, GA 31901-1527 | THE WINTERS LAW GROUP, LLC<br>(COUNSEL TO DAWN CRAWFORD)<br>ATTN JESSICA WINTERS<br>432 S BROADWAY, STE B<br>LEXINGTON, KY 40508 |

| | |
|---|---|
| THOMAS, THOMAS & HAFER, LLP<br>ATTN: JOHN A. LUCY, ESQUIRE<br>PO BOX 1275<br>CAMP HILL, PA 17001 | TOGUT, SEGAL & SEGAL LLP<br>(COUNSEL TO THE TOGUT FIRM)<br>ATTN: FRANK A. OSWALD, ESQ.<br>ONE PENN PLAZA, SUITE 3335<br>NEW YORK, NY 10119 |
| TRAN SINGH LLP<br>ESTATE OF ANGELA MAJOOR<br>C/O SUSAN TRAN ADAMS<br>2502 LA BRANCH STREET<br>HOUSTON, TX 77004 | TROUTMAN PEPPER HAMILTON SANDERS LLP<br>(COUNSEL TO RONALD L. BLOWE)<br>EVELYN J. MELTZER<br>HERCULES PLAZA, SUITE 1000<br>1313 N. MARKET STREET<br>WILMINGTON, DE 19801 |
| TROUTMAN PEPPER HAMILTON SANDERS LLP<br>(COUNSEL TO RONALD L. BLOWE)<br>DABNEY J. CARR, IV, SARAH BENNETT BURES &<br>CHELSEY B. NOBLE<br>TROUTMAN PEPPER BUILDING, 1001 HAXALL POINT<br>RICHMOND, VA 23219 | TYRONE GLOVER LAW<br>ATTN: HELEN OH<br>2590 WALNUT STREET<br>DENVER, CO 80205 |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL<br>ATTN: ARIEL SMITH<br>3438 KRONDPRINDSENS GADE<br>GERS BUILDING, 2ND FLOOR<br>VIRGIN ISLANDS<br>ST. THOMAS, VI 00802 | U.S VIRGIN ISLANDS ATTORNEY GENERAL<br>ATTN: ARIEL SMITH<br>#213 ESTATE LA REINE<br>6151 RR1, VIRGIN ISLANDS<br>ST. CROIX, VI 00850 |
| U.S. DEPARTMENT OF JUSTICE<br>CORTNEY ROBINSON<br>P.O. BOX 875<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-0875 | UP HEALTH SYSTEM - MARQUETTE<br>850 W BARAGA AVE<br>MARQUETTE, MI 49855-4550 |

| | |
|---|---|
| VARTABEDIAN HESTER & HAYNES LLP<br>(COUNSEL TO COBB COUNTY, GEORGIA)<br>JEFF PROSTOK & BLAKE BERRYMAN<br>BANK OF AMERICA TOWER<br>301 COMMERCE STREET, SUITE 3635<br>FORT WORTH, TX 76102 | WARNER NORCROSS & JUDD, LLP<br>(COUNSEL TO MYMICHIGAN HEALTH)<br>ROZANNE M. GIUNTA & JONATHAN E. LAUDERBACH<br>715 E. MAIN STREET, SUITE 110<br>MIDLAND, MI 48640-5382 |
| WICK PHILLIPS GOULD & MARTIN, LLP<br>(COUNSEL FOR PARTIES-IN-INTEREST)<br>CATHERINE A. CURTIS<br>3131 MCKINNEY AVE., SUITE 500<br>DALLAS, TX 75204 | WICK PHILLIPS GOULD & MARTIN, LLP<br>(COUNSEL TO PARTIES-IN-INTEREST)<br>JASON M. RUDD<br>3131 MCKINNEY AVE., SUITE 500<br>DALLAS, TX 75204 |
| WILLIAM D. SCHROEDER, JR.<br>ATTORNEY FOR CREDITOR<br>920 LENMAR DRIVE<br>BLUE BELL, PA 19422 | |