# APPEARANCE SHEET FOR HEARING BEFORE JUDGE PÉREZ
## Monday, February 24, 2025

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Scott | Alberino | Feld LLP | Ad Hoc Lender Group |
| Nathan | Bull | McDermott Will & Emery LLP | in Possession |
| Scott | Damich | MI AG | Management, and Budget |
| Kate | Doorley | Feld LLP | Ad Hoc Lender Group |
| David | Genender | McDermott Will & Emery LLP | in Possession |
| Marc | Ginsberg | Mandina & Ginsberg, PLLC | Gracienne Myers and Daniel Myers |
| Bradley | Giordano | McDermott Will & Emery LLP | in Possession |
| Aaron | Guerrero | Jones LLP | Diamond Drugs Inc. |
| Zachary | Hemenway | Stinson LLP | Statutory Unsecured Claimholders' Committee |
| Matthew | Herron | herronlawapc | Allred, Klein and Doyle |
| Susan | Hersh | U.S. Trustee | U.S. Trustee |
| James | Kapp | McDermott Will & Emery LLP | in Possession |
| Felicia | Perlman | McDermott Will & Emery LLP | in Possession |
| Mark | Ralston | Fishman Jackson PLLC | El Paso County, CO |
| Cortney | Robinson | Department of Justice | United States |
| Steven | Szanzer | McDermott Will & Emery LLP | in Possession |
| Andrew | Willey | Willey Law Firm, PLLC | Layla Capaci, Teesha Graham, Cary Moone |
| Jeffrey | Wisler | Connolly Gallagher LLP | Insurance Company of North America |