IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| WELLPATH HOLDINGS, INC., *et al.*[1] | ) Case No. 24-90533 (ARP) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **RE: D.I. 416** |

## NOTICE OF WITHDRAWAL OF D.I. 416

PLEASE TAKE NOTICE that MaxorPlus, Ltd., Maxor National Pharmacy Services, LLC, and Maxor Correctional Pharmacy Service Corp. (collectively, "Maxor"), by and through their undersigned counsel, hereby withdraw *MaxorPlus, Ltd., Maxor National Pharmacy Services, LLC, and Maxor Correctional Pharmacy Service Corp.'s Limited Objection and Reservation of Rights to the Notice of Potential Assumption and Assignment of Executory Contracts or Unexpired Leases and Cure Amount* (D.I. 416), filed on December 11, 2024, in the above-captioned case.

Dated: February 26, 2025

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 /s/ John C. Gentile
John C. Gentile (admitted *pro hac vice*)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
jgentile@beneschlaw.com

*Counsel for Maxor*

---

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

25569317

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2025, I caused the foregoing *Notice of Withdrawal of D.I. 416* to be served by electronic means via the Court's CM/ECF system to all parties registered to receive electronic notice in this case.

                                                  */s/ John C. Gentile*
                                              John C. Gentile (admitted *pro hac vice*)