United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 01, 2025
Nathan Ochsner, Clerk

UNITED STATES BANKRUPTCY COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Main Case Number | 24-90533 (ARP) |
|---|---|---|---|
| | Debtor | In Re: | WELLPATH HOLDINGS, INC., et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Holly L. Reinhardt<br>Orange County Attorney's Office<br>255-275 Main Street<br>Goshen, New York 10924<br>(845) 291-3150 - hreinhardt@orangecountygov.com<br>New York - 4655973<br>NY Southern District Bankruptcy Court - 3134<br>NY Eastern District Bankruptcy Court - hr1878<br>NY Northern District Bankrupcty Court - 516343 |
|---|---|

| Name of party applicant seeks to appear for: | County of Orange |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 2/28/2025 | Signed: *[signature]* |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated:        Clerk's signature: |

**Order**        This lawyer is admitted *pro hac vice.*

Signed: March 01, 2025

*[signature]*
Alfredo R Pérez
United States Bankruptcy Judge