IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | Case No. 24-90533 (ARP) |
| Debtors. | (Jointly Administered) |

**AGENDA OF MATTERS
SET FOR HEARING ON APRIL 30, 2025
AT 8:30 A.M. (PREVAILING CENTRAL TIME)**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this agenda of matters set for hearing on **April 30, 2025 at 8:30 a.m. (prevailing Central Time)**, before the Honorable Judge Alfredo R. Pérez to consider the following:

**Matters Going Forward**

1.  **9019 Settlement Agreement**: Motion of the Debtors for Entry of an Order (I) Authorizing and Approving the Settlement Agreement with H.I.G. Capital, LLC Under Bankruptcy Rule 9019, and (II) Granting Related Relief [Docket No. 2157].

    Status: Going forward.

    Related Documents:

    a.  Certificate of Service [Docket No. 2193];

    b.  Objection to Dkt. No. 2183 (Motion to Shorten) and Dkt. No. 2157 (9019 Settlement Motion) [Docket No. 2307]; and

        Status: Objection to Dkt. No. 2183 (Motion to Shorten) overruled; Objection to Dkt. No. 2157 (9019 Settlement Motion) going forward.

    c.  Statement of the Ad Hoc Lender Group in Support of (A) Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of Wellpath

---

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

      Holdings, Inc. and Certain of its Debtor Affiliates; (B) the Debtors' Motion for Entry of an Order Extending the Exclusive Periods within which to File a Chapter 11 Plan and Solicit Acceptances Thereof; and (C) the Motion of the Debtors for Entry of an Order (I) Authorizing and Approving the Settlement Agreement with H.I.G. Capital, LLC under Bankruptcy Rule 9019, and (II) Granting Related Relief [Docket No. 2529].

2. **Final Approval of Disclosure Statement and Confirmation of Plan.** Order (I) Approving the Adequacy of the Disclosure Statement on a Conditional Basis, (II) Approving the Solicitation and Notice Procedures With Respect to Confirmation of the Debtors' Proposed Joint Chapter 11 Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates With Respect Thereto, and (V) Granting Related Relief [Docket No. 1867].

    <u>Status</u>: Going forward.

    <u>Related Documents</u>:

    a.    Debtors' Motion for Entry of an Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Pan or Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief [Docket No. 567];

    b.    Stipulation and Agreed Order Regarding (A) the Schedule Set Forth in Debtors' Motion for Entry of Order (I) Approving the Adequacy of the Disclosure Statement, (II) Approving the Solicitation and Notice Procedures with Respect to Confirmation of the Debtors' Proposed Joint Plan of Reorganization, (III) Approving the Forms of Ballots and Notices in Connection Therewith, (IV) Scheduling Certain Dates with Respect Thereto, and (V) Granting Related Relief and (B) the Statutory Unsecured Claimholders' Committee's Emergency Motion to Extend the Deadlines for (I) the Bid Procedures Order and (II) the Solicitation Procedures Motion [Docket No. 1195];

    c.    United States Trustee's Objection to Approval of Disclosure Statement for the Joint Chapter 11 Plan of Wellpath Holdings, Inc. and Certain of Its Debtor Affiliates [Docket No. 1271];

    d.    Objection to Chapter 11 Reorganization Plan and Disclosure Statement [Docket No. 1578];

    e.    Notice of Filing of Disclosure Statement For the Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of Its Debtor Affiliates [Docket No. 1835];

f.      Certificates of Service re Docket No. 1835 [Docket Nos. 1877 & 1878];

g.      Glavin Ivy's Objection to the Debtors' Disclosure Statement and Plan of Reorganization on Grounds that Adequate Notice is Not provided Sufficient for Unsecured Creditors to Make Informed Decisions Regarding Their Rights and Timely Notice was Not Otherwise Provided [Docket No. 1974];

h.      Revised Certificates of Service re Docket Nos. 1867 & 1876 [Docket Nos. 1993 & 1994];

i.      Verification of Publication re Confirmation Hearing Notice in USA Today [Docket No. 2013];

j.      Proof of Publication re Confirmation Hearing Notice in The New York Times [Docket No. 2014];

k.      Supplemental Certificates of Service re Docket No. 1876, Bar Date, Solicitation and Voting Procedures, and Disclosure Statement [Docket Nos. 2036 & 2037];

l.      Emergency Motion to Stay Solicitation and Voting on Chapter 11 Plan and to Strike Improper Third-Party Releases, Injunctions, and Discharge Provisions [Docket No. 2049];

