# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| WELLPATH HOLDINGS, INC., *et al.*[1] | § | Case No. 24-90533 (ARP) |
| | § | |
| | § | (Jointly Administered) |
| | § | |
| DEBTOR | § | Hearing: April 30, 2025, at 8:30 am |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION
### (Related to Docket No. 2295)

The Texas Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller"), and the Texas Workforce Commission (the "TWC") filed an objection to confirmation (the "Objection")[Docket No. 2295] on April 17, 2025. The Texas Comptroller, the TWC, and the Debtors have resolved the Objection via agreed language to be included in the Confirmation Order. Therefore, the Texas Comptroller and the TWC hereby withdraw the Objection.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Kimberly A. Walsh*
**KIMBERLY A. WALSH**
Assistant Attorney General
Texas State Bar No. 24039230
Southern District of Texas Bar No. 36315

Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4863
Facsimile: (512) 936-1409
kimberly.walsh@oag.texas.gov

**ATTORNEYS FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS AND TEXAS WORKFORCE COMMISSION**

## **CERTIFICATE OF SERVICE**

I certify that on April 29, 2025, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Wellpath Holdings, Inc.
ATTN: CEO, Interim CFO, and CLO
3340 perimeter Hill Dr.
Nashville, TN 37211

McDermott Will & Emery, LLP
ATTN: F. Perlman, B. Giordano, J. Jumbeck, C. Wurzelbacher, C. Dingan
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029

McDermott Will & Emery, LLP
ATTN: Steven Z. Szanzer
One Vanderbilt Avenue
New York, NY 10017

McDermott Will & Emery LLP
ATTN: Marcus A. Helt
2501 North Harwood Street, Suite 1900
Dallas, TX 75201-1664

Akin Gump Strauss Hauer & Feld, LLP
ATTN: Scott Alberino & Kate Doorley
2001 K Street N.W.
Washington, DC 20006

Cahill Gordon & Reindel LLP
ATTN: J. Levitin & J. Wishnew
32 Old Slip
New York, NY 10005

Norton Rose Fulbright US LLP
ATTN: Bob Bruner
1550 Lamar Street, Suite 2000
Houston, TX 77010

Proskauer Rose LLP,
ATTN: B. Rosen, E. Barak, D. Desatnik
Eleven Times Square
New York, NY 10036

Proskauer Rose LLP
ATTN: Paul V. Possinger
70 West Madison, Suite 3800
Chicago, IL 60602-4342

Stinson LLP
ATTN: N. Zluticky & Z. Hemenway
1201 Walnut, Suite 2900
Kansas City, MO 64106

Stinson LLP
ATTN: Lucas Schneider
1144 Fifteenth St. Suite 2400
Denver, CO 80202

U.S. Trustee
ATTN: S. Hersh & Nguyen
515 Rusk Street, Suite 3516
Houston, TX 77002

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Megan M Adeyemo** madeyemo@grsm.com, asoto@grsm.com
- **David A Agay** dagay@mcdonaldhopkins.com
- **Elaina S. Al-Nimri** eal-nimri@bassberry.com, bankr@bassberry.com
- **Khaled Alrabe** khaled@nipnlg.org
- **Scott Andron** sandron@broward.org, swulfekuhle@broward.org
- **Jessica I Apter** japter@levyratner.com
- **Jaqueline Aranda Osorno** jaosorno@publicjustice.net
- **Yelena Archiyan** yelena.archiyan@katten.com
- **Christopher V Arisco** carisco@padfieldstout.com
- **Kristopher Aungst** ka@paragonlaw.miami
- **James B. Bailey** jbailey@bradley.com, jbailey@ecf.courtdrive.com
- **Ryan James Barbur** rbarbur@levyratner.com
- **Kimberly Anne Bartley** kbartley@ws-law.com, linda@ws-law.com
- **Kenneth R Beams** kennethbeams@gmail.com
- **Kimberly A Bedigian** kbedigian@sbplclaw.com
- **Brian S Behar** bsb@bgglaw.com
- **Eyal Berger** eyal.berger@akerman.com
- **Alexander F Berk** alexander.berk@bfkn.com, courtnotification@mayerbrown.com
- **James H Billingsley** JBillingsley@duanemorris.com, KRamos@duanemorris.com
- **Jason Lee Boland** jason.boland@nortonrosefulbright.com
- **Matthew W. Bourda** matthew@jonesmurray.com
- **Duane J Brescia** dbrescia@clarkhill.com, kwebster@clarkhill.com,efarrar@clarkhill.com
- **Megan Aurelle Brewer** megan@tolchinimmigration.com

