**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re:  Wellpath Holdings, Inc. and Wellpath LLC      Case No.: 24−90533
       Debtor

      Chapter: 11

---

### <u>NOTICE OF FILING OF OFFICIAL TRANSCRIPT</u>

An official transcript has been filed in this case and it may contain information protected under the E-Government Act of 2002, and Fed. R. Bank. P. 9037.

Transcripts will be electronically available on PACER to the public 90 days after their filing with the court. To comply with privacy requirements of Fed. R. Bank. P. 9037, the parties must ensure that certain protected information is redacted from transcripts prior to their availability on PACER.

If redaction is necessary, the parties must file a statement of redaction listing the items to be redacted, citing the transcript's docket number, the item's location by page and line, and including only the following portions of the protected information. This statement must be filed within 21 days of the transcript being filed. A suggested form for the statement of redaction is available at <u>https://www.txs.uscourts.gov/</u>.

- the last four digits of the social security number or taxpayer identification number;
- the year of the individual's birth;
- the minor's initials;
- the last four digits of the financial account number; and
- the city and state of the home address.

Any additional redaction requires a separate motion and Court approval.

A party may review the transcript at the Clerk's Office public terminals or purchase it by following the instruction on our website at <u>https://www.txs.uscourts.gov/</u> or by calling (713) 250−5500 . A party is only responsible for reviewing the:

- opening and closing statements made on the party's behalf;
- statements of the party;
- testimony of any witness called by the party; and
- any other portion of the transcript as ordered by the court.

Redaction is your responsibility. The Clerk, court reporter, or transcriber will not review this transcript for compliance.

                                  Nathan Ochsner
                                    Clerk of Court

United States Bankruptcy Court
Southern District of Texas

In re:                                        Case No. 24-90533-arp

Wellpath Holdings, Inc.                        Chapter 11

Wellpath LLC
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4                  User: ADIuser                       Page 1 of 24

Date Rcvd: Apr 28, 2025             Form ID: ntctran                  Total Noticed: 261

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Wellpath Holdings, Inc., 3340 Perimeter Drive, Nashville, TN 37211 |
| aty | + | Kristopher Edward Aungst, Paragon Law, LLC, 2665 S. Bayshore Dr., Suite 220-10, MIAMI, FL 33133 UNITED STATES 33133-5448 |
| aty | + | Tenet Healthcare Corporation, Gibson Dunn, 2001 Ross Avenue, Suite 2100, Dallas, TX 75201-2923 |
| intp | + | 901 45th Street West Palm Beach Florida Behavioral, 993 45th Street, West Palm Beach, FL 33407-2413 |
| cr | + | A.O., 155 Filbert St., Suite 208, Oakabd, CA 94607-2524 |
| cr | + | AB Staffing Solutions, LLC, Kyle S. Hirsch, Bryan Cave Leighton Paisner LLP, Dallas Arts Tower, 2200 Ross Avenue, Suite 4200W Dallas, TX 75201-2763 |
| intp | + | Adam Hill, Tucker Unit, POB 240, Tucker, AR 72168-0240 |
| intp | + | Adam Warden, KSR, 3001 W Hwy 146, La Grange, KY 40032-0001 |
| cr | + | Adaptive Workforce Solutions, LLC, Kyle S. Hirsch, Bryan Cave Leighton Paisner LLP, Dallas Arts Tower, 2200 Ross Avenue, Suite 4200W Dallas, TX 75201-2763 |
| intp | + | Aeisha Nohnee Grant, City South Dwellings, 502 North Broad St, Winson-Salem, NC 27101-2510 |
| cr | + | Albert Upshur, Federal Prison Camp, POB 1000, Duluth, MN 55814-1000 |
| intp | | Alfonso Percy, PEW #BT-7263, S.C.I. Phoenix, 1200 Mokychic Drive, Collegeville, PA 19426 |
| intp | | Alfonso Pew, SCI-Phoenix, 1200 Mokychic Dr, Collegeville, PA 19426 |
| cr | | Alonzo Wallace, MK-2400, SCI Phoenix, 1200 Mokychic Drive, Collegeville, PA 19426 |
| intp | + | Alpine CA Behavioral Health HoldCo, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| cr | + | Alton D. Brown, 48 Overlook Drive, Labelle, PA 15450-1050 |
| cr | + | Amber Griggin on behalf of Faith Griffin, CAIN & SKARNULIS PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701, US 78701-0137 |
| cr | + | Anthony Barry, POB 1218, Shirley, MA 01464-1218 |
| cr | + | Anthony Martin, c/o Wellpath, 4546 Broad River Rd, Columbia, SC 29210-4014 |
| intp | + | Aquil Johnson, 1 Rockview Place, Box-!, Bellefonte, PA 16823-1664 |
| cr | + | Arthur Lamont Henderson, SCI Fayette, 50 Overlook Dr., LaBelle, PA 15450-1050 |
| cr | + | B.O., 155 Filbert St., Suite 208, Oakland 94607-2524 |
| cr | + | Behavioral Health Group, Kessler Collins, PC, 500 N. Akard Street, Suite 3700, Dallas, TX 75201-3350 |
| intp | + | Behavioral Health Management Systems, LLC, 2120 Alpine Blvd., Alpine, CA 91901-2113 |
| cr | + | Ben Schenk, 0000012637, McHenry County Jail, 2200 N Seminary Ave, Woodstock, IL 60098-2698 |
| cr | + | Berkley Insurance Company and Certain Affiliates, c/o Clark Hill PLC, Duane J. Brescia, 3711 South Mopac Expressway, Building One, Suite 500 Austin, TX 78746-8041 |
| cr | | Billy Culbertson, ADCID 076385, Grimes Unit, 300 Corrections Dr, Newport, AR 72112-8042 |
| intp | + | Boynton Beach Florida Behavioral Health Hospital C, 4905 Park Ridge Blvd, Boynton Beach, FL 33426-8322 |
| cr | + | Brandon Gunn, 901 Port Ave, St Helens, OR 97051-3018 |
| cr | + | Brazos Valley Physicians Organization MSO, LLC, c/o Tyler Layne, Holland & Knight LLP, 511 Union Street, Suite 2700, Nashville, TN 37219-1791 |
| cr | + | Brian Hughes, POB 240, Tucker, AR 72168-0240 |
| cr | + | Brian Randolph, SCI - Mercer, POB 33028, St Petersburg, FL 33733-8028 |
| intp | + | Bruce Cooper, 301 Institution Dri, Belle Pointe, PA 16823-1665 |
| cr | | Byron James Shannon, Davidson County Sheriff's Office, POB 196383, Nashville, TN 37219-6383 |
| intp | + | Byron Wallace, Tucker Unit, POB 240, Tucker, AR 72168-0240 |
| intp | + | CCS-CMGC Parent GP, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | CCS-CMGC Parent Holdings, LP, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | CHC Companies, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Calvert County, Maryland, c/o Meyers, Rodbell & Rosenbaum, P.A., 6801 Kenilworth Ave., Ste. 400, Riverdale Park, MD 20737-1331 |
| cr | + | Cameron Braswell, ADC Delta Regional Unit, 880 E Gaines St, Dermott, AR 71638-9609 |
| cr | + | Candler Hospital Inc, 5353 Reynolds St., Savannah, GA 31405, UNITED STATES 31405-6005 |

| | | |
|---|---|---|
| intp | | Cantrell Kennedy, Florida Civil Commitment Center, 13619 SE Hw 70, Arcadia, FL 34266 |
| cr | + | Cedric Burton, as Administrator of the Estate of J, CAIN & SKARNULIS PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701, US 78701-0137 |
| cr | + | Cedric Stewart, 1600 Walters Mill Road, Somerset, PA 15510, UNITED STATES 15510-0005 |
| intp | + | Center for Constitutional Rights, 666 Broadway, 7th Floor, New York, NY 10012-2399 |
| cr | + | Chad Fowler, Grimes Unit, 300 Corrections Dr, Newport, AR 72112-8042 |
| intp | + | Charles D Zehring, Jr, AK-6567, J-B-1003, PO Box 33028, St. Petersburg, FL 33733-8028 |
| cr | + | Charles Talbert, SCI Fayette - QA4727, 50 Overlook Dr, La Belle, PA 15450-1050 |
| cr | + | Christina E De Rossitte, #144421, SNU-ORU-ADC, POB 1630, Malvern, AR 72104-1475 |
| cr | + | Christine Nelms, Personal Representative of Estate, 1000 Town Center, Suite 500, Southfield, MI 48075, UNITED STATES 48075-1221 |
| cr | + | Christopher Buchanan, Ouachita River Unit, P. O. Box 1630, Malvern, AR 72104-1475 |
| cr | + | Christopher Depka, SCI - Rockview, POB 33028, St Petersburg, FL 33733-8028 |
| intp | + | Claude Clox No 155616, Little Sandy Correctional, LSCC SM E14, 505 PRISON CONNECTOR, SANDY HOOK, KY 41171-7010 |
| cr | + | Claude Cox, L-S-C-C-C-U-217, 505 Prison Connector, Sandyhook, KY 41171-7010 |
| intp | + | Conmed Healthcare Management, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| cr | | Consolidated Medical Staffing, Inc., 1707 Kirby Parkway, Suite 200, Maryville, TN 38210, UNITED STATES |
| intp | + | Cornelius Spencer, E.A.R.U., POB 970, Marianna, AR 72360-0970 |
| intp | + | Correct Care Holdings, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Correct Care of South Carolina, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| cr | + | Correctional Dialysis Services LLC dba Rendevor Di, 1717 W. 6th Street, Suite 350, Austin, TX 78703-4870 |
| intp | + | Correctional Healthcare Companies, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Correctional Healthcare Holding Company, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| cr | + | County of El Dorado, c/o Downey Brand LLP, 621 Capitol Mall, 18th Floor, Sacramento, CA 95814, UNITED STATES 95814-4731 |
| cr | + | County of Orange, County of Orange, 255-275 Main Street, Goshen, NY 10924-1641 |
| cr | + | Daichena Thomas, Hendershot Cowart PC, 1800 Bering Drive, Suite 600, Houston, TX 77057, UNITED STATES 77057-3352 |
| cr | + | Daniel Myers, c/o Behar Gutt & Glazer, P.A., 1855 Griffin Road, Suite A-350, Fort Lauderdale, FL 33004 UNITED STATES 33004-2210 |
| cr | + | Darrell D. Petties, 1415 Madison Ave., 1415 Madison Ave., Memphis, Tn 38104-6314 |
| cr | | David Charles Sussman, #6640783, Fla Civil Commitment Center, Arcadia, FL 34266 |
| cr | + | Dawn Crawford, The Winters Law Group, LLC, 432 S. Broadway, Suite 2B, Lexington, KY 40508, UNITED STATES 40508-2922 |
| cr | + | DeKalb County, Dekalb County Government Office, 1300 Commerce Drive, Manuel J. Maloof Center, Decatur, GA 30030-3222 |
| cr | + | DeKalb County Sheriff's Office, DeKalb County Sheriff's Office, 1300 Commerce Drive, DeKalb County Government, Decatur, GA 30030-3214 |
| cr | + | Deandre Bradley, Route 53, PO Box 112, Joliet, IL 60434-0112 |
| cr | + | Dialysis Clinic, Inc., Bradley Arant Boult Cummings, LLP, c/o James Bailey, 1819 Fifth Ave. North, Birmingham, AL 35203-2120 |
| cr | + | Diane Harris Willie, 2605 Murray Avenue, Apt. 509, Pittsburgh, PA 15217-2472 |
| cr | + | Diane Marie Funkhouser, LaRosa Law Firm, 959 West Chester Pike, Havertown, PA 19083, UNITED STATES OF AMERICA 19083-4438 |
| intp | + | Dolphus Donaldson, Florida Civil Commitment Center, 13619 SE Hwy 70, Arcadia, FL 34266-7861 |
| cr | + | Dominion Energy South Carolina, Inc., c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| intp | + | Eddie Poindexter, POB 240, Tucker Unit, Tucker, AR 72168-0240 |
| intp | | Edward Johnson, 1100 Pike St, Huntingdon, PA 16654-1112 |
| cr | + | Edward Lee Carter, 880 E. Gaines St, Dermott, AR 71638-9609 |
| cr | + | Effingham County, 804 S. Laurel St., Springfield, GA 31329-9235 |
| intp | + | Emanuel Hampton, Florida Civil Commitment Center, 13619 S.E. Hwy 70, Arcadia, FL 34266-7861 |
| cr | + | Eric J Adams, Florida Civil Commencement Center, 13619 SE Hwy 70, Arcadia, FL 34266-7861 |
| intp | + | Erick Allen Battersby, #BL-0894, P.O. Box 7500 D7-119, Crescent City, CA 95532-0001 |
| cr | + | Erik Battersby, Pelican Bay State Prison, POB 7500, Crescent City, CA 95532-0001 |
| pla | | Estate of Albert Roman, c/o Kimm Law Firm, 333 SYLVAN AVE STE 106, ENGLEWOOD CLIFFS, NJ 076322705 |
| cr | + | Eugene Miller, 301 Institution Drive, Bellefonte, PA 16823, UNITED STATES 16823-1665 |
| pla | | Eunice Roman, c/o Kimm Law Firm, 333 SYLVAN AVE STE 106, ENGLEWOOD CLIFFS, NJ 076322705 |
| cr | + | Ezekiel Davis, #1867554, 58-84, 216 N Murray St, Helena, OK 73741-1017 |
| intp | + | Ezekiel Davis, #186754, 46-42, 216 N Murray St, Helena, OK 73741-1017 |
| cr | + | Francis Arcello, 6660 N Green Ave, Hesperia, MI 49421-9215 |
| cr | + | Fransisco Perez, PA ID No. HQ 6630, SCI Coal Township, One Kelly Drive, Coal Township, PA 17866-1020 |
| cr | + | Frederick Perry, 2 Clark St, Box 43, Norfolk, MA 02056-1288 |
| intp | + | Gary Dexter, Florida Civil Commitment Center, 13619 SE Hwy 70, Arcadia, FL 34266-7861 |
| cr | | George Ivan Lopez, CA-3198, 1200 Mokychic Dr, Collegeville, PA 19426 |
| cr | + | Glavin Ivy, SCI Forest, POB 33028, St Petersburg, FL 33733-8028 |
| cr | + | Gracienne Myers, c/o Behar Gutt & Glazer, P.A., 1855 Griffin Road, Suite A-350, Fort Lauderdale, FL 33004 UNITED STATES 33004-2210 |
| stkhld | + | Gregory T Fayard, CARDINALE FAYARD, APLC, 3800 Watt Avenue, Suite 245, Sacramento, CA 95821-2673 |
| intp | + | HCS Correctional Management, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| cr | + | HEALTHALLIANCE HOME HEALTH AND HOSPICE, INC., 9 Leominster Connector, Leominster, MA 01453-3791 |

