United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 08, 2025
Nathan Ochsner, Clerk

**IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-90533 |
| WELLPATH HOLDINGS, INC., *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER SETTING HEARING

The Court will conduct a hearing to consider Creditor Kenneth Pitts' (85938) Proposed Order (Docket No. 2632) at **2:00 PM on May 20, 2025,** at Courtroom 400, 515 Rusk, Houston, TX 77002. To join by Telephone and Video Conference, see the Court's web page for instructions: https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-alfredo-r-perez.

**Telephonic Participation**
Dial-in Telephone No: 832-917-1510
Conference Code: 282694

**Video Participation**
https://meet.goto.com/JudgePerez

GoToMeeting is for case participants and their representatives only. Members of the public and media may utilize the Court's audio facility in non-trial proceedings that don't involve witness testimony.

Audio connections by phone are required for all video participants.

SIGNED 05/08/2025

_____
Alfredo R Pérez
United States Bankruptcy Judge