United States Courts
Southern District of Texas
FILED

MAY 08 2025

Nathan Ochsner, Clerk of Court

IN THE
UNITED STATES BANKRUPTCY COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

In re.: WELLPATH HOLDINGS, INC., et. al.

Claim 572

Case #: 24-90533 (ARP)

## SUPPLIMENT TO VOTER'S BALLOT

Comes now, ROBERT CURTIS FINCH to clarify the reason he voted yes to the reorganization plan. The reason his vote was yes is because he believes that the insurance coverage of WELLPATH... is considered to be seperate the benefitial trust in business under the plan, something which the Committee misunderstands. If the insurance doesn't pay seperately and the claimants only receive 0.8 to 12% of the benefitial interest including insurance and not the insured amount plus 0.8 to 12% of the trust in business, the trust in business which could be zero, then he votes <u>NO</u>.

Under the insurance policies held by WELLPATH... he is entitled to $73,000,000:

Under the 2020-21 ProAssurance policy, he is entitled to $5,000,000 plus $5,000,000 aggregated.

Under the 2020-21 Coverys Specialty Insurance Company policy, he is entitled to $5,000,000 and $5,000,000 aggregated.

Under the 2020-21 Scottdale policy, he is entitled to $10,000,000 and $10,000,000 aggregated.

Under the 2021-22 Scottsdale policy, he is entitled to $3,000,000 - no aggregated.

Under the Allied World Assurance Company (U.S.) Inc. policy, he is entitled $2,000,000 - no aggregated - 2021-22.

Under the 2021-22 National Fire + Marine Insurance Company policy, he is entitled $3,000,000 - no aggregated.

Under the 2021-22 Scottsdale policy, he is entitled $7,000,000 - no aggregated.

Under the 2022-23 Scottsdale policy, he is entitled $3,000,000 - no aggregated.

Under the 2022-23 Allied World Assurance Company (U.S.) Inc. policy, he is entitled $2,000,000 - no aggregated.

Under the 2022-23 National Fire + Marine Insurance Company policy, he is entitled to $3,000,000 - no aggregated.

Under the 2nd 2022-23 Scottsdale policy, he is entitled to $7,000,000 - no aggregated.

I don't believe that any other policies apply, but I ask that Judge Pérez review them to see.

To close this suppliment, I request that Judge Pérez secure the insurance payouts before excepting my vote to be yes to the plan. I only vote yes if insurance coverage is seperate the benefitial trust and is to pay.

## Affidavit of Service

I, ROBERT CURTIS FINCH have served Marcus A. Helt with this Suppliment.

Sworn to before Judge Alfredo R. Pérez.

April 6, 2025

*Robert C. Finch*
ROBERT CURTIS FINCH
10995 Newington Hwy.,
Newington, GA 30446

The one colony of bees I have are doing pretty good. They've already produced a 40+ pound harvest for the year. The only problem is that the IRS cheats farmers on their taxes.






Robert [illegible]
10995 Newington Hwy
Newington GA 30446

ATLANTA GA RPDC 302
5 MAY 2025 PM 9 L

U.S. Bankruptcy Court
Houston Division
515 Rusk Street
Houston, Texas 77002

77002-260099

FILED
MAY 08 2025
United States Courts
Southern District of Texas
Nathan Ochsner, Clerk of Court