IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § <br> § <br> **WELLPATH HOLDINGS, INC.,** *et al.*,[1] § <br> § <br> Debtors. § <br> § <br> § | **Chapter 11** <br><br> **Case No. 24-90533-ARP** <br><br> **(Jointly Administered)** |

**NOTICE PURSUANT TO FED. R. BANKR. P. 2015.1
OF PATIENT CARE OMBUDSMAN REPORT**

Pursuant to Fed. R. Bankr. P. 2015.1, Susan N. Goodman, the Patient Care Ombudsman ("**PCO**") serving in the above-captioned jointly administered cases, provides this notice that she will file a final report as soon as possible, and, in any event, no later than May 19, 2025, as required by 11 U.S.C. § 333 and the November 19, 2024, *Notice of Appointment of Patient Care Ombudsman Under 11 U.S.C. § 333* at Docket No. 110.

Requests for report copies may be directed to the PCO at the address below after the filing date, requested through wellpathbkpco@pivothealthaz.com, or can be found posted at: https://dm.epiq11.com/case/wpt/dockets.

Dated: May 9, 2025.

                                        **KANE RUSSELL COLEMAN LOGAN PC**

                                        By: */s/ J. Casey Roy*
                                        J. Casey Roy
                                        State Bar No. 00791578
                                        401 Congress Ave, Ste 2100
                                        Austin, TX 78701
                                        Telephone: 512-487-6572
                                        Email: croy@krlc.com

                                        **COUNSEL TO PATIENT CARE
                                        OMBUDSMAN SUSAN N. GOODMAN**

---

[1] A complete list of Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

Page 1

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a copy of the foregoing was filed and served by electronic means to all parties requesting notice via ECF on the 9th day of May, 2025.

*/s/ J. Casey Roy*
J. Casey Roy