United States Courts
Southern District of Texas
F I L E D

MAY 0 9 2025

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISON

IN RE:

WELLPATH HOLDINGS, INC., et al.,

Debtors.

CASE NO: 24-90533

JURY DEMAND

Jointly Administered

CHAPTER 11

## MOTION AND ORDER SETTING HEARING FOR ALL PARTIES THE

## ALTERNATIVE DISPUTE RESOLUTION COMMITTEE

Claimants/Creditors respectful request that The Court conduct a time for hearing to consider all Of the complaints including the Creditor JOHN OLIVER JACKSON(Claim Number:2692) Acknowledgement of Receipt Of Proof Of Claim, on April 10, 2025, set by this Court by Video Conference in the Florida Civil Commitment Visitor's Park on set date by this Court on April 20, 2025, at 2:00P.M. at Courtroom 400, 515 Rusk, Houston, TX 77002. To join by Telephone and Video Conference.

Telephonic Participation

Dial-in Telephone No: (832)917-1510

Audio Video Participation

Audio connections by phone are required for all video participants

SIGNED ON _____,2025

Alfredo R. Perez, United States Bankruptcy Judge

23

JOHN OLIVER JACKSON FCCC NO. 991435
FLORIDA CIVIL COMMITMENT CENTER
13619 S. E. Hwy 70
ARCADIA, FLORIDA 34266

RECEIVED
MAY 05 2025
FL. Civil Commitment Ctr.
MAILROOM

**LEGAL MAIL**

TAMPA FL 335
ST PETERSBURG FL
6 MAY 2025 AM 5 L

United States Courts
Southern District of Texas
FILED
MAY 09 2025
Nathan Ochsner, Clerk of Court

CLERK OF THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON, DIVISION
COURT ROOM 400, 4TH FLOOR, 515 RUSK STREET, HOUSTON, TEXAS 77002

77002-999955