In re: Wellpath Holdings Inc., et al
Case # 24-90533

To whom it may concern,

My name is Peyton Sisson ADC #172211, and I am making corespondence in requesting motion for Relief from Stay.

I have a federal case that is active in the district court, case no. 3:25-CV-0070-DPM-PSH

Thank you, God Bless

Peyton Sisson
ADC # 172211
300 Corrections Dr
Newport Ar 72112
Grimes Unit.

United States Courts
Southern District of Texas
FILED

MAY 09 2025

Nathan Ochsner, Clerk of Court