**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>WELLPATH HOLDINGS, INC., *et al.*,[1]<br><br>Post-Restructuring Debtors. | Chapter 11<br><br>Case No. 24-90533 (ARP)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 2680** |

**CERTIFICATE OF SERVICE**

I, JACK LAWRENCE, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with its principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On May 9, 2025, I caused to be served the "Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Administrative Claims Bar Date," dated May 9, 2025 [Docket No. 2680], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A and to 173 parties whose names and addresses are confidential and therefore not included, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: “LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT.”

*/s/ Jack Lawrence*
Jack Lawrence

[1] A complete list of the Post-Restructuring Debtors (as defined in the Plan) in these chapter 11 cases may be obtained on the website of the Post-Restructuring Debtors’ claims and noticing agent at https://dm.epiq11.com/Wellpath. The Post-Restructuring Debtors’ service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ALPINE CA BEHAVIORAL HOLDCO, LLC | 2120 ALPINE BLVD ALPINE CA 91901 |
| AU MEDICAL CENTER INC. | 1120 15TH STREET BA-2612 AUGUSTA GA 30912 |
| BROWARD HEALTH | MANAGED CARE DEPARTMENT 1608 S.E. 3RD AVENUE, SUITE 508 FORT LAUDERDALE FL 33316 |
| BROWARD HEALTH MEDICAL CENTER | ATTN: PRESIDENT/CEO/GENERAL COUNSEL 1800 NW 49TH STREET, SUITE 100 FORT LAUDERDALE FL 33309 |
| CRISP REGIONAL HOSPITAL | 902 7TH ST N CORDELE GA 31015 |
| FLORIDA HOSPITAL WATERMAN | 1000 WATERMAN WAY TAVARES FL 32778-5266 |
| FRESNO COMMUNITY HOSPITAL AND MEDICAL CENTER | 2823 FRESNO ST FRESNO CA 93721-1324 |
| HCA FLORIDA NORTHWEST HOSPITAL | 2801 N STATE RD 7 MARGATE FL 33063-5596 |
| MEDICAL CENTER OF CENTRAL GEORGIA, INC. | 777 HEMLOCK ST MACON GA 31201 |
| MEMORIAL UNIVERSITY MEDICAL CENTER - SAVANNAH | 4700 WATERS AVE SAVANNAH GA 31404-6220 |
| NORTHERN MARIANA ISLANDS ATTORNEY GENERAL | ATTN: EDWARD MANIBUSAN CALLER BOX 10007 SAIPAN MP 96950-8907 |
| OFFICE OF THE UNITED STATES ATTORNEY FOR THE | SOUTHERN DISTRICT OF TEXAS, WELLS FARGO PLAZA, 1000 LOUISIANA ST #2300 HOUSTON TX 77002 |
| PHOEBE PUTNEY MEMORIAL HOSPITAL | 417 W 3RD AVE ALBANY GA 31701-1943 |
| PIEDMONT AUGUSTA HOSPITAL | 1350 WALTON WAY AUGUSTA GA 30901-2612 |
| ROSS, SMITH & BINFORD, PC | (COUNSEL TO THE PCO) JOHN CASEY ROY 2901 VIA FORTUNA BLDG. 6, SUITE 450 AUSTIN TX 78746 |
| SELECT SPECIALTY HOSPITAL - AUGUSTA INC. | 1537 WALTON WAY AUGUSTA GA 30904-3764 |
| SHAWN KITCHEN | 116 BOULEVARD OF THE ALLIES O'BRIEN COLEMAN & WRIGHT LLC PITTSBURGH PA 15222 |
| SPALDING REGIONAL HOSPITAL, INC. | 601 S 8TH ST GRIFFIN GA 30224-4213 |
| ST. JOSEPH MERCY HOSPITAL | 5301 E HURON RIVER DR ANN ARBOR MI 48106-0993 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN: FAINU'ULELEI FALEFATU ALA'ILIMA-UTU AMERICAN SAMOA GOV'T, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | CONSUMER PROTECTION SECTION ATTN: BANKRUPTCY NOTICES 455 GOLDEN GATE AVE., STE. 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF NORTH CAROLINA ATTORNEY | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |

| Claim Name | Address Information |
|---|---|
| GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| THE MEDICAL CENTER | 710 CENTER ST COLUMBUS GA 31901-1527 |

