Case 24-90533 Document 1836-1 Filed in TXSB on 03/17/25 Page 61 of 144
Case 24-90533 Document 2715 Filed in TXSB on 05/12/25 Page 1 of 8

Wellpath Holdings, Inc., *et al.*
Ballot for Class 6 (General Unsecured Claims)

PLAN WILL BE DEEMED TO HAVE EXPRESSLY, UNCONDITIONALLY, GENERALLY, INDIVIDUALLY, AND COLLECTIVELY CONSENTED TO THE RELEASE AND DISCHARGE OF ALL CLAIMS AND CAUSES OF ACTION AGAINST THE DEBTORS AND THE RELEASED PARTIES.

YOU WILL RECEIVE THE SAME TREATMENT ON ACCOUNT OF YOUR CLAIM(S) UNDER THE PLAN REGARDLESS OF WHETHER YOU ELECT TO NOT GRANT THE RELEASE CONTAINED IN ARTICLE IX.D OF THE PLAN. HOWEVER, BY ELECTING TO OPT OUT OF THE RELEASES SET FORTH IN ARTICLE IX.D OF THE PLAN, YOU WILL FOREGO THE BENEFIT OF OBTAINING THE RELEASES SET FORTH IN ARTICLE IX OF THE PLAN IF YOU ARE A RELEASED PARTY IN CONNECTION THEREWITH.

## UNLESS YOU CHECK THIS BOX, YOU MAY WAIVE YOUR RIGHTS AGAINST CERTAIN NON-DEBTORS

☑ **BY CHECKING THIS BOX, THE HOLDER OF THE CLAIMS IDENTIFIED IN ITEM 1 ELECTS TO OPT OUT OF THE THIRD-PARTY RELEASE AND KEEP ITS CLAIMS AGAINST CERTAIN NON-DEBTOR PARTIES.**

Article IX.G of the Plan provides for a release by the Debtors (the "**Debtor Release**"):

To the fullest extent permissible under applicable law, other than in the case of willful misconduct, gross negligence, or actual fraud (but not, for the avoidance of doubt, Avoidance Actions), each of the Debtors, the Post-Restructuring Debtors, Reorganized Wellpath, and their Estates, in each case in behalf of themselves and their respective successors, assigns, and representatives, and any and all other entities who may purport to assert any cause of action, directly or derivatively by, through, for, of because of the foregoing entities shall be deemed to have conclusively, absolutely, unconditionally, irrevocably, and forever, released and discharged each Released Party from any and all claims, interests, damages, remedies, causes of action, demands, rights, debts, actions, suits, obligations, liabilities, accounts, defenses, offsets, powers, privileges, licenses, liens, indemnities, guaranties, and franchises of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter existing, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, asserted or assertable, direct or derivative, matured or unmatured, suspected or unsuspected, in contract, tort, law, equity, or otherwise, including any derivative claims, asserted or assertable on behalf of any of the Debtors, Post-Restructuring Debtors, Reorganized Wellpath, or their Estates, that such entity would have been legally entitled to assert (whether individually or collectively), based on or relating to, or in any manner arising from, in whole or in part, the debtors, the company (including the capital

Case 24-90533   Document 1836-1   Filed in TXSB on 03/17/25   Page 60 of 144
Case 24-90533   Document 2715   Filed in TXSB on 05/12/25   Page 2 of 8

Wellpath Holdings, Inc., et al.
Ballot for Class 6 (General Unsecured Claims)

Item 1. Voting – Complete This Section.

| ITEM 1: PRINCIPAL AMOUNT OF CLAIMS | The undersigned hereby certifies that, as of the Voting Record Date, the undersigned was the holder (or authorized signatory for a holder) of Claim(s) in the Voting Class as set forth below (your "Claim"). You may vote to accept or reject the Plan. You must check the applicable box in the right-hand column below to "accept" or "reject" the Plan in order to have your vote in the Voting Class counted. |
|---|---|
| | Please note that you are voting all of your Claims in the Voting Class either to accept or reject the Plan. You may not split your vote in the Voting Class. If you do not indicate that you either accept or reject the Plan in the Voting Class by checking the applicable box below, your vote in the Voting Class will not be counted. If you indicate that you both accept and reject the Plan for the Voting Class by checking both boxes below, your vote in the Voting Class will not be counted. |
| | The holder of the Claims in the Voting Class set forth below votes to (*please check one and only one box per applicable Voting Claim*): |
| Class 6 – General Unsecured Claims | $160,000,000.00 <br> ☐ ACCEPT (VOTE FOR) THE PLAN <br> ☐ REJECT (VOTE AGAINST) THE PLAN |

