United States Bankruptcy Court
Southern District of Texas
**ENTERED**
May 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-90533 |
| **WELLPATH HOLDINGS, INC.**, *et al.*, | § | |
| Debtors. | § | Jointly Administered |
| | § | CHAPTER 11 |

## ORDER VACATING ORDER

The order entered at ECF No. 2858 was docketed in error. The motion at ECF No. 1749 was previously resolved by the order entered at 2614. The order is vacated.

SIGNED 05/27/2025

_____
Alfredo R Pérez
United States Bankruptcy Judge