**In UNITED STATES BANKRUPTCY COURT**

**for the SOUTHERN DISTRICT of TEXAS**

**HOUSTON DIVISION**

United States Courts
Southern District of Texas
FILED

MAY 27 2025

Nathan Ochsner, Clerk of Court

In Re :

WELLPATH HOLDING INC. et. al.

CASE NUMBER

24-90533

Re. Docket No. 2586, 2587, 2696

OPT OUT INCARCERATED

INDIVIDUALS

Debtor Anthony – Shane : Martin writes to inform the courts that debtor DOES NOT want to opt out from the Third-Party Release set forth in "the Plan".

Debtor further request a copy of "the Plan" be sent to debtor at the address below at the court's earliest convenience.

Debtor would like to thank the courts for its anticipated help in this matter and looks forward to hearing from the courts in the near future.

Signature / address page to follow

Respectfully :


Anthony – Shane : Martin


Anthony – Shane : Martin

C/o WELLPATH

4546 Broad River Road

Columbia, SOUTH CAROLINA

[29210]

Case 24-90533 Document 2682 Filed in TXSB on 05/09/25 Page 2 of 4

website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[<em>Remainder of page left intentionally blank.</em>]

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| WELLPATH HOLDINGS, INC., *et al.*,[1] | Case No. 24-90533 (ARP) |
| Post-Restructuring Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 2586, 2587, 2596 |

### NOTICE OF EXTENDED THIRD-PARTY RELEASE
### OPT-OUT PERIOD FOR INCARCERATED INDIVIDUALS

**PLEASE TAKE NOTICE** that, on April 30, 2025, the Debtors filed the *First Amended Joint Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates (with Technical Modifications)* [Docket No. 2586-1] (as amended, modified, or supplemented from time to time in accordance with the terms thereof, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE** that, on April 30, 2025, the Debtors filed the *Findings of Fact, Conclusions of Law, and Order (I) Confirming the First Amended Chapter 11 Plan of Reorganization of Wellpath Holdings, Inc. and Certain of its Debtor Affiliates and (II) Approving the Disclosure Statement on a Final Basis* [Docket No. 2587-1] (the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that, on May 1, 2025, the Bankruptcy Court entered the Confirmation Order and confirmed the Plan [Docket No. 2596].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan, each Holder of a Claim that is or was an incarcerated individual has until **11:59 p.m. (prevailing Central Time) on July30, 2025** (i.e., 90 days after the Confirmation Date) to opt out from the Third-Party Releases set forth in Article IX.D of the Plan in accordance with the procedures outlined in the Plan.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases and other relevant case information are available free of charge on the following website maintained by Debtors' claims, noticing and solicitation agent, Epiq Corporate Restructuring, LLC, in connection with these chapter 11 cases: https://dm.epiq11.com/wellpath. Copies of any pleadings or papers filed with the Court may be obtained by visiting the Court's

---

[1] A complete list of the Post-Restructuring Debtors (as defined in the Plan) in these chapter 11 cases may be obtained on the website of the Post-Restructuring Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Post-Restructuring Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.



Dated: May 9, 2025
Dallas, Texas

*/s/ Marcus A. Helt*

Marcus A. Helt (Texas Bar #24052187)
MCDERMOTT WILL & EMERY LLP
2501 N. Harwood Street, Suite 1900
Dallas, Texas 75201-1664
Telephone:      (214) 295-8000
Facsimile:      (972) 232-3098
Email:          mhelt@mwe.com

-and-

Felicia Gerber Perlman (admitted *pro hac vice*)
Bradley Thomas Giordano (admitted *pro hac vice*)
Jake Jumbeck (admitted *pro hac vice*)
Carole Wurzelbacher (admitted *pro hac vice*)
Carmen Dingman (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
444 West Lake Street, Suite 4000
Chicago, Illinois 60606-0029
Telephone:      (312) 372-2000
Facsimile:      (312) 984-7700
Email:          fperlman@mwe.com
                bgiordano@mwe.com
                jjumbeck@mwe.com
                cwurzelbacher@mwe.com
                cdingman@mwe.com

-and-

Steven Z. Szanzer (admitted *pro hac vice*)
MCDERMOTT WILL & EMERY LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone:      (212) 547-5400
Facsimile:      (212) 547-5444
Email:          sszanzer@mwe.com

*Counsel to the Post-Restructuring Debtors*

3



## Certificate of Service

I certify that, on May 9, 2025, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Marcus A. Helt*

Marcus A Helt

COLUMBIA SC 290

23 MAY 2025 PM 3 L

Anthony Mauldin
c/o Wellpath
4546 Broad River Rd
Columbia, South Carolina
[29210]

Clerk of Court
515 Rusk Street
Houston, Texas 77002

77002-250099