UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re:  Dr. Kanwar Partap Singh Gill § | |
| § | Civil Action No.   4:25-cv-02218 |
| Debtor § | |
| § | Bankruptcy Case No.  24-90533 |
| Dr. Kanwar Partap Singh Gill § | |
| Appellant § | |

## Notice of Deficiency

1. The notice of appeal was filed in the bankruptcy court on 5/7/2025. The designation of the record was due on 5/21/2025. *See* Fed. R. Bankr. P. 8009.

2. If the appellant does not cure these deficiencies within 14 days, the district court may dismiss the appeal without further notice.

    ☒ The filing fee has not been paid.

    ☒ The record has not been designated.

    ☐ The record designated by the appellant includes transcripts that have not been ordered.

    ☐ The appellant has not arranged to pay for the transcripts designated.

Date: May 28, 2025

Nathan Ochsner, Clerk of Court
   H. Lerma
Deputy Clerk