## **EXHIBIT A**

**Emails regarding Proposed Order**

# RE: [npap-wellpath] Moving forward after the stay

**From:** Lee, Catherine <clee@mwe.com>  Thu, May 22, 2025 at 9:59 AM CDT (GMT-05:00)
**To:** R. J. Shannon <rshannon@shannonleellp.com>; Kapp III, James <JKapp@mwe.com>; <zachary.hemenway@stinson.com>; Hemenway, Zachary H. <zachary.hemenway@stinson.com>

Thanks, RJ.  We are fine with your comments.

@Zach, we've been hearing from the Court this morning.  We really need to get these orders on file today.  Can you please send any comments you have by 2:00 pm CT?

CATHERINE LEE
Associate
**McDermott Will & Emery LLP**  444 West Lake Street, Suite 4000, Chicago, IL 60606-0029
**Tel** +1 312 899 7226    **Email** clee@mwe.com

Website | vCard | LinkedIn

---

**From:** R. J. Shannon <rshannon@shannonleellp.com>
**Sent:** Wednesday, May 21, 2025 9:33 PM
**To:** Lee, Catherine <clee@mwe.com>; Kapp III, James <JKapp@mwe.com>; zachary.hemenway@stinson.com
**Subject:** RE: [npap-wellpath] Moving forward after the stay

**[ External Email ]**
All,

See the attached with some comments. They are:

> Paragraph 4—I think Kapp is right about the Trust being the nominal party, but it is very confusing, and it seems like many courts get this wrong. I think the attached clarifies the issue while still using the term correctly.
>
> New Paragraph 5—This is the main issue I've been seeing from my guys.

Thanks,
R. J.

--
R. J. Shannon
Partner
**Shannon & Lee LLP**
Direct: (346) 535-0515
Cell: (512) 693-9294
rshannon@shannonleellp.com

---

**From:** Lee, Catherine <clee@mwe.com>
**Sent:** Wednesday, May 21, 2025 1:26 PM
**To:** R. J. Shannon <rshannon@shannonleellp.com>; Kapp III, James <JKapp@mwe.com>; zachary.hemenway@stinson.com
**Subject:** RE: [npap-wellpath] Moving forward after the stay

RJ,

Attached please find the draft order, subject to ongoing review.  We believe this covers the concerns outlined

below.

Thanks,

CATHERINE LEE
Associate
**McDermott Will & Emery LLP**   444 West Lake Street, Suite 4000, Chicago, IL 60606-0029
**Tel** +1 312 899 7226     **Email** clee@mwe.com
**Website** | **vCard** | **LinkedIn**

---

**From:** Lee, Catherine
**Sent:** Wednesday, May 21, 2025 12:39 PM
**To:** R. J. Shannon <rshannon@shannonleellp.com>; Kapp III, James <JKapp@mwe.com>; zachary.hemenway@stinson.com
**Subject:** RE: [npap-wellpath] Moving forward after the stay

The draft is in process.  We will share it when it is ready.

CATHERINE LEE
Associate
**McDermott Will & Emery LLP**   444 West Lake Street, Suite 4000, Chicago, IL 60606-0029
**Tel** +1 312 899 7226     **Email** clee@mwe.com
**Website** | **vCard** | **LinkedIn**

---

**From:** R. J. Shannon <rshannon@shannonleellp.com>
**Sent:** Wednesday, May 21, 2025 12:36 PM
**To:** Kapp III, James <JKapp@mwe.com>; Lee, Catherine <clee@mwe.com>; zachary.hemenway@stinson.com
**Subject:** Fw: [npap-wellpath] Moving forward after the stay

**[ External Email ]**
All -- Would you mind sending me a copy of the draft stay order?  The below is what my guys are running into and want the order to avoid.

R. J. Shannon
Shannon & Lee LLP
512-693-9294

---

**From:** Torreya Hamilton <tlh@hamiltonhennessy.com>
**Sent:** Wednesday, May 21, 2025 12:26 PM
**To:** R. J. Shannon <rshannon@shannonleellp.com>
**Cc:** Hamilton Torri <tlh@hamiltonhennessy.com>; npap-wellpath@nationallawyersguild.org <npap-wellpath@nationallawyersguild.org>
**Subject:** Re: [npap-wellpath] Moving forward after the stay

RJ— we appeared this morning and the Wellpath attorney told the Court that we cannot proceed against Wellpath but have to go through BK court. He also told our judge that Wellpath has not decided if it is going to indemnify its employees.

We — all of us— need a very clear order from
This BK judge that we can all take to our judges that all of us can understand. It needs also to specify what exactly we can proceed against Wellpath for—and what it means to be a nominal defendant.

Let me know if you can chat about this. No one can decipher the BK order including Wellpath's myriad of local counsel.

Sincerely,

*Torreya L. Hamilton*

HAMILTON LAW OFFICE, L.L.C.
53 West Jackson Boulevard, Suite 620
Chicago, IL 60604
Phone: 312.726.3173
tlh@thehamiltonlawoffice.com

*The preceding e-mail message (including any attachments) is covered by the **Electronic Communications Privacy Act**, 18 U.S.C. 2510-2521, and contains information that may be confidential or protected by the attorney work product privilege.  It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.*

*Sent from my mobile device, so please excuse my typos.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please visit http://www.mwe.com/ for more information about our Firm.