**EXHIBIT A**

**List of Closing Debtors**

| Case No. | Closing Debtor |
|---|---|
| 24-90532 | Physicians Network Association, Inc. |
| 24-90533 | Wellpath Holdings, Inc. |
| 24-90537 | Alpine CA Behavioral Health HoldCo, LLC |
| 24-90540 | CCS-CMGC Intermediate Holdings, Inc. |
| 24-90541 | CCS-CMGC Intermediate Holdings 2, Inc. |
| 24-90542 | CHC Companies, LLC |
| 24-90543 | Conmed Healthcare Management, LLC |
| 24-90544 | Correct Care Holdings, LLC |
| 24-90546 | Correctional Healthcare Companies, LLC |
| 24-90547 | Correctional Healthcare Holding Company, LLC |
| 24-90549 | HCS Correctional Management, LLC |
| 24-90550 | Healthcare Professionals, LLC |
| 24-90551 | Jessamine Healthcare, LLC |
| 24-90552 | Justice Served Health Holdings, LLC |
| 24-90553 | Missouri JSH HoldCo, LLC |
| 24-90554 | Missouri JSH Manager, Inc. |
| 24-90555 | Perimeter Hill RPA, LLC |
| 24-90556 | Wellpath CFMG, Inc. |
| 24-90557 | Wellpath Community Care Centers of Virginia, LLC |
| 24-90558 | Wellpath Community Care Holdings, LLC |
| 24-90559 | Wellpath Community Care Management, LLC |
| 24-90560 | Wellpath Education, LLC |
| 24-90561 | Wellpath Group Holdings, LLC |
| 24-90562 | Wellpath Hospital Holding Company, LLC |
| 24-90563 | Wellpath, LLC |
| 24-90564 | Wellpath Management, Inc. |
| 24-90567 | WHC, LLC |
| 24-90568 | WPMed, LLC |
| 24-90569 | Zenova Management, LLC |
| 24-90570 | Zenova Telehealth, LLC |