United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 14, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: JUSTIN ANDRE LAMOUREUX, | § § | |
| Debtor, | § § | CIVIL ACTION NO. H-25-2208 |
| JUSTIN ANDRE LAMOUREUX, | § § | |
| Appellant. | § § | BANKRUPTCY CASE NO. 24-90533 |

## ORDER OF DISMISSAL

On June 11, 2025, the court gave Appellant notice that if the record was not filed within 14 days, the court may dismiss the appeal without further notice. (Docket Entry No. 2). The record has not been filed. Accordingly, the court dismisses the appeal.

SIGNED on July 8, 2025, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge