UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| WELLPATH HOLDINGS, INC., et al., | § CASE NO. **24-90533 (ARP)** |
| | § CHAPTER 11 |
| DEBTORS. | § |
| | § |
| | § |

**AFFIDAVIT OF *TARA R. DEVINE* IN SUPPORT OF**

**MOTION TO CLARIFY AND ENFORCE RIGHT TO PROCEED AGAINST WELLPATH AS NOMINAL DEFENDANT AND OBTAIN DISCOVERY FROM DEBTOR AND NON-DEBTORS DKT. 3387**

(filed by Creditors Kenneth and Kenya Evans Independent Administrators of the Estate of KHAYLA J. EVANS)

---

| | |
|---|---|
| STATE OF ILLINOIS | § |
| COUNTY OF COOK | § |

*BEFORE ME*, the undersigned authority, personally appeared *Tara R. Devine*, who, being duly sworn, states as follows:

1. My name is Tara R. Devine. I am counsel of record for Plaintiffs in the wrongful death and civil rights case styled *Evans, et al. v. County of Lake, et al.*, Case No. **1:23-cv-04248**, pending in the United States District Court for the Northern District of Illinois, Eastern Division.

2. I am over eighteen years of age, competent to testify, and have personal knowledge of the facts set forth herein.

3. In the underlying litigation, the following attorneys from *Hall & Evans, LLC*, 121 West Wacker, Suite 2150, Chicago, Illinois 60601, **represent both Wellpath LLC** and certain Wellpath employees who are named as defendants, including Taryn Weiler, R.N., Nicholas Papanos, M.D., Kerry Ehlert-Donovan, LPN, and Consuelo Reyes, R.N.

4. The attorneys who have filed appearances and are providing a joint defense for Wellpath LLC : Ronald E. Neroda (nerodar@hallevans.com) , Edward Khatskin (khatskine@hallevans.com), and Pamela Dowling, Legal Assistant (dowlingp@hallevans.com).

5. To the best of my knowledge, based on direct communication with Attorney Melanie K. Nelson, Chief Deputy, Civil Trial Division, Lake County State's Attorney's Office, who currently represents County of Lake, Lake County Sheriff's Office a/k/a Lake County Adult Corrections Facility and Sheriff John Idleburg, **"Wellpath" is still currently** the Lake County jail's contracted medical provider, and is currently listed as "Wellpath LLC" in their contract. Upon information and belief, Wellpath.LLC continues to maintain an ongoing contractual relationship with Lake County Jail, in Illinois.

6. For clarity of the record, I note that references in certain filings to Case No. "1:23-cv-04928" were inadvertent typographical errors. The correct case number for the underlying litigation is **1:23-cv-04248.**

*FURTHER AFFIANT SAYETH NOT.*

Tara R. Devine Illinois
Bar # 6280880
Counsel for Plaintiffs,
Kenneth Evans and
Kenya Evans, as the
Independent
Administrators of the
Estate of Khayla Evans

SIGNED AND SWORN TO before me on this the 22nd day of September, 2025 .

Notary Public, the State of Illinois
My Commission Expires:

OFFICIAL SEAL
SUSAN R HINES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 11/09/2026