m.      Objection to Plan and Declaration of Claims [Docket No. 2085];

n.      Barry Jones' Limited Objection to Plan and Opt Out of Third-Party Release [Docket No. 2101];

o.      Motion for Order Pursuant to Bankruptcy Rule 3018(a) Allowance of Claim for Purpose of Voting to Accept or Reject the Plan [Docket No. 2102];

p.      Objection to Plan and Declaration of Claims [Docket No. 2108];

q.      Certificates of Service re Solicitation Materials [Docket Nos. 2121 & 2122];

r.      The Metropolitan Government of Nashville and Davidson County' (I) Objection to Confirmation of Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates and (II) Opt- Out of Third-Party Releases and Injunction [Docket No. 2202];

s.      Supplemental Motion for Relief from the Automatic Stay, Emergency Motion to Stay Plan Solicitation and Voting, and Motion to Strike Improper Third-Party Releases [Docket No. 2223];

t.      Request to Reject & Partly Accept Plan of Chapter 11 Bankruptcy [Docket No. 2251];

u. Verification of Publication of Confirmation Hearing Notice in Prison Legal Notice [Docket No. 2258];

v. Texas Comptroller of Public Accounts' and Texas Workforce Commission's Objection to Confirmation [Docket No. 2295];

w. Supplemental Certificates of Service re Solicitation Materials [Docket Nos. 2315 & 2316];

x. Notice of Filing Plan Supplement For the Debtors' Joint Chapter 11 Plan of Reorganization (Ex. A, E, & G only) [Docket No. 2321];

y. Objection to Proposed Plan of Reorganization and Third Party/Non-Debtor Releases [Docket No. 2329];

z. Objection of Cobb County, Georgia, and Cobb County Sheriff to Confirmation of Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates and Opt-Out of Third- Party Releases [Docket No. 2332];

aa. El Paso County and the El Paso County Sheriff's Office's (A) Limited Objection to Debtors' First Amended Joint Plan of Reorganization and (B) Election to Opt Out of Non-Debtor Releases [Docket No. 2341];

bb. Limited Objection of Raquel S. Lande as Administrator Ad Litem of the Estate of Charles N. Johnson, Deceased to Confirmation and Notice of Opt-Out of Third-Party Releases [Docket No. 2343];

cc. Shannon Plaintiff's (A) Reservation of Rights with Respect to Confirmation of Plan of Reorganization and (B) Limited Objection to Third-Party Releases to Effectuate Opt Out [Docket No. 2352];

dd. Objection of the Consolidated City of Indianapolis and Mario County, Indiana, Through the Marion County, Indiana Sheriff's Office to Confirmation of Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates and Opt-Out of Third- Party Releases [Docket No. 2355];

ee. Liza Pizzaro's (A) Reservation of Rights with Respect to Confirmation of Plan of Reorganization and (B) Limited Objection to Third-Party Releases to Effectuate Opt Out [Docket No. 2356];

ff. Objection to Confirmation [Docket No. 2359];

gg. Bell Ambulance, Inc.'s Protective Objection to the Debtors' Plan [Docket No. 2362];

hh. McLaren Health Care Corporation's Limited Objection to the Debtors' Chapter 11 Plan as to Assumption and Assignment of Executory Contracts [Docket No. 2365];

ii. Objection of Claimants to Confirmation of the Debtors' Proposed Plan of Reorganization [Docket No. 2366];

jj. Andrew Poronto's Reservation of Rights Regarding Confirmation of Debtors' Plan [Docket No. 2369];

kk. Notice of Filing of First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of Its Debtor Affiliates [Docket No. 2376];

ll. Certificates of Service re Docket No. 2321 [Docket Nos. 2394 & 2396];

mm. United States Trustee's Limited Objection to (A) Final Approval of Disclosure Statement (5th Amended) for the Joint Chapter 11 Plan of Reorganization (5th Amended) of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates and (B) Objection to Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates [Docket No. 2420];

nn. Declaration of Emily Young, on Behalf of Epiq Corporate Restructuring, LLC, Regarding Solicitation and Tabulation of Ballots Cast in Connection With Its First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates [Docket No. 2497];

oo. Witness and Exhibit List of the Metropolitan Government of Nashville and Davidson County for April 30, 2025, Hearing on Objection of the Metropolitan Government of Nashville and Davidson County to Confirmation of First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates [Docket No. 2501];

pp. Witness and Exhibit List of Cobb County, Georgia, and the Cobb County Sheriff for April 30, 2025, Hearing on Objection of Cobb County, Georgia, and the Cobb County Sheriff to Confirmation of First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates [Docket No. 2502];