- **Marty L Brimmage** mbrimmage@akingump.com, lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com
- **Henrietta Brown** hgb@gardnertrialattorneys.com, lsb@gardnertrialattorneys.com
- **Robert Bernard Bruner** bob.bruner@nortonrosefulbright.com
- **Louis M Bubala** lbubala@kcnvlaw.com
- **Patrick Matthew Buelna** pbuelna@lawyersftp.com
- **Charles D Bullock** cbullock@sbplclaw.com, dlewis@sbplclaw.com
- **Patricia Burgess** pburgess@fbtlaw.com
- **Anne Elizabeth Burns** aburns@chfirm.com, chps.ecfnotices@gmail.com;chps.ecfnotices@ecf.courtdrive.com
- **John B Buzbee** john@nixonandlight.com
- **Paul W Carey** pcarey@miricklaw.com
- **Jacob Lee Carlton** carltonj@millerjohnson.com
- **Carolyn Carollo** ccarollo@hchlawyers.com
- **Jessica Frances Carroll** jcarroll@injuredinflorida.com
- **Jonathan Ray Carroll** jonathancarroll@jezicfirm.com
- **Joseph P Caulfield** jpc@miznerfirm.com
- **Ross Marshall Chinitz** ross.chinitz@starrcompanies.com
- **Cecilia J Christy** cchristy@rlkglaw.com
- **Ty Clarke** tclarke@lawyersftp.com
- **Jerome Anthony Clay** jclay7@claylaw.net
- **Shannah L. Colbert** scolbert@miricklaw.com
- **Michael Edward Collins** mcollins@manierherod.com, cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com
- **James Allen Cook** james.cook@johnburrislaw.com
- **John David Cornwell** jcornwell@munsch.com, hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com
- **Mark A Craige** mark.craige@crowedunlevy.com, lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com
- **Elliot George Crowder** ecrowder@sbplclaw.com, jlassen@sbplclaw.com
- **Catherine Allena Curtis** catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com
- **Scott Lawrence Damich** damichs@michigan.gov
- **Jonathan Edward Danko** jdanko@tthlaw.com
- **John Paul DeVerna** jpd@mynylawyer.com
- **Daniel Blish Denny** ddenny@lmlawyers.com
- **Roma N Desai** roma.desai@oag.texas.gov
- **Tyler G Doyle** tgdoyle@bakerlaw.com, mvanhorn@bakerlaw.com,jhuitt@bakerlaw.com
- **Jamie Dreher** jdreher@downeybrand.com, amasson@downeybrand.com;courtfilings@downeybrand.com
- **Patrick H Dwyer** pdwyer@pdwyerlaw.com
- **Andrew Edson** aedson@clarkhill.com, mina.alvarez@clarkhillstrasburger.com
- **Paul Anthony Ellis** slg@sommerlawgroup.com
- **Brian S. Engel** brianen@bdfgroup.com, tarag@bdfgroup.com
- **Jeremy R Fischer** jfischer@dwmlaw.com