| | | |
|---|---|---|
| cr | + | Hall Booth Smith, P.C., 191 Peachtree Street NE, Suite 2900, Atlanta, GA 30303, UNITED STATES OF AMERICA 30303-1775 |
| cr | + | Hannah Stadler McFadden, c/o Ross Spence, Ross Spence, P.C., 4582 Elm, Bellaire, TX 77401-3718 |
| intp | + | Harborview Center, LLC, 490 West 14th Street, Long Beach, CA 90813-2943 |
| intp | + | Harley M. Brady, Centralia Correctional Center, 9330 Shattuc Rd, Centralia, IL 62801-5830 |
| cr | + | Harvey S Badger Jr, 13619 S.E. Hwy 70, Arcadia, FL 34266-7861 |
| cr | + | Health Alliance Home Health and Hospice, Inc., c/o Mirick, O'Connell, DeMallie & Lougee, 1800 West Park Drive, Suite 400, Westborough, MA 01581-3960 |
| intp | + | Healthcare Professionals, LLC, 3340 Perimeter Hill Drive, Nashvile, TN 37211-4123 |
| cr | + | Henry Williams, 2501 State Farm Rd, Tucker, AL 72168-9567 |
| cr | + | Honigman LLP, 660 Woodward Ave, Suite 2290, Detroit, MI 48226-3506, UNITED STATES 48226-3506 |
| intp | + | Human Rights Defense Center, P.O. Box 1151, Lake Worth, FL 33460-1151 |
| cr | + | JDY Inc., N.A., c/o Rebecca L. Matthews, Frost Brown Todd LLP, 2101 Cedar Springs Rd., Dallas, TX 75201-1867 |
| cr | + | JDY, Inc. d/b/a Regency Office Products, c/o Patricia K. Burgess, Frost Brown Todd LLP, 150 3rd Avenue South, Suite 1900 Nashville, TN 37201-2043 |
| cr | + | James Daley, Inmate Number qb6991, SCI-Smithfield, 1120 Pike Street Box 999, Huntingdon, PA 16652-1172 |
| cr | + | James Patton, Hopkins Co Jail, 2250 Loffoon Trl, Madisonville, KY 42431-9686 |
| cr | + | James R Huffman, #296645, POB 6, La Grange, KY 40031-0006 |
| cr | + | Jamie Hayes, Cape May County Correctional Center, 4 Moore Rd, Cape May Court House, NJ 08210-1654 |
| intp | + | Jamie Vinson, c/o Holly Hamm, Mehaffy Weber PC, P O Box 16, Beaumont, 77704 UNITED STATES 77704-0016 |
| intp | + | Janet Belczyk, 106 Windward Place, 34677, FL 34677-2241 |
| cr | + | Jasman Maxwell on behalf of Akashia Maxwell, CAIN & SKARNULIS PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78701, US 78701-0137 |
| cr | + | Jasman Maxwell on behalf of Ladriqua Maxwell, CAIN & SKARNULIS PLLC, 303 Colorado Street, Suite 2850, Austin, TX 78702, US 78701-0137 |
| cr | | Jaylin Lee, Decatur, GA 30030 |
| cr | | Jeanise Monroe, Decatur, GA 30030 |
| cr | | Jeremy Lee Dreyer, #100894 A-E, YCDOC111 North Front Street, Yakima, WA 98901 |
| cr | + | Jerome M. Varanini, 641 Fulton Avenue, #200, Suite 200, Sacramento, CA 95825 UNITED STATES 95825-4869 |
| intp | + | Jessamine Healthcare, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| cr | + | Joesph Mrozek, 50 Overlook Drive, SCI Fayette, Inmate No. CE0822, LaBelle, PA 15450-1050 |
| cr | | John Floyd, SCI - Phoenix, 1200 Mokychie Dr, Collegeville, PA 19426 |
| inre | + | John Herndon, ORCU Echo #38, P.O. Box 1630, Malvern, RR 72104-1475 |
| cr | + | John Oliver Jackson, Florida Civil Commitment Center, 13619 SE Hwy 70, Arcadia, FL 34266-7861 |
| intp | + | John P Fabian, Florida Civil Commitment Center, 13619 SE Hwy 70, Arcadia, FL 34266-7861 |
| cr | + | John P Jandrew, Rowan County Jail, 115 W Liberty St, Salisbury, NC 28144-4332 |
| cr | + | John Staudenmeier, c/o Matthew J. Vaughn, Peterson & Myers, P.A., P.O. Box 24628, Lakeland, FL 33802-4628 |
| cr | + | John W Magness, Grimes Unit, #150340, 300 Corrections Dr., Newport, AR 72112-8042 |
| intp | | Joshua D Cummings, Cummins Unit, POB 500, Grady, AR 71644-0500 |
| cr | + | Joshua T Anderson, Will County Adult Detention Facility, 95 South Chicago Street, Joliet, IL 60436-1745 |
| intp | + | Juan Francisco Vega, Resident # 991353, Florida Civil Commitment Center, 13619 SE Hwy 70, Arcadia, FL 34266-7861 |
| cr | + | Julian Tarver, POB 88600, Steilacoom, WA 98388-0647 |
| intp | + | Justin M. Bledsoe, PO. Box 240, Tucker, AR 72168-0240 |
| cr | + | KC Lee Petithory, 2000 North 16th St, Clarinda, IA 51632-1174 |
| cr | + | KENNETH EVANS AND KENYA EVANS ? Independent A, Attn: Salvi, Schostok & Pritchard P.C., 218 N. Martin Luther King Jr., Ave., Waukegan, IL 60085-4236 |
| intp | + | Kanwar Partap Singh Gill, 8408 N Ann Ave, Fresno, CA 93720-4987 |
| cr | + | Keenan Wilhite, 1576 W Bluewater Hwy, Ionia, MI 48846-8594 |
| cr | + | Keith Alexander, 2604 Island Ave, Philadelphia, PA 19153-1814 |
| intp | | Keith L Crawford, H. C. F., POB 1568, Hutchinson, KS 67504-1568 |
| cr | + | Keith Tolbert, SCI Forest, POB 33028, St Petersburg, FL 33733, UNITED STATES 33733-8028 |
| cr | + | Kenneth Pitts, East Arkansas Regional Unit, POB 920, BKS #5 - Cell #11, Marianna, AR 72360-0920 |
| cr | + | Kevin Davis, 50 Overlook Dr, LaBelle, PA 15450-1050 |
| cr | + | Kristen Allred, c/o Matthew V. Herron, 406 Ninth Avenue, Suite 312, San Diego, CA 92101 UNITED STATES 92101-7278 |
| cr | + | Kyse Monk, Law Office of Jerome A. Clay, Ste. 221, 5250 Claremont Ave., Stocton, 95207 BOSNIA & HERZEGOVINA 95207-5700 |
| cr | + | LABORATORY CORPORATION OF AMERICA C/O KIMBERLY BAR, WALDRON & SCHNEIDER PLLC, 15150 MIDDLEBROOK DR, HOUSTON, TX 77058-1210 |
| cr | + | Lamar Brison, W113847, Old Colony Correctional Center, 1 Administration Rd, Bridgewater, MA 02324-3298 |
| cr | | Leroy Dade, Jr, SCI Phoenix, Pennsylvania Dept of Corrections, 1200 Hokychic Dr, Collegeville, PA 19426 |
| cr | + | Lesley Overfield, 155 Filbert St., Suite 208, Oakland, CA 94607-2524 |
| intp | + | Leslie D Mollett, 1111 Altamont Blvd, Frackville, PA 17931-2601 |
| cr | + | Life EMS of Ionia, Co., Inc., 1275 Cedar Street NE, Grand Rapids, MI 49503-1378 |
| cr | | Lonnie Wright, 1200 Mokychic Drive, Collegeville, PA 19426, UNITED STATES |
| intp | + | Macarton N. Pierre, QP316, Smart Communications/PADOC, 50 Overlook Dr., Labelle, PA 15450-1050 |
| cr | + | Malachi Yahtues, T-97158, Old Colony Correctional Center, 1 Administration Road, Bridgewater, MA 02324-3298 |