**Total Creditor count: 42**

# EXHIBIT B

| Creditor Name | Email Address |
|---|---|
| AKERMAN LLP | michael.napoli@akerman.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | salberino@akingump.com; mbrimmage@akingump.com; kdoorley@akingump.com; taylorb@akingump.com |
| ANTONINO BILLANTE | jamie@aswtlawyers.com |
| BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG LLP | nathan.rugg@bfkn.com; alexander.berk@bfkn.com |
| BENESCH FRIEDLANDER, COPLAN & ARONOFF LLP | jgentile@beneschlaw.com |
| BONDS ELLIS EPPICH SCHAFER JONES LLP | aaron.guerrero@bondsellis.com; bryan.prentice@bondsellis.com |
| Broward County Attorney | sandron@broward.org |
| BROWARD HEALTH MEDICAL CENTER | credentials@browardhealth.org |
| BROWARD HEALTH NORTH | credentials@browardhealth.org |
| BRYAN CAVE LEIGHTON PAISNER LLP | kyle.hirsch@bclplaw.com; jarret.hitchings@bclplaw.com |
| Buchalter, A Professional Corporation | jgarfinkle@buchalter.com |
| CAHILL GORDON & REINDEL LLP | jwishnew@cahill.com; jlevitin@cahill.com |
| CARDINALE FAYARD, APLC | paul.cardinale@cardinalefayardlaw.com; greg.fayard@cardinalefayardlaw.com; vloumber@gavrilovlaw.com; bnettels@gavrilovlaw.com; |
| CLARK HILL PLC | Dbrescia@clarkhill.com |
| COKINOS \| YOUNG | cpower@cokinoslaw.com; tgibbs@cokinoslaw.com; emyles@cokinoslaw.com |
| CORRECT RX PHARMACY SERVICES, INC. | accountsreceivable@correctrxpharmacy.com |
| CROWE & DUNLEVY | mark.craige@crowedunlevy.com |
| DIAMOND DRUGS, INC. | mshawley@diamondpharmacy.com; gsleis@diamondpharmacy.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| FAEGRE DRINKER BIDDLE & REATH LLP | kristen.perry@faegredrinker.com; joseph.argentina@faegredrinker.com |
| VARTABEDIAN HESTER & HAYNES LLP | jeff.prostok@vhh.law; blake.berryman@vhh.law |
| FROST BROWN TODD LLP | rmatthews@fbtlaw.com; pburgess@fbtlaw.com |
| GOLAN CHRISTIE TAGLIA LLP | ddloving@gct.law; sjrosenberg@gct.law; skdunkley@gct.law; ddsamz@gct.law |
| Gordon Rees Scully Mansukhani, LLP | madeyemo@grsm.com |
| HINSHAW & CULBERTSON, LLP | bzeeck@hinshawlaw.com; jshadid@hinshawlaw.com |

| Creditor Name | Email Address |
|---|---|
| JANELLE BUTTERFIELD | john@johndevlinlaw.com |
| KATTEN MUCHIN ROSENMAN LLP | Yelena.archiyan@katten.com |
| KESSLER COLLINS, PC | Hrubin@kesslercollins.com |
| LABORATORY CORPORATION OF AMERICA | cashposters@labcorp.com |
| Law Offices of Greg W. Garrotto | jjggarrotto@msn.com; greggarrotto@msn.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | dallas.bankruptcy@lgbs.com; austin.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com |
| MANIER & HEROD, PC | mcollinstrustee@manierherod.com; mbuchman@manierherod.com |
| MCCREARY, VESELKA, BRAGG & ALLEN, P.C. | jparsons@mvbalaw.com |
| MCKESSON MEDICAL - SURGICAL INC. | mms.eft@mckesson.com |
| MCLAREN GREATER LANSING | contact@mclaren.org |
| MehaffyWeber | HollyHamm@mehaffyweber.com; BlakeHamm@mehaffyweber.com |
| Munsch Hardt Kopf & Harr, P.C. | jcornwell@munsch.com; bfunk@munsch.com; arperez@munsch.com |
| NORTON ROSE FULBRIGHT US LLP | bob.bruner@nortonrosefulbright.com; maria.mokrzycka@nortonrosefulbright.com |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | administration@oagguam.org |
| Office of the Attorney General of Texas | roma.desai@oag.texas.gov; stephanie.eberhardt@oag.texas.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | ha.nguyen@usdoj.gov |
| PADFIELD & STOUT LLP | carisco@padfieldstout.com |
| PARMET PC | matt@parmet.law |
| PHARMACORR, LLC | jason.sievers@pharmacorr.com |
| PIVOT HEALTH LAW, LLC | sgoodman@pivothealthaz.com; pivothealthaz@gmail.com |
| PRIME HEALTHCARE FOUNDATION, INC. | info@primehealthcare.com |
| PROSKAUER ROSE LLP | brosen@proskauer.com; ebarak@proskauer.com; ddesatnik@proskauer.com; ppossinger@proskauer.com |
| PUBLIC JUSTICE | jaosorno@publicjustice.net |
| SHELBY CO HEALTHCARE CORP DBA REGIONAL ONE HEALTH | kericksen@regionalonehealth.org |
| SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C. | tmadigan@shergarner.com |
| SONATA SOFTWARE NORTH AMERICA, INC. | dipannita.s@sonata-software.com |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ag@la.as.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | attorney.general@coag.gov |