Item 2. Important Information Regarding Releases, Exculpations, and Injunctions under the Plan.[2]

AS A HOLDER OF THE CLAIMS IN THE VOTING CLASS IDENTIFIED IN ITEM 1, YOU ARE A "RELEASING PARTY" UNDER THE PLAN AND ARE DEEMED TO PROVIDE THE THIRD-PARTY RELEASE CONTAINED IN ARTICLE IX.D OF THE PLAN, AS SET FORTH ABOVE. YOU MAY CHECK THE BOX BELOW TO ELECT NOT TO GRANT THE RELEASE CONTAINED IN ARTICLE IX.D OF THE PLAN. YOU WILL NOT BE CONSIDERED A "RELEASING PARTY" UNDER THE PLAN IF YOU CHECK THE BOX BELOW AND SUBMIT THE OPT OUT BY THE VOTING DEADLINE. YOU MAY ALSO VALIDLY OPT OUT OF THE RELEASES BY FILING AN OBJECTION TO THE RELEASES CONTAINED IN THE PLAN WITH THE BANKRUPTCY COURT PRIOR TO THE PLAN OBJECTION DEADLINE. THE ELECTION TO WITHHOLD CONSENT TO GRANT THE THIRD-PARTY RELEASE IS AT YOUR OPTION. ALL HOLDERS OF CLAIMS THAT DO NOT ELECT TO OPT OUT OF THE PROVISIONS CONTAINED IN ARTICLE IX OF THE

---

[2] The Plan provisions referenced herein are for summary purposes only and do not include all provisions of the Plan that may affect your rights. If there is any inconsistency between the provisions set forth herein and the terms of the Plan, the terms of the Plan shall govern. Please read the Plan carefully before completing this Ballot.

claims or interests; (4) asserting any right of setoff, subrogation, or recoupment of any kind against any obligation due from such Entities or against the property of such Entities on account of or in connection with or with respect to any such claims or interests unless such Holder has Filed a motion requesting the right to perform such setoff on or before the Effective Date, and notwithstanding an indication of a claim or interest or otherwise that such Holder asserts, has, or intends to preserve any right of setoff pursuant to applicable law or otherwise; and (5) commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any such claims or interests released or settled pursuant to the Plan; *provided*, that, for the avoidance of doubt, Article IX.F of the Plan shall not apply to parties that timely opt out of the Third-Party Release to preserve their claims against the Released Parties.

Item 2.     Certifications.

By signing this Opt Out Form, the undersigned certifies to the Bankruptcy Court and the Debtors the following:

(a) as of the Voting Record Date, the undersigned was the holder (or authorized signatory for a holder) of the Claims;

(b) the Entity (or in the case of an authorized signatory, the holder) has received a copy of the *Notice of Non-Voting Status and Opt Out of Releases to Holders of Unimpaired Claims Conclusively Deemed to Accept the Plan* and that this Opt Out Form is made pursuant to the terms and conditions set forth therein;

(c) the Entity (or in the case of an authorized signatory, the holder) has submitted the same respective election concerning the releases with respect to all Claims in a single Class; and

(d) no other Opt Out Form has been submitted or, if any other Opt Out Forms have been submitted with respect to such Claims, then any such earlier Opt Out Forms are hereby revoked.

Name of Holder: William Charles Tinker Jr
           (print or type)

Signature: William C Tinker Jr

Name of Signatory: _____
           (if other than Holder)

Title: President Claimant FCCC

Address: 13619 SE Highway 70 Arcadia Fla 34266

United States Courts
Southern District of Texas
FILED
MAY 12 2025
Nathan Ochsner, Clerk of Court

13

| | |
|---|---|
| | William C Tinker Jr |
| Telephone Number: | 603-573-6480 |
| Email: | |
| Date Completed: | 4/24/2025 |

*IF YOU HAVE MADE THE OPTIONAL OPT OUT ELECTION, PLEASE COMPLETE, SIGN, AND DATE THIS OPT OUT FORM AND RETURN IT PROMPTLY BY ONLY ONE OF THE METHODS BELOW.*

By first class mail, overnight courier, or hand delivery to:

Wellpath Holdings, Inc.
c/o Epiq Ballot Processing
P.O. Box 4422 Beaverton, OR 97076-4422

By overnight courier, or hand delivery to:

Wellpath Holdings, Inc. Ballot Processing
c/o Epiq Ballot Processing
10300 SW Allen Boulevard
Beaverton, OR 97005

If you would like to coordinate hand delivery of your Opt Out Form, please email WellpathInfo@epiqglobal.com and provide the anticipated date and time of your delivery.