qq. Certificate of Service re Docket No. 2376 [Docket Nos. 2504 & 2505];

rr. The Statutory Unsecured Claimholders' Committee's Witness and Exhibit List for April 30, 2025 Confirmation Hearing [Docket No. 2511];

ss. Witness and Exhibit List of Cedric Burton, as the Administrator of the Estate of James Merrit Byrd, Jasman Maxwell on Behalf of Akashia Maxwell and Ladriqua Maxwell, Minor Children, and Amber Griffin on Behalf of Faith Griffin [Docket No. 2512];

tt. The Ad Hoc Group's Witness and Exhibit List for the Confirmation Hearing Scheduled for April 30, 2025 [Docket No. 2513];

uu. Debtors and Debtors in Possession Witness and Exhibit List for April 30, 2025 Hearing at 8:30 a.m. (prevailing Central Time) [Docket Noo. 2518];

vv. Declaration of Timothy J. Dragelin in Support of Confirmation of Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates [Docket No. 2525];

ww. Declaration of Christian Tempke in Support of Confirmation of Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates [Docket No. 2526];

xx. Claimants' Witness and Exhibit List for April 30, 2025 Hearing at 8:30 a.m. (prevailing Central Time) [Docket No. 2527];

yy. Statement of the Ad Hoc Lender Group in Support of (A) Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates; (B) the Debtors' Motion for Entry of an Order Extending the Exclusive Periods within which to File a Chapter 11 Plan and Solicit Acceptances Thereof; and (C) the Motion of the Debtors for Entry of an Order (I) Authorizing and Approving the Settlement Agreement with H.I.G. Capital, LLC under Bankruptcy Rule 9019, and (II) Granting Related Relief [Docket No. 2529];

zz. Debtors' Reply and Memorandum of Law in Support of Final Approval of the Disclosure Statement and Confirmation of the First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates [Docket No. 2528];

aaa. Notice of Intent to Call Live Witnesses by Telephone and Video Technology for the Hearing Scheduled on April 30, 2025 at 8:30 a.m. (prevailing Central Time) [Docket No. 2530];

bbb. Notice of Filing Second Plan Supplement for the Debtors' Joint Chapter 11 Plan of Reorganization [Docket No. ]; and

ccc. Notice of Filing of Modified First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates [Docket No. ].

3. **3018 Motions**:

    Status: Going forward.

    Related Documents:

    a. Motion for Order Pursuant to Bankruptcy Rule 3018(a) Allowance of Claim for Purpose of Voting to Accept or Reject the Plan [Docket No. 2358];

    b. Motion for Order Pursuant to Bankruptcy Rule 3018(a) Allowance of Claim for Purpose of Voting to Accept or Reject the Plan [Docket No. 2360];

    c. Motion for Order Pursuant to Bankruptcy Rule 3018(a) Allowance of Claim for Purpose of Voting to Accept or Reject the Plan [Docket No. 2363];

    d. Motion for Order Pursuant to Bankruptcy Rule 3018(a) Allowance of Claim for Purpose of Voting to Accept or Reject the Plan [Docket No. 2372];

    e. Motion for Order Pursuant to Bankruptcy Rule 3018(a) Allowance of Claim for Purpose of Voting to Accept or Reject the Plan [Docket No. 2375];

    f. Motion for Order Pursuant to Bankruptcy Rule 3018(a) Allowance of Claim for Purpose of Voting to Accept or Reject the Plan [Docket No. 2417];

    g. Motion for Order Pursuant to Bankruptcy Rule 3018(a) Allowance of Claim for Purpose of Voting to Accept or Reject the Plan [Docket No. 2418];

    h. Motion for Order Pursuant to Bankruptcy Rule 3018(a) Allowance of Claim for Purpose of Voting to Accept or Reject the Plan [Docket No. 2419];

    i. Motion for Order Pursuant to Bankruptcy Rule 3018(a) Allowance of Claim for Purpose of Voting to Accept or Reject the Plan [Docket No. 2426]; and

    j. Motion for Order Pursuant to Bankruptcy Rule 3018(a) Allowance of Claim for Purpose of Voting to Accept or Reject the Plan [Docket No. 2489].

4. **Stay Extension Motion**: Debtors' Motion for Entry of an Order (I) Further Extending the Automatic Stay to the Non-Debtor Defendants and (II) Granting Related Relief [Docket No. 2044].

    a. Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Automatic Stay and Stay Extension Reply [Docket No. 828];

    b.    Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Stay Extension Reply [Docket No. 898];

    c.    Second Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Stay and Stay Extension Reply [Docket No. 912];

    d.    Third Supplemental Declaration of James Seitz as Director of Insurance of Wellpath Holdings, Inc. and Certain of Its Affiliates and Subsidiaries in Support of the Debtors' Omnibus Objection to Motions for Relief from the Stay and Stay Extension Reply [Docket No. 1337];

    e.    Certificates of Service [Docket Nos. 2056 & 2057];

    f.    Stanley Donald's Objection to Debtors' Motion or Entry of an Order (I) Further Extending the Automatic Stay to the Non-Debtor Defendants and (II) Granting Related Relief [Docket No. 2249];

    g.    Notice of Intent to Call Live Witnesses by Telephone and Video Technology for the Hearing Scheduled on April 30, 2025 at 8:30 a.m. (prevailing Central Time) [Docket No. 2336];

    h.    Certificates of Service [Docket Nos. 2409 & 2410]; and

    i.    Certification of Counsel Regarding Debtors' Motion for Entry of an Order (I) Further Extending the Automatic Stay to the Non-Debtor Defendants and (II) Granting Related Relief [Docket No. 2517].

5. **Miscellaneous Motions**:

Status: Going forward.

Related Documents:

    a.    Status Conference re Standing Order Regarding Motions Commonly Filed by Individual Creditors [Docket No. 2496];

    b.    Notice of Revised Proposed Standing Order Regarding Motions Commonly Filed by Individual Creditors [Docket No. 2531];

    c.    Motion for Simplified Instructions [Docket No. 2277];

    d.    Emergency Motion for Sanctions and Disqualification of Epiq Corporate Restructuring, LLC as Noticing Agent [Docket Nos. 2335 & 2337];

    e.    Objection to Confirmation by Kenneth Ray Pitts [Docket No. 2397];

  f.  Objection of Kenneth Ray Pitts [Docket No. 2416];

  g.  Verified Emergency Motion Suite to Strike Dkt. 2321, Invalidate Solicitation, Restore Suppressed Filings, Disqualify Epiq, Audit Dkt. 1835, and Refer Multiple Parties for DOJ Investigation [Docket No. 2422];

  h.  First Amended Verified Emergency Motion Suite [Docket No. 2488];

  i.  Verified Emergency Motion Suite to Strike Dkt. 2321, Invalidate Solicitation, Restore Suppressed Filings, Disqualify Epiq, Audit Dkt. 1835, and Refer Multiple Parties for DOJ Investigation [Docket No. 2494]; and

  j.  First Amended Verified Emergency Motion Suite [Docket No. 2495].

**PLEASE TAKE FURTHER NOTICE that you may participate in the hearing either in person or by an audio or video connection.** Audio communication will be by use of the Court's dial-in facility. You may access the facility at 1 (832) 917-1510. Once connected, you will be asked to enter the conference room number. Judge Pérez's conference room number is 282694. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting application of click the link on Judge Pérez's home page https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez. The meeting code is "JudgePerez". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your electronic appearance, click the "Electronic Appearance" link on Judge Pérez's home page. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases are available free of charge by visiting https://dm.epiq11.com/Wellpath. Copies of any pleadings or papers filed with the Court may also be obtained by visiting the Court's website at https://ecf/txsb.uscourts.gov in accordance with the procedures and fee set forth therein.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated:  April 29, 2025<br>Dallas, Texas | */s/ Marcus A Helt* |

Marcus A Helt (Texas Bar No. 24052187)
MCDERMOTT WILL & EMERY LLP
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone:  (214) 295-8000
Facsimile:  (972) 232-3098
Email:  mhelt@mwe.com

-and-

Felicia Gerber Perlman (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
Jake Jumbeck (admitted *pro hac vice*)
Carole Wurzelbacher (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)

MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, Illinois 60606-0029
Telephone:  (312) 372-2000
Facsimile:  (312) 984-7700
Email:  fperlman@mwe.com
        bgiordano@mwe.com
        jjumbeck@mwe.com
        cwurzelbacher@mwe.com
        cdingman@mwe.com

-and-

Steven Z. Szanzer (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: (212) 547-5400
Facsimile: (212) 547-5444
Email: sszanzer@mwe.com

*Counsel for the Debtors and Debtors in Possession*

## **CERTIFICATE OF SERVICE**

 I certify that on April 29, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

              */s/ Marcus A Helt*
              Marcus A Helt