- **Bennett Greg Fisher** bennett.fisher@lewisbrisbois.com, amber.kaiser@lewisbrisbois.com;audrey.bridges@lewisbrisbois.com;jann.pigg@lewisbrisbois.com;daniel.david@lewisbrisbois.com;andrea.silverman@lewisbrisbois.com;karen.lovely@lewisbrisbois.com
- **Robert P Franke** bfranke@clarkhill.com, malvarez@clarkhill.com;ahornisher@clarkhill.com
- **Nicholas Garcia** ngarcia@hallboothsmith.com
- **Timothy J Gardner** tjg@gardnertrialattorneys.com, lsb@gardnertrialattorneys.com
- **Jeffrey K. Garfinkle** jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- **Greg W Garrotto** jjggarrotto@msn.com
- **John C Gentile** jgentile@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Evelina Gentry** evelina.gentry@akerman.com
- **Reagan H. Tres Gibbs** tgibbs@cokinoslaw.com, kwaller@cokinoslaw.com
- **Marc R Ginsberg** marcginsberg@mg-trialattorneys.com
- **Rozanne M. Giunta** rgiunta@wnj.com, scardinal@wnj.com
- **Karen M Goodman** jbradley@goodman-law.com
- **Susan N Goodman** sgoodman@pivothealthaz.com, pivothealthaz@gmail.com
- **Trinitee Gale Green** tggreen@polsinelli.com
- **Tara L Grundemeier** houston_bankruptcy@lgbs.com
- **Aaron Matthew Guerrero** aaron.guerrero@bondsellis.com, margeaux.gorman@bondsellis.com
- **Torreya Lynn Hamilton** tlh@thehamiltonlawoffice.com
- **Holly C Hamm** hollyhamm@mehaffyweber.com, brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com
- **James Blake Hamm** blakehamm@mehaffyweber.com, mikkagorden@mehaffyweber.com;brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com
- **John A Harris** john.harris@quarles.com, sybil.aytch@quarles.com
- **Marcus Alan Helt** mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com
- **Zachary Hemenway** zachary.hemenway@stinson.com
- **Yana Gayane Henriks** yhenriks@law-mh.com, 1457576420@filings.docketbird.com;jlan@law-mh.com;cmartin@law-mh.com
- **Matthew V Herron** tdossantos@herronlawapc.com
- **Susan B Hersh** susan.hersh@usdoj.gov, assistant@susanbhershpc.com
- **Kyle S. Hirsch** kyle.hirsch@bclplaw.com, lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.com
- **Matthew Bradley Hodroff** matthew@peopledeservejustice.com
- **Laboni Hoq** laboni@hoqlaw.com
- **Madeleine Hoss** mhoss@olivermaner.com

- **Daniel David Hu** daniel.hu@usdoj.gov, sydnie.kempen@usdoj.gov;CaseView.ECF@usdoj.gov;Nicole.Robbins@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov
- **David R. Hughes** david@h3-law.com
- **Patrick L Hughes** hughesp@haynesboone.com, kenneth.rusinko@haynesboone.com;patrick.hughes@haynesboone.com;jodi.valencia@haynesboone.com
- **T. Josh Judd** jjudd@andrewsmyers.com, sray@andrewsmyers.com
- **Brett J Kaminsky** bkaminsky@fsalaw.com
- **James Hayden Kepner** hkepner@swlawfirm.com, fharris@swlawfirm.com
- **Michael S Kimm** msk@kimmlaw.com
- **Andrew Joel Koehler** andrew.koehler@faegredrinker.com, amy.catena@faegredrinker.com
- **William H Kroll** 11705@notices.nextchapterbk.com, mindy@eghlaw.com
- **Michael LaRosa** ml@larosalawfirm.com
- **Brandon C Lamboy** lamboy714@gmail.com
- **Darryl T Landwehr** dtlandwehr@aol.com
- **Jonathan E. Lauderbach** jlauderbach@wnj.com
- **Tyler Nathaniel Layne** tyler.layne@hklaw.com, tina.boone@hklaw.com;annmarie.jezisek@hklaw.com
- **Brian Joel Levy** blevy@mmmlaw.com
- **Derrick Loving** ddloving@gct.law
- **Jonathan L. Lozano** jonathan.lozano@bracewell.com, mary.kearney@bracewell.com
- **John Atwell Lucy** jlucy@tthlaw.com
- **Thomas Joseph Madigan** tmadigan@shergarner.com, rbailey@shergarner.com
- **Richard T. Madurski** rmadurski@njatty.com
- **Amos B Maley** legal@maleylaw.com
- **Micah E. Marcus** mmarcus@mcdonaldhopkins.com, kmaze@mcdonaldhopkins.com
- **Jacob Massee** jmassee@olivermaner.com
- **Damon Edwin Mathias** damon@mr.law
- **Rebecca Lynn Matthews** rmatthews@fbtlaw.com, becky-matthews-7833@ecf.pacerpro.com
- **Louis G McBryan** lmcbryan@mcbryanlaw.com, amcleod@mcbryanlaw.com
- **Thomas Tillman McClendon** tmcclendon@joneswalden.com, tvuncannon@joneswalden.com;bdernus@joneswalden.com;dmanzo@joneswalden.com;cparker@joneswalden.com
- **Michael E. Megrey** mmegrey@woomerlaw.com
- **Evelyn J. Meltzer** evelyn.meltzer@troutman.com, susan.henry@troutman.com;wlbank@troutman.com
- **John D. Molino** jdm@dhclegal.com
- **David J Montera** david_montera@yahoo.com
- **Edward R Moor** erm@moorlaw.net
- **Weldon Leslie Moore** wmoore@csmlaw.net, prussell1965@hotmail.com;lifelongproducts@sbcglobal.net
- **Sara K Morgan** sara.morgan@bassberry.com, bankr@bassberry.com
- **James P. Muenker** James.muenker@US.DLAPIPER.COM, james-muenker-0904@ecf.pacerpro.com

- **Emma Phyllcia Myles** emyles@cokinoslaw.com
- **Rujuta Nandgaonkar** rujuta@mitchelllawsf.com
- **Michael Douglas Napoli** michael.napoli@akerman.com, Teresa.barrera@akerman.com;cindy.ferguson@akerman.com;masterdocketlit@akerman.com
- **Bryan Christopher Nettels** bnettels@gavrilovlaw.com
- **Ha Minh Nguyen** ha.nguyen@usdoj.gov
- **Helen S. Oh** helen@tyroneglover.com
- **Jason Samuel Oletsky** jason.oletsky@akerman.com
- **Frank A. Oswald** frankoswald@teamtogut.com, dperson@teamtogut.com
- **Joseph A Pack** joe@packlaw.com
- **Young K Park** young@justiceforworkers.com
- **Matthew Scott Parmet** matt@parmet.law, ecf@parmet.law
- **Julie Anne Parsons** jparsons@mvbalaw.com, vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com
- **Kristen L Perry** kristen.perry@faegredrinker.com, kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com
- **Craig E Power** cpower@cokinoslaw.com, kwaller@cokinoslaw.com
- **Jeffrey Philipp Prostok** jeff.prostok@vhh.law, jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com
- **Duncan Ragsdale** duncanragsdale2@aol.com
- **Mark H Ralston** mralston@fishmanjackson.com, sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com
- **Holly Lynn Reinhardt** hreinhardt@orangecountygov.com
- **Elizabeth Snead Richards** erichards@erichardslaw.com
- **Cortney Robinson** cortney.robinson@usdoj.gov
- **Steven J. Rosenberg** sjrosenberg@gct.law
- **Paul Marc Rosenblatt** prosenblatt@kilpatricktownsend.com, rgriffis@ktslaw.com;moroberts@ktslaw.com
- **Katherine R Rosenfeld** krosenfeld@ecbawm.com
- **John Casey Roy** CRoy@krcl.com
- **Howard C Rubin** hrubin@kesslercollins.com, gld@kesslercollins.com
- **Charles Michael Rubio** crubio@parkinsrubio.com, 7485062420@filings.docketbird.com;mcooper@parkinsrubio.com;jcook@parkinsrubio.com;gjackson@parkinsrubion.com
- **Jason M Rudd** Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com
- **Peter B. Ruddell** pruddell@honigman.com
- **Nathan Q. Rugg** nathan.rugg@bfkn.com, james.tucker@bfkn.com
- **Gerald Edwin Rush** erush@sandersroberts.com, teastmond@sandersroberts.com
- **Diane Wade Sanders** austin.bankruptcy@publicans.com
- **Brandy A Sargen**  brandy.sargent@klgates.com
- **Lucas Lyle Schneider** lucas.schneider@stinson.com, geoffrey.muckerman@stinson.com
- **William D Schroeder** schroeder@jrlaw.org, healey@jrlaw.org

- **Michael Paul Seng** mseng@uic.edu
- **John Abraham Shadid** jshadid@hinshawlaw.com
- **R. J. Shannon** rshannon@shannonleellp.com, rshannon@shannonleellp.com;7044075420@filings.docketbird.com
- **Cassandra Shoemaker** cshoemaker@mcguirewoods.com, lbayliss@mcguirewoods.com
- **Corey Alexander Slater** 613golem@gmail.com
- **Frances Anne Smith** frances.smith@rsbfirm.com, michael.coulombe@rsbfirm.com
- **Paige Smith** psmith@hmelegal.com, mforbes@hmelegal.com
- **Carlos R Soltero** CSoltero@MaynardNexsen.com
- **Adrian C Spearman** notices@spearmanlegal.com
- **William Ross Spence** ross@rossspence.com, brittany@rossspence.com
- **Christopher M Staine** christopher.staine@crowedunlevy.com, ecf@crowedunlevy.com;sarah.prince@crowedunlevy.com
- **Julie Beth Teicher** jteicher@maddinhauser.com
- **Megan Louise Tilton** mtilton@bassford.com, jlavaque@bassford.com
- **Stacy Tolchin** stacy@tolchinimmigration.com
- **Susan Tran Adams** stran@ts-llp.com, stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com
- **John Kendrick Turner** john.turner@lgbs.com, Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com
- **US Trustee** USTPRegion07.HU.ECF@USDOJ.GOV
- **Jerome M Varanini** jvaranini@tsvlaw.com
- **Artoush Varshosaz** artoush.varshosaz@klgates.com, julie.garrett@klgates.com;allison.stowe@klgates.com
- **Julian Preston Vasek** jvasek@munsch.com, hvalentine@munsch.com,CourtMail@munsch.com
- **Matthew James Vaughn** mvaughn@petersonmyers.com, mjvpleadings@petersonmyers.com
- **Jan Thomas Vetne** tom@chesterlawoffice.com
- **Richard D Villa** villa@slollp.com, prentice@slollp.com
- **Jessica Virden Mallett** jvirden@petermillerlaw.com
- **Kimberly A Walsh** bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov
- **A.J. Webb** awebb@fbtlaw.com
- **Corey Michael Weideman** CMWeideman@duanemorris.com, anieto@duanemorris.com;AutoDocketHOU@duanemorris.com
- **Aaron Stenzler Weiss** aweiss@carltonfields.com
- **Erin A. West** ewest@gklaw.com, kboucher@gklaw.com
- **S. Lee Whitesell** lee.whitesell@hoganlovells.com, layla.walker@hoganlovells.com
- **Andrew Joseph Willey** drew@law-dw.com
- **Jessica Katherine Winters** jessica@thewinterslawgroup.com
- **Nicholas Zluticky** nicholas.zluticky@stinson.com

*/s/ Kimberly A. Walsh*
**KIMBERLY A. WALSH**