District/off: 0541-4            User: ADIuser            Page 4 of 24

Date Rcvd: Apr 28, 2025            Form ID: ntctran            Total Noticed: 261

| | | |
|---|---|---|
| cr | + | Marcus Ryines, Tyrone Glover Law, LLC, 2590 Walnut Street, Denver, CO 80205, UNITED STATES 80205-2136 |
| cr | + | Maria & Hurtado Vendrell, 2665 S. Bayshore Dr., Suite 220-10, Miami, FL 33133-5448 |
| cr | + | Marquese Gaines, QN-7646, SCI Benner Township, 301 Institution Drive, Bellefonte, PA 16823-1665 |
| intp | + | Marty Cole, 225 Grandview Ave, 5th Floor, Camp Hill, PA 17011, UNITED STATES 17011-1729 |
| cr | + | Mary E. Geisler, 74 Mt. Prospect Dt, Bridgewater, MA 02324-1358 |
| cr | | Marzan Williams, 1 Success Loop Rd, (Transfer Pending), Berlin, NH 03570 |
| cr | + | Melanie M Beres, 4481 S Quincy Ave, Milwaukee, WI 53207-5220 |
| cr | + | Melissa Heath, 138 Lloyd Circle, Pocono Lake, PA 18347-7958 |
| cr | + | Michael A Lunsford, Recovery Solutions, 4546 Broad River Rd, Columbia, SC 29210-4014 |
| cr | + | Michael Cox, SCI Mahanoy, 301 Grey Line Dr, Frackville, PA 17932-0100 |
| cr | + | Michael Doyle, c/o Matthew V. Herron, 406 Ninth Avenue, Suite 313, San Diego, CA 92101-7279 |
| pla | + | Michael Freeman, 13619 S.E. Hwy 70, Arcadia, FL 34266-7861 |
| intp | + | Micheal Kineard, 13619 S.E. Hwy 70, Arcadia, FL 34266-7861 |
| pla | + | Muhammad Kalifa, 13619 S.E. Hwy 70, Arcadia, FL 34266-7861 |
| cr | + | Nia'Amore Monk, 155 Filbert St., Suite 208, Oakland, CA 94607-2524 |
| cr | + | Nora Perkinson, Childers & Baxter, PLLC, 201 West Short Street, Suite 300, LEXINGTON, KY 40507 UNITED STATES 40507-1231 |
| cr | + | Oliver King, 5959 N Ravenswood Ave, Apt #1d, Chicago, IL 60660-3153 |
| cr | + | Omar Rivera, 5911 Jefferson Street, West New York, NJ 07093-1309 |
| cr | | Patrick Brown, 13699 Highway 70, Arcadia, FL 34266 |
| stkhld | + | Paul A Cardinale, 3800 Watt Avenue, Suite 245, Sacramento, CA 95821-2673 |
| cr | + | Paul MacPherson, 327 Fox Run Rd., Hudson, NH 03051-3541 |
| cr | + | Pauline Gibbs, Not a company, 17702 Coatbridge Place, Olney, MD 20832-2308 |
| intp | + | Phillip Quinn, SCI-Coal Township, 1 Kelley Dr, Coal Township, PA 17866-1020 |
| intp | + | Physicians Network Association, Inc.,, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Public Justice, 1620 L St. NW, Suite 630, Washington, DC 20036-5600 |
| intp | + | Reginald A Walker, 13619 S.E. Highway 70, Arcadia, FL 34266-7861 |
| cr | + | Reserve Health, P.C., 3746 N. Davidson Street, c/o Jared Gardner, Charlotte, NC 28205-1304 |
| cr | + | Richard Romero, P01114119, P.O. BOX 16700, Golden, CO 80402-6011 |
| intp | + | Rights Behind Bars, 416 Florida Avenue NW, Suite 26152, Washington, DC 20001-0506 |
| cr | + | Robert Adams, 1 Kelley Dr, Coal Township, PA 17866-1020 |
| cr | + | Robert Curtis Finch, 10995 Newington Hwy, Newington, GA 30446-2301 |
| cr | + | Robert Leonard, MSA-717198, Barnstable County Correctional Facility, 6000 Sheriffs PL, Bourne, MA 02542-1344 |
| intp | + | Robert Leornard, 6000 Sheriffs PLC, Bourne, MA 02542-1344 |
| cr | + | Russell Dowland, 1266-1270 US Rte 5, St. Johnsbury, VT 05819-8502 |
| cr | + | SHC Services, Inc., 1640 W. Redstone Ctr. Dr., Suite 200, Park City, UT 84098-7607 |
| cr | + | Sammy James Douse, Florida Civil Commitment Center, 13619 SE Hwy 70, Arcadia, FL 34266-7861 |
| cr | + | Samuel Randolph, 4055 Lankershim Blvd., Apt. 222, Studio City, CA 91604-3432 |
| cr | + | Sodexo, Inc., c/o Brown Nimeroff LLC, Attn: Jami Nimeroff, 1515 Market Street, Philadelphia, PA 19102-1921 |
| cr | + | Stanley Donald, Senior Law Clerk, 2 Clarks Street, PO Box 43, Norfolk, MA 02056-0043 |
| cr | + | State of Georgia Department of Corrections, Rountree Leitman Klein & Geer, LLC, 2987 Clairmont Road, Suite 350, Atlanta, GA 30329-4435 |
| cr | | State of Maine Office of the Attorney General, Office of the Attorney General, 6 State House Station, Augusta, ME 04330 |
| cr | + | Stephanie St. Fort, Schiller Kessler Group, PLC, 4640 S. University Drive, Davie, FL 33328, UNITED STATES 33328-3818 |
| cr | | Steven Pinder, 123397, POB 970, Marianna, AR 72360-0970 |
| intp | + | Sylvester Barbee, PO Box 970, Marianna, AR 72360-0970 |
| cr | + | Tattnall Hospital Company, LLC, c/o Tyler Lane, Holland & Knight LLP, 511 Union Street, Suite 2700, Nashville, TN 37219-1791 |
| cr | | The Administrators of the Tulane Education Fund, PO Box 669394, Dallas, TX 75266-9394 |
| cr | + | The Estate of Maurice Monk, 155 Filbert St., Suite 208, Oakland, CA 94607, UNITED STATES 94607-2524 |
| cr | + | The Joint Commission on Accreditation of Healthcar, 1 Renaissance Boulevard,, Oakbrook Terrace, IL 60181, UNITED STATES 60181-4294 |
| cr | + | Timothy Gaillard, SR, Florida Civil Commitment Center, 13619 SE Hwy 70, Arcadia, FL 34266-7861 |
| cr | + | Timothy Michael Frye, Jr., #153692, P.O. Box 1245, Bel Air, MD 21014-7245 |
| cr | + | Tyrone Cummings, Everglades Correctional Institution, 1599 SW 187th Ave, Miami, FL 33194-2801 |
| cr | + | UMASS MEMORIAL HEALTH - HARRINGTON HOSPITAL, INC., 100 South Street, Southbridge, MA 01550-4051 |
| cr | | UMASS MEMORIAL MEDICAL CENTER, INC., One Biotech, 365 Plantation Street, Worcester, MA 01605 |
| cr | + | UMass Memorial Health - Harrington Hospital, Inc., c/o Mirick, OConnell, DeMallie & Lounge, 1800 West Park Drive, Suite 400, Westborough, MA 01581-3960 |
| cr | + | UMass Memorial Health - Milford Regional Medical C, c/o Mirick, O'Connell, DeMallie & Lougee, 1800 West Park Drive, Suite 400, Westborough, MA 01581-3960 |
| cr | + | UMass Memorial Health Alliance, 60 Hospital Road, Leominster, MA 01453-2205 |
| cr | + | UMass Memorial HealthAlliance - Clinton Hospital,, c/o Mirick, OConnell, DeMallie & Lounge, 1800 West Park Drive, Suite 400, Westborough, MA 01581-3960 |
| cr | + | UMass Memorial Medical Center, Inc., Mirick, O'Connell, DeMallie & Lougee, LL, 1800 West Park Drive, Suite 400, Westborough, MA 01581-3960 |

| | | |
|---|---|---|
| cr | + | UMass Memorial Medical Group, Inc., c/o Mirick, OConnell, DeMallie & Lounge, 1800 West Park Drive, Suite 400, Westborough, MA 01581-3960 |
| intp | | UNITED STATES OF AMERICA C/O U.S. DEPARTMENT OF JU, PO BOX 875, WASHINGTON, DC 20044-0875 |
| cr | + | Vasilis Pozios, 32400 Telegraph Rd. Ste 103, Bingham Farms, MI 48205, UNITED STATES 48025-2459 |
| intp | + | Vern McGinnis Jr., PA DOC, State Correctional Institution, P.O. Box 33028, St. Petersburg, FL 33733-8028 |
| cr | + | Victoria Klein, c/o Mathew V. Herron, 406 Ninth Avenue, Suite 313, San Diego, CA 92101 UNITED STATES 92101-7279 |
| cr | + | Virsys12 LLC, c/o Rebecca L. Matthews, Frost Brown Todd LLP, 2101 Cedar Springs Rd., Dallas, TX 75201-1867 |
| cr | + | William C Monroe, Florida Civil Commitment Center, 13619 SE Hwy 70, Arcadia, FL 34266-7861 |
| intp | + | William L Davis, Florida Civil Commitment Center, 13619 SE Hwy 70, Arcadia, FL 34266-7861 |
| cr | + | William P Grawbadger, Jr, Florida Civil Commitment Center, 13619 SE Hwy 70, Arcadia, FL 34266, UNITED STATES 34266-7861 |

TOTAL: 225

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Wellpath LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| cr | ^ | MEBN | Apr 28 2025 20:26:02 | 1199SEIU United Healthcare Workers East, 1199SEIU United Healthcare Workers East, 498 Seventh Avenue, New York, NY 10018, UNITED STATES 10018-6798 |
| cr | + | Email/Text: mbrimmage@akingump.com | Apr 28 2025 20:27:00 | Ad Hoc Lender Group, c/o Marty L. Brimmage, Jr., Akin Gump Strauss Hauer & Feld LLP, 2300 N. Field Street, Suite 1800, Dallas, TX 75201-4675 |
| cr | + | Email/Text: swulfekuhle@broward.org | Apr 28 2025 20:27:48 | Broward County, c/o Records, Taxes & Treasury, Attn: Bankruptcy Section, 115 S. Andrews Ave. A-100, Ft. Lauderdale, FL 33301, UNITED STATES 33301-1888 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | CCS-CMGC Intermediate Holdings 2, Inc., 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | CCS-CMGC Intermediate Holdings, Inc., 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| cr | + | Email/Text: ecffilings@padfieldstout.com | Apr 28 2025 20:27:00 | Curant Health Georgia, LLC, Christopher V. Arisco, c/o Padfield & Stout, LLP, 100 Throckmorton Street, Ste. 700, Fort Worth, TX 76102, UNITED STATES 76102-2837 |
| cr | + | Email/Text: ecffilings@padfieldstout.com | Apr 28 2025 20:27:00 | Currant Health Georgia, LLC, Christopher Arisco, c/o Padfield & Stout, LLP, 100 Throckmorton Street, Ste. 700, Fort Worth, TX 76102, UNITED STATES 76102-2837 |
| cr | + | Email/Text: lemaster@slollp.com | Apr 28 2025 20:27:00 | Dell Financial Services L.L.C., c/o Streusand Landon Ozburn & Lemmon, 1801 S. MoPac Expressway, Suite 320, Austin, TX 78746-9817 |
| cr | ^ | MEBN | Apr 28 2025 20:25:42 | Dominion Energy South Carolina, Inc., c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Apr 28 2025 20:27:00 | Ellis County, c/o John Kendrick Turner, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 28 2025 20:27:00 | Harris County ESD #02, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 28 2025 20:27:00 | Harris County ESD #60, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, PO Box 3064, Houston, TX 77253-3064 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Justice Served Health Holdings, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |

District/off: 0541-4 | User: ADIuser | Page 6 of 24
Date Rcvd: Apr 28, 2025 | Form ID: ntctran | Total Noticed: 261

| | | | | |
|---|---|---|---|---|
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Missouri JSH Holdco, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Missouri JSH Manager, Inc., 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| cr | | Email/Text: houston_bankruptcy@LGBS.com | Apr 28 2025 20:27:00 | Montgomery County, Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Perimeter Hill RPA, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| cr | ^ | MEBN | Apr 28 2025 20:23:35 | San Diego Gas and Electric Company, c/o Law Firm of Russell R. Johnson III,, 2258 Wheatlands Drive, Manakin-Sabot, VA 23103, UNITED STATES 23103-2168 |
| ombh | ^ | MEBN | Apr 28 2025 20:26:06 | Susan N Goodman, Pivot Health Law, LLC, P.O. Box 69734, Oro Valley, AZ 85737-0021 |
| cr | ^ | MEBN | Apr 28 2025 20:25:24 | Texas Comptroller of Public Accounts, Revenue Acco, Kimberly A. Walsh, PO Box 12548, Austin, TX 78711-2548 |
| intp | | Email/Text: bcd@oag.texas.gov | Apr 28 2025 20:27:00 | Texas Medical Board, c/o Texas Attorney General, Bankruptcy & Collections Division, P. O. Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: bcd@oag.texas.gov | Apr 28 2025 20:27:00 | Texas Workforce Commission, Kimberly Walsh, P.O. Box 12548, Austin, TX 78711-2548 |
| cr | | Email/Text: julie.parsons@mvbalaw.com | Apr 28 2025 20:27:00 | The County of Hays, Texas, c/o McCreary, Veselka, Bragg & Allen, P.O. Box 1269, Round Rock, TX 78680-1269 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | WHC, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | WPMed, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Wellpath CFMG, Inc., 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Wellpath Community Care Centers of Virginia, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Wellpath Community Care Holdings, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Wellpath Education, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Wellpath Group Holdings, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Wellpath Hospital Holding Company, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Wellpath Management, Inc., 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Wellpath Recovery Solutions, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Wellpath SF Holdco, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Zenova Management, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| intp | + | Email/Text: bankruptcymail@wellpath.us | Apr 28 2025 20:27:00 | Zenova Telehealth, LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| db | | The Special Committee of the Board of Directors of |
| cr | | AWC Network, LLC |
| cr | | Ad Hoc Group of Colorado Tort Plaintiffs |
| cr | | Ad Hoc Group of Tort Claimants Represented by Shan |
| cr | | Adrieana Garcia |
| cr | | Advocate Health, Inc. and Its Affiliates |
| cr | | Aetna Inc |
| cr | | Allina Health System |
| cr | | Amber Hirsch |
| cr | | Andrew P. Ho |
| cr | | Andrew Poronto |
| cr | | Angela Hoyle |
| cr | | Anthem Health Plans of Kentucky, Inc. d/b/a Anthem |
| cr | | Argonaut Insurance Company |
| cr | | Ariel Hill, individually and as the next of kin of |
| cr | | Ascot Insurance Company |
| cr | | Atlantic Specialty Insurance Company |
| cr | | B. A. |
| cr | | Barbara Doss |
| intp | | Barry Jones |
| cr | | Bay Area Surgicenter, LLC d/b/a Brandon Surgery Ce |
| cr | | Bell Ambulance, Inc. |
| intp | | Bernard Ferguson |
| cr | | Bob Barker Company, Inc. |
| cr | | C. G. |
| cr | | C. M. |
| cr | | Cary Moone |
| cr | | Cassiday Schade LLP |
| cr | | Centennial Heart, LLC |
| cr | | Centennial Neuroscience, LLC |
| cr | | Chubb Companies |
| cr | | Cobb County, Georgia |
| cr | | Consolidated City of Indianapolis and Marion Count |
| intp | | County Holdings 2 LLC |
| intp | | County Holdings LLC |
| cr | | County of Alameda |
| cr | | County of Oakland, Michigan |
| cr | | Craig D. Owens, Sr. |
| cr | | Dario Ceragioli |
| cr | | Deborah K. Wagner |
| cr | | Deborah Young |
| cr | | Diamond Drugs, Inc. |
| cr | | Duke University Health System, Inc. |
| cr | | Edward Majors |
| cr | | El Paso County, Colorado |
| op | | Epiq Corporate Restructuring, LLC |
| cr | | Estate of Adison Reed |
| cr | | Estate of Angela Majoor |
| cr | | Estate of Carl Martin |
| intp | | Estate of Daruis Pizarro |
| cr | | Estate of Gabriel Strickland |
| cr | | Estate of Savannah Poppell |
| cr | | Evans Memorial Hospital, Inc. |
| cr | | Faith A. Salinas |
| cr | | GEO International Holdings, LLC |
| cr | | Gloria Garcia |

| | |
|---|---|
| cr | Gordon Rees Scully Mansukhani, LLP |
| cr | Grand Villa Health LLC d/b/a Grand Villa Congregat |
| cr | H.I.G. Capital, LLC |
| cr | HASNA ALAOUI AKA HASNA JALAL |
| cr | HCA Healthcare, Inc., et al. |
| cr | HSS Systems, LLC d/b/a Parallon Business Performan |
| cr | Hanger Prosthetics Orthotics, Inc. d/b/a Hanger Cl |
| cr | HealthONE |
| cr | Hillel Shand |
| cr | Humboldt County |
| cr | J. G. |
| cr | JFK Medical Center Limited Partnership d/b/a HCA F |
| cr | JORDAN DEPPE, Deceased, by and through his Success |
| cr | Jamell Smith |
| cr | Jennifer Lorin Johnson |
| cr | Jennifer O'Neal, individually as the Surviving Spo |
| cr | John Adena |
| cr | John David Peterson |
| cr | Johnson Controls Security Solutions LLC |
| intp | Joshua Stockton |
| intp | Justin Andre Lamoureux |
| dft | Kayla Frye |
| cr | Kerrie Hirte |
| cr | Kevin Morgan |
| cr | Kristin Bayler |
| cr | LAS VEGAS METROPOLITAN POLICE DEPARTMENT |
| cr | Laquita Dunlap |
| cr | Laura Madrid |
| cr | Layla Capaci |
| op | Lazard Freres and Co. LLC |
| cr | Liza Pizarro |
| cr | Macomb County, Michigan |
| cr | Management and Budget (State of Michigan) |
| cr | Marchelle Sharpe Nesbitt as Administrator of The E |
| cr | Marchelle Sharpe-Nesbitt |
| cr | Maria Duncan |
| cr | Maria Elena Garcia |
| cr | Marion County, Indiana Sheriff's Office |
| cr | Marisa Wade |
| cr | Martin Vargas |
| cr | Maxine Johnson |
| cr | Maxor Correctional Pharmacy Service Corp. |
| cr | Maxor National Pharmacy Services, LLC |
| cr | MaxorPlus, Ltd. |
| cr | McKesson Corporation |
| cr | McLaren Health Care Corporation and its affiliated |
| cr | Melissa Lammert |
| cr | Metropolitan Government of Nashville and Davidson |
| cr | Michael Madrid |
| cr | Michigan Department of Corrections |
| cr | Michigan Department of Technology |
| cr | Monterey County Jail Litigation class |
| cr | Mount Nittany Medical Center, Mount Nittany Medica |
| cr | MyMichigan Health |
| cr | N.S. |
| cr | Nevada County, California |
| cr | North Broward Hospital District d/b/a Broward Heal |
| cr | O. A. |
| intp | PAM Health, LLC |
| cr | Pennsylvania Insurance Company |
| cr | Pharmacorr LLC |
| cr | Plaintiffs Indicated in Exhibit A |
| cr | Public Risk Innovation, Solutions, and Management |

| | | |
|---|---|---|
| intp | | Quarles & Brady LLP |
| cr | | Raquel S. Lande |
| cr | | Regional One Health |
| cr | | Richard Reichart |
| cr | | Robert Moberg for Deceased Son, Corbin Moberg |
| cr | | Ronald L Blowe |
| cr | | Rosen Bien Galvan & Grunfeld LLP |
| dft | | Roy Washington |
| cr | | STARR Surplus Lines Insurance Company |
| cr | | San Marcos CISD |
| cr | | Scott Allen |
| cr | | Scott Allen as Administrator of The Estate of Brad |
| cr | | Select Medical Corporation |
| cr | | Shawna Alexander |
| cr | | Sleep Partners, LLC d/b/a Sleep Management Service |
| cr | | Smith Plaintiffs |
| cr | | Sonya Cypress, as Personal Representative of the S |
| cr | | South Correctional Entity |
| dft | | Southern Health Partners, Inc. |
| crcm | | Statutory Unsecured Claimholders' Committee of Wel |
| cr | | Steffany Rose Hamner |
| cr | | Stericycle, Inc. |
| ombh | | Susan N. Goodman |
| cr | | Symphony Diagnostic Services No. 1, LLC d/b/a Tri |
| cr | | TMG Gases, Inc. d/b/a EspriGas |
| cr | | Tangela Harris |
| cr | | Teesha Graham |
| cr | | Terri Lamb, as Administrator of the Estate of Ashl |
| cr | | The Estate of Abby Angelo; Kristie Angelo, as Per |
| cr | | The Estate of Jesus Eric Magana Plaintiffs |
| cr | | Thomas J Freeman, UNITED STATES |
| cr | | Tia Madison, et al. |
| cr | | Toni P. Walker |
| intp | | UBS AG, Stamford Branch |
| intp | | UNITED STATES OF AMERICA |
| cr | | Valerie Tobia, as Personal Representative of the E |
| cr | | Vicki Ann Assevero |
| cr | | Waste Management |
| intp | | Wellpath Community Care Management, LLC |
| cr | | Wellstar Health System, Inc. |
| cr | | Wellstar MCG Health, Inc. |
| cr | | Wendall Hall |
| cr | | Westchester Fire Insurance Company |
| intp | | Worth Rises |
| cr | | Zurich Companies |
| cr | *+ | Phillip Quinn, SCI-Coal Township, 1 Kelley Dr, Coal Township, PA 17866-1020 |
| intp | *+ | Wellpath LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| 3pd | *+ | Wellpath LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |
| 3pd | *+ | Wellpath LLC, 3340 Perimeter Hill Drive, Nashville, TN 37211-4123 |

TOTAL: 164 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0541-4 | User: ADIuser | Page 10 of 24 |
|---|---|---|
| Date Rcvd: Apr 28, 2025 | Form ID: ntctran | Total Noticed: 261 |

Date: Apr 30, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| A.J. Webb | on behalf of Creditor Anthem Health Plans of Kentucky  Inc. d/b/a Anthem Blue Cross and Blue Shield awebb@fbtlaw.com |
| Aaron Matthew Guerrero | on behalf of Creditor Diamond Drugs  Inc. aaron.guerrero@bondsellis.com, margeaux.gorman@bondsellis.com |
| Aaron Stenzler Weiss | on behalf of Interested Party Bernard Ferguson aweiss@carltonfields.com |
| Adrian C Spearman | on behalf of Creditor KENNETH EVANS AND KENYA EVANS ? Independent Administrators of the ? Estate of KHAYLA J. EVANS notices@spearmanlegal.com |
| Alexander F Berk | on behalf of Creditor Cassiday Schade LLP alexander.berk@bfkn.com  courtnotification@mayerbrown.com |
| Amos B Maley | on behalf of Creditor Consolidated Medical Staffing  Inc. legal@maleylaw.com |
| Andrew Edson | on behalf of Creditor Waste Management aedson@clarkhill.com  mina.alvarez@clarkhillstrasburger.com |
| Andrew Edson | on behalf of Creditor Stericycle  Inc. aedson@clarkhill.com, mina.alvarez@clarkhillstrasburger.com |
| Andrew Joel Koehler | on behalf of Creditor Wendall Hall andrew.koehler@faegredrinker.com  amy.catena@faegredrinker.com |
| Andrew Joseph Willey | on behalf of Creditor Layla Capaci drew@law-dw.com |
| Andrew Joseph Willey | on behalf of Creditor Cary Moone drew@law-dw.com |
| Andrew Joseph Willey | on behalf of Creditor Teesha Graham drew@law-dw.com |
| Anne Elizabeth Burns | on behalf of Creditor The Estate of Abby Angelo; Kristie Angelo  as Personal Representative of the Estate of Abby Angelo; and K.L., a minor, by and through his grandmother, Kristie Angelo aburns@chfirm.com, chps.ecfnotices@gmail.com;chps.ecfnotices@ecf.courtdrive.com |
| Anne Elizabeth Burns | on behalf of Creditor Marisa Wade aburns@chfirm.com  chps.ecfnotices@gmail.com;chps.ecfnotices@ecf.courtdrive.com |
| Artoush Varshosaz | on behalf of Creditor Edward Majors artoush.varshosaz@klgates.com  julie.garrett@klgates.com;allison.stowe@klgates.com |
| Ashley B Mallon | on behalf of Interested Party Bernard Ferguson amallon@carltonfields.com |
| Bennett Greg Fisher | on behalf of Creditor Kristen Allred bennett.fisher@lewisbrisbois.com amber.kaiser@lewisbrisbois.com;audrey.bridges@lewisbrisbois.com;jann.pigg@lewisbrisbois.com;daniel.david@lewisbrisbois.com;andrea.silverman@lewisbrisbois.com;karen.lovely@lewisbrisbois.com |
| Brandon C Lamboy | lamboy714@gmail.com |
| Brandy A Sargent | on behalf of Creditor Edward Majors brandy.sargent@klgates.com |
| Brett J Kaminsky | on behalf of Creditor Melissa Heath bkaminsky@fsalaw.com |
| Brian Joel Levy | on behalf of Creditor Evans Memorial Hospital  Inc. blevy@mmmlaw.com |
| Brian S Behar | on behalf of Creditor Gracienne Myers bsb@bgglaw.com |
| Brian S Behar | |

on behalf of Creditor Daniel Myers bsb@bgglaw.com

Brian S. Engel

on behalf of Creditor Correctional Dialysis Services LLC dba Rendevor Dialysis brianen@bdfgroup.com  tarag@bdfgroup.com

Bryan Christopher Nettels

on behalf of Stockholder Gregory T Fayard bnettels@gavrilovlaw.com

Bryan Christopher Nettels

on behalf of Stockholder Paul A Cardinale bnettels@gavrilovlaw.com

Carlos R Soltero

on behalf of Defendant Kayla Frye CSoltero@MaynardNexsen.com

Carlos R Soltero

on behalf of Defendant Roy Washington CSoltero@MaynardNexsen.com

Carlos R Soltero

on behalf of Defendant Southern Health Partners  Inc. CSoltero@MaynardNexsen.com

Carolyn Carollo

on behalf of Creditor Daichena Thomas ccarollo@hchlawyers.com

Cassandra Shoemaker

on behalf of Creditor Aetna Inc cshoemaker@mcguirewoods.com  lbayliss@mcguirewoods.com

Catherine Allena Curtis

on behalf of Creditor John Adena catherine.curtis@wickphillips.com
brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Catherine Allena Curtis

on behalf of Creditor JORDAN DEPPE  Deceased, by and through his Successor in Interest, MICHAEL DEPPE; and MICHAEL
DEPPE catherine.curtis@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Cecilia J Christy

on behalf of Creditor State of Georgia Department of Corrections cchristy@rlkglaw.com

Charles D Bullock

on behalf of Creditor Macomb County  Michigan cbullock@sbplclaw.com, dlewis@sbplclaw.com

Charles D Bullock

on behalf of Creditor County of Oakland  Michigan cbullock@sbplclaw.com, dlewis@sbplclaw.com

Charles Michael Rubio

on behalf of Creditor Reserve Health  P.C. crubio@parkinsrubio.com,
7485062420@filings.docketbird.com;mcooper@parkinsrubio.com;jcook@parkinsrubio.com;gjackson@parkinsrubion.com

Christopher M Staine

on behalf of Creditor Deborah Young christopher.staine@crowedunlevy.com
ecf@crowedunlevy.com;sarah.prince@crowedunlevy.com

Christopher V Arisco

on behalf of Creditor Curant Health Georgia  LLC carisco@padfieldstout.com

Christopher V Arisco

on behalf of Creditor Currant Health Georgia  LLC carisco@padfieldstout.com

Corey Alexander Slater

613golem@gmail.com

Corey Michael Weideman

on behalf of Creditor Chubb Companies CMWeideman@duanemorris.com
anieto@duanemorris.com;AutoDocketHOU@duanemorris.com

Corey Michael Weideman

on behalf of Creditor Zurich Companies CMWeideman@duanemorris.com
anieto@duanemorris.com;AutoDocketHOU@duanemorris.com

Cortney Robinson

on behalf of Interested Party UNITED STATES OF AMERICA C/O U.S. DEPARTMENT OF JUSTICE
cortney.robinson@usdoj.gov

Craig E Power

on behalf of Creditor Bob Barker Company  Inc. cpower@cokinoslaw.com, kwaller@cokinoslaw.com

Damon Edwin Mathias

on behalf of Creditor Thomas J Freeman damon@mr.law

Damon Edwin Mathias

on behalf of Plaintiff Thomas J Freeman damon@mr.law

Daniel Blish Denny

on behalf of Creditor SHC Services  Inc. ddenny@lmlawyers.com

District/off: 0541-4
Date Rcvd: Apr 28, 2025

User: ADIuser
Form ID: ntctran

Page 12 of 24
Total Noticed: 261

Daniel David Hu
on behalf of Interested Party UNITED STATES OF AMERICA daniel.hu@usdoj.gov
sydnie.kempen@usdoj.gov;CaseView.ECF@usdoj.gov;Nicole.Robbins@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov

Darryl T Landwehr
on behalf of Creditor Tia Madison  et al. dtlandwehr@aol.com

David A Agay
on behalf of Debtor The Special Committee of the Board of Directors of CCS-CMGC Intermediate Holdings 2  Inc. at the Sole
Direction of the Independent Directors dagay@mcdonaldhopkins.com

David J Montera
on behalf of Creditor Christine Nelms  Personal Representative of Estate of Daniel L. Smith, Deceased
david_montera@yahoo.com

David R. Hughes
on behalf of Creditor Vicki Ann Assevero david@h3-law.com

David R. Hughes
on behalf of Creditor Toni P. Walker david@h3-law.com

Derrick Loving
on behalf of Creditor Andrew P. Ho ddloving@gct.law

Diane Wade Sanders
on behalf of Creditor San Marcos CISD austin.bankruptcy@publicans.com

Duane J Brescia
on behalf of Creditor Berkley Insurance Company and Certain Affiliates dbrescia@clarkhill.com
kwebster@clarkhill.com,efarrar@clarkhill.com

Duncan Ragsdale
on behalf of Creditor Darrell D. Petties duncanragsdale2@aol.com

Edward R Moor
on behalf of Creditor Jamell Smith erm@moorlaw.net

Elaina S. Al-Nimri
on behalf of Creditor Regional One Health eal-nimri@bassberry.com  bankr@bassberry.com

Elizabeth Snead Richards
on behalf of Creditor Candler Hospital Inc erichards@erichardslaw.com

Elliot George Crowder
on behalf of Creditor Macomb County  Michigan ecrowder@sbplclaw.com, jlassen@sbplclaw.com

Elliot George Crowder
on behalf of Creditor County of Oakland  Michigan ecrowder@sbplclaw.com, jlassen@sbplclaw.com

Emma Phyllcia Myles
on behalf of Creditor Bob Barker Company  Inc. emyles@cokinoslaw.com

Erin A. West
on behalf of Creditor Johnson Controls Security Solutions LLC ewest@gklaw.com  kboucher@gklaw.com

Evelina Gentry
on behalf of Creditor H.I.G. Capital  LLC evelina.gentry@akerman.com

Evelyn J. Meltzer
on behalf of Creditor Ronald L Blowe evelyn.meltzer@troutman.com  susan.henry@troutman.com;wlbank@troutman.com

Evelyn J. Meltzer
on behalf of Interested Party Barry Jones evelyn.meltzer@troutman.com  susan.henry@troutman.com;wlbank@troutman.com

Eyal Berger
on behalf of Creditor H.I.G. Capital  LLC eyal.berger@akerman.com

Frances Anne Smith
on behalf of Health Care Ombudsman Susan N Goodman frances.smith@rsbfirm.com  michael.coulombe@rsbfirm.com

Frank A. Oswald
on behalf of Creditor Symphony Diagnostic Services No. 1  LLC d/b/a TridentCare and its Affiliates
frankoswald@teamtogut.com, dperson@teamtogut.com

Gerald Edwin Rush, II
on behalf of Creditor Jeanise Monroe erush@sandersroberts.com  teastmond@sandersroberts.com

Gerald Edwin Rush, II
on behalf of Creditor Jaylin Lee erush@sandersroberts.com  teastmond@sandersroberts.com

Gerald Edwin Rush, II
on behalf of Creditor DeKalb County erush@sandersroberts.com  teastmond@sandersroberts.com

District/off: 0541-4
Date Rcvd: Apr 28, 2025

User: ADIuser
Form ID: ntctran

Page 13 of 24
Total Noticed: 261

Gerald Edwin Rush, II
on behalf of Creditor DeKalb County Sheriff's Office erush@sandersroberts.com teastmond@sandersroberts.com

Greg W Garrotto
on behalf of Creditor Jennifer Lorin Johnson jjgarrotto@msn.com

Ha Minh Nguyen
on behalf of U.S. Trustee US Trustee ha.nguyen@usdoj.gov

Helen S. Oh
on behalf of Creditor Marcus Ryines helen@tyroneglover.com

Henrietta Brown
on behalf of Creditor Scott Allen hgb@gardnertrialattorneys.com lsb@gardnertrialattorneys.com

Holly C Hamm
on behalf of Interested Party Jamie Vinson hollyhamm@mehaffyweber.com
brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

Holly Lynn Reinhardt
on behalf of Creditor County of Orange hreinhardt@orangecountygov.com

Howard C Rubin
on behalf of Creditor Behavioral Health Group hrubin@kesslercollins.com gld@kesslercollins.com

Jacob Massee
on behalf of Creditor Effingham County jmassee@olivermaner.com

Jacob Lee Carlton
on behalf of Creditor Life EMS of Ionia Co., Inc. carltonj@millerjohnson.com

James Allen Cook
on behalf of Creditor Laura Madrid james.cook@johnburrislaw.com

James Allen Cook
on behalf of Creditor O. A. james.cook@johnburrislaw.com

James Allen Cook
on behalf of Creditor Barbara Doss james.cook@johnburrislaw.com

James Allen Cook
on behalf of Creditor C. M. james.cook@johnburrislaw.com

James Allen Cook
on behalf of Creditor B. A. james.cook@johnburrislaw.com

James Allen Cook
on behalf of Creditor Maxine Johnson james.cook@johnburrislaw.com

James Allen Cook
on behalf of Creditor Michael Madrid james.cook@johnburrislaw.com

James B. Bailey
on behalf of Creditor Dialysis Clinic Inc. jbailey@bradley.com, jbailey@ecf.courtdrive.com

James Blake Hamm
on behalf of Interested Party Jamie Vinson blakehamm@mehaffyweber.com
mikkagorden@mehaffyweber.com;brendabrewton@mehaffyweber.com;lauraterrell@mehaffyweber.com

James H Billingsley
on behalf of Creditor Grand Villa Health LLC d/b/a Grand Villa Congregate Living Health Facility
JBillingsley@duanemorris.com KRamos@duanemorris.com

James Hayden Kepner, Jr
on behalf of Creditor AWC Network LLC hkepner@swlawfirm.com, fharris@swlawfirm.com

James P. Muenker
on behalf of Interested Party County Holdings LLC James.muenker@US.DLAPIPER.COM
james-muenker-0904@ecf.pacerpro.com

James P. Muenker
on behalf of Interested Party County Holdings 2 LLC James.muenker@US.DLAPIPER.COM
james-muenker-0904@ecf.pacerpro.com

Jamie Dreher
on behalf of Creditor County of El Dorado jdreher@downeybrand.com
amasson@downeybrand.com;courtfilings@downeybrand.com

Jan Thomas Vetne
on behalf of Creditor Faith A. Salinas tom@chesterlawoffice.com

Jaqueline Aranda Osorno
on behalf of Interested Party Human Rights Defense Center jaosorno@publicjustice.net

Jaqueline Aranda Osorno

on behalf of Interested Party Center for Constitutional Rights jaosorno@publicjustice.net

Jaqueline Aranda Osorno

on behalf of Interested Party Rights Behind Bars jaosorno@publicjustice.net

Jaqueline Aranda Osorno

on behalf of Interested Party Worth Rises jaosorno@publicjustice.net

Jaqueline Aranda Osorno

on behalf of Interested Party Public Justice jaosorno@publicjustice.net

Jason Lee Boland

on behalf of Interested Party PAM Health  LLC jason.boland@nortonrosefulbright.com

Jason M Rudd

on behalf of Creditor JORDAN DEPPE  Deceased, by and through his Successor in Interest, MICHAEL DEPPE; and MICHAEL DEPPE Jason.rudd@wickphillips.com, brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason M Rudd

on behalf of Creditor John Adena Jason.rudd@wickphillips.com  brenda.ramirez@wickphillips.com;courtmail@wickphillips.com

Jason Samuel Oletsky

on behalf of Creditor H.I.G. Capital  LLC jason.oletsky@akerman.com

Jeffrey K. Garfinkle

on behalf of Creditor McKesson Corporation jgarfinkle@buchalter.com  lverstegen@buchalter.com;docket@buchalter.com

Jeffrey Philipp Prostok

on behalf of Creditor Metropolitan Government of Nashville and Davidson County jeff.prostok@vhh.law jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffrey Philipp Prostok

on behalf of Creditor County of Alameda jeff.prostok@vhh.law jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffrey Philipp Prostok

on behalf of Creditor Public Risk Innovation  Solutions, and Management jeff.prostok@vhh.law, jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffrey Philipp Prostok

on behalf of Plaintiff Craig D. Owens  Sr. jeff.prostok@vhh.law, jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffrey Philipp Prostok

on behalf of Plaintiff Cobb County  Georgia jeff.prostok@vhh.law, jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffrey Philipp Prostok

on behalf of Creditor Humboldt County jeff.prostok@vhh.law jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffrey Philipp Prostok

on behalf of Creditor Nevada County  California jeff.prostok@vhh.law, jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeffrey Philipp Prostok

on behalf of Creditor Cobb County  Georgia jeff.prostok@vhh.law, jprostok@ecf.courtdrive.com;khartogh@ecf.courtdrive.com;forsheyprostokllp@jubileebk.net;kristina.hartogh@vhh.law;bankruptcy.docketing@vhh.law;bankruptcy.docketing@ecf.courtdrive.com

Jeremy R Fischer

on behalf of Creditor State of Maine Office of the Attorney General jfischer@dwmlaw.com

Jerome Anthony Clay, Jr

on behalf of Creditor Kyse Monk jclay7@claylaw.net

Jerome M Varanini

on behalf of Creditor Jerome M. Varanini jvaranini@tsvlaw.com

Jessica Virden Mallett

on behalf of Creditor Tangela Harris jvirden@petermillerlaw.com

Jessica Frances Carroll

on behalf of Creditor Stephanie St. Fort jcarroll@injuredinflorida.com

Jessica I Apter

on behalf of Creditor 1199SEIU United Healthcare Workers East japter@levyratner.com

Jessica Katherine Winters

on behalf of Creditor Dawn Crawford jessica@thewinterslawgroup.com

John A Harris

on behalf of Interested Party Quarles & Brady LLP john.harris@quarles.com  sybil.aytch@quarles.com

John Abraham Shadid

on behalf of Creditor Marzan Williams jshadid@hinshawlaw.com

John Atwell Lucy

on behalf of Interested Party Marty Cole jlucy@tthlaw.com

John B Buzbee

on behalf of Creditor Sleep Partners  LLC d/b/a Sleep Management Services john@nixonandlight.com

John C Gentile

on behalf of Creditor Maxor National Pharmacy Services  LLC jgentile@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John C Gentile

on behalf of Creditor MaxorPlus  Ltd. jgentile@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John C Gentile

on behalf of Creditor Maxor Correctional Pharmacy Service Corp. jgentile@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John Casey Roy

on behalf of Health Care Ombudsman Susan N. Goodman CRoy@krcl.com

John D. Molino

on behalf of Creditor Pharmacorr LLC jdm@dhclegal.com

John David Cornwell

on behalf of Creditor Rosen Bien Galvan & Grunfeld LLP jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John David Cornwell

on behalf of Creditor Monterey County Jail Litigation class jcornwell@munsch.com hvalentine@munsch.com;CourtMail@munsch.com;crichison@munsch.com

John Kendrick Turner

on behalf of Creditor Ellis County john.turner@lgbs.com  Dora.Casiano-Perez@lgbs.com;Dallas.Bankruptcy@lgbs.com

John Paul DeVerna

on behalf of Creditor HASNA ALAOUI AKA HASNA JALAL jpd@mynylawyer.com

Jonathan E. Lauderbach

on behalf of Creditor MyMichigan Health jlauderbach@wnj.com

Jonathan Edward Danko

on behalf of Interested Party Marty Cole jdanko@tthlaw.com

Jonathan L. Lozano

on behalf of Creditor HealthONE jonathan.lozano@bracewell.com  mary.kearney@bracewell.com

Jonathan L. Lozano

on behalf of Creditor HSS Systems  LLC d/b/a Parallon Business Performance Group jonathan.lozano@bracewell.com, mary.kearney@bracewell.com

Jonathan Ray Carroll

on behalf of Creditor Pauline Gibbs jonathancarroll@jezicfirm.com

Jonathan Ray Carroll

on behalf of Plaintiff Pauline Gibbs jonathancarroll@jezicfirm.com

Joseph A Pack

on behalf of Creditor North Broward Hospital District d/b/a Broward Health joe@packlaw.com

Joseph P Caulfield

on behalf of Creditor Cedric Stewart jpc@miznerfirm.com

Joseph P Caulfield

on behalf of Creditor Eugene Miller jpc@miznerfirm.com

Joseph P Caulfield

on behalf of Creditor Lonnie Wright jpc@miznerfirm.com

Julian Preston Vasek

on behalf of Creditor Melissa Lammert jvasek@munsch.com  hvalentine@munsch.com,CourtMail@munsch.com

District/off: 0541-4
Date Rcvd: Apr 28, 2025

User: ADIuser
Form ID: ntctran

Page 16 of 24
Total Noticed: 261

Julian Preston Vasek

on behalf of Creditor Estate of Carl Martin jvasek@munsch.com  hvalentine@munsch.com,CourtMail@munsch.com

Julian Preston Vasek

on behalf of Creditor Ad Hoc Group of Colorado Tort Plaintiffs jvasek@munsch.com
hvalentine@munsch.com,CourtMail@munsch.com

Julian Preston Vasek

on behalf of Creditor Estate of Adison Reed jvasek@munsch.com  hvalentine@munsch.com,CourtMail@munsch.com

Julian Preston Vasek

on behalf of Creditor Estate of Savannah Poppell jvasek@munsch.com  hvalentine@munsch.com,CourtMail@munsch.com

Julie Anne Parsons

on behalf of Creditor The County of Hays  Texas jparsons@mvbalaw.com,
vcovington@mvbalaw.com;kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Beth Teicher

on behalf of Creditor McLaren Health Care Corporation and its affiliated entities jteicher@maddinhauser.com

Karen M Goodman

on behalf of Creditor Deborah K. Wagner jbradley@goodman-law.com

Katherine R Rosenfeld

on behalf of Interested Party Estate of Daruis Pizarro krosenfeld@ecbawm.com

Kenneth R Beams

on behalf of Creditor Vasilis Pozios kennethbeams@gmail.com

Khaled Alrabe

on behalf of Creditor Martin Vargas khaled@nipnlg.org

Kimberly A Bedigian

on behalf of Creditor Macomb County  Michigan kbedigian@sbplclaw.com

Kimberly A Bedigian

on behalf of Creditor County of Oakland  Michigan kbedigian@sbplclaw.com

Kimberly A Walsh

on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division and Texas Workforce Commission
bk-kwalsh@oag.texas.gov, sherri.simpson@oag.texas.gov

Kimberly A Walsh

on behalf of Creditor Texas Workforce Commission bk-kwalsh@oag.texas.gov  sherri.simpson@oag.texas.gov

Kimberly Anne Bartley

on behalf of Creditor LABORATORY CORPORATION OF AMERICA C/O KIMBERLY BARTLEY kbartley@ws-law.com
linda@ws-law.com

Kristen L Perry

on behalf of Creditor Select Medical Corporation kristen.perry@faegredrinker.com
kelly.olson@faegredrinker.com;danette.dykema@faegredrinker.com;cathy.greer@faegredrinker.com

Kristopher Aungst

on behalf of Creditor Maria & Hurtado Vendrell ka@paragonlaw.miami

Kristopher Aungst

on behalf of Attorney Kristopher Edward Aungst ka@paragonlaw.miami

Kyle S. Hirsch

on behalf of Creditor Adaptive Workforce Solutions  LLC kyle.hirsch@bclplaw.com,
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.co
m

Kyle S. Hirsch

on behalf of Creditor AB Staffing Solutions  LLC kyle.hirsch@bclplaw.com,
lisa.remus@bclplaw.com;catherine.russell@bclplaw.com;REC_KM_ECF_PHX@bclplaw.com;kyle-hirsch-6768@ecf.pacerpro.co
m

Laboni Hoq

on behalf of Creditor Martin Vargas laboni@hoqlaw.com

Leslie C Heilman

on behalf of Creditor Mount Nittany Medical Center  Mount Nittany Medical Center Health Services Inc. d/b/a Mount Nittany
Physician Group, and Centre County Cancer Center d/b/a Cancer Care Partnership heilmanl@ballardspahr.com,
roglenl@ballardspahr.com;vesperm@ballardspahr.com;friedmanm@ballardspahr.com

Louis G McBryan

on behalf of Creditor Scott Allen as Administrator of The Estate of Brady Allen  and Individually as Father of Brady Allen, and
Karen Allen Individually as Mother of Brady Allen lmcbryan@mcbryanlaw.com, amcleod@mcbryanlaw.com

Louis G McBryan

on behalf of Creditor Jennifer O'Neal  individually as the Surviving Spouse of Joshua Cain Capes, and Adel Tillman Capes, as

Administrator of the Estate of Joshua Cain Capes, deceased lmcbryan@mcbryanlaw.com, amcleod@mcbryanlaw.com

Louis G McBryan

on behalf of Creditor Marchelle Sharpe Nesbitt as Administrator of The Estate of Brittny Sharpe  and Individually as Mother of Brittny Sharpe lmcbryan@mcbryanlaw.com, amcleod@mcbryanlaw.com

Louis G McBryan

on behalf of Creditor Terri Lamb  as Administrator of the Estate of Ashley Asuncion, and Frank Asuncion, Jr., as the Surviving Spouse of Ashley Asuncion lmcbryan@mcbryanlaw.com, amcleod@mcbryanlaw.com

Louis G McBryan

on behalf of Creditor Ariel Hill  individually and as the next of kin of Clarence Manning, and Shirley Nelson as the Administrator of the Estate of Clarence Manning lmcbryan@mcbryanlaw.com, amcleod@mcbryanlaw.com

Louis M Bubala, III

on behalf of Creditor LAS VEGAS METROPOLITAN POLICE DEPARTMENT lbubala@kcnvlaw.com

Lucas Lyle Schneider

on behalf of Creditor Committee Statutory Unsecured Claimholders' Committee of Wellpath Holdings  Inc., et al. lucas.schneider@stinson.com, geoffrey.muckerman@stinson.com

Madeleine Hoss

on behalf of Creditor Effingham County mhoss@olivermaner.com

Marc R Ginsberg

on behalf of Creditor Daniel Myers marcginsberg@mg-trialattorneys.com

Marc R Ginsberg

on behalf of Creditor Gracienne Myers marcginsberg@mg-trialattorneys.com

Marcus Alan Helt

on behalf of Debtor Correctional Healthcare Companies  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com

Marcus Alan Helt

on behalf of Debtor Correctional Healthcare Holding Company  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com

Marcus Alan Helt

on behalf of Debtor Justice Served Health Holdings  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com

Marcus Alan Helt

on behalf of Interested Party Wellpath Community Care Management  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com

Marcus Alan Helt

on behalf of Debtor Zenova Telehealth  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com

Marcus Alan Helt

on behalf of Debtor CCS-CMGC Intermediate Holdings  Inc. mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com

Marcus Alan Helt

on behalf of Debtor HCS Correctional Management  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com

Marcus Alan Helt

on behalf of Debtor CCS-CMGC Intermediate Holdings 2  Inc. mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com

Marcus Alan Helt

on behalf of Debtor CHC Companies  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com

Marcus Alan Helt

on behalf of Debtor Harborview Center  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com

Marcus Alan Helt

on behalf of Debtor Physicians Network Association  Inc.. mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe

.com

Marcus Alan Helt

on behalf of Debtor Jessamine Healthcare  LLC mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Debtor Wellpath Education  LLC mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Debtor Missouri JSH Holdco  LLC mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Debtor Missouri JSH Manager  Inc. mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Defendant Wellpath LLC mhelt@mwe.com
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Debtor Wellpath Community Care Management  LLC mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Debtor Healthcare Professionals  LLC mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Debtor Alpine CA Behavioral Health HoldCo  LLC mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Debtor Wellpath CFMG  Inc. mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Debtor Wellpath Group Holdings  LLC mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Debtor Conmed Healthcare Management  LLC mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Debtor Wellpath Community Care Centers of Virginia  LLC mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Debtor CCS-CMGC Parent Holdings  LP mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Debtor Wellpath Holdings  Inc. mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Debtor Boynton Beach Florida Behavioral Health Hospital Company  LLC mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

on behalf of Debtor Behavioral Health Management Systems  LLC mhelt@mwe.com,
marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe
.com

Marcus Alan Helt

| | |
|---|---|
| | on behalf of Debtor Wellpath Hospital Holding Company  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Marcus Alan Helt | |
| | on behalf of Debtor 901 45th Street West Palm Beach Florida Behavioral Health Hospital Company  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Marcus Alan Helt | |
| | on behalf of Debtor Wellpath Recovery Solutions  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Marcus Alan Helt | |
| | on behalf of Debtor Zenova Management  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Marcus Alan Helt | |
| | on behalf of Debtor Missouri JDH Manager  Inc. mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Marcus Alan Helt | |
| | on behalf of Debtor Wellpath LLC mhelt@mwe.com marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Marcus Alan Helt | |
| | on behalf of Debtor Correct Care of South Carolina  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Marcus Alan Helt | |
| | on behalf of Debtor Wellpath SF Holdco  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Marcus Alan Helt | |
| | on behalf of Debtor Perimeter Hill RPA  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Marcus Alan Helt | |
| | on behalf of Debtor CCS-CMGC Parent GP  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Marcus Alan Helt | |
| | on behalf of Debtor WHC  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Marcus Alan Helt | |
| | on behalf of Debtor Wellpath Management  Inc. mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Marcus Alan Helt | |
| | on behalf of Debtor Wellpath Community Care Holdings  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Marcus Alan Helt | |
| | on behalf of Debtor WPMed  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Marcus Alan Helt | |
| | on behalf of Debtor Correct Care Holdings  LLC mhelt@mwe.com, marcus-helt-5389@ecf.pacerpro.com;jbishopjones@mwe.com;jacqueline-bishop-jones-0301@ecf.pacerpro.com;dnorthrop@mwe.com |
| Mark A Craige | |
| | on behalf of Creditor Deborah Young mark.craige@crowedunlevy.com  lisa.baker@crowedunlevy.com;ecft@crowedunlevy.com |
| Mark Alan Platt | |
| | on behalf of Creditor Consolidated City of Indianapolis and Marion County  Indiana mplatt@fbtlaw.com, dwilliams@fbtlaw.com;mluna@fbtlaw.com |
| Mark Alan Platt | |
| | on behalf of Creditor Marion County  Indiana Sheriff's Office mplatt@fbtlaw.com, dwilliams@fbtlaw.com;mluna@fbtlaw.com |

District/off: 0541-4
Date Rcvd: Apr 28, 2025
User: ADIuser
Form ID: ntctran
Page 20 of 24
Total Noticed: 261

| | |
|---|---|
| Mark H Ralston | on behalf of Creditor El Paso County  Colorado mralston@fishmanjackson.com, sjames@fjrpllc.com;ralstonlaw@gmail.com;LAWeisbruch@fjrpllc.com |
| Marty L Brimmage | on behalf of Creditor Ad Hoc Lender Group mbrimmage@akingump.com lmonreal@akingump.com;bkemp@akingump.com;apraestholm@akingump.com;txdocketing@akingump.com |
| Matthew Bradley Hodroff | on behalf of Creditor Hillel Shand matthew@peopledeservejustice.com |
| Matthew James Vaughn | on behalf of Creditor John Staudenmeier mvaughn@petersonmyers.com  mjvpleadings@petersonmyers.com |
| Matthew Scott Parmet | on behalf of Creditor Angela Hoyle matt@parmet.law  ecf@parmet.law |
| Matthew V Herron | on behalf of Creditor Michael Doyle tdossantos@herronlawapc.com |
| Matthew V Herron | on behalf of Creditor Kristen Allred tdossantos@herronlawapc.com |
| Matthew V Herron | on behalf of Creditor Victoria Klein tdossantos@herronlawapc.com |
| Matthew W. Bourda | on behalf of Creditor UMass Memorial HealthAlliance - Clinton Hospital  Inc. matthew@jonesmurray.com |
| Matthew W. Bourda | on behalf of Creditor UMass Memorial Medical Group  Inc. matthew@jonesmurray.com |
| Matthew W. Bourda | on behalf of Creditor UMass Memorial Medical Center  Inc. matthew@jonesmurray.com |
| Matthew W. Bourda | on behalf of Creditor UMass Memorial Health - Milford Regional Medical Center  Inc. matthew@jonesmurray.com |
| Matthew W. Bourda | on behalf of Creditor UMass Memorial Health - Harrington Hospital  Inc. matthew@jonesmurray.com |
| Matthew W. Bourda | on behalf of Creditor Health Alliance Home Health and Hospice  Inc. matthew@jonesmurray.com |
| Megan Aurelle Brewer | on behalf of Creditor Martin Vargas megan@tolchinimmigration.com |
| Megan Louise Tilton | on behalf of Creditor Allina Health System mtilton@bassford.com  jlavaque@bassford.com |
| Megan M Adeyemo | on behalf of Creditor Gordon Rees Scully Mansukhani  LLP madeyemo@grsm.com, asoto@grsm.com |
| Micah E. Marcus | on behalf of Debtor The Special Committee of the Board of Directors of CCS-CMGC Intermediate Holdings 2  Inc. at the Sole Direction of the Independent Directors mmarcus@mcdonaldhopkins.com, kmaze@mcdonaldhopkins.com |
| Michael LaRosa | on behalf of Creditor Diane Marie Funkhouser ml@larosalawfirm.com |
| Michael Douglas Napoli | on behalf of Creditor GEO International Holdings  LLC michael.napoli@akerman.com, Teresa.barrera@akerman.com;cindy.ferguson@akerman.com;masterdocketlit@akerman.com |
| Michael E. Megrey | on behalf of Creditor Diane Harris Willie mmegrey@woomerlaw.com |
| Michael Edward Collins | on behalf of Creditor Ascot Insurance Company mcollins@manierherod.com cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com |
| Michael Edward Collins | on behalf of Creditor Westchester Fire Insurance Company mcollins@manierherod.com cburu@manierherod.com;mbuchman@manierherod.com;dbouldin@manierherod.com |
| Michael Paul Seng | on behalf of Creditor Deandre Bradley mseng@uic.edu |
| Michael S Kimm | on behalf of Plaintiff Eunice Roman msk@kimmlaw.com |
| Michael S Kimm | on behalf of Plaintiff Estate of Albert Roman msk@kimmlaw.com |

District/off: 0541-4
Date Rcvd: Apr 28, 2025

User: ADIuser
Form ID: ntctran

Page 21 of 24
Total Noticed: 261

Nathan Q. Rugg
on behalf of Creditor Cassiday Schade LLP nathan.rugg@bfkn.com  james.tucker@bfkn.com

Nicholas Garcia
on behalf of Creditor Hall Booth Smith  P.C. ngarcia@hallboothsmith.com

Nicholas Zluticky
on behalf of Creditor Committee Statutory Unsecured Claimholders' Committee of Wellpath Holdings  Inc., et al.
nicholas.zluticky@stinson.com

Paige Smith
on behalf of Creditor Laquita Dunlap psmith@hmelegal.com  mforbes@hmelegal.com

Paige Smith
on behalf of Creditor Kerrie Hirte psmith@hmelegal.com  mforbes@hmelegal.com

Patricia Burgess
on behalf of Creditor JDY  Inc. d/b/a Regency Office Products pburgess@fbtlaw.com

Patricia Burgess
on behalf of Creditor JDY Inc.  N.A. pburgess@fbtlaw.com

Patrick H Dwyer
on behalf of Creditor N.S. pdwyer@pdwyerlaw.com

Patrick H Dwyer
on behalf of Creditor John David Peterson pdwyer@pdwyerlaw.com

Patrick H Dwyer
on behalf of Creditor Shawna Alexander pdwyer@pdwyerlaw.com

Patrick H Dwyer
on behalf of Creditor Estate of Gabriel Strickland pdwyer@pdwyerlaw.com

Patrick L Hughes
on behalf of Creditor Bell Ambulance  Inc. hughesp@haynesboone.com,
kenneth.rusinko@haynesboone.com;patrick.hughes@haynesboone.com;jodi.valencia@haynesboone.com

Patrick L Hughes
on behalf of Creditor MyMichigan Health hughesp@haynesboone.com
kenneth.rusinko@haynesboone.com;patrick.hughes@haynesboone.com;jodi.valencia@haynesboone.com

Patrick Matthew Buelna
on behalf of Creditor A.O. pbuelna@lawyersftp.com

Patrick Matthew Buelna
on behalf of Creditor Nia'Amore Monk pbuelna@lawyersftp.com

Patrick Matthew Buelna
on behalf of Creditor B.O. pbuelna@lawyersftp.com

Patrick Matthew Buelna
on behalf of Creditor The Estate of Maurice Monk pbuelna@lawyersftp.com

Patrick Matthew Buelna
on behalf of Creditor Lesley Overfield pbuelna@lawyersftp.com

Paul Anthony Ellis, Jr
on behalf of Creditor Samuel Randolph slg@sommerlawgroup.com

Paul Anthony Ellis, Jr
on behalf of Creditor Joesph Mrozek slg@sommerlawgroup.com

Paul Marc Rosenblatt
on behalf of Plaintiff Craig D. Owens  Sr. prosenblatt@kilpatricktownsend.com, rgriffis@ktslaw.com;moroberts@ktslaw.com

Paul Marc Rosenblatt
on behalf of Plaintiff Cobb County  Georgia prosenblatt@kilpatricktownsend.com, rgriffis@ktslaw.com;moroberts@ktslaw.com

Paul Marc Rosenblatt
on behalf of Creditor Craig D. Owens  Sr. prosenblatt@kilpatricktownsend.com, rgriffis@ktslaw.com;moroberts@ktslaw.com

Paul W Carey
on behalf of Creditor UMASS MEMORIAL MEDICAL CENTER  INC. pcarey@miricklaw.com

Paul W Carey
on behalf of Creditor HEALTHALLIANCE HOME HEALTH AND HOSPICE  INC. pcarey@miricklaw.com

Paul W Carey
on behalf of Creditor UMass Memorial Health Alliance pcarey@miricklaw.com

Paul W Carey
on behalf of Creditor UMASS MEMORIAL HEALTH - HARRINGTON HOSPITAL  INC. pcarey@miricklaw.com

Peter B. Ruddell
on behalf of Creditor Honigman LLP pruddell@honigman.com

R. J. Shannon
on behalf of Creditor Ad Hoc Group of Tort Claimants Represented by Shannon & Lee LLP rshannon@shannonleellp.com
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon
on behalf of Creditor Smith Plaintiffs rshannon@shannonleellp.com
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon
on behalf of Creditor Plaintiffs Indicated in Exhibit A rshannon@shannonleellp.com
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon
on behalf of Creditor Maxine Johnson rshannon@shannonleellp.com
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon
on behalf of Creditor The Estate of Jesus Eric Magana Plaintiffs rshannon@shannonleellp.com
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

R. J. Shannon
on behalf of Creditor Liza Pizarro rshannon@shannonleellp.com
rshannon@shannonleellp.com;7044075420@filings.docketbird.com

Raneen Ibrahim Abdelghani
on behalf of Creditor Andrew Poronto raneen.abdelghani@chamberlainlaw.com

Reagan H. Tres Gibbs, III
on behalf of Creditor Bob Barker Company  Inc. tgibbs@cokinoslaw.com, kwaller@cokinoslaw.com

Rebecca Lynn Matthews
on behalf of Creditor Virsys12 LLC rmatthews@fbtlaw.com  becky-matthews-7833@ecf.pacerpro.com

Rebecca Lynn Matthews
on behalf of Creditor JDY Inc.  N.A. rmatthews@fbtlaw.com, becky-matthews-7833@ecf.pacerpro.com

Richard D Villa
on behalf of Creditor Dell Financial Services L.L.C. villa@slollp.com  prentice@slollp.com

Richard T. Madurski
on behalf of Creditor Omar Rivera rmadurski@njatty.com

Robert Bernard Bruner
on behalf of Interested Party UBS AG  Stamford Branch bob.bruner@nortonrosefulbright.com

Robert P Franke
on behalf of Creditor Sodexo  Inc. bfranke@clarkhill.com, malvarez@clarkhill.com;ahornisher@clarkhill.com

Roma N Desai
on behalf of Interested Party Texas Medical Board roma.desai@oag.texas.gov

Ross Marshall Chinitz
on behalf of Creditor STARR Surplus Lines Insurance Company ross.chinitz@starrcompanies.com

Rozanne M. Giunta
on behalf of Creditor MyMichigan Health rgiunta@wnj.com  scardinal@wnj.com

Rujuta Nandgaonkar
on behalf of Creditor Kevin Morgan rujuta@mitchelllawsf.com

Rujuta Nandgaonkar
on behalf of Creditor Dario Ceragioli rujuta@mitchelllawsf.com

Ryan E Chapple
on behalf of Creditor Amber Griggin on behalf of Faith Griffin rchapple@cstrial.com
notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
on behalf of Creditor Cedric Burton  as Administrator of the Estate of James Merritt Byrd rchapple@cstrial.com,
notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
on behalf of Creditor Jasman Maxwell on behalf of Ladriqua Maxwell rchapple@cstrial.com
notifications@cstrial.com;corozco@cstrial.com

Ryan E Chapple
on behalf of Creditor Jasman Maxwell on behalf of Akashia Maxwell rchapple@cstrial.com
notifications@cstrial.com;corozco@cstrial.com

Ryan James Barbur

on behalf of Creditor 1199SEIU United Healthcare Workers East rbarbur@levyratner.com

S. Lee Whitesell

on behalf of Creditor Richard Reichart lee.whitesell@hoganlovells.com  layla.walker@hoganlovells.com

Sara K Morgan

on behalf of Creditor Regional One Health sara.morgan@bassberry.com  bankr@bassberry.com

Scott Andron

on behalf of Creditor Broward County sandron@broward.org  swulfekuhle@broward.org

Scott Lawrence Damich

damichs@michigan.gov

Shannah L. Colbert

on behalf of Creditor UMASS MEMORIAL MEDICAL CENTER  INC. scolbert@miricklaw.com

Shannah L. Colbert

on behalf of Creditor UMASS MEMORIAL HEALTH - HARRINGTON HOSPITAL  INC. scolbert@miricklaw.com

Shannah L. Colbert

on behalf of Creditor UMass Memorial Health Alliance scolbert@miricklaw.com

Shannah L. Colbert

on behalf of Creditor HEALTHALLIANCE HOME HEALTH AND HOSPICE  INC. scolbert@miricklaw.com

Stacy Tolchin

on behalf of Creditor Martin Vargas stacy@tolchinimmigration.com

Stephen Matthew Pezanosky

on behalf of Creditor Raquel S. Lande stephen.pezanosky@haynesboone.com  kim.morzak@haynesboone.com

Steven J. Rosenberg

on behalf of Creditor Andrew P. Ho sjrosenberg@gct.law

Susan Tran Adams

on behalf of Creditor Estate of Angela Majoor stran@ts-llp.com
stran@ts-llp.com;corraltransinghllp@jubileebk.net;ecf@mpatellaw.com

Susan B Hersh

on behalf of U.S. Trustee US Trustee susan.hersh@usdoj.gov  assistant@susanbhershpc.com

Susan N Goodman

on behalf of Health Care Ombudsman Susan N Goodman sgoodman@pivothealthaz.com  pivothealthaz@gmail.com

Susan N Goodman

on behalf of Health Care Ombudsman Susan N. Goodman sgoodman@pivothealthaz.com  pivothealthaz@gmail.com

T. Josh Judd

on behalf of Creditor Sonya Cypress  as Personal Representative of the State of Aaron Cypress, Ahlena Cypress, Ahlania Cypress, and Aaron Cypress, Natural Children of Aaron Cypress jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd

on behalf of Creditor Robert Moberg for Deceased Son  Corbin Moberg jjudd@andrewsmyers.com, sray@andrewsmyers.com

T. Josh Judd

on behalf of Creditor Valerie Tobia  as Personal Representative of the Estate of Joseph Kirk, and on Behalf of the Lawful Survivor, to wit: J.K., a Natural Minor Child jjudd@andrewsmyers.com, sray@andrewsmyers.com

Tara L Grundemeier

on behalf of Creditor Harris County ESD #60 houston_bankruptcy@lgbs.com

Tara L Grundemeier

on behalf of Creditor Harris County ESD #02 houston_bankruptcy@lgbs.com

Tara L Grundemeier

on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com

Thomas Joseph Madigan, II

on behalf of Creditor The Administrators of the Tulane Education Fund tmadigan@shergarner.com  rbailey@shergarner.com

Thomas Tillman McClendon

on behalf of Creditor TMG Gases  Inc. d/b/a EspriGas tmcclendon@joneswalden.com,
tvuncannon@joneswalden.com;bdernus@joneswalden.com;dmanzo@joneswalden.com;cparker@joneswalden.com

Timothy J Gardner

on behalf of Creditor Marchelle Sharpe-Nesbitt tjg@gardnertrialattorneys.com  lsb@gardnertrialattorneys.com

Torreya Lynn Hamilton

on behalf of Creditor Amber Hirsch tlh@thehamiltonlawoffice.com

Trinitee Gale Green

on behalf of Creditor Advocate Health  Inc. and Its Affiliates tggreen@polsinelli.com

Ty Clarke
 on behalf of Creditor A.O. tclarke@lawyersftp.com

Ty Clarke
 on behalf of Creditor B.O. tclarke@lawyersftp.com

Ty Clarke
 on behalf of Creditor Lesley Overfield tclarke@lawyersftp.com

Ty Clarke
 on behalf of Creditor The Estate of Maurice Monk tclarke@lawyersftp.com

Ty Clarke
 on behalf of Creditor Nia'Amore Monk tclarke@lawyersftp.com

Tyler G Doyle
 on behalf of Creditor South Correctional Entity tgdoyle@bakerlaw.com  mvanhorn@bakerlaw.com,jhuitt@bakerlaw.com

Tyler Nathaniel Layne
 on behalf of Creditor Tattnall Hospital Company  LLC tyler.layne@hklaw.com,
 tina.boone@hklaw.com;annmarie.jezisek@hklaw.com

Tyler Nathaniel Layne
 on behalf of Creditor Brazos Valley Physicians Organization MSO  LLC tyler.layne@hklaw.com,
 tina.boone@hklaw.com;annmarie.jezisek@hklaw.com

US Trustee
 USTPRegion07.HU.ECF@USDOJ.GOV

Weldon Leslie Moore, III
 on behalf of Creditor Dominion Energy South Carolina  Inc. wmoore@csmlaw.net,
 prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

Weldon Leslie Moore, III
 on behalf of Creditor San Diego Gas and Electric Company wmoore@csmlaw.net
 prussell1965@hotmail.com;lifelongproducts@sbcglobal.net

William D Schroeder, Jr
 on behalf of Creditor Alonzo Wallace schroeder@jrlaw.org  healey@jrlaw.org

William D Schroeder, Jr
 on behalf of Creditor Marquese Gaines schroeder@jrlaw.org  healey@jrlaw.org

William H Kroll
 on behalf of Creditor Duke University Health System  Inc. 11705@notices.nextchapterbk.com, mindy@eghlaw.com

William Ross Spence
 on behalf of Creditor Hannah Stadler McFadden ross@rossspence.com  brittany@rossspence.com

Yana Gayane Henriks
 on behalf of Creditor C. G. yhenriks@law-mh.com
 1457576420@filings.docketbird.com;jlan@law-mh.com;cmartin@law-mh.com

Yana Gayane Henriks
 on behalf of Creditor Maria Elena Garcia yhenriks@law-mh.com
 1457576420@filings.docketbird.com;jlan@law-mh.com;cmartin@law-mh.com

Yana Gayane Henriks
 on behalf of Creditor Adrieana Garcia yhenriks@law-mh.com
 1457576420@filings.docketbird.com;jlan@law-mh.com;cmartin@law-mh.com

Yana Gayane Henriks
 on behalf of Creditor Gloria Garcia yhenriks@law-mh.com
 1457576420@filings.docketbird.com;jlan@law-mh.com;cmartin@law-mh.com

Yana Gayane Henriks
 on behalf of Creditor J. G. yhenriks@law-mh.com
 1457576420@filings.docketbird.com;jlan@law-mh.com;cmartin@law-mh.com

Yelena Archiyan
 on behalf of Creditor Wellstar Health System  Inc. yelena.archiyan@katten.com

Yelena Archiyan
 on behalf of Creditor Wellstar MCG Health  Inc. yelena.archiyan@katten.com

Young K Park
 on behalf of Creditor Maria Duncan young@justiceforworkers.com

Zachary Hemenway
 on behalf of Creditor Committee Statutory Unsecured Claimholders' Committee of Wellpath Holdings  Inc., et al.
 zachary.hemenway@stinson.com


TOTAL: 353