| Creditor Name | Email Address |
|---|---|
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | bankruptcy@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | attorneygeneral@doj.nh.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | trish.lazich@ohioattorneygeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | donna.hope@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | attorneygeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | agbankcal@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | bankruptcy@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| STATE OF WISCONSIN ATTORNEY GENERAL | dojbankruptcynoticegroup@doj.state.wi.us |
| STINSON LLP | nicholas.zluticky@stinson.com; zachary.hemenway@stinson.com; lucas.schneider@stinson.com |
| THE WINTERS LAW GROUP LLC | jessica@thewinterslawgroup.com |
| TOGUT, SEGAL & SEGAL LLP | frankoswald@teamtogut.com |
| Troutman Pepper Hamilton Sanders LLP | evelyn.meltzer@troutman.com; dabney.carr@troutman.com; sarah.bures@troutman.com; chelsey.noble@troutman.com |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL | info@usvidoj.com |
| UP HEALTH SYSTEM - MARQUETTE | upmarquette@verisma.com |
| WICK PHILLIPS GOULD & MARTIN, LLP | catherine.curtis@wickphillips.com; jason.rudd@wickphillips.com |
| Texas Attorney General's Office | kimberly.walsh@oag.texas.gov |
| MEYERS, RODBELL & ROSENBAUM, P.A. | BDEPT@MRRLAW.NET |
| Bass, Berry & Sims PLC | pjennings@bassberry.com; eal-nimri@bassberry.com; sara.morgan@bassberry.com |

WELLPATH HOLDINGS, INC., *et al.*, Case No. 24-90533 (ARP)

Electronic Mail Core/2002/Top 30 Service List

| Creditor Name | Email Address |
|---|---|
| Waldron & Schneider, PLLC | kbartley@ws-law.com |
| MADDIN HAUSER ROTH & HELLER, P.C. | jteicher@maddinhauser.com |
| LIECHTY, MCGINNIS, BERRYMAN & BOWEN, LLP | DDenny@lmlawyers.com |
| U.S. Department of Justice | cortney.robinson@usdoj.gov; jae.won.ha@usdoj.gov |
| WARNER NORCROSS & JUDD, LLP | rgiunta@wnj.com; jlauderbach@wnj.com |
| CAVAZOS HENDRICKS POIROT, P.C. | aburns@chfirm.com |
| Andrews Myers, P.C. | jjudd@andrewsmyers.com |
| OLIVER MANER LLP | jmassee@olivermaner.com; mhoss@olivermaner.com |
| John Paul DeVerna ESQ PC | jpd@mynylawyer.com |
| LANDWEHR LAW FIRM, LLC | dtlandwehr@att.net |
| MCDERMOTT WILL & EMERY LLP | dgenender@mwe.com; mkelly@mwe.com |
| CLARK HILL PLC | bfranke@clarkhill.com; ahornisher@clarkhill.com |
| BROWN NIMEROFF LLC | jnimeroff@brownnimeroff.com |
| ATTORNEY GENERAL FOR THE STATE OF MICHIGAN | damichs@michigan.gov |
| Kenneth R. Beams | kennethbeams@gmail.com |
| McBRYAN, LLC | lmcbryan@mcbryanlaw.com |
| Drew Willey | Drew@Law-DW.com |
| TYRONE GLOVER LAW | helen@tyroneglover.com |
| Tran Singh LLP | stran@ts-llp.com |
| Carlton Fields, P.A. | aweiss@carltonfields.com |
| Fishman Jackson PLLC | mralston@fishmanjackson.com |
| Bass, Berry & Sims PLC | pjennings@bassberry.com |
| STEVENSON & BULLOCK, P.L.C. | cbullock@sbplclaw.com; ecrowder@sbplclaw.com; kbedigian@sbplclaw.com |
| Thomas, Thomas & Hafer, LLP | jlucy@tthlaw.com |
| William D. Schroeder, Jr. | schroeder@jrlaw.org |
| Katers & Granitz, LLC | kraasch@katersgranitz.com |
| FAEGRE DRINKER BIDDLE & REATH, LLP | Andrew.koehler@faegredrinker.com |
| Downey Brand LLP | jdreher@downeybrand.com |
| Ross Spence, PC | ross@rossspence.com |
| BASSFORD REMELE, P.A. | mtilton@bassford.com |
| DLA Piper LLP (US) | james.muenker@us.dlapiper.com; rachel.nanes@us.dlapiper.com |
| SANDERS ROBERTS LLP | erush@sandersroberts.com; teastmond@sandersroberts.com |
| Bradley Arant Boult Cummings LLP | rabdelghani@bradley.com |
| CAIN & SKARNULIS PLLC | rchapple@cstrial.com; tturner@cstrial.com |