OR

By electronic, online submission:

Please visit http://dm.epiq11.com/Wellpath (the "E-Opt Out Portal"). Click on the "E-Opt Out" link under the Case Actions section of the website and follow the instructions to submit your Opt Out Form.

The Claims and Solicitation Agent's E-Opt Out Portal is the sole manner in which Opt Out Forms will be accepted via electronic or online transmission. Opt Out Forms submitted by facsimile, email, or other means of electronic transmission will not be counted.

Parties that submit their Opt Out Form using the E-Opt Out Portal should NOT also submit a paper Opt Out Form.

14

Declaration of Claim

I AM A FLORIDA CIVIL COMITMENT CENTER CLAIMANT TO SUIT SO FILED IN THE BANKRUPTCY COURT *CASE NO. 24-90533(ARP) 24-90565 (ARP)* AND AS SUCH DO SEEK CLASS RECOGNITION AND PARTICIPATION IN THE *ALTERNATIVE DISPUTE RESOLUTION SETTLEMENT AGREEMENT* WHEN AND AS SUBMITTED. UPON FILING OF THIS NOTICE I DO DECLARE THAT THE MATTERS ARE TRUE AND CORRECT AS STATED AND THAT I CONSENT TO THE FORMING OF THE ALTERNATIVE DISPUTE RESOLUTION COMMITTEE (ADRC) AS STATED IN THE PROFFER AND THAT THE NEGOTIATING TERMS ARE SO STATED AND UPON MY COMMON CONSENT ARE SO LITIGATED AS STATED.

DATED: THIS 24th day of APRIL 2025

Respectfully Submitted,

*William C. Junker* (signature)

FLORIDA CIVIL COMMITMENT CENTER
13619 S.E. HWY 70
ARCADIA FLORIDA 34266

## DECLARATION OF PRIOR CLAIMS

In accordance with 768.28 (6) (c) of the Florida Statute, the claimant in the above styled case, do provide the following information:

Full Name: William Charles Tinker Jr.   Date of Birth: 10/28/67

Place of Birth: Franklin V.T.

The claimant therefore, declares that I DO  I DO NOT have additional claims in excess of $200.00, *at the time* of submitting this information provided herein and that all said claims are so related.

The plaintiff hereby certifies the foregoing is true and correct.

DATED : THIS __24th__ day of __April__ 2025

Respectfully Submitted,

*[signature]*

FLORIDA CIVIL COMMITMENT CENTER
13619 S.E. HWY 70
ARCADIA FLORIDA 34266

## AFFIDAVIT

STATE OF FLORIDA )

COUNTY OF DESOTO

Before me, the undersigned authority, Personally appeared, __William Tinker__, *(Personally Known Or Presented Identification Card)*, who first being duly sworn, deposes and says that he is the Respondent in the foregoing and that the facts therein are true and correct.

Sworn To And Subscribed To Before me this __24th__ Day of __April__ 2025

Stamp of Notary )

PAMELA KING
Notary Public - State of Florida
Commission # HH 591431
My Comm. Expires Aug 6, 2027
Bonded through National Notary Assn.

__Pamela King__
Signature of Notary

William Clinkee #746345
13619 SE Highway 70
Arcadia Fla. 34266

MAILED
MAY 08 2024
LEGAL MAIL

RECEIVED
MAY 08 2025
FL Civil Commitment Ctr.

TAMPA FL 335
SAINT PETERSBURG FL
9 MAY 2025 AM 3 L

United States Courts
Southern District of Texas
FILED
MAY 12 2025
Nathan Ochsner, Clerk of Court

The Clerk of Bankruptcy Court
for Southern District of Texas
Houston Division
515 Rusk Street
Houston